# COMPLAINT EXHIBIT ONE

Exhibit 1-1

RE:     I-140 PETITION FOR AN FOREIGN NATIONAL WITH EXTRAORDINARY ABILITY

Petitioner:    Christina Carreira

## INDEX OF SUPPORTING DOCUMENTS



**TAB    EXHIBIT**

**A**    I-140, Immigrant Worker Petition Forms:

   1. **I-907, REQUEST FOR PREMIUM PROCESSING;**
   2. G-28, Notice of Appearance of Attorney; and
   3. I-140, Petition for Immigrant Worker with the USCIS filing fee of $700.00

**B**    Letter in Support of Petition

**C**    Affidavit of Ms. Christina Carreira, confirming she will continue to represent the United States in all international competitions

**D**    Ms. Christina Carreira's Supporting Documents:

   ➤ Passport and current I-94 Admission Record;
   ➤ Copy of P-1 Approval Notice;
   ➤ Release Letter issued by Skate Canada and the International Skating Union, confirming that Ms. Carreira will be allowed to represent U.S. Figure Skating internationally;
   ➤ International Skating Union Scholarship Award confirmation letter from U.S. Figure Skating
   ➤ Ms. Carreira's Competitive History. Ms. Carreira is currently ranked 1st in the World in Junior Ice Dance; and
   ➤ Christina Carreira and Anthony Ponomarenko Biography from Ice Network.

## I.    MS. CARREIRA HAS RECEIVED NATIONALLY AND INTERNATIONALLY RECOGNIZED AWARDS FOR HER ACHIEVEMENTS AS A JUNIOR ICE DANCER REPRESENTING THE UNITED STATES:

**E**    Team Carreira/Ponomarenko received the following Nationally and Internationally Recognized Awards:
   ➤ **Gold** at the 2018 United States National Championships by an extraordinary margin of 12 points
   ➤ **Silver** at the International Skating Union Grand Prix Final 2017/2018 Junior Ice Dance competition
   ➤ **Silver** at the International Skating Union World Junior Figure Skating Championships in March 2018
   ➤ **Gold** at the 2017 Junior Grand Prix Belarus

1

Exhibit 1-2

RE:        I-140 PETITION FOR AN FOREIGN NATIONAL WITH EXTRAORDINARY ABILITY

Petitioner:   Christina Carreira

➢ **Gold** at the 2017 Junior Grand Prix Austria
➢ **Gold** at the 2017 Lake Placid Ice Dance International

## II.   MS. CHRISTINA CARREIRA IS A MEMBER OF ASSOCIATIONS THAT REQUIRE OUTSTANDING ACHIEVEMENTS OF ITS MEMBERS, AS CONFIRMED BY INTERNATIONAL EXPERTS IN ICE DANCE:

Through her distinguished representation of the United States as a member of both United States Figure Skating and the Skating Club of New York, Ms. Carreira has been a member of associations that require outstanding achievements of their members.  The experts listed below confirm Ms. Carreira's outstanding achievements:

F   **David Raith, Executive Director of U.S. Figure Skating**, writes that Ms. Carreira and her partner have surpassed all expectations of U.S. Figure Skating through their extraordinary international rakings.  Mr. Raith states that Ms. Carreira and her partner are considered the top U.S. dance team at this level and are ranked internationally among the top two teams in the world.  Mr. Raith states that U.S. Figure Skating fully supports this petition so Ms. Carreira may compete for the United States at all international events and future Olympic events.

G   **John Millier, an International Skating Union Judge and Technical Controller**, who worked closely with Meryl Davis and Charlie White who won the first Olympic Gold Medal for the United States in Ice Dance, writes that Ms. Carreira and her partner, Anthony Ponomarenko, have developed into a formidable, internationally recognized Junior Ice Dance team.  Mr. Millier states that their talent is only matched by their skill and artistry, and that Ms. Carreira has been recognized as one of the top ranked Junior Ice Dance skaters.  Mr. Millier also writes that Ms. Carreira and Mr. Ponomarenko are the one team he would identify as having the same potential as Meryl Davis and Charlie White, who won the United States first Olympic Gold Medal.

H   **Terri Levine, Executive Director of the Skating Club of New York**, confirms that Ms. Carreira has represented the Skating Club of New York since 2014, and has distinguished herself through her extraordinary success in Junior Ice Dance.  Ms. Levine writes that the Skating Club of New York is the only American skating club with three Olympic Ladies Gold Medalists.  Also, U.S. Olympic Bronze Medalists from the 2018 Olympics, Maia & Alex Shibutani and Adam Rippon, are also Skating Club of New York members.  Finally, Ms. Levine states that the club is proud of the extraordinary achievements of Ms. Carreira.

I   **Igor Shpilband, World and Olympic Coach**, who is recognized as the impetus behind the development of Ice Dance in the United States, confirms that he is the coach of Ms. Carreira with Mr. Anthony Ponomarenko.  Mr. Shpilband states that Ms. Carreira and her partner are unique because they bring speed and agility into the sport.  In particular, he identifies

2

Exhibit 1-3

Christina's character development in the programs as an important in the elevation of the team's composite scores to the top levels for international competition. Mr. Shpilband writes that the pair's achievement to date have proven extraordinary and that they are the highest point earners against their competitors at their level on a world-wide level.

J   **Steven Belanger, member of the Professional Skaters Association and United States Figure Skating**, writes that Ms. Carreira is a skater who has consistently demonstrated her extraordinary ability in many international competitions. Mr. Belanger, who has worked with and choreographed programs for over 52 national medalists as well as World and International competitors and medalists, states that Ms. Carreira's achievements, including the fact that they are currently ranked #1 in the World in the International Skating Union Junior Grand Prix of Figure Skating Junior Ice Dance rakings, are extraordinary.

K   **Claude Robert, General Manager, Bell Sports Complex** (which is the Montreal Canadiens Official Training Facility), who had a twenty-two-year career as a professional skating coach in Canada and served at all levels of Skate Canada, explains that he was asked to counsel Christina Carreira's parents regarding her potential to develop as a world level skater. Mr. Robert states that at the time he believed that Ms. Carreira had all that was needed to reach the highest level and that he has observed her incredible talent to reach world level skating. Mr. Robert writes as well that Christina will continue to represent the United States at all international competitions.

## III.   MS. CHRISTINA CARREIRA HAS PLAYED A LEADING OR CRITICAL ROLE FOR BOTH THE SKATING CLUB OF NEW YORK AND UNITED STATES FIGURE SKATING, WHICH ARE BOTH ORGANIZATIONS WITH DISTINGUISHED REPUTATIONS:

L   **Mitch Moyer, Senior Director of Athlete High Performance for United States Figure Skating**, who oversees all areas of figure skating for international selection pool athletes, confidently states that Christina Carreira represents the future of U.S. Ice Dance at the World Championship and Olympic level. Mr. Moyer confirms that Ms. Carreira, and her partner, have distinguished themselves through their extraordinary success at the Junior level by winning the 2018 U.S. Championships and placing second at the two most prominent events for Junior skating, the International Skating Union Junior Grand Prix Final and the International Skating Union World junior Figure Skating Championships. Finally, Mr. Moyer writes that Ms. Carreira and her partner have the potential to continue the United States' sustained success at the Olympic level in Ice Dance.

M   **Susan Kittenplan, President of the Skating Club of New York**, confirms that Ms. Carreira represents Skating Club of New York in every competition she participates. Ms. Kittenplan states that Christina represents the future of the skating club and has already been incredibly successful as a Junior Ice Dance competitor. Ms. Kittenplan confirms that Ms. Carreira has

3

Exhibit 1-4

RE:        I-140 PETITION FOR AN FOREIGN NATIONAL WITH EXTRAORDINARY ABILITY

Petitioner:   Christina Carreira

arisen to the very top of her field and is an extraordinary competitor representing both the Skating Club of New York and the United States at all international competitions.

N     **Julia Rey, International Skating Union Technical Specialist and incoming Chair of the Ice Dance Development Committee**, states that she has had the privilege to work with Ms. Carreira and her partner on numerous occasions over the past few seasons. Ms. Rey states that the pairs' trajectory in Ice Dance knows no boundaries. The couple, according to Ms. Rey, have distinguished themselves through their completion of complex techniques and skills that are well beyond their years. Ms. Rey states that Ms. Carreira has achieved the level of extraordinary ability based on winning U.S. National Championships and placing second at the 2018 Junior World Championships, where she represented the United States.

O     **Jennifer Mast, U.S. Olympic Team Manager**, confirms that Ms. Carreira has arisen to the highest level of her field and is considered extraordinary among elite Junior Ice Dance teams in the world. Ms. Mast writes that Ms. Carreria has won many international competitions representing the United States including the Junior Grand Prix Belarus 2017 and the Junior Grand Prix Austria 2017. **Ms. Mast states that Ms. Carreira's high placement underscores her extraordinary ability and her future medal potential is unlimited.**

P     **Richard J Dalley, U.S. Olympian and U.S. Olympic Team Leader**, attests that team Carreira/Ponomarenko is the real deal and that they have unlimited potential. Mr. Dalley states that his assessment of the team's future is supported by their extraordinary results at the Junior level. Mr. Dalley strongly supports Ms. Carreira's petition.

## IV.   MS. CARREIRA'S WORK HAS BEEN DISPLAYED IN JUNIOR ICE DANCE EXHIBITIONS AND SHOWCASES:

Ms. Carreira's extraordinary skill as an internationally ranked junior ice dancer has been displayed at many international and domestic competitions including the following:

- ➢ 2018 World Junior Figure Skating Championships (Silver medal)
- ➢ 2017 Junior Grand Prix Final (Silver medal)
- ➢ 2018 United States. National Championships (Gold medal)
- ➢ 2017 Junior Grand Prix of Austria (Gold Medal)
- ➢ 2017 Junior Grand Prix of Belarus (Gold Medal)
- ➢ 2017 Lake Placid Ice Dance International (Gold Medal)
- ➢ 2016 Junior Grand Prix of France (Silver Medal)
- ➢ 2016 Junior Grand Prix of Russia (Silver Medal)

Furthermore, Ms. Carreira's high placement at each event results in invitations to perform at the closing Gala Exhibition, representing artistic exhibitions and showcases.

4

Exhibit 1-5

**Q**    **Justin Dillon, Director, Athlete High Performance for United States Figure Skating,** where he supports athletes through monitoring, programming, and guidance, states that Ms. Carreira and Mr. Ponomarenko are the top United States Junior Ice Dance team representing the United States and are one of the best teams in the world. He further states that the team is likely to represent the United States at future Olympic Games. Mr. Dillon states that Ms. Carreira has been recognized for her achievements through her strong showings at many international competitions, and she was awarded a scholarship by the International Skating Union for the 2017/2018 season. The scholarship was awarded to athletes and teams who show promise on the international level.

**R**    **André-Marc Allain, Canadian and International Skating Union Judge**, writes that Ms. Carreira has been skating competitively since 2006 at the age of five, and has continued to develop over the past four years on the international competitive circuit, representing the United States. Furthermore, Mr. Allain confirms that Ms. Carreira placed second at the International Skating Union Grand Prix Junior Ice Dance in December 2017 and was second in the world at the International Skating Union Junior World Championships in Sofia, Bulgaria. With Mr. Ponomarenko, Ms. Carreira's second place performance among a total of 28 international teams renders them an extraordinary junior team.

## V.    PUBLISHED MATERIALS ABOUT MS. CARRERIA'S ACHIEVEMENTS IN PROFESSIONAL TRADE PUBLICATIONS AND MAJOR MEDIA:

**S**    Ms. Carreira has been featured in numerous articles from professional figure skating publications due to her extraordinary ability in Junior Ice Dance. The publications include the following:

> *Time Magazine,*
> *Golden Skate Magazine,*
> *International Figure Skating,*
> *Europe on Ice,*
> *The Mercury News,*
> *Bleacher Report,*
> *Ice Skating International,*
> *ISU.org,*
> *The Morgan Hill Times,*
> *Ice Network,*
> *Lake Placid News,*
> *TeamUSA.org,*
> *Burnaby Now,*
> *The Finer Sports,*
> *Nord Info,* among others.

5

Exhibit 1-6

*RE:*  **I-140 PETITION FOR AN FOREIGN NATIONAL WITH EXTRAORDINARY ABILITY**

*Petitioner:*  Christina Carreira

6

Exhibit 1-7

1282

**LAW OFFICES OF SUSAN FORTINO-BROWN, LLC**
53 W JACKSON BLVD SUITE 1160
CHICAGO, IL 60604-3784

EZShield™ Check Fraud Protection for Business

**THE PRIVATE BANK**
WWW.THEPRIVATEBANK.COM
2-648/710

5/18/2018

PAY TO THE ORDER OF US DEPARTMENT OF HOMELAND SECURITY $ **1,225.00

One Thousand Two Hundred Twenty-Five and 00/100*************************************************************************** DOLLARS

US DEPARTMENT OF HOMELAND SECURITY

Security features. Details on back.

MEMO Christina Carreira

AUTHORIZED SIGNATURE

⑈001282⑈ ⑆071006486⑆ 2468972⑈

**LAW OFFICES OF SUSAN FORTINO-BROWN, LLC** 1282

US DEPARTMENT OF HOMELAND SECURITY 5/18/2018 1,225.00

LLC Account Christina Carreira 1,225.00

**LAW OFFICES OF SUSAN FORTINO-BROWN, LLC** 1282

US DEPARTMENT OF HOMELAND SECURITY 5/18/2018 1,225.00

LLC Account Christina Carreira 1,225.00

DELUXE CORP™ 1+800-328-0304 www.deluxeforms.com

5581064 / 03-16

E27D31 KDK03 03/28/20 07:22 -221-

Exhibit 1-8

1281

**LAW OFFICES OF SUSAN FORTINO-BROWN, LLC**
53 W JACKSON BLVD SUITE 1160
CHICAGO, IL 60604-3784

EZShield™ Check Fraud Protection for Business

**THE PRIVATE BANK**
WWW.THEPRIVATEBANK.COM
2-648/710

5/18/2018

PAY TO THE ORDER OF US DEPARTMENT OF HOMELAND SECURITY $ **700.00

Seven Hundred and 00/100*************************************************************************************** DOLLARS

Security features. Details on back.

US DEPARTMENT OF HOMELAND SECURITY

AUTHORIZED SIGNATURE

MEMO
Christina Carreira

⑈001281⑈ ⑆071006486⑆ 2468972⑈

**LAW OFFICES OF SUSAN FORTINO-BROWN, LLC** 1281

US DEPARTMENT OF HOMELAND SECURITY 5/18/2018 700.00

LLC Account Christina Carreira 700.00

**LAW OFFICES OF SUSAN FORTINO-BROWN, LLC** 1281

US DEPARTMENT OF HOMELAND SECURITY 5/18/2018 700.00

LLC Account Christina Carreira 700.00

DELUXE CORP 1+800-328-0304 www.deluxeforms.com

5581064 / 03-16

E27D31 KDK03 03/28/20 07:22 -222-

# TAB

# A

Exhibit 1-10



# Request for Premium Processing Service
### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-907**
OMB No. 1615-0048
Expires 01/31/2018

| | Request Physically Received by USCIS | Returned | Resubmitted | Receipt |
|---|---|---|---|---|
| **For USCIS Use Only** | Date | Date | Date | |
| | Date | Date | Date | Action Block |
| | Remarks | | | |

| To be completed by an attorney or accredited representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) 6195315 | Attorney or Accredited Representative USCIS ELIS Account Number (if any) |
|---|---|---|---|

▶ **START HERE - Type or print in black ink.**

## Part 1. Information About the Person Filing This Request

**1.** Alien Registration Number (A-Number) (if any)
▶ A-

**2.** Family Name (Last Name): Fortino-Brown
Given Name (First Name): Susan
Middle Name: Renee

**3.** Company or Organization Named in the Related Case: If filed on behalf of a company or organization

**4.** Mailing Address
In Care Of Name: Law Ofc of Susan Fortino-Brown
Street Number and Name or PO Box Number: 53 W. Jackson Blvd
Apt. ☐  Ste. ☒  Flr. ☐  Number: 1160
City or Town: Chicago
State: IL
ZIP Code: 60604
Province:
Postal Code:
Country: USA

**5.** Is your current mailing address the same as your physical address?   ☒ Yes  ☐ No
If you answered "No," provide your physical address in **Item Number 6.**

## Part 1. Information About the Person Filing This Request *(continued)*

**6. Physical Address**

Street Number and Name
[                                                    ]

Apt. ☐  Ste. ☐  Flr. ☐   Number
[                    ]

City or Town
[                                                    ]

State
[            ]

ZIP Code
[                    ]

Province
[                              ]

Postal Code
[              ]

Country
[                              ]

**7. Request for Premium Processing Service:** (select only one box)

☐ I am the **petitioner** who is filing or has filed a petition eligible for Premium Processing Service.

☒ I am the attorney or accredited representative **for the petitioner** who is filing or has filed a petition eligible for Premium Processing Service. (Complete and submit Form G-28, if Form G-28 has not been submitted with the petition.)

☐ I am the **applicant** who is filing or has filed an application eligible for Premium Processing Service.

☐ I am the attorney or accredited representative **for the applicant** who is filing or has filed an application eligible for Premium Processing Service. (Complete and submit Form G-28, if Form G-28 has not been submitted with the application.)

## Part 2. Information About the Request

**1. Form Number of Related Petition or Application**
[ I-140            ]

**2. Receipt Number of Related Petition or Application**
[                        ]

**3. Classification or Eligibility Requested**
[ EB-1            ]

**4. Petitioner or Applicant in the Related Case**

Family Name (Last Name)
[ CARREIRA            ]

Given Name (First Name)
[ Christina            ]

Middle Name
[                    ]

**5. Beneficiary in the Related Case**

Family Name (Last Name)
[                    ]

Given Name (First Name)
[                    ]

Middle Name
[                    ]

**6. Name of Point of Contact for the Company or Organization**

Family Name (Last Name)
[                    ]

Given Name (First Name)
[                    ]

Middle Name
[                    ]

Position Title
[                                                    ]

**7. Company or Organization IRS Tax Number (if any)**
[                                                    ]

Exhibit 1-12

## Part 2. Information About the Request *(continued)*

8.  **Address of Petitioner, Applicant, Company or Organization Named in Related Case**

| Street Number and Name | | Apt. Ste. Flr. | Number |
|---|---|---|---|
| 38940 Polo Club Drive | | ☒ ☐ ☐ | 201 |

| City or Town | State | ZIP Code |
|---|---|---|
| Farmington Hills | MI | 48335 |

| Province | Postal Code | Country |
|---|---|---|
| | | USA |

## Part 3.  Requestor's Statement, Certification, Signature, and Contact Information

I understand that U.S. Citizenship and Immigration Services (USCIS) will refund the Premium Processing Service fee to the person listed in **Part 1.** of this request if USCIS does not take an action on the related case within 15 calendar days after the appropriate USCIS office physically receives this request.  I understand that case actions include a referral for investigation of suspected fraud or misrepresentation, or the issuance of:

1.  An approval notice;
2.  A request for evidence;
3.  A notice of intent to deny; or
4.  A denial notice.

### *Requestor's Statement*

**NOTE**:  Select the box for either **Item A.** or **B.** in **Item Number 1.**  If applicable, select the box for **Item Number 2.**

1.  **Requestor's Statement Regarding the Interpreter**

    A. ☒  I can read and understand English, and have read and understand each and every question and instruction on this request, as well as my answer to each question.

    B. ☐  The interpreter named in **Part 4.** has read to me each and every question and instruction on this request, as well as my

    answer to each question, in [ N/A ], a language in which I am fluent. I understand each and every question and instruction on this request as translated to me by my interpreter, and have provided true and correct responses in the language indicated above.

2.  **Requestor's Statement Regarding the Preparer**

    ☒  I have requested the services of and consented to [ Law Offces of Susan Fortino-Brown ], ☒ who is ☐ is not an attorney or accredited representative, preparing this request for me.

### *Requestor's Certification*

I certify, under penalty of perjury under the laws of the United States of America, that the information in my request and any document submitted with my request is complete, true and correct.

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date.  Furthermore, I authorize the release of any information from my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this request and in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration of U.S. immigration laws.

Exhibit 1-13

## Part 3. Requestor's Statement, Certification, Signature, and Contact Information *(continued)*

### *Requestor's Signature*

3. **Requestor's Signature**

   *Jusdefts*

   **Date of Signature**
   *(mm/dd/yyyy)* ▶ 4. 9/8

### *Requestor's Contact Information*

4. **Requestor's Daytime Telephone Number**

   3123419009

5. **Requestor's Mobile Telephone Number (if any)**

6. **Requestor's Email Address (if any)**

   sfortinobrown@sfortinolaw.net

7. **Requestor's Fax Number (if any)**

   3123419985

## Part 4. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter:

### *Interpreter's Full Name*

1. **Interpreter's Family Name (Last Name)**

   N/A

   **Interpreter's Given Name (First Name)**

   N/A

2. **Interpreter's Business or Organization Name (if any)**

   N/A

### *Interpreter's Mailing Address*

3. **Street Number and Name**

   N/A

   Apt. ☐ Ste. ☐ Flr. ☐ **Number**

   N/A

   **City or Town**

   N/A

   **State**

   **ZIP Code**

   N/A

   **Province**

   N/A

   **Postal Code**

   N/A

   **Country**

   N/A

### *Interpreter's Contact Information*

4. **Interpreter's Daytime Telephone Number**

   N/A

5. **Interpreter's Email Address (if any)**

   N/A

### *Interpreter's Certification*

**I certify that:**

I am fluent in English and   N/A   , which is the same language provided in **Part 3., Item B.** in **Item Number 1.**;

I have read to this requestor each and every question and instruction on this request, as well as the answer to each question, in the language provided in **Part 3., Item B.** in **Item Number 1.**; and

The requestor has informed me that they understand each and every instruction and question on the request, as well as their answer to each question.

Exhibit 1-14

**Part 4.  Interpreter's Contact Information, Certification, and Signature** *(continued)*

### *Interpreter's Signature*

6.  **Interpreter's Signature**

Date of Signature

*(mm/dd/yyyy)* ▶

**Part 5.  Name, Contact Information, Declaration, and Signature of the Person Preparing this Request, If Other Than the Requestor**

Provide the following information about the preparer:

### *Preparer's Full Name*

1.  **Preparer's Family Name (Last Name)**
    Fortino-Brown

    **Preparer's Given Name (First Name)**
    Susan

2.  **Preparer's Business or Organization Name (if any)**
    Law Ofc of Susan Fortino-Brown

### *Preparer's Mailing Address*

3.  **Street Number and Name**
    53 W. Jackson Blvd

    Apt. ☐  Ste. ☒  Flr. ☐   **Number**
    1160

    **City or Town**
    Chicago

    **State**
    IL

    **ZIP Code**
    60604

    **Province**

    **Postal Code**

    **Country**
    USA

### *Preparer's Contact information*

4.  **Preparer's Telephone Number**
    3123419009

5.  **Preparer's Fax Number**
    3123419985

6.  **Preparer's Email Address (if any)**
    sfortinobrown@sfortinolaw.net

### *Preparer's Statement*

7.A.  ☐  I am not an attorney or accredited representative but have prepared this request on behalf of the requestor with the requestor's consent.

7.B.  ☒  I am an attorney or accredited representative and my representation of the requestor
in this case (choose one)  ☒ extends  ☐ does not extend beyond the preparation of this request.

Exhibit 1-15

**Part 5. Name, Contact Information, Declaration, and Signature of the Person Preparing this Request, If Other Than the Requestor** *(continued)*

### Preparer's Declaration

By my signature, I certify, swear or affirm, under penalty of perjury, that I prepared this request on behalf of, at the request of, and with the express consent of, the requestor. I completed the request based only on responses the requestor provided to me. After completing the request, I reviewed it and all of the requestor's responses with the requestor, who agreed with each and every answer provided for each question on the request and, when required, supplied additional information to respond to a question on the request.

### Preparer's Signature

8. **Preparer's Signature**

**Date of Signature**
*(mm/dd/yyyy)* ▶ 5/19/8

Exhibit 1-16



# Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS
Form G-28**
OMB No. 1615-0105
Expires 03/31/2018

---

### Part 1.  Information About Attorney or Accredited Representative

1.   USCIS ELIS Account Number  *(if any)*
   ▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

*Name and Address of Attorney or Accredited Representative*

2.a.  Family Name *(Last Name)*   Fortino-Brown
2.b.  Given Name *(First Name)*   Susan
2.c.  Middle Name   Renee
3.a.  Street Number and Name   53 W. Jackson Blvd
3.b.  Apt. [ ]  Ste. [X]  Flr. [ ]   1160
3.c.  City or Town   Chicago
3.d.  State  IL    3.e.  ZIP Code  60604
3.f.  Province
3.g.  Postal Code
3.h.  Country   USA
4.   Daytime Telephone Number   3123419009
5.   Fax Number   3123419985
6.   E-Mail Address *(if any)*   sfortinobrown@sfortinolaw.net
7.   Mobile Telephone Number *(if any)*

### Part 2.  Notice of Appearance as Attorney or Accredited Representative

This appearance relates to immigration matters before *(Select only one box)*:

1.a.  [X]  USCIS
1.b.  List the form numbers
   I-140
2.a.  [ ]  ICE
2.b.  List the specific matter in which appearance is entered

3.a.  [ ]  CBP
3.b.  List the specific matter in which appearance is entered

I enter my appearance as attorney or accredited representative at the request of:

4.   Select **only one** box:
   [ ] Applicant  [X] Petitioner  [ ] Requestor
   [ ] Respondent (ICE, CBP)

*Information About Applicant, Petitioner, Requestor, or Respondent*

5.a.  Family Name *(Last Name)*   CARREIRA
5.b.  Given Name *(First Name)*   Christina
5.c.  Middle Name
6.   Name of Company or Organization *(if applicable)*



Form G-28   05/05/16  Y

Page 1 of 4

Exhibit 1-17

## Part 2. Notice of Appearance as Attorney or Accredited Representative (continued)

### Information About Applicant, Petitioner, Requestor, or Respondent (continued)

**7.** USCIS ELIS Account Number *(if any)*

▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**8.** Alien Registration Number (A-Number) or Receipt Number

[                                        ]

**9.** Daytime Telephone Number

[ 7726319965 ]

**10.** Mobile Telephone Number *(if any)*

[                                        ]

**11.** E-Mail Address *(if any)*

[ kristina.skating@gmail.com ]

### Mailing Address of Applicant, Petitioner, Requestor, or Respondent

**NOTE:** Provide the mailing address of the applicant, petitioner, requestor, or respondent. If the applicant, petitioner, requestor, or respondent has used a safe mailing address on the application, petition, or request being filed with this Form G-28, provide it in these spaces.

**12.a.** Street Number and Name [ 38940 Polo Club Drive ]

**12.b.** Apt. ☒  Ste. ☐  Flr. ☐ [ 201 ]

**12.c.** City or Town [ Farmington Hills ]

**12.d.** State [ MI ]  **12.e.** ZIP Code [ 48335 ]

**12.f.** Province [                        ]

**12.g.** Postal Code [                        ]

**12.h.** Country

[ USA ]

## Part 3. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. *(If you need additional space, use Part 6.)*

Licensing Authority

[ Illinois Supreme Court ]

**1.b.** Bar Number *(if applicable)*

[ 6195315 ]

**1.c.** Name of Law Firm

[ Law Ofc of Susan Fortino-Brown ]

**1.d.** I *(choose one)* ☒ am not  ☐ am subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. If you are subject to any orders, explain in the space below. *(If you need additional space, use Part 6.)*

[                                        ]

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals, in accordance with 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

**2.b.** Name of Recognized Organization

[                                        ]

**2.c.** Date accreditation expires

*(mm/dd/yyyy)* [                    ]



Exhibit 1-18

## Part 3.  Eligibility Information for Attorney or Accredited Representative *(continued)*

3. ☐ I am associated with

[_____],

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request.

**NOTE:** If you select this item, also complete **Item Numbers 1.a. - 1.b. or Item Numbers 2.a. - 2.c.** in **Part 3.** *(whichever is appropriate).*

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

4.b. Name of Law Student or Law Graduate

[_____]

## Part 4.  Applicant, Petitioner, Requestor, or Respondent Consent to Representation, Contact Information, and Signature

### Consent to Representation and Release of Information

1. I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and DHS policy, I also consent to the disclosure to the named attorney or accredited representative of any record pertaining to me that appears in any system of records of USCIS, ICE or CBP.

   When you (the applicant, petitioner, requestor, or respondent) are represented, DHS will send notices to both you and your attorney or accredited representative either through mail or electronic delivery.

   DHS will also send the Form I-94, Arrival Departure Record, to you **unless** you select **Item Number 2.a.** in **Part 4.** All secure identity documents and Travel Documents will be sent to you (the applicant, petitioner, requestor, or respondent) unless you ask us to send those documents to your attorney of record or accredited representative.

If you do not want to receive original notices or secure identity documents directly, but would rather have such notices and documents sent to your attorney of record or accredited representative, please select **all applicable** boxes below:

2.a. ☒ I request DHS send any notice (including Form I-94) on an application, petition, or request to the business address of my attorney of record or accredited representative as listed in this form.  I understand that I may change this election at any future date through written notice to DHS.

2.b. ☐ I request that DHS send any secure identity document, such as a Permanent Resident Card, Employment Authorization Document, or Travel Document, that I am approved to receive and authorized to possess, to the business address of my attorney of record or accredited representative as listed in this form.  I consent to having my secure identity document sent to my attorney of record or accredited representative and understand that I may request, at any future date and through written notice to DHS, that DHS send any secure identity document to me directly.

3.a. Signature of Applicant, Petitioner, Requestor, or Respondent



3.b. Date of Signature *(mm/dd/yyyy)* ▶ 05/16/2018

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. Signature of Attorney or Accredited Representative

2. Signature of Law Student or Law Graduate

3. Date of Signature *(mm/dd/yyyy)* ▶ 5/79/8

Exhibit 1-19

## Part 6. Additional Information

Use the space below to provide additional information
pertaining to **Part 3., Item Numbers 1.a. - 1.d.**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____



Exhibit 1-20



# Immigrant Petition for Alien Worker

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form I-140**
OMB No. 1615-0015
Expires 04/30/2018

| For USCIS Use Only | Fee Stamp | Priority Date | Consulate | Action Block |
|---|---|---|---|---|

| **Classification** | **Certification** |
|---|---|
| ☐ 203(b)(1)(A) Alien of Extraordinary Ability    ☐ 203(b)(2) Member of Professions with Advanced Degree/Exceptional Ability | ☐ National Interest Waiver (NIW) |
| ☐ 203(b)(1)(B) Outstanding Professor or Researcher    ☐ 203(b)(3)(A)(i) Skilled Worker | ☐ Schedule A, Group I |
| ☐ 203(b)(1)(C) Multinational Executive or Manager    ☐ 203(b)(3)(A)(ii) Professional | ☐ Schedule A, Group II |
|    ☐ 203(b)(3)(A)(iii) Other Worker | **Remarks** |

▶ **START HERE - Type or print in black ink.**

## Part 1. Information About the Person or Organization Filing This Petition *(If an individual is filing, use numbers 1.a. - 1.c. If a Company or Organization is filing, use number 2).*

| | | |
|---|---|---|
| **1.a.** | Family Name *(Last Name)* | CARREIRA |
| **1.b.** | Given Name *(First Name)* | Christina |
| **1.c.** | Middle Name | |
| **2.** | Company or Organization Name | |

### Other Information

**3.** IRS Tax Number ▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**4.** U.S. Social Security Number *(if any)* ▶ [N][I][A][ ][ ][ ][ ][ ][ ]

**Mailing Address**

**5.a.** In Care of Name

**5.b.** Street Number and Name | 38940 Polo Club Drive

**5.c.** Apt. ☐   Ste. ☒   Flr. ☐ | 201

**5.d.** City or Town | Farmington Hills

**5.e.** State | MI    **5.f.** Zip Code | 48335

**5.g.** Postal Code

**5.h.** Province

**5.i.** Country | USA

## Part 2. Petition Type

**This petition is being filed for:** (Select **only one** box):

**1.a.** ☒ An alien of extraordinary ability.

**1.b.** ☐ An outstanding professor or researcher.

**1.c.** ☐ A multinational executive or manager.

**1.d.** ☐ A member of the professions holding an advanced degree or an alien of exceptional ability (who is **NOT** seeking a National Interest Waiver).

**1.e.** ☐ A professional (at a minimum, possessing a bachelor's degree or a foreign degree equivalent to a U.S. bachelor's degree).

**1.f.** ☐ A skilled worker (requiring at least 2 years of specialized training or experience).

**1.g.** ☐ Any other worker (requiring less than 2 years of training or experience).

**1.h.** ☐ (Reserved)

**1.i.** ☐ An alien applying for a National Interest Waiver (who **IS** a member of the professions holding an advanced degree or an alien of exceptional ability).

**Check below if this petition is being filed:**

**2.a.** ☐ To amend a previously filed petition. Previous Petition Receipt Number:

▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**2.b.** ☐ For the Schedule A, Group I or II designation.

Exhibit 1-21

## Part 3. Information About the Person for Whom You Are Filing

**1.a.** Family Name *(Last Name)*  CARREIRA

**1.b.** Given Name *(First Name)*  Christina

**1.c.** Middle Name

### Mailing Address

**2.a.** In Care of Name

**2.b.** Street Number and Name  38940 Polo Club Drive

**2.c.** Apt. ☒  Ste. ☐  Flr. ☐  201

**2.d.** City or Town  Farmington Hills

**2.e.** State  MI     **2.f.** Zip Code  48335

**2.g.** Postal Code

**2.h.** Province

**2.i.** Country  USA

### Other Information

**3.** E-mail Address *(if any)*  kristina.skating@gmail.com

**4.** Daytime Phone Number ( 7 7 2 ) 6 3 1 - 9 9 6 5

**5.** Date of Birth *(mm/dd/yyyy)* ▶ 04/03/2000

**6.** City/Town/Village of Birth  Montreal

**7.** State/Province of Birth  Montreal

**8.** Country of Birth  Canada

**9.** Country of Citizenship  Canada

**10.** Country of Nationality  Canada

**11.** Alien Registration Number (A-Number)  ▶ A-

**12.** U.S. Social Security Number *(if any)*
must be 9 digits; no dashes  ▶ N / A

If in the United States, please provide the following (complete all sections, as applicable):

**13.** Date of Arrival *(mm/dd/yyyy)* ▶ 04/05/2018

**14.a.** I-94 Arrival-Departure Record Number :  ▶ 9 0 6 1 6 6 3 0 6 8 5

**14.b.** Passport Number  GJ321084

**14.c.** Travel Document Number

**14.d.** Country of Issuance for Passport or Travel Document  Canada

**14.e.** Expiration Date for Passport or Travel Document
*(mm/dd/yyyy)* ▶ 03/14/2019

**15.** Current Nonimmigrant Status  P-1

**16.** Date Status Expires:
*(mm/dd/yyyy)* ▶ 03/14/2019

## Part 4. Processing Information

Complete the following for the person named in **Part 3**: (Check one)

**1.a.** ☐ Alien will apply for a visa abroad at a U.S. Embassy or consulate at:
City or Town

Country

**1.b.** ☒ Alien is in the United States and will apply for adjustment of status to that of lawful permanent resident.

Alien's country of current residence or, if now in the United States, last country of permanent residence abroad.

Canada

Exhibit 1-22

## Part 4. Processing Information *(continued)*

If you provided a United States address in **Part 3**, provide the person's foreign address:

**2.a.** Street Number and Name | 3308 Bourassa Avenue

**2.b.** Apt. ☐ Ste. ☐ Flr. ☐ | 

**2.c.** City or Town | Boisbriand

**2.d.** Postal Code | J7H 1H4

**2.e.** Province | Quebec

**2.f.** Country | Canada

If the person's native alphabet is other than Roman letters, write the person's foreign name and address in the native alphabet:

**3.a.** Family Name *(Last Name)* | N/A

**3.b.** Given Name *(First Name)* | N/A

**3.c.** Middle Name | N/A

*Mailing Address*

**3.d.** Street Number and Name | 3308 Bourassa Avenue

**3.e.** Apt. ☐ Ste. ☐ Flr. ☐ | 

**3.f.** City or Town | Boisbriand

**3.g.** Postal Code | J7H 1H4

**3.h.** Province | Quebec

**3.i.** Country | Canada

**4.** Are any other petition(s) or application(s) being filed with this Form I-140? ☐ Yes ☒ No

If you answered "**Yes**," check any applicable boxes:

☐ Form I-485

☐ Form I-131

☐ Form I-765

☐ Other-Attach an explanation

**5.** Is the person for whom you are filing in removal proceedings? ☐ Yes - Attach an explanation ☒ No

**6.** Has any immigrant visa petition ever been filed by or on behalf of this person? ☐ Yes - Attach an explanation ☒ No

**7.** Is the petition being filed without an original labor certification because the original labor certification was previously submitted in support of another Form I-140? ☐ Yes - Attach an explanation ☒ No

**8.** If the petition is being filed without an original labor certification, are you requesting that USCIS request a duplicate labor certification from the Department of Labor? ☐ Yes - Attach an explanation ☒ No

**If you answered "Yes" to any of questions 4 through 8, provide the case number, office location, date of decision, and disposition of the decision on a separate sheet of paper.**

## Part 5. Additional Information About the Petitioner

Type of petitioner (Select **only one** box):

**1.a.** ☐ Employer

**1.b.** ☒ Self

**1.c.** ☐ Other (Explain, e.g., Permanent Resident, U.S. citizen or any other person filing on behalf of the alien)

| |

If a company, give the following:

**2.a.** Type of Business | N/A

**2.b.** Date Established *(mm/dd/yyyy)* ▶ | N/A

**2.c.** Current Number of U.S. Employees | N/A

**2.d.** Gross Annual Income | N/A

**2.e.** Net Annual Income | N/A

**2.f.** NAICS Code ▶ | N | / | A | | |

**2.g.** Labor Certification DOL/ETA Case Number | N/A

Form I-140 01/17/17 N

Exhibit 1-23

**2.h.** Labor Certification DOL/ETA Filing Date

*(mm/dd/yyyy)* ▶ N/A

**2.i.** Labor Certification Expiration Date

*(mm/dd/yyyy)* ▶ N/A

If an individual, give following:

**3.a.** Occupation

International Ice Dance Competitor - Junior level

**3.b.** Annual Income

## Part 6. Basic Information About the Proposed Employment

**1.** Job Title  International Ice Dance Competitor - Junior Level

**2.** SOC Code  ▶ 2 7 - 2 0 2 1

**3.** Nontechnical Description of Job

Ms. Carreira will train and compete for the United States

in international and domestic figure skating competitions

in the discipline of junior ice dance.

**4.** Is this a full-time position?  ☒ Yes  ☐ No

**5.** If the answer to **Number 4** is "No," how many hours per week for the position?

**6.** Is this a permanent position?  ☒ Yes  ☐ No

**7.** Is this a new position?  ☐ Yes  ☒ No

**8.** Wages:  $ Prize Awards  per

*(Specify hour, week, month, or year)*

Address where the person will work if different from address in **Part 1.**

**9.a.** Street Number and Name  42400 Nick Lidstrom Drive

**9.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**9.c.** City or Town  Novi

**9.d.** State  MI  **9.e.** Zip Code  48375

## Part 7. Information on Spouse and All Children of the Person for Whom You Are Filing

List husband/wife and all children related to the individual for whom the petition is being filed. Also, note if the individual will be applying for a visa abroad or for adjustment of status as the dependent of the individual for whom the petition is filed. Provide an attachment of additional family members, if needed.

### Person 1

**1.a.** Family Name *(Last Name)*  N/A

**1.b.** Given Name *(First Name)*  N/A

**1.c.** Middle Name  N/A

**1.d.** Date of Birth *(mm/dd/yyyy)* ▶ N/A

**1.e.** Country of Birth  N/A

**1.f.** Relationship  N/A

**1.g.** Applying for Adjustment of Status?  ☐ Yes  ☐ No

**1.h.** Applying for Visa Abroad?  ☐ Yes  ☐ No

### Person 2

**2.a.** Family Name *(Last Name)*  N/A

**2.b.** Given Name *(First Name)*  N/A

**2.c.** Middle Name  N/A

**2.d.** Date of Birth *(mm/dd/yyyy)* ▶ N/A

**2.e.** Country of Birth  N/A

**2.f.** Relationship  N/A

**2.g.** Applying for Adjustment of Status?  ☐ Yes  ☐ No

**2.h.** Applying for Visa Abroad?  ☐ Yes  ☐ No

Exhibit 1-24

## Part 7.  Information on Spouse and All Children of the Person for Whom You Are Filing  *(continued)*

### Person 3

**3.a.** Family Name *(Last Name)*  N/A

**3.b.** Given Name *(First Name)*  N/A

**3.c.** Middle Name  N/A

**3.d.** Date of Birth *(mm/dd/yyyy)* ▶  N/A

**3.e.** Country of Birth
N/A

**3.f.** Relationship  N/A

**3.g.** Applying for Adjustment of Status?  ☐ Yes  ☐ No

**3.h.** Applying for Visa Abroad?  ☐ Yes  ☐ No

### Person 4

**4.a.** Family Name *(Last Name)*  N/A

**4.b.** Given Name *(First Name)*  N/A

**4.c.** Middle Name  N/A

**4.d.** Date of Birth *(mm/dd/yyyy)* ▶  N/A

**4.e.** Country of Birth
N/A

**4.f.** Relationship  N/A

**4.g.** Applying for Adjustment of Status?  ☐ Yes  ☐ No

**4.h.** Applying for Visa Abroad?  ☐ Yes  ☐ No

### Person 5

**5.a.** Family Name *(Last Name)*  N/A

**5.b.** Given Name *(First Name)*  N/A

**5.c.** Middle Name  N/A

**5.d.** Date of Birth *(mm/dd/yyyy)* ▶  N/A

**5.e.** Country of Birth
N/A

**5.f.** Relationship  N/A

**5.g.** Applying for Adjustment of Status?  ☐ Yes  ☐ No

**5.h.** Applying for Visa Abroad?  ☐ Yes  ☐ No

### Person 6

**6.a.** Family Name *(Last Name)*  N/A

**6.b.** Given Name *(First Name)*  N/A

**6.c.** Middle Name  N/A

**6.d.** Date of Birth *(mm/dd/yyyy)* ▶  N/A

**6.e.** Country of Birth
N/A

**6.f.** Relationship  N/A

**6.g.** Applying for Adjustment of Status?  ☐ Yes  ☐ No

**6.h.** Applying for Visa Abroad?  ☐ Yes  ☐ No

## Part 8.  Signature of Petitioner

I certify, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it are all true and correct. I authorize U.S. Citizenship and Immigration Services (USCIS) to release to other government agencies any information from my USCIS records, if USCIS determines that such action is necessary to determine eligibility for the benefit sought.

**1.a.** Signature of Petitioner
➡ *Christi Carillo*

**1.b.** Date of Signature *(mm/dd/yyyy)* ▶  05/16/2018

**2.** Daytime Phone Number ( 7 7 2 ) 6 3 1 - 9 9 6 5

**3.** Mobile Phone Number ( ) -

**4.** E-mail Address *(if any)*
kristina.skating@gmail.com

**5.** Job Title of Position with Petitioning Employer, If the Petition Is Being Filed by an Employer

**NOTE:** *If you do not fully complete this form or fail to submit the required documents listed in the instructions, a final decision on your petition may be delayed or the petition may be denied.*

Form I-140  01/17/17  N

Page 5 of 6

Exhibit 1-25

1. Attorney or Representative: In the event of a Request for Evidence (RFE), may USCIS contact you by e-mail?

☒ Yes ☐ No

### Preparer's Full Name

Provide the following information concerning the preparer:

2.a. Preparer's Family Name *(Last Name)*

Fortino-Brown

2.b. Preparer's Given Name *(First Name)*

Susan

3. Preparer's Business or Organization Name

Law Ofc of Susan Fortino-Brown

### Preparer's Contact Information

Preparer's Daytime Phone Number     Extension

( 3 1 2 ) 3 4 1 - 9 0 0 9

5. Preparer's E-mail Address *(if any)*

sfortinobrown@sfortinolaw.net

### Preparer's Mailing Address

6.a. Street Number and Name   53 W. Jackson Blvd

6.b. Apt. ☐ Ste. ☒ Flr. ☐   1160

6.c. City or Town   Chicago

6.d. State  IL      6.e. Zip Code  60604

6.f. Postal Code

6.g. Province

6.h. Country  USA

### Declaration

To be completed by all preparers, including attorneys and authorized representatives: I declare that I prepared this petition at the request of the petitioner, that it is based on all the information of which I have knowledge, and that the information is true to the best of my knowledge.

7.a. Signature of Preparer _____

7.b. Date of Signature *(mm/dd/yyyy)* ▶ _____

Exhibit 1-26

# TAB

# B

Exhibit 1-27



LAW OFFICES OF
SUSAN FORTINO-BROWN
IMMIGRATION LAW

Susan Fortino-Brown
John A. Foerster

53 West Jackson Blvd., Suite 1160
Chicago, Illinois 60604
**P** 312.341.9009 **F** 312.341.9985
www.sfortinolaw.net

May 18, 2018

U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
Nebraska Service Center
Premium Processing
850 "S" Street
Lincoln, NE 68508

## REQUEST FOR PREMIUM PROCESSING

**RE: PETITION FOR IMMIGRANT WORKER, ALIEN OF EXTRAORDINARY ABILITY, FOR CHRISTINA CARREIRA, IN THE NARROW FIELD OF INTERNATIONALLY RANKED JUNIOR ICE DANCER**

Dear Sir or Madam:

On behalf of Ms. Christina Carreira, we submit the attached Petition for Alien Worker, Form I-140, Alien of Extraordinary Ability, with supporting documentation. This petition is being filed pursuant to Section 203(b)(1)(A) of the Immigration & Nationality Act ("INA").

### THE APPLICANT: CHRISTINA CARREIRA

Born in the city of Boisbriand, Canada, Christina Carreira ("Christina") is an internationally ranked Junior Ice Dancer, along with her partner, Anthony Ponomarenko, a citizen of the United States. Renowned as team 'Carreira/Ponomarenko' of the United States, they are **the highest-ranking junior ice dance team in the world.** They are also U.S. National Junior Ice Dance Champions and represent the United States in all international competitions. With the full support of United States Figure Skating ("USFS"), the governing body for the sport, USFS anticipates that team Carreira/Ponomarenko will represent the United States at the 2022 Winter Olympics in Beijing, China.

Based on their international record and world rankings, the team has proven themselves extraordinary. On the world-wide level, Carreira/Ponomarenko are ranked the highest in the world at the junior level, based on their cumulative points in international competition, according to the International Skating Union ("ISU"). *See,* ISU Junior Grand Prix of Figure Skating 2017/2018 Junior Ice Dance Final Results, attached. As U.S. National Champions, they took first place at the 2018 U.S. Figure Skating Championships in the Junior Ice Dance competition,

Exhibit 1-28

surging to the top while defeating the silver medalist team by over 12 points. *See*, U.S. Figure Skating Championships Results, attached.

On the international stage, Carreira/Ponomarenko are at the top of world rankings. Carreira/Ponomarenko earned first place, **Gold** medals at both the ISU Junior Grand Prix of Figure Skating Minsk Arena Cup 2017 and the ISU Junior Grand Prix Cup of Austria 2017. *See*, Results, attached. They also won **Gold** at the Lake Placid Ice Dance International in August 2017. *See*, Results, attached. Furthermore, in December 2017 the couple earned **Silver** at the Junior Grand Prix Finals held in Nagoya, Japan. *See*, Results, attached. Most recently at the ISU World Junior Figure Skating Championships the team earned **Silver,** behind their Russian competitors in Sofia, Bulgaria, placing second among 28 international Junior Ice Dance teams at the World Championships.

The chart below reflects the recent results of Carreira/Ponomarenko:

| Event | Season | | | |
|---|---|---|---|---|
| | 2017-2018 | 2016-2017 | 2015-2016 | 2014-2015 |
| World Junior Figure Skating Championships | 2nd | 3rd | | |
| Junior Grand Prix Final | 2nd | 4th | | |
| United States Championships | 1st | 2nd | 4th | 5th |
| Junior Grand Prix Austria | 1st | | | |
| Junior Grand Prix Belarus | 1st | | | |
| Junior Grand Prix Czech Republic | | | | 4th |
| Junior Grand Prix France | | 2nd | | |
| Junior Grand Prix Latvia | | | 4th | |
| Junior Grand Prix Poland | | | 2nd | |
| Junior Grand Prix Russia | | 2nd | | |
| Lake Placid Ice Dance International | 1st | | 2nd | |
| Pacific Coast Sectional Figure Skating Championships | | | 1st | 3rd |

## THE NARROW FIELD OF EXTRAORDINARY ABILITY:
### *JUNIOR ICE DANCE*

International Ice Dance is one of four disciplines among figure skating. Competitors train for several years to reach this level, and to compete internationally representing the United States. The discipline of ice dance on the international scale involves international competitions sanctioned by the International Skating Union ("ISU"). The ISU is the sport's representative and governing body affiliated with the International Olympic Committee ("IOC"). Below are the official rules regarding the Junior level from the ISU, and the IOC:

> In International Junior Competitions and ISU Junior Championships a Junior is a Skater who has met the following requirements before July 1st preceding the event:
> i) has reached at least the age of thirteen (13);

Exhibit 1-29

ii) has not reached the age of nineteen (19) for Ladies and Men in singles competition; and

iii) has not reached the age of nineteen (19) for Ladies and the age of twenty-one (21) for Men in Pair Skating and Ice Dance competition.

*See*, ISU Rulebook, attached.

In fact, the Junior level is the first level of figure skating that involves international competition, requiring competitors to have achieved extraordinary levels of achievement to qualify for this level on the international stage. Skaters represent countries in competitions around the world and use the success earned in these competitions as a springboard for future success as they advance to senior level international competition culminating in the Olympic Games.

Within the narrow field of Junior Ice Dance, very few individuals have arisen to the level of success of Ms. Carreira. As confirmed in the attached reference letters and supporting materials, Ms. Carreira has arisen to the very top level of International Junior Ice Dance competitors.

Ms. Carreira began skating in 2003, and started skating competitively in 2006, at the age of five. With her previous partner, Yvan Desjardins, Ms. Carreira became the **2012 Canadian National Champions at the Pre-Novice** Level. The couple placed 5th in the novice level at the 2013 Canadian Championships.

Ms. Carreira represents the Skating Club of New York ("SCNY"), which is the second oldest skating club in the United States and a founding member of USFS. At the international level, the team represents the United States and has done so in international competition for the past four years. This petition is not only supported by the SCNY, but is also fully supported by USFS, as confirmed by the included letters from the leadership of both organizations.

Ms. Carreira's extraordinary ability in Junior Ice Dance is critical to the continued success of the United States Olympic Team, in that Ms. Carreira represents the future of the United States in the discipline of Ice Dance. As described above, Ms. Carreira has demonstrated her excellence in the field of Junior Ice Dance through multiple top placements in the highest level of competitions in her field. Furthermore, as described in many of the attached letters, Ms. Carreira and her partner are the one team that have the same potential as Olympic Gold Medal Winners, Meryl Davis and Charlie White. *See*, Letter of John Millier, attached. Ms. Carreira's extraordinary ability as a Junior Ice Dance competitor as well as her future promise as an Olympic competitor renders her among the top in the narrow field.

## THE ITINERARY AND TRAINING SCHEDULE

All training will take place at the Novi Ice Rink, where coach Igor Shpilband trains his skaters. On a weekly basis Ms. Carreira will work through the following training schedule with her partner, Mr. Ponomarenko:

Exhibit 1-30

Monday:
6:30am to 7:15am: Off-ice warm up, stretch, calisthenics;
7:30am to 8:30am: Power-stroking session with all competitive dancers;
9:00am to 10:30am:   Practice on ice, private training session with Greg Zuerlein (World Champion (Junior) 2009;
12:30pm to 1:30pm: technique development;
3:00pm to 4:00pm: Off ice workout;
4:00pm to 5:00pm: cool-down, stretching off-ice;

Tuesday:
6:30am to 7:15am: warm-up off ice, stretch, calisthenics;
7:30am to 8:30am: power stroking on ice, Moves in the Field;
9:00am to 10:30am: on-ice practice, program development, choreography; private training session with Greg Zuerlein;
12:30pm to 1:30pm: technique on ice with Igor Shpilband;
2:00pm to 3:00pm: office ice work-out, Ballroom dance instruction; cool down/stretching
3:00pm to 4:00pm: cool down stretching off-ice;

Wednesday:
6:30am to 7:15am: warm up off ice;
7:30am to 8: 30am: power stroking on ice;
9:00am to 10:30am: practice, program development and choreography;
12:30pm to 1:30pm: technical development with Igor Shpilband; work out off ice
3:00pm to 4:00pm: work out off ice, free weights; cool down/stretching
4:00pm to 5:00pm: cool down, stretch
5:00pm to 6:30pm: practice meditation with yoga instructor

Thursday:
6:30am to 7:15am: warm up off ice
7:30am to 8: 30am: power stroking, moves in the field;
9:00am to 10:30am: dance development, technique, with private session with Greg Zuerlein;
12:30pm to 1:30pm: technical development, practice
2:00pm to 3:00pm: work-out off ice, yoga;
3:00pm to 4:00pm: cool down, stretch

Friday:
6:30am to 7:15am: warm up off ice;
7:30am to 8: 30am: power stroking, moves in the field;
9:00am to 10:30am: on ice practice, choreography;
12:30pm to 1:30pm: technical development with Greg Zuerlein
3:00pm to 4:00pm: off ice work-out with free weights and trainer
4:00pm to 5:00pm: cool down, stretch

Exhibit 1-31

## THE STANDARD FOR EB-1 CLASSIFICATION

To demonstrate that a beneficiary is an Alien of Extraordinary Ability, USCIS regulations require the submission of documentation of a one-time achievement such as a major internationally recognized award; or at least three of the ten criteria set forth under 8 CFR 204.5(h)(3). At a minimum, three of the following criteria are met in this petition:

(2) *Extraordinary ability* means a level of expertise indicating that the individual is one of that small percentage who have risen to the very top of the field of endeavor.

(3) Initial evidence. A petition for an alien of extraordinary ability must be accompanied by evidence that the alien has sustained national or international acclaim and that his or her achievements have been recognized in the field of expertise. Such evidence shall include evidence of a one-time achievement (that is, a major, international recognized award), or at least three of the following:

1. **Documentation of the alien's receipt of lesser nationally or internationally recognized prizes or awards for excellence in the field of endeavor;**

2. **Documentation of the alien's membership in associations in the field for which classification is sought, which require outstanding achievements of their members, as judged by recognized national or international experts in their disciplines or fields;**

3. **Published material about the alien in professional or major trade publications or other major media, relating to the alien's work in the field for which classification is sought. Such evidence shall include the title, date, and author of the material, and any necessary translation;**

4. Evidence of the alien's participation, either individually or on a panel, as a judge of the work of others in the same or an allied field of specification for which classification is sought;

5. Evidence of the alien's original scientific, scholarly, artistic, athletic, or business-related contributions of major significance in the field;

6. Evidence of the alien's authorship of scholarly articles in the field, in professional or major trade publications or other major media;

7. **Evidence of the display of the alien's work in the field at artistic exhibitions or showcases;**

8. **Evidence that the alien has performed in a leading or critical role for organizations or establishments that have a distinguished reputation;**

Exhibit 1-32

9.  Evidence that the alien has commanded a high salary or other significantly high remuneration for services, in relation to others in the field; or

10. Evidence of commercial successes in the performing arts, as shown by box office receipts or record, cassette, compact disk, or video sales.

(4) If the above standards do not readily apply to the beneficiary's occupation, the petitioner may submit comparable evidence to establish the beneficiary's eligibility.

## MS. CARREIRA IS AN ALIEN OF EXTRAORDINARY ABILITY IN THE FIELD OF JUNIOR ICE DANCE, AS THE REGULATIONS DEFINE "EXTRAORDINARY" AT 8 CFR § 204.5(h)

Ms. Carreira has achieved sustained international acclaim in international Junior Ice Dance, by virtue of her international ranking as the top junior team, her awards, and her gold medals, pursuant to 8 CFR § 204.5(h)(3). Ms. Carreira has earned multiple major, international awards in her career as a Junior Ice Dancer including **Silver at the International Skating Union World Championships, Silver at the International Skating Union Grand Prix Final 2017/2018, and Gold at the 2018 United States National Championships**. *See*, Results, attached. Each of these world renowned competitions represent the pinnacle of achievement for Junior Ice Dancers, and demonstrate their standing among the very top of the highest level of teams from around the world. *See*, Letter of Jennifer Mast, attached. Ms. Carreira's multiple major, international awards confirm the fact that Ms. Carreira has reached the level of extraordinary ability, pursuant to 8 CFR § 204.5(h)(3).

In the alternative, Ms. Carreira also meets more than three of the alternative criteria to demonstrate extraordinary ability, as described below.

1. **8 CFR § 204.5(h)(3)(i): Documentation of the receipt of lesser nationally or internationally recognized awards for Ms. Carreira's achievements as a Junior Ice Dancer representing the United States:**

   Throughout her career as a competitive Junior Ice Dancer, Ms. Carreira has received multiple nationally and internationally-recognized awards. Below is a selection of her most notable achievements and awards:

   a. Team Carreira/Ponomarenko, earned **Gold** at the 2018 United States National Championships in San Jose, California by an extraordinary **margin of 12 points** ahead of the rest of the competitors. *See*, Results, media reports, attached.

   b. Team Carreira/Ponomarenko, earned **Silver** at the International Skating Union Grand Prix Final 2017/2018 in the Junior Ice Dance competition. This competition featured the top six Junior Ice Dance teams in the world, and the Carreira/Ponomarenko team was the only U.S. team to qualify for the Grand Prix finals. *See,* Results, attached.

Exhibit 1-33

c.  Team Carreira/Ponomarenko earned **Silver** at the International Skating Union World Junior Figure Skating Championships in March 2018. This competition featured 28 internationally-ranked ice dance teams and in earning **silver** Carreira/Ponomarenko was the top team representing the United States. *See*, Results, attached.

d.  Team Carreira/Ponomarenko earned **Gold** at the 2017 Junior Grand Prix Belarus, 2017 Junior Grand Prix Austria, and the 2017 Lake Placid Ice Dance International

## 2.  8 CFR § 204.5(h)(3)(ii): Documentation of Ms. Carreira's membership in associations requiring outstanding achievements of its members, as judged by recognized international experts in Ice Dance:

Through her distinguished representation of the United States, for both USFS and SCNY, Ms. Carreira has been a member of associations that require outstanding achievements of their members. Ms. Carreira's representation of the United States at the ISU World Championships requires her and Mr. Ponomarenko to be one of the top three teams in the United States. Additionally, invitations to the ISU Junior Grand Prix of Figure Skating Final are based on prior placement at the Grand Prix qualifying competitions, and only the top six Ice Dance couples at the junior level are invited to complete, per ISU rules.[1]

Regarding the 2018 World Junior Championships, only three of the top U.S. teams were selected to compete at the World Championships, because representation of the United States requires skaters to be at the very top of their field. Team Carreira/Ponomarenko earned **Silver** at the World Championships in March 2018.

**Ms. Carreira earned an ISU Athlete Scholarship:** Ms. Carreira was selected for a scholarship from the ISU for the 2017/2018 season based on her success at the ISU World Junior Figure Skating Championships. This achievement is evidence of her extraordinary ability in the sport and provides evidence that she is a member in associations based on outstanding achievements. *See*, Justin Dillon letter, attached.

---

[1] The rule states in full:

> For the ISU Junior Grand Prix of Figure Skating Final the following Skaters/Couples will be qualified:
> the top 6 ranking Men
> the top 6 ranking Ladies
> the top 6 ranking Pairs
> the top 6 ranking Ice Dance Couples

> *See,* Junior Grand Prix of Figure Skating Junior Grand Prix of Figure Skating Final 2017/18 Announcement, attached.

Exhibit 1-34

## A. Mr. David Raith, Executive Director of U.S. Figure Skating, describes Ms. Carreira's importance to U.S. Figure Skating:

Together, Ms. Carreira and Mr. Ponomarenko have surpassed all expectations of U.S. Figure Skating, by virtue of their extraordinary international rankings. Earning gold medals in their two international Junior Grand Prix event sin 2017, they also earned gold at the Lake Placid Ice Dance International Competition the same year. At Junior Grand Prix Final Championships in December 2017, the team earned silver. Their excellent showings continued in January 2018 when they won Junior National Championships in San Jose, California. Finally, in the season's culminating event, the team earned silver at the Junior World Championships in March 2018. Based on the team's success, Ms. Carreira and Mr. Ponomarenko are considered the top U.S. dance team at this level, and are ranked internationally among the top two teams in the world.

In short, **U.S. Figure Skating fully supports this petition seeking lawful permanent residence on Christina's behalf, so she may compete for the United States at all international events and will hopefully be a competitor for the United States in winter Olympic events going forward.**

*See*, May 11, 2018 Letter of David Raith, attached.

## B. Mr. John Millier, an ISU Judge and Technical Controller, describes Ms. Carreira's skill and prominence in Junior Ice Dance:

As an expert who is deeply involved in the world of competitive ice dance, I can confidently state that Christina Carreira, together with her partner Anthony Ponomarenko, have developed into a formidable, internationally recognized Junior Ice Dance team. Their talent is only matched by their skill and artistry, which belies their young age. Christina has been recognized as one of the top ranked Junior Ice Dance skaters, through the many competitions she has won with Anthony. She has already achieved the level of extraordinary ability, earning the US National Championships and ranking second at Junior World Championships and third at the Junior Grand Prix finals. It is likely that she will be a member of the United States Olympic Team in the coming years.

*See,* April 17, 2018 Letter of John Millier, attached.

## C. Ms. Terri Levine, Executive Director of the Skating Club of New York, confirms Ms. Carreira's membership and continued representation of the Skating Club of New York:

Christina has represented SCNY since 2014 and has distinguished herself through her extraordinary success in Junior Ice Dance. Our club is always looking for

Exhibit 1-35

new talent to bolster our roster of Olympic level athletes, and we are fortunate to have Christina as a part of our club. She has demonstrated her excellence through her consistently high level of performance at renowned international competitions including first place victories at the Junior Grand Prix Belarus, Junior Grand Prix Austria, the 2018 U.S. Junior Championships, and the Lake Placid Ice Dance International. Furthermore, in March 2018 she and her partner, Anthony Ponomarenko, placed second at the Junior World Championships.

` *See*, April 17, 2018 Letter of Terri Levine, attached.

**D. Mr. Igor Shpilband, World and Olympic Coach, who is widely recognized as the impetus behind the development of Ice Dance in the United States, and coach to Ms. Carreira writes regarding Ms. Carreira's training schedule and competition schedule:**

Christina and Anthony are unique among their peers because they bring great speed and agility into the sport. Christina in particular, exhibits character development in their programs, which elevates their composite scores to the top levels on a global scale. Christina and Anthony train in Novi, Michigan, where they maintain a weekly training schedule of 30 to 35 hours of on-ice and off-ice development, including ballet, stroking, ballroom dance, strength training and stretching. Each competitive season, which covers August through the following March, they are called upon to compete on average seven to eight times, or once each month. The schedule of an elite world-ranked athlete is highly demanding mentally and physically, and Christina has the entire package of focus, drive ability and passion, and she and Anthony are set on delivering more world medals and most likely competing at the next two Olympic cycles.

*See*, May 5, 2018 Letter of Igor Shpilband, attached.

**E. Mr. Steven Belanger, member of both the Professional Skaters Association and United States Figure Skating, writes regarding Ms. Carreira's past results:**

I have known Christina for 7 years and can confirm that she is a **skater who has consistently demonstrated her extraordinary ability in many international competitions.** Christina, along with her partner Anthony Ponomarenko is currently ranked #1 in the World in the ISU Junior Grand Prix of Figure Skating 2017/2018 Junior Ice Dance rankings. Furthermore, the pair won the Junior Ice Dance competition at the U.S. Championships in 2018, were second at the Junior Grand Prix Final in 2017 and placed second at Junior World Championships in 2018. Each of these achievements is considered extraordinary, and underscores Christina and Anthony's membership among the most elite ice dance teams.

*See*, April 20, 2018 letter of Steven Belanger, attached.

Exhibit 1-36

**F. Mr. Claude Robert, General Manager, Bell Sports Complex, Montreal Canadiens (NHL) Official Training Facility, explains his role in advising Ms. Carreira and her family:**

> In 2013, I had been asked to counsel Christina Carreira's parents regarding Christina's potential to develop as a world level skater one day. I strongly believed at the time that she had all that was needed to reach the highest level. Since then, I have observed her incredible talent and natural predisposition to reach world level skating. Along with her dance partner Anthony Ponomarenko, she has achieved excellence and developed as an extraordinary Ice Dancer. On March 3, 2018 at the ISU Junior World Championship, they placed second in the world amongst a group of twenty-eight dance teams. It was their second year in a row as world medalists at the junior level representing the United States of America.

> *See*, April 25, 2018 Letter of Claude Robert, attached.

**3. 8 CFR § 204.5(h)(3)(viii): Evidence that Ms. Carreira has played a leading or critical role for the *Skating Club of New York, and United States Figure Skating*, which are both organizations that have a distinguished reputation:**

**G. Mr. Mitch Moyer, Senior Director, Athlete High Performance for USFS, states that Ms. Carreira and Mr. Ponomarenko represent the future of U.S. Ice Dance at the World Championship and Olympic level:**

> I can confidently state that Christina Carreira and her partner, Anthony Ponomarenko, represent the future of U.S. Ice Dance at the World Championship and Olympic level.   Christina and Anthony have distinguished themselves through their extraordinary success at the Junior level, winning the 2018 U.S. Championships and placing second at the two most prominent events for Junior skating, the ISU Junior Grand Prix Final and the ISU World Junior Figure Skating Championships.  Further, this team's international ranking as *first* in the world is based on their international scores at world events over the past two years, underscoring their extraordinary ability in this sport.

> The United States has had sustained success at the Olympic level in Ice Dance, winning one Gold, two Silvers, and one Bronze in the past four Olympic games. Christina and Antony are the team that has the potential to continue this rich history of success at future Winter Olympic Games.  In my opinion, this team has achieved the level of extraordinary ability in this narrow field.

> *See*, May 8, 2018 letter of Mitch Moyer, attached.

Exhibit 1-37

**H. Mr. John Millier, ISU Judge and Technical Coordinator, writes regarding Ms. Carreira's current proficiency in Ice Dance and future potential:**

> In my opinion, Christina is considered extraordinary within the sport of Ice Dance and **she and Anthony are currently the one team I would identify as having the same potential as Davis and White** [referring to Meryl Davis and Charlie White who won the first Olympic Gold Medal for the U.S. in Ice Dance in Sochi, Russia in 2014].

> *See*, April 17, 2018 Letter of John Millier, attached.

**I. Ms. Susan Kittenplan, President of the Skating Club of New York, confirms Ms. Carreira's membership in the club and her importance to the skating club:**

> I can confirm that Christina is a member of SCNY and represents our club in every competition she participates. **She represents the future of our skating club and the United States and has already been incredibly successful as a competitor in Junior Ice Dance.** She, with her partner Anthony Ponomarenko, placed first at the 2018 Junior U.S. Championships, Junior Grand Prix Belarus, Junior Grand Prix Austria, Lake Placid Ice Dance International while also placing second at the Junior Grand Prix Final and second at Junior World Championships in 2018. Therefore, Christina has arisen to the very top of her field and is an extraordinary competitor representing both the SCNY and the United States at all international competitions.

> *See*, April 19, 2018 letter of Susan Kittenplan, attached.

**J. Ms. Julia Rey, ISU Technical Specialist and incoming Chair of the Ice Dance Development Committee, explains the future potential of Ms. Carreira's representation for the United States:**

> Christina Carreira is an exceptional Ice Dancer and has arisen to the very top of the field of Junior Ice Dance, through her extraordinary ability. Together with her partner, Anthony Ponomarenko, Christina has become internationally recognized through the team's success and top ranking among the most prominent international junior ice dance competitions. She is the future of the United States' Ice Dance and can continue the country's continued high standing within the discipline.

> *See*, May 10, 2018 letter of Julia Rey, attached.

**K. Ms. Jennifer V. Mast, U.S. Olympic Team Manager, states:**

> Representing the United States as the top Junior Ice Dance team, Christina and Anthony won first place in January 2018 at the U.S. Figure Skating Championships. At the world level, they placed second in both the Junior Grand

Exhibit 1-38

Prix finals in December 2017 and again at the 2018 Junior World Championships. The competition pool for both international events was comprised of the top teams from representative countries around the world. Having placed second in both of the most recent world events underscores the extraordinary ability of Christina and Anthony. Before heading to the finals of the Grand Prix, Christina and Anthony placed first at both the, Junior Grand Prix Belarus 2017 and Junior Grand Prix Austria 2017. They also won top place at the 2017 Lake Placid Ice Dance International. Each of these international competitions are among the best in the world at the team's level. Their high placement underscores the extraordinary ability of both Christina and Anthony. **Their future medal potential is unlimited.**

*See,* May 18, 2018 Letter of Jennifer V. Mast, attached.

### L. Mr. Richard J Daley, U.S. Olympian and U.S. Olympic Team Leader, writes:

As a Michigan resident I have had the opportunity to closely interact with and observe Christina Carreira and her partner Anthony Ponomarenko over the last several years. I can attest this team is the real deal and they have unlimited potential. This view is supported by their demonstrated track record of extraordinary results at the Junior level. In 2017 they won Junior Grand Prix events in Belarus and Austria. This was followed up by winning the U.S. Championships and placing 2nd at the Junior World Championships

*See*, April 18, 2018 Letter of Richard J Dalley, attached.

Ms. Carreira therefore meets this criterion.

### 4. 8 CFR § 204.5(h)(3)(vii): Evidence of the display of Ms. Carreira's work in Junior Ice Dance at artistic exhibitions or showcases:

Ms. Carreira's extraordinary skill as an internationally ranked Junior Ice Dancer has been displayed at many international and domestic competitions, including the following:

- ➢ 2018 World Junior Figure Skating Championships (Silver medal)
- ➢ 2017 Junior Grand Prix Final (Silver medal)
- ➢ 2018 United States. National Championships (Gold medal)
- ➢ 2017 Junior Grand Prix of Austria (Gold Medal)
- ➢ 2017 Junior Grand Prix of Belarus (Gold Medal)
- ➢ 2017 Lake Placid Ice Dance International (Gold Medal)
- ➢ 2016 Junior Grand Prix of France (Silver Medal)
- ➢ 2016 Junior Grand Prix of Russia (Silver Medal)

After each international competition, the top three teams are individually invited to perform at the closing **Gala Exhibitions,** representing artistic exhibitions and showcases.

Exhibit 1-39

Performing before thousands at each ISU – sanctioned event over the past few years, team Carreira/Ponomarenko's regular performances among the top teams meets this criterion.

**I. Mr. Justin Dillon, Director, Athlete High Performance Development for United States Figure Skating, confirms Ms. Carreira's representation of the United States in many prominent international competitions:**

> Christina has been recognized for her achievements in Junior Ice Dance through her strong showings at many international competitions including first place at the Junior Grand Prix Belarus, Junior Grand Prix Austria, and the U.S. Championships. In addition, Christina was awarded with a scholarship by the International Skating Union for the 2017/2018 season due to her participation at the ISU World Junior Figure Skating Championships. This scholarship is awarded to athletes and teams who show promise on the international level.

*See*, April 18, 2018 Letter of Justin Dillon, attached.

**J. Mr. André-Marc Allain, Canadian and ISU Judge, writes regarding Ms. Carreira's work in skating competitions:**

> Christina has been skating competitively since 2006, at the age of five. I am aware of her competitive career as an amateur, first competing in Canada at the lower levels and recently on behalf of the United States in international competition. As a young skater, she placed among the top three in multiple competitions with her first partner, Simon-Pierre Malette-Paquette. She and Simon-Pierre placed first at the 2011-2012 Canadian National Intermediate Championships. Unfortunately for Canada, Christina decided to change partners and began representing the United States in 2014 with Anthony Ponomarenko, a citizen of the United States. Christina has continued to develop in the past four years on the international competitive circuit, while representing the United States. Most recently, the team won first place and were crowned U.S. Junior Champions, on January 4, 2018. In fact, the team was extraordinary, in that they lead the entire field by a significant amount, against fellow competitors.

> Last year they placed second at the ISU International Grand Prix Junior Ice Dance in December 2017, and most recently, on March 3, 2018 they placed second in the world at the ISU Junior World Championships which were held in Sofia, Bulgaria. Among a backdrop of 28 couples, Christina and Anthony's performance placing second renders them an extraordinary junior team.

*See*, April 17, 2018 Letter of André-Marc Allain, attached.

Exhibit 1-40

**5. 8 CFR § 204.5(h)(3)(iii): Published Material about Ms. Carreira's Achievements as a Junior Ice Dancer in professional trade publications or major media:**

Ms. Carreira has been featured in numerous articles from professional figure skating publications and major media publications due to her extraordinary ability in Junior Ice Dance. The publications include the following:

> ➤ *Time Magazine,*
> ➤ *Ice Network,*
> ➤ *Bleacher Report,*
> ➤ *Golden Skate Magazine,*
> ➤ *International Figure Skating,*
> ➤ *Europe on Ice,*
> ➤ *The Mercury News,*
> ➤ *Ice Skating International,*
> ➤ *ISU.org,*
> ➤ *The Morgan Hill Times,*
> ➤ *Lake Placid News,*
> ➤ *TeamUSA.org,*
> ➤ *The Finer Sports,*
> ➤ *Nord Info*, among others.

Thorough her extraordinary success in the field of Junior Ice Dance, Ms. Carreira has been featured in countless media sources internationally. She therefore meets this criterion.

Ms. Carreira provides a personal affidavit affirming the facts outlined above and verifies her intention of continuing to compete internationally on behalf of the United States.

## FINAL MERITS ANALYSIS

Ms. Carreira meets the standard required under the regulations as an extraordinary ability immigrant because she is ranked **first in world rankings** with her partner. She has earned **Gold** medals at several ISU sanctioned competitions, standing at the top of the podium, on behalf of the United States, with partner Anthony Ponomarenko, a citizen of the US. This petition is supported by **USFS**, the governing body of US figure skating, and this is significant because USFS intends to include team Carreira/Ponomarenko in the 2022 Winter Olympics in Beijing.

Ms. Carreira meets at least five of the seven criteria, by probative and compelling evidence that surpasses the normal criteria. Additionally, as required under the *Kazarian v. USCIS*, 596 F.3d 1115 (9th Circ. 2010) opinion, which has been adopted as the governing framework by USCIS, Ms. Carreira also meets the two-part approach where the evidence is first counted and then considered in the context of a final merits determination.[2]

---

[2] Although the *Kazarian* opinion is reflected in USCIS's current interpretation of the regulations, it ought to be read within the context of other cases, where various courts have offered differing opinions on the proper interpretation of the EB-1 classification requirements. In *Buletini v. INS*, 860 F. Supp. 1222 (E.D. Mich. 1994), the court specified

Exhibit 1-41

**Ms. Carreira's petition, in the final merit analysis, warrants favorable adjudication.** The final merits determination considers all evidence in the context of whether or not the petitioner has demonstrated: 1) a "level of expertise indicating that the individual is one of that small percentage who have risen to the very top of the[ir] field of endeavor" and 2) "that the alien has sustained national or international acclaim and that his or her achievements have been recognized in the field of expertise." 8 C.F.R. 204.5(h)(2) and (3); *see also Kazarian*, 596 F. 3d at 1119-20.

### Eligibility Criteria

When viewing all the evidence in its totality, it is clear that Ms. Carreira exceeds the eligibility criterion for this classification because she has met the majority of the eligibility criteria as follows:

1.  **Ms. Carreira has received nationally and internationally recognized awards in Junior Ice Dance including:** first place at the U.S. Championships in the Junior Ice Dance competition by over twelve points; second place at the Junior Grand Prix Final held in Nagoya, Japan in December of 2017; and second place at the 2018 World Junior Figure Skating Championships. **Their overall international rankings are the highest in the world.**

2.  Ms. Carreira has been a member of associations in the field of Junior Ice Dance that requires outstanding achievements. **Representing the United States**, she is among the most elite competitors, rated by national and international competition judges, among Ice Dance teams at the junior level. Finally, as the highest ranking team in the world, Carreira/Ponomarenko represent the future of US Ice Dance and is expected to compete at the next Winter Olympics in 2022 in Beijing, China. Finally, as a member of the Skating Club of New York, Ms. Carreira is among the most prominent Olympic and World Champion figure skaters. Furthermore, **this petition is supported by the United States Figure Skating, as confirmed in the letter from United States Figures Skating's Executive Director, David Raith.** *See*, Letter of David Raith, attached.

3.  Ms. Carreira's achievements in Junior Ice Dance have been published in **many of the most prominent industry publications in international figure skating**.

4.  Ms. Carreira has performed in a **leading and critical role for Skating Club of New York and United States Figure Skating** as the current **U.S. Champion**.

---

that, "It is an abuse of discretion for an agency to deviate from the criteria of its own regulation. Once it is established that the alien's evidence is sufficient to meet three of the criteria listed in 8 C.F.R. § 204.5(h)(3), the alien must be deemed to have extraordinary ability unless the INS sets forth specific and substantiated reasons for its finding that the alien, despite having satisfied the criteria, does not meet the extraordinary ability standard." *Id.* at 1234.

Exhibit 1-42

5. Ms. Carreira's work has been displayed at the most prestigious showcases for Junior Ice Dancers, including **the U.S. Championships, the Junior Grand Prix Final, and the World Junior Figure Skating Championships**, among other competitions.

## MS. CARREIRA MEETS THE PREPONDERANCE OF EVIDENCE STANDARD

The standard of proof for most administrative immigration proceedings, including petitions filed for Aliens of Extraordinary Ability is the "**preponderance of the evidence**" standard. *See Matter of Chawathe*, 25 I&N Dec. 369 (AAO 2010). Ms. Carreira has demonstrated her extraordinary ability, by way of relevant, probative, and credible evidence. Thus, it is 'more likely than not' [3] that she has satisfied the standard of proof. *Matter of E-M-*, 20 I&N Dec. 77, 79-80 (Comm'r 1989); *see also U.S. v. Cardozo- Fonseca*, 480 U.S. 421 (1987) (discussing "more likely than not" as a greater than 50% chance of an occurrence taking place).

Thank you for your thorough review of our petition. Should you require further information please contact the undersigned.

Very truly yours,

Susan Fortino

Attorney for Christina Carreira
LAW OFFICES OF SUSAN FORTINO-BROWN, LLC

---

[3] USCIS Policy memo www.usics.gov/sites/default/files/USCIS..a/i-140-evidence-pm-6002-005-1.pdf

Exhibit 1-43

# TAB

# C

Exhibit 1-44

State of Michigan
County of Oakland

Affidavit of Christina Carreira

I, Christina Carreira, residing at 3308 Bourassa Avenue, Boisbriand, Quebec, Canada J7H 1H4, make the following statements of fact in support of my petition for immigrant worker:

1. I am a citizen of Canada and I am now 18 years old.

2. I am a full time Ice Dancer together with my partner Anthony Ponomarenko. I am a member of the Skating Club of New York and together with Anthony we represent the United States in all international and national competitions. We train under Igor Shpilband, an Olympic and World Champion Ice Dance coach. I have been skating since 2003 and began skating competitively in 2006 at the age of five.

3. My parents support my financial obligations for training. In addition, USFS also supports me via athlete scholarship money, prize money and other financial support. During 2017 I was granted prize money in excess of $5,000, and we anticipate more funds going forward. I include my parents' financial documents to confirm they cover my expenses for training, coaching, travel and living expenses.

4. In total Anthony and I have represented the United States at fourteen different international competitions, as each year we compete in at least five different international competitions. Together Anthony and I are the highest ranked junior team in the world, ahead of both teams from Russia. In March we placed second at the Junior World Championships and are the US National Junior Champions.

5. As an internationally-ranked Ice Dance team, Anthony and I have the commitment to continue representing the United States at all international competitions, through at least the 2022 Olympics in Beijing, China, on behalf of the US. Our goal is to win an Olympic medal for the United States. For this reason, I am seeking permanent residence in the United States.

I declare the above is true under the penalty of perjury in the United States.

Name: _Christina Carreira_

Date: _06/16/2018_

Exhibit 1-45

# TAB

# D

Exhibit 1-46



Exhibit 1-47



ADMITTED
DMA
MAR 1 2 2018
P1
Class
Until
EAC1808151349
ll ExP 03/14/19

ADMITTED
DMA
03 2017

Exhibit 1-48

I94 - Official Website

5/17/18, 11:42 AM



U.S. Customs and Border Protection
*Securing America's Borders*

## Most Recent I-94

Admission (I-94) Record Number :
**90616630685**

Most Recent Date of Entry: 2018 April 05

Class of Admission : **P1**
Admit Until Date : **03/14/2019**
Details provided on the I-94 Information form:

| | |
|---|---|
| Last/Surname : | **CARREIRA** |
| First (Given) Name : | **CHRISTINA** |
| Birth Date : | **2000 April 03** |
| Passport Number : | **GJ321084** |
| Country of Issuance : | **Canada** |

Get Travel History

▶ **Effective April 26, 2013, DHS began automating the** admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ **Note: For security reasons, we recommend that you close** your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 05/31/2018

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

## For Your Info

Effective April 26, 2013, DHS began automating the admission process.

An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94.

A record of admission printed from the CBP website constitutes a lawful record of admission. *See 8 CFR § 1.4(d).*

Exhibit 1-49

Exhibit 1-50

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797B, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number EAC1808151349 | | Case Type I129 - PETITION FOR A NONIMMIGRANT WORKER | |
|---|---|---|---|
| Received Date 01/25/2018 | Priority Date | Petitioner THE SKATING CLUB OF NEW YORK | |
| Notice Date 01/29/2018 | Page 1 of 2 | Beneficiary CARREIRA, CHRISTINA | |

| | |
|---|---|
| THE SKATING CLUB OF NEW YORK c/o SUSAN RENEE FORTINO BROWN LAW OFC OF SUSAN FORTINO-BROWN 53 W JACKSON BLVD STE 1160 CHICAGO IL 60604 | **Notice Type:**  Approval Notice Class: P1 Valid from 01/29/2018 to 01/19/2021 |

The above petition has been approved. Since the petition indicates that the foreign workers will not require a visa to enter the U.S., we notified the listed port of entry or pre-flight inspection office. You may also send the tear-off bottom part of this notice to the worker(s) to show the approval. However, **THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA** for persons requiring a visa.

Petition approval does not authorize employment or training. When the workers are granted status upon admission to the United States, they can then work for the petitioner, but only as detailed in the petition and for the period authorized.

When seeking admission to the United States, the following classifications may be eligible for a grace period of up to 10 days before, and up to 10 days after the petition validity period: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may be eligible for a grace period of up to one week before and 30 days after the petition validity period. If provided at admission, this grace period will be annotated on the beneficiary's I-94 by Customs and Border Protection (CBP). The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. Please contact the IRS with any questions about tax withholding.

If circumstances change, the petitioner can file Form I-824 to have us notify another port of this approval. If any of the workers are already in the U.S. the petitioner can file a new Form I-129 to seek to change or extend their status based on this petition. Changes in employment or training may also require a new petition. Include a copy of this notice with any other required documentation.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

Number of workers: 1

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001
Customer Service Telephone: (800) 375-5283

Please tear off portion below and forward it to the alien worker

The alien may use this portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

| Receipt#: EAC1808151349 | Case Type: I129 | | | | | |
|---|---|---|---|---|---|---|
| Notice Date: January 29, 2018 | Petitioner: THE SKATING CLUB OF NEW YORK, | | | | | |
| Petitioner Validity Dates: Valid from 01/29/2018 to 01/19/2021 | Number of Workers: 1 | | | | | |
| Name | | DOB | COB | Class | Consulate/POE | OCC |
| CARREIRA, CHRISTINA | | 04/03/2000 | CANADA | P1 | | 140 |

Form I-797B (Rev. 10/31/05) N

Exhibit 1-51

### THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type | | | | |
|---|---|---|---|---|---|---|
| EAC1808151349 | | 1129 - PETITION FOR A NONIMMIGRANT WORKER | | | | |
| Received Date | Priority Date | Petitioner | | | | |
| 01/25/2018 | | THE SKATING CLUB OF NEW YORK | | | | |
| Notice Date | Page | Beneficiary | | | | |
| 01/29/2018 | 2 of 2 | CARREIRA, CHRISTINA | | | | |
| Name | | DOB | COB | Class | Consulate/POE | OCC |
| CARREIRA, CHRISTINA | | 04/03/2000 | CANADA | P1 | | 140 |

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001
Customer Service Telephone: (800) 375-5283

Please tear off portion below and forward it to the alien worker.

The alien may use this portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

VOID VOID
VOID VOID
VOID VOID
VOID VOID
VOID VOID
VOID VOID
VOID VOID
VOID VOID
VOID VOID

Form I-797B (Rev. 10/31/05) N

Exhibit 1-52

Exhibit 1-53



**SKATE**CANADA

865 Shefford Road, Ottawa, Ontario K1J 1H9
Phone 613.747.1007 | Toll Free 1.888.747.2372 | Fax 613.748.5718 | Toll Free Fax 1.877.211.2372

April 10, 2014

U.S. Figure Skating
Att: Pat St. Peter, President
20 First Street
Colorado Springs, CO
80906

Dear Mrs. St. Peter:

The U.S. Figure Skating requested a release by email on April 8, 2014 for Ms. Christina Carreira, who would like to be released from Skate Canada.

By releasing Ms. Carreira, it is understood that she will no longer be competing or representing Canada in competitions.

Therefore, as per the U.S. Figure Skating and Ms. Carreira's request; and in accordance with ISU Rule 109 (2), permission is granted for Ms. Christina Carreira to represent the U.S. Figure Skating. This is providing all other conditions of the U.S. Figure Skating and the International Skating Union's rules are met.

If you require further assistance please do not hesitate to contact me.

Best regards,

Dan Thompson
Skate Canada CEO

cc:     Ms. Christina Carreira, Athlete
        Fredi Schmid, ISU Director General
        Mike Slipchuk, Skate Canada High Performance Director
        Renee Bellavance, Competitive Program Manager
        QC Section
        Sylvie Simard, QC Section Chair
DT/cs

Exhibit 1-54

# INTERNATIONAL SKATING UNION

HEADQUARTERS ADDRESS: CHEMIN DE PRIMEROSE 2  - CH 1007 LAUSANNE - SWITZERLAND
TELEPHONE (+41) 21 612 66 66                    TELEFAX (+41) 21 612 66 77                    E-MAIL: info@isu.ch

Lausanne, 17 July 2014

The United States Figure Skating Association
20 First Street
Colorado Springs
CO 80906-3697
USA

**Clearance Certificate – Christina Carreira**

Dear Mr. Raith,

Please find enclosed the Clearance Certificate which is issued for the above-mentioned skater. Ms. Carreira is kindly requested to ensure that she always has the Certificate available for presentation whenever she competes at International Competitions or ISU Championships.

Kind regards,

ISU SECRETARIAT
Katia Trenz

Exhibit 1-55

# INTERNATIONAL SKATING UNION

## CLEARANCE CERTIFICATE

Skater: **Christina CARREIRA** born on: **3 April 2000**
(full name) (date)

Citizenship: **CANADA**
(name of the country)

Residing at: **Boisbriand, QC, Canada**
(full address of the place which the skater has proven by documents as being his/her permanent or long-term residence)

ISU Member: **UNITED STATES FIGURE SKATING ASSOCIATION**
(official name of the Member filing application for clearance)

may represent the above named ISU Member in international competitions and in the ISU

Championships as of: **July 1, 2014** (date to be stated)

(or if appropriate)

may represent the above-named ISU Member in international competitions as of: **N/A**
and in the ISU Championships as of: **N/A**

in the discipline: **N/A**
(single figure skating or short track or speed skating)

or in the discipline: **Ice Dance** (ice dancing /pairs)

with the following partner: **Anthony PONOMARENKO** (full name)

**Notice:**
This certificate is valid only as long as all the above stated data remain unchanged. The skaters and the Members have the obligation to immediately report to the ISU a change of any of such data, to cease using this Certificate after any such change and apply for a new certificate. Failure to perform this obligation and/or using the certificate after any change occurred may result in sanctions imposed against both the skater and the ISU Member.

Fredi Schmid
Director General

Date: July 17, 2014

Exhibit 1-56

Exhibit 1-57



U.S. Figure Skating
Headquarters
20 First Street
Colorado Springs, CO 80906
719.635.5200 Phone
719.635.9548 Fax
usfigureskating.org

July 5th, 2017

Dear Christina and Anthony,

The Athlete High Performance Department would like to congratulate you on being awarded a scholarship from the ISU for the 2017/2018 season.

This scholarship is based on your success last season and your participation at the ISU World Junior Figure Skating Championships.

Please find attached a letter from the ISU and the supporting documents which you will need to complete and return to me and Laura Roberts by Monday, July 10th. Let us know if you have any questions.

Congratulations on your success last season, and best of luck in the season ahead.

Go Team USA!!!!!

Regards,

Justin Dillon

Director, Athlete High Performance Development

Laura Roberts

Coordinator, Team USA

Member

Exhibit 1-58

Exhibit 1-59

# ISU Junior Grand Prix of Figure Skating 2017 / 2018
## Junior Ice Dance

FINAL RESULTS
-official-

| Pl | Name | Nation | 1 AUS | 2 AUT | 3 LAT | 4 BLR | 5 CRO | 6 POL | 7 ITA | Total Points | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **PLACE 1 - 6: QUALIFIED FOR ISU JUNIOR GRAND PRIX OF FIGURE SKATING FINAL** | | | | | | | | | | | | | | | | |
| 1 | Christina CARREIRA / Anthony PONOMARENKO | USA | | 15 | | 15 | | | | 30 | 1 | 295.44 | 2 | 173.85 | 87.57 | 121.59 | 30 |
| 2 | Anastasia SKOPTCOVA / Kirill ALESHIN | RUS | | 15 | | 13 | | | | 28 | 1 | 294.42 | 2 | 168.08 | 86.15 | 126.34 | 33 |
| 3 | Sofia POLISHCHUK / Alexander VAKHNOV | RUS | 15 | | | | | 13 | | 28 | 1 | 292.64 | 2 | 170.12 | 85.34 | 122.52 | 26 |
| 4 | Marjorie LAJOIE / Zachary LAGHA | CAN | 13 | | | | 15 | | | 28 | 1 | 289.22 | 2 | 167.78 | 87.41 | 121.44 | 23 |
| 5 | Sofia SHEVCHENKO / Igor EREMENKO | RUS | | | 15 | | 13 | | | 28 | 1 | 285.96 | 2 | 167.12 | 85.08 | 118.84 | 28 |
| 6 | Arina USHAKOVA / Maxim NEKRASOV | RUS | | | | 11 | | | 15 | 26 | 1 | 291.95 | 2 | 171.26 | 87.94 | 120.69 | 31 |
|  | **PLACE 7 - 9: SUBSTITUTE FOR THE ISU JUNIOR GRAND PRIX OF FIGURE SKATING FINAL** | | | | | | | | | | | | | | | | |
| 7 | Ksenia KONKINA / Grigory YAKUSHEV | RUS | | 13 | | | 11 | | | 24 | 2 | 283.57 | 2 | 168.78 | 85.17 | 114.79 | 30 |
| 8 | Elizaveta KHUDAIBERDIEVA / Nikita NAZAROV | RUS | 11 | | | | | 13 | | 24 | 2 | 265.65 | 2 | 149.37 | 74.82 | 116.28 | 28 |
| 9 | Caroline GREEN / Gordon GREEN | USA | | | 11 | | | | 11 | 22 | 3 | 255.81 | 2 | 147.56 | 75.80 | 108.25 | 33 |
| 10 | Alicia FABBRI / Claudio PIETRANTONIO | CAN | | | | 7 | | | 11 | 18 | 3 | 255.68 | 2 | 147.67 | 78.73 | 108.01 | 31 |
| 11 | Eliana GROPMAN / Ian SOMERVILLE | USA | 9 | | | | 9 | | | 18 | 4 | 255.14 | 2 | 150.58 | 75.38 | 104.56 | 23 |
| 12 | Ellie FISHER / Simon-Pierre MALETTE-PAQUE | CAN | | | | | 7 | 9 | | 16 | 4 | 255.38 | 2 | 151.21 | 78.29 | 104.17 | 31 |
| 13 | Ashlynne STAIRS / Lee ROYER | CAN | | 7 | | 9 | | | | 16 | 4 | 248.68 | 2 | 141.97 | 71.39 | 106.71 | 30 |
| 14 | Shira ICHILOV / Vadim DAVIDOVICH | ISR | | 5 | 9 | | | | | 14 | 4 | 234.65 | 2 | 138.42 | 70.75 | 96.23 | 30 |
| 15 | Chloe LEWIS / Logan BYE | USA | 7 | | | | | | 7 | 14 | 5 | 254.88 | 2 | 148.90 | 76.76 | 105.98 | 26 |
| 16 | Anastasia SHPILEVAYA / Grigory SMIRNOV | RUS | | | 13 | | | | | 13 | 2 | 139.83 | 1 | 79.72 | 79.72 | 60.11 | 14 |
| 17 | Avonley NGUYEN / Vadym KOLESNIK | USA | | | | 7 | | 5 | | 12 | 5 | 240.19 | 2 | 136.98 | 72.46 | 103.21 | 31 |
| 18 | Darya POPOVA / Volodymyr BYELIKOV | UKR | | | | 5 | 7 | | | 12 | 5 | 236.89 | 2 | 135.09 | 67.86 | 101.80 | 33 |
| 19 | Natacha LAGOUGE / Corentin RAHIER | FRA | | 11 | | | R | | | 11 | 3 | 129.90 | 1 | 72.64 | 72.64 | 57.26 | 16 |
| 20 | Evgeniia LOPAREVA / Alexey KARPUSHOV | RUS | | 9 | | | | | | 9 | 4 | 129.17 | 1 | 76.31 | 76.31 | 52.86 | 16 |
| 21 | Olivia MCISAAC / Elliott GRAHAM | CAN | | | | | | 9 | | 9 | 4 | 122.40 | 1 | 68.96 | 68.96 | 53.44 | 19 |
| 22 | Chiara CALDERONE / Pietro PAPETTI | ITA | | | | | 5 | 4 | | 9 | 6 | 235.84 | 2 | 136.58 | 72.09 | 99.26 | 31 |
| 23 | Emiliya KALEHANOVA / Uladzislau PALKHOUSKI | BLR | | | | 4 | 5 | | | 9 | 6 | 230.18 | 2 | 136.25 | 72.15 | 93.93 | 33 |
| 24 | Julia WAGRET / Mathieu COUYRAS | FRA | | | | 3 | 3 | | | 6 | 8 | 222.39 | 2 | 125.37 | 63.50 | 97.02 | 33 |
| 25 | Maria GOLUBTSOVA / Kirill BELOBROV | UKR | | | 5 | | | 0 | | 5 | 6 | 234.30 | 2 | 139.21 | 70.26 | 95.09 | 31 |
| 26 | Natalie D'ALESSANDRO / Bruce WADDELL | CAN | 5 | | | | | | | 5 | 6 | 113.25 | 1 | 65.55 | 65.55 | 47.70 | 9 |
| 27 | Emma GUNTER / Caleb WEIN | USA | | | | 4 | | | | 4 | 7 | 224.89 | 2 | 132.54 | 66.42 | 92.35 | 33 |
| 28 | Olga GIGLAVA / Yegor YEGOROV | UKR | | 4 | | | 0 | | | 4 | 7 | 212.35 | 2 | 118.35 | 61.67 | 94.00 | 30 |
| 29 | Sasha FEAR / George WADDELL | GBR | 4 | | | 0 | | | | 4 | 7 | 209.14 | 2 | 123.40 | 65.39 | 85.74 | 23 |
| 30 | Emily ROSE BROWN / James HERNANDEZ | GBR | | 0 | | | 4 | | | 4 | 7 | 204.25 | 2 | 123.77 | 65.10 | 80.48 | 30 |
| 31 | Seungyun HAN / Grayson LOCHHEAD | CAN | | | | | | 4 | | 4 | 7 | 120.55 | 1 | 69.40 | 69.40 | 51.15 | 19 |
| 32 | Loica DEMOUGEOT / Theo LE MERCIER | FRA | | | 0 | | | 3 | | 3 | 8 | 216.75 | 2 | 127.16 | 69.61 | 89.59 | 31 |
| 33 | Jessica PALFREYMAN / Chariton DOHERTY | AUS | 3 | | 0 | | | | | 3 | 8 | 159.65 | 2 | 94.62 | 49.15 | 65.03 | 23 |
| 34 | Valerie TAILLEFER / Jason CHAN | CAN | | | 3 | | | | | 3 | 8 | 110.42 | 1 | 67.83 | 67.83 | 42.59 | 14 |
| 35 | Ria SCHWENDINGER / Valentin WUNDERLICH | GER | | | | | 3 | | R | 3 | 8 | 109.50 | 1 | 62.61 | 62.61 | 46.89 | 14 |
| 36 | Isabella AMOIA / Luca BECKER | USA | | 3 | | | | | | 3 | 8 | 105.45 | 1 | 59.52 | 59.52 | 45.93 | 16 |
| 37 | Wanqi NING / Chao WANG | CHN | | | | | 0 | 0 | | 0 | 9 | 220.29 | 2 | 131.51 | 66.12 | 88.78 | 33 |
| 38 | Villo MARTON / Danyil SEMKO | HUN | | 0 | | | 0 | | | 0 | 9 | 194.44 | 2 | 109.01 | 64.81 | 85.43 | 30 |
| 39 | Charise MATTHAEI / Maximilian PFISTERER | GER | | | | 0 | | | | 0 | 9 | 102.28 | 1 | 58.15 | 58.15 | 44.13 | 14 |
| 40 | Yuzhu GUO / Pengkun ZHAO | CHN | | | | | 0 | | | 0 | 9 | 100.62 | 1 | 60.31 | 60.31 | 40.31 | 14 |
| 41 | Irina GALIYANOVA / Tommy TANG | CAN | | 0 | | | | | | 0 | 9 | 96.22 | 1 | 49.56 | 49.56 | 46.66 | 16 |
| 42 | Joanne CHO / Jake MEYER | AUS | 0 | | | | | | | 0 | 9 | 54.94 | 1 | 28.72 | 28.72 | 26.22 | 9 |
| 43 | Adelina ZVEZDOVA / Uladzimir ZAITSAU | BLR | | 0 | | | | | | 0 | 10 | 191.49 | 2 | 110.89 | 55.80 | 80.60 | 33 |
| 44 | Carolina PORTESI PERONI / Michael CHRASTECKY | ITA | | | | | | 0 | | 0 | 10 | 107.07 | 1 | 61.87 | 61.87 | 45.20 | 17 |
| 45 | Gaukhar NAURYZOVA / Bovisangur DATIEV | KAZ | | | | | 0 | 0 | | 0 | 11 | 198.53 | 2 | 120.94 | 60.55 | 75.59 | 33 |
| 46 | Yana BOZHILOVA / Kaloyan GEORGIEV | BUL | | 0 | | | | 0 | | 0 | 11 | 181.64 | 2 | 107.75 | 56.07 | 73.89 | 31 |
| 47 | Guoste DAMULEVICIUTE / Deividas KIZALA | LTU | | | | | 0 | | | 0 | 11 | 108.56 | 1 | 62.02 | 62.02 | 46.54 | 19 |
| 48 | Mathilde VIARD / Renan MANCEAU | FRA | | | | | | 0 | | 0 | 11 | 100.44 | 1 | 62.39 | 62.39 | 38.05 | 17 |
| 49 | Natalie TASCHLEROVA / Filip TASCHLER | CZE | | 0 | | | | | | 0 | 12 | 194.82 | 2 | 112.47 | 59.28 | 82.35 | 35 |
| 50 | Olexandra BORYSOVA / Cezary ZAWADZKI | POL | | 0 | | | | | | 0 | 12 | 190.94 | 2 | 111.37 | 58.55 | 79.57 | 35 |
| 51 | Nina MIZUKI / Veniamins VOLSKIS | CAN | | | 0 | | | | | 0 | 12 | 94.96 | 1 | 53.40 | 53.40 | 41.56 | 14 |
| 52 | Sophia ELDER / Christopher ELDER | USA | | | | | 0 | | | 0 | 12 | 94.70 | 1 | 57.53 | 57.53 | 37.17 | 14 |
| 53 | Gioia PUCCI / Kevin OJALA | EST | | | 0 | | | | | 0 | 13 | 163.27 | 2 | 97.63 | 50.45 | 65.64 | 33 |
| 54 | Karina SIDARENKA / Maksim YALENICH | BLR | | | 0 | 0 | | | | 0 | 13 | 150.74 | 2 | 83.94 | 42.75 | 66.80 | 28 |
| 55 | Sabrina BITTNER / Andrej LEBED | GER | | | | | 0 | | | 0 | 13 | 101.41 | 1 | 57.53 | 57.53 | 43.88 | 19 |
| 56 | Megumi TSUTSUMI / Devin DICKEY | MEX | | | | 0 | | | | 0 | 13 | 76.59 | 1 | 42.73 | 42.73 | 33.86 | 14 |

Exhibit 1-60

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | Malene NICHITA-BASQUIN / Jaime GARCIA | ESP | | | | | 0 | | 0 | 0 | 14 | 151.61 | 2 | 86.64 | 45.57 | 64.97 | 31 |
| 58 | Lucy BURTON / Thomas INGALL | CZE | | | | 0 | | | 0 | 0 | 14 | 144.49 | 2 | 80.97 | 45.03 | 63.52 | 31 |
| 59 | Cindy-Lilli ZIMMERLI / Volodymyr NAKISKO | SUI | | | | | | 0 | 0 | 0 | 14 | 87.39 | 1 | 50.98 | 50.98 | 36.41 | 17 |
| 60 | Marie DUPAYAGE / Thomas NABAIS | FRA | 0 | | | | | | 0 | 0 | 14 | 86.73 | 1 | 49.51 | 49.51 | 37.22 | 16 |
| 61 | Karolina Elizabeth CALHOUN / Michael Albert VALDEZ | BRA | | | | | | 0 | | 0 | 15 | 84.14 | 1 | 45.95 | 45.95 | 38.19 | 17 |
| 62 | Yohanna BROKER / Yann THAYALAN | POL | | | | | 0 | | 0 | 16 | 97.52 | 1 | 57.08 | 57.08 | 40.44 | 19 |
| 63 | Lara LUFT / Asaf KAZIMOV | GER | 0 | | | | | | 0 | 16 | 82.48 | 1 | 52.97 | 52.97 | 29.51 | 16 |
| 64 | Lorena BUBCSO / Alfred SOREGI-NIKSZ | HUN | | | | | 0 | | 0 | 18 | 73.59 | 1 | 40.90 | 40.90 | 32.69 | 19 |
| 65 | Julia KIM / Shokhrukh SULTANOV | UZB | | | | | 0 | | 0 | 19 | 51.87 | 1 | 26.62 | 26.62 | 25.25 | 19 |

X = scoring event; S = substitude; R = retired

Exhibit 1-61

*ICE DANCE*

**Christina CARREIRA**
**USA**

Date of birth: **03.04.2000**
Place of birth: **Montreal CAN**
Height: **163 cm**
Home town: **Farmington Hills, MI**
Profession: **student**
Hobbies: **reading, shopping, drawing**
Start sk. / Club: **2003 / SC of New York**
Internet / Social Media contact: **Twitter: ccarreira03; Instagram: christinacarreira**
Internet / Social Media contact (couple): **Facebook:Christina-Carreira-Anthony-Ponomarenko; http://carreira-ponomarenko.ice-dance.com**
Former Partners **Simon-Pierre Malette Paquette**

**Anthony PONOMARENKO**
**USA**

Date of birth: **05.01.2001**
Place of birth: **San Jose, CA**
Height: **179 cm**
Home town: **Novi, MI**
Profession: **student**
Hobbies: **diving, hockey, food**
Start sk. / Club: **2005 / SC of San Francisco**
Internet / Social Media contact: **Instagram: @Pom_pom9**
Internet / Social Media contact (couple): **Facebook:Christina-Carreira-Anthony-Ponomarenko; http://carreira-ponomarenko.ice-dance.com**
Former Partners **Sarah Feng**

Coach: **Igor Shpilband, Greg Zuerlein, Fabian Bourzat**
Choreographer: **Igor Shpilband**
Former Coach:
Practice low season: **25 h / week Novi, MI**
Practice high season: **25 h / week Novi, MI**

Music Short Program / Short Dance as of season 2017/2018
Rhumba: **Quizas, Quizas, Quizas by Sarita Monitel**
Cha Cha: **Perhaps Perhaps Perhaps performed by The Pussycat Dolls**
Samba: **Conga by Gloria Estefan**
Music Free Skating / Free Dance as of season 2017/2018
**Dance For Me Wallis (from "W.E." soundtrack) by Abel Korzeniowski**
**Abdication (from "W.E." soundtrack) by Abel Korzeniowski**

| | | | |
|---|---|---|---|
| **Personal Best Total Score** | 157.19 | 17.09.2016 | ISU JGP Cup of Mordovia 2016 |
| **Personal Best Score Short Dance** | 64.10 | 08.12.2017 | ISU Junior Grand Prix Final 2017/18 |
| **Personal Best Score Free Dance** | 94.15 | 18.03.2017 | ISU World Junior Championships 2017 |

| | 10/11 | 11/12 | 12/13 | 13/14 | 14/15 | 15/16 | 16/17 | 17/18 |
|---|---|---|---|---|---|---|---|---|
| Olympic Games | | | | | | | | |
| World Champ. | | | | | | | | |
| European Champ. | | | | | | | | |
| Four Continents | | | | | | | | |
| World Juniors | | | | | | | 3. | 2. |
| National Champ. | | | | | 5.J | 4.J | 2.J | 1.J |

S=Senior; J=Junior; N=Novice

| International Competition | Year | Place | Internation Competition | Year | Place |
|---|---|---|---|---|---|
| ISU JGP Copernicus Stars 2016 Torun | 2015 | 2. J | Lake Placid Ice Dance 2017 Lake Placid, NY | 2017 | 1. J |
| ISU JGP St. Gervais 2016 St. Gervais | 2016 | 2. J | ISU JGP Cup of Austria 2017 Salzburg | 2017 | 1. J |
| ISU JGP Cup of Mordovia 2016 Saransk | 2016 | 2. J | ISU JGP Minsk Arena Cup 2017 Minsk | 2017 | 1. J |
| ISU Junior Grand Prix Final 2016/17 Marseille | 2016 | 4. J | ISU Junior Grand Prix Final 2017/18 Nagoya | 2017 | 2. J |

**Ponomarenko is the son of 1992 Olympic Ice Dance Champions, 1988 Olympic silver and 1984 Olymipc bronze medalists Marina Klimova/ Sergei Ponomarenko, who competed for the Soviet Union. Coach Greg Zuerlein is the 2009 World Junior Champion (with Madison Chock) and coach Fabian Bourzat is the 2011 and 2012 European Champion (with Nathalie Pechalat, competing for France).**

Personal Bests (new) | Competition Results
© copyright by: International Skating Union, Avenue Juste-Olivier 17, CH - 1006 Lausanne
last update: 14.03.2018 16:19:18

Exhibit 1-62

Exhibit 1-63

Christina Carreira and Anthony Ponomarenko | icenetwork.com: Your home for figure skating and speed skating.

5/17/18, 12:19 PM

**icenetwork** SCHEDULE + RESULTS   SKATERS   NEWS   PHOTOS   VIDEO   FANS      REGISTER
LOGIN

Search



**Christina Carreira**
Level: Junior
Hometown: Boisbriand, Quebec
Date of Birth: 4/4/2000

**Anthony Ponomarenko**
Level: Junior
Hometown: Novi, Mich.
Date of Birth: 1/5/2001

Discipline: Ice Dance
Coach: Igor Shpilband, Fabian Bourzat, Greg Zuerlein
Choreographer: Igor Shpilband
Training: Novi, Mich.
Competes For: United States

## VIDEOS OF CHRISTINA CARREIRA AND ANTHONY PONOMARENKO


2018 World Junior Championships - Dance Awards


Carreira & Ponomarenko's 2018 World Junior Championships Free Dance


2018 World Junior Championships - Free Dance

## ABOUT

### CAREER ACCOMPLISHMENTS

*2018 World Junior silver medalists
*2018 U.S. junior champions
*2017 World Junior bronze medalists
*2017 U.S. junior silver medalists

### 2017-18 SEASON NOTES

SD Music: "Perhaps" by Pussycat Dolls and "Conga" by Gloria Estefan
FD Music: Selections from the *W.E.* soundtrack

### IJS PERSONAL BESTS

International Competition
SD - 63.77 (2017 Junior Grand Prix, Belarus)
FD - 94.09 (2016 Junior Grand Prix, Russia)
Final Score - 157.19 (2016 Junior Grand Prix, Russia)

## RELATED NEWS

Trusova edges teammate Kostornaia to take lead

Skoptcova, Aleshin take command at junior worlds

Carreira, Ponomarenko step up to junior dance gold

Carreira, Ponomarenko shine in junior short dance

Trusova earns narrow ladies victory at JGP Final

Carreira, Ponomarenko extend winning run in Minsk

Carreira, Ponomarenko dance to lead in Minsk

Carreira, Ponomarenko collect gold in Salzburg

Carreira, Ponomarenko take leg up in Salzburg

Carreira composes blog from birthplace of Mozart

## RELATED PHOTO GALLERIES

Free dance at junior worlds

Short dance at junior worlds

Junior free dance at U.S. Champs

Junior short dance at U.S. Champs

Exhibit 1-64

Christina Carreira and Anthony Ponomarenko | icenetwork.com: Your home for figure skating and speed skating.                    5/17/18, 12:19 PM

U.S. Qualifying Competition
SD - 68.70 (2018 U.S. Championships, Junior)
FD - 98.29 (2017 U.S. Championships, Junior)
Final Score - 165.06 (2017 U.S. Championships, Junior)

## CONNECT WITH US

Twitter: @ccarreira03
Instagram: christinacarreira and Pom_pom9
Facebook Fan Page
Official Website

## SKATING NOTES

Announced partnership in April 2014

Carreira began skating at age 3 because her mom was a skating coach ... Previously skated with
S.P Malette Paquette ... Previously coached by Marie France-Dubreuil and Patrice Lauzon.

Ponomarenko began skating at age 4 because he loved going fast ... Previously skated with
Sarah Feng, with whom he competed at the U.S. Championships ... Previously coached by his
father, Sergei Ponomarenko.

## PERSONAL NOTES

Carreira is currently a homeschooled student, expected to graduate high school in 2018 ...
French is her first language ... Received a Skate Canada Athlete of the Year Award for the
Quebec Section in 2011 ... Was born with two dislocated hips and was told she would never run
or play sports ... Has a springer spaniel named Bailey and a miniature poodle named Gucci ...
Enjoys reading, drawing and sports.

Ponomarenko's parents, Marina Klimova and Sergei Ponomarenko, are the only ice dance team
to win an Olympic medal of every color, winning bronze in 1984, silver in 1988 and gold in 1992
... Has a brother, Tim, and a hedgehog named Roxy ... Is a student at Novi High School in Novi,
Michigan ... Enjoys hockey, soccer, food and music.

## SEASON NOTES

### 2016-17 Season Notes

SD Music: "Why Don't You Do Right" by Jessica Rabbit
FD Music: "Exogenesis: Symphony Part III" by Muse

### 2015-16 Season Notes

SD Music: Charlie Chaplin Medley
FD Music: Selections of music by Goran Bregović

### 2014-15 Season Notes

SD Music: "Chica Boom" and "Let's Get Loud" by Jennifer Lopez
FD Music: Micmacs Medley

Costumes designed by Cherryl Ann Cabana and Lilya Dukler

## COMPETITIVE HISTORY

2018 - World Junior Championships - 2nd

2018 - U.S. Championships, Junior - 1st

2017 - Junior Grand Prix Final - 2nd

Free dance at JGP Final
Short dance at JGP Final
Backstage at JGP Belarus
Carreira's JGP Austria blog gallery
Free dance at junior worlds
Carreira's junior worlds blog

TWITTER



# This content no longer exists

We're sorry but the social
visual you are looking for
is no longer available

INSTAGRAM



Exhibit 1-65

2017 - Junior Grand Prix (Belarus) - 1st

2017 - Junior Grand Prix (Austria) - 1st

2017 - Lake Placid Ice Dance International, Junior - 1st

2017 - World Junior Championships - 3rd

2017 - U.S. Championships - 2nd

2016 - Junior Grand Prix Final - 4th

2016 - Junior Grand Prix (Russia) - 2nd

2016 - Junior Grand Prix (France) - 2nd

2016 - U.S. Championships, Junior - 4th

2016 - Pacific Coast Sectional, Junior - 1st

2015 - Junior Grand Prix (Poland) - 2nd

2015 - Junior Grand Prix (Latvia) - 4th

2015 - Lake Placid Ice Dance International, Junior - 2nd

2015 - U.S. Championships, Junior - 5th

2015 - Pacific Coast Sectional, Junior - 3rd

2014 - Junior Grand Prix (Estonia) - 4th

2014 - Junior Grand Prix (Czech Republic) - 5th

# icenetwork.

Copyright © 2006 - 2018 Ice Network, LLC

SCHEDULE + RESULTS
SKATERS
NEWS
PHOTOS
VIDEO
FANS
SUBSCRIBE
REGISTER
LOGIN

PRIVACY POLICY
ABOUT OUR ADS
TERMS OF USE
HELP CENTER
BLACKOUT RESTRICTIONS
CONTACT US

TWITTER
FACEBOOK
INSTAGRAM

Exhibit 1-66

# TAB

# E

Exhibit 1-67





# ISU World Junior Figure Skating Championships® 2018

## Junior Ice Dance

### Result

| FPl. | Name | | Nation | Points | SD | FD |
|------|------|---|--------|--------|----|----|
| 1 | Anastasia SKOPTCOVA / Kirill ALESHIN | | RUS | 155.15 | 1 | 1 |
| 2 | Christina CARREIRA / Anthony PONOMARENKO | | USA | 147.68 | 6 | 2 |
| 3 | Arina USHAKOVA / Maxim NEKRASOV | | RUS | 146.88 | 3 | 3 |
| 4 | Marjorie LAJOIE / Zachary LAGHA | | CAN | 146.22 | 2 | 5 |
| 5 | Sofia SHEVCHENKO / Igor EREMENKO | | RUS | 145.85 | 4 | 4 |
| 6 | Caroline GREEN / Gordon GREEN | | USA | 141.83 | 5 | 7 |
| 7 | Chloe LEWIS / Logan BYE | | USA | 139.17 | 8 | 6 |
| 8 | Natacha LAGOUGE / Corentin RAHIER | | FRA | 136.75 | 7 | 9 |
| 9 | Maria KAZAKOVA / Georgy REVIYA | | GEO | 133.07 | 11 | 8 |
| 10 | Ria SCHWENDINGER / Valentin WUNDERLICH | | GER | 130.27 | 10 | 10 |
| 11 | Darya POPOVA / Volodymyr BYELIKOV | | UKR | 125.26 | 9 | 11 |
| 12 | Olivia MCISAAC / Elliott GRAHAM | | CAN | 121.17 | 12 | 14 |
| 13 | Chiara CALDERONE / Pietro PAPETTI | | ITA | 120.85 | 13 | 13 |
| 14 | Villő MARTON / Danijil SZEMKO | | HUN | 119.92 | 15 | 12 |
| 15 | Loicia DEMOUGEOT / Theo LE MERCIER | | FRA | 117.60 | 14 | 15 |
| 16 | Yana BUGA / Georgy POKHILYUK | | AZE | 112.55 | 18 | 16 |
| 17 | Shira ICHILOV / Vadim DAVIDOVICH | | ISR | 112.22 | 17 | 17 |
| 18 | Natalie TASCHLEROVA / Filip TASCHLER | | CZE | 110.30 | 16 | 18 |
| 19 | Charise MATTHAEI / Maximilian PFISTERER | | GER | 105.45 | 20 | 19 |
| 20 | Viktoria SEMENJUK / Artur GRUZDEV | | EST | 105.18 | 19 | 20 |
| | Sasha FEAR / George WADDELL | | GBR | FNR | 21 | |
| | Wanqi NING / Chao WANG | | CHN | FNR | 22 | |
| | Haruno YAJIMA / Daiki SHIMAZAKI | | JPN | FNR | 23 | |
| | Karina SIDARENKA / Maksim YALENICH | | BLR | FNR | 24 | |
| | Yana BOZHILOVA / Kaloyan GEORGIEV | | BUL | FNR | 25 | |
| | Olexandra BORYSOVA / Cezary ZAWADZKI | | POL | FNR | 26 | |
| | Gaukhar NAURYZOVA / Boyisanqur DATIEV | | KAZ | FNR | 27 | |
| | Malene NICHITA-BASQUIN / Jaime GARCIA | | ESP | FNR | 28 | |

Exhibit 1-68

| Legend | |
|--------|--|
| FNR | Final not reached |

Back to Event Page    Back    Back to Home Page        Contact result service    Created by Swiss Timing, Ltd.

Last Update: 09/03/2018 22:15 (UTC +02:00)
© 2018 International Skating Union. All Rights Reserved.

Exhibit 1-69



Exhibit 1-70



Exhibit 1-71



Exhibit 1-72

2018 U.S. Figure Skating Championships

1/22/18, 3:09 PM

# Junior Dance

| Short Dance | Free Dance |
|---|---|
| Final | Final |

Start time: Jan 04, 9:50 AM Pacific Standard Time      Venue: SAP Center      Judge detail scores

| ⌃ Place | Start | Name | Short Dance | | Free Dance | | Total Score | |
|---|---|---|---|---|---|---|---|---|
| | | | Place | Score | Place | Score | | |
| 1 | 11 | Christina Carreira, SC of New York<br>Anthony Ponomarenko, SC of San Francisco | 1 | 68.70 | 1 | 90.48 | 159.18 | ✛ |
| 2 | 10 | Caroline Green, Pavilion SC of Cleveland Heights<br>Gordon Green, Washington FSC | 2 | 63.14 | 2 | 83.58 | 146.72 | ✛ |
| 3 | 9 | Chloe Lewis, All Year FSC<br>Logan Bye, SC of New York | 3 | 62.14 | 3 | 81.07 | 143.21 | ✛ |
| 4 | 13 | Eliana Gropman, Pavilion SC of Cleveland Heights<br>Ian Somerville, Washington FSC | 4 | 61.13 | 5 | 77.77 | 138.90 | ✛ |
| 5 | 5 | Avonley Nguyen, Washington FSC<br>Vadym Kolesnik, SC of Novi | 7 | 54.02 | 4 | 80.29 | 134.31 | ✛ |
| 6 | 12 | Emma Gunter, Washington FSC<br>Caleb Wein, Washington FSC | 5 | 56.31 | 6 | 76.58 | 132.89 | ✛ |
| 7 | 8 | Jocelyn Haines, Buffalo SC<br>James Koszuta, Glacier Falls FSC | 6 | 55.69 | 7 | 70.90 | 126.59 | ✛ |
| 8 | 6 | Alina Efimova, Peninsula SC<br>Alexander Petrov, Hershey FSC | 8 | 52.06 | 8 | 68.86 | 120.92 | ✛ |
| 9 | 7 | Katarina DelCamp, Dallas FSC<br>Maxwell Gart, All Year FSC | 9 | 50.26 | 10 | 66.39 | 116.65 | ✛ |
| 10 | 3 | Isabella Amoia, SC of Novi<br>Luca Becker, Washington FSC | 10 | 49.50 | 9 | 66.58 | 116.08 | ✛ |
| 11 | 1 | Sophia Elder, Louisville Skating Academy<br>Christopher Elder, Louisville Skating Academy | 11 | 49.14 | 12 | 61.88 | 111.02 | ✛ |
| 12 | 4 | Molly Cesanek, SC of Novi<br>Nikolay Usanov, SC of San Francisco | 13 | 44.04 | 11 | 62.56 | 106.60 | ✛ |
| 13 | 2 | Allie Rose, Philadelphia SC & HS<br>J.T. Michel, Louisville Skating Academy | 12 | 45.11 | 13 | 58.44 | 103.55 | ✛ |

## Officials

| Function | Name |
|---|---|
| Judge 1 | Laurie Lind, Livermore, CA |
| Judge 2 | John Cole, Baltimore, MD |
| Judge 3 | Linda Leaver, Salt Lake Cty, UT |
| Judge 4 | Eric Hampton, Marquette, MI |
| Judge 5 | Kathaleen Cutone, Reading, MA |
| Judge 6 | John Millier, Atlanta, GA |
| Judge 7 | Diana Wisner, Wilmington, DE |
| Judge 8 | Hal Marron, Phoenix, AZ |
| Judge 9 | Kathleen Harmon, Liberty Lake, WA |
| Referee | Carol Wooley, Alvord, TX |
| Technical Controller | Janis Engel, Valencia, CA |
| Technical Specialist | Philipp Rey, Colleyville, TX |

Exhibit 1-73

| Assistant Technical Specialist | Richard Dalley, S Rockwood, MI |
| Assistant Referee | Robert Horen, Ft Lauderdale, FL |

Created by ijsLive 1.6.4

Thursday, Jan 04, 2018, 11:57 AM Pacific Standard Time

Exhibit 1-74

 **Grand Prix of Figure Skating Final®**
**Junior Grand Prix of Figure Skating Final**   **2017 AICHI/NAGOYA**
December 7 - 10   

## Junior Ice Dance - Final Results

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Anastasia SKOPTCOVA Kirill ALESHIN | RUS | 1 | 1 | 153.61 |
| 2 | Christina CARREIRA Anthony PONOMARENKO | USA | 2 | 2 | 151.76 |
| 3 | Sofia POLISHCHUK Alexander VAKHNOV | RUS | 3 | 3 | 149.04 |
| 4 | Sofia SHEVCHENKO Igor EREMENKO | RUS | 5 | 4 | 144.38 |
| 5 | Arina USHAKOVA Maxim NEKRASOV | RUS | 6 | 5 | 141.88 |
| 6 | Marjorie LAJOIE Zachary LAGHA | CAN | 4 | 6 | 141.28 |

Back to Result Page     Back     Back to ISU Home Page

Last Update: 09 Dec 2017 14:44 (UTC+09:00)
created by comnet

Exhibit 1-75

Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more    Got it    ✕

**U.S. Figure Skating** ✓
@USFigureSkating

Follow    ⌄

Congrats to @ccarreira03 and Anthony Ponomarenko who took home the silver medal at #JGPFinal #JGPFigure!

More: usfigu.re/2k5rwMO



11:08 PM - 8 Dec 2017

**9** Retweets  **49** Likes

💬    ↻ 9    ♡ 49

© 2018 Twitter  About  Help Center  Terms  Privacy policy  Cookies  Ads info

Exhibit 1-76

U.S. Figure Skating on Twitter: "What a way to wrap up #GPFigure. … medalists at #JGPFinal and #GPFinal!" https://t.co/Hme860mMZq"    12/14/17, 10:24 AM



Exhibit 1-77



Christina CARREIRA and Anthony PONOMARENKO USA - Ice Dance Free Dance Interview- 2017 JGPF Nagoya

1,435 views

ISU Junior Grand Prix
Published on Dec 8, 2017

Visit www.isu.org for more information.

The ISU Junior Grand Prix of Figure Skating consists of seven events that will take place in:

SHOW MORE

**Up next**                                    AUTOPLAY

Christina CARREIRA / Anthony PONOMARENKO USA - ISU JG...
ISU Junior Grand Prix
8.3K views                                    7:41

MLB Greatest Outfield Throws of All time
Sporting Videos
Recommended for you                           6:41

Alexandra TRUSOVA RUS - ISU JGP Final Ladies Short Progra...
ISU Junior Grand Prix
645K views                                    6:02

The Price Is Right: The Best Contestant Ever
SIKE
Recommended for you                           5:55

Lionel Messi — 10 Goals That Were Too Good for His Age...
Messi Magic™
Recommended for you                           7:21

Christina Carreira / Anthony Ponomarenko Exhibition Gala...
ISU Junior Grand Prix
1.3K views                                    1:56

We Ask Kids How Trump is Doing
Jimmy Kimmel Live
Recommended for you                           2:44

ROBIN WILLIAMS - LAST LETTERMAN
MyTalkShowHeroes
Recommended for you                           11:55



Exhibit 1-79



# ISU Junior Grand Prix of Figure Skating Minsk Arena Cup 2017



## Junior Ice Dance

### Result

| FPl. | Name | | Nation | Points | SD | FD |
|---|---|---|---|---|---|---|
| 1 | Christina CARREIRA / Anthony PONOMARENKO | | USA | 150.05 | 1 | 1 |
| 2 | Anastasia SKOPTCOVA / Kirill ALESHIN | | RUS | 143.64 | 2 | 3 |
| 3 | Arina USHAKOVA / Maxim NEKRASOV | | RUS | 142.94 | 3 | 2 |
| 4 | Ashlynne STAIRS / Lee ROYER | | CAN | 126.97 | 4 | 4 |
| 5 | Avonley NGUYEN / Vadym KOLESNIK | | USA | 114.89 | 5 | 6 |
| 6 | Darya POPOVA / Volodymyr BYELIKOV | | UKR | 114.70 | 6 | 5 |
| 7 | Emiliya KALEHANOVA / Uladzislau PALKHOUSKI | | BLR | 108.87 | 8 | 7 |
| 8 | Julia WAGRET / Mathieu COUYRAS | | FRA | 107.81 | 7 | 8 |
| 9 | Yuzhu GUO / Pengkun ZHAO | | CHN | 100.62 | 11 | 10 |
| 10 | Sasha FEAR / George WADDELL | | GBR | 98.82 | 10 | 11 |
| 11 | Gaukhar NAURYZOVA / Bovisangur DATIEV | | KAZ | 96.06 | 12 | 9 |
| 12 | Nina MIZUKI / Veniamins VOLSKIS | | CAN | 94.96 | 9 | 12 |
| 13 | Karina SIDARENKA / Maksim YALENICH | | BLR | 78.09 | 13 | 13 |
| 14 | Lucy BURTON / Thomas INGALL | | CZE | 67.77 | 14 | 14 |

Back to Event Page    Back    Back to Home Page        Contact result service    Created by Swiss Timing, Ltd.

Last Update: 9/22/2017 21:17 (UTC +02:00)
© 2017 International Skating Union. All Rights Reserved.

Exhibit 1-80



Exhibit 1-81



CARREIRA / PONOMARENKO USA Winners Interview Free Dance MINSK 2017

748 views

**ISU Junior Grand Prix**
Published on Sep 22, 2017

Visit www.isu.org for more information.

The ISU Junior Grand Prix of Figure Skating consists of seven events that will take place in:

SHOW MORE

2 Comments     SORT BY

**Up next**                                          AUTOPLAY

Interview with USA Dance Team
CARREIRA / PONOMARENKO
ISU Junior Grand Prix
2K views

Christina CARREIRA / Anthony
PONOMARENKO USA- Free
ISU Junior Grand Prix
5.3K views

Christina CARREIRA / Anthony
PONOMARENKO USA - ISU JGP
ISU Junior Grand Prix
4.7K views

Alena KOSTORNAIA RUS Ladies
Free Skating EGNA-NEUMARKT
ISU Junior Grand Prix
46K views

Free Dance - MINSK 2017
ISU Junior Grand Prix

Christina CARREIRA / Anthony
PONOMARENKO USA - ISU JGP
ISU Junior Grand Prix
5.1K views

CARREIRA / PONOMARENKO
USA Winner Interview - Salzburg
ISU Junior Grand Prix
908 views

Christina Carreira / Anthony
Ponomarenko Exhibition Gala

Exhibit 1-82



# ISU Junior Grand Prix of Figure Skating
# Cup of Austria 2017



## Junior Ice Dance

### Result

| FPl. | Name | | Nation | Points | SD | FD |
|------|------|------|--------|--------|----|----|
| 1 | Christina CARREIRA / Anthony PONOMARENKO | | USA | 145.39 | 1 | 1 |
| 2 | Ksenia KONKINA / Grigory YAKUSHEV | | RUS | 139.80 | 3 | 2 |
| 3 | Natacha LAGOUGE / Corentin RAHIER | | FRA | 129.90 | 2 | 4 |
| 4 | Evgeniia LOPAREVA / Alexey KARPUSHOV | | RUS | 129.17 | 4 | 3 |
| 5 | Ashlynne STAIRS / Lee ROYER | | CAN | 121.71 | 5 | 5 |
| 6 | Shira ICHILOV / Vadim DAVIDOVICH | | ISR | 114.05 | 8 | 6 |
| 7 | Olga GIGLAVA / Yegor YEGOROV | | UKR | 108.59 | 6 | 7 |
| 8 | Isabella AMOIA / Luca BECKER | | USA | 105.45 | 9 | 8 |
| 9 | Irina GALIYANOVA / Tommy TANG | | CAN | 96.22 | 7 | 14 |
| 10 | Adelina ZVEZDOVA / Uladzimir ZAITSAU | | BLR | 93.75 | 12 | 10 |
| 11 | Emily ROSE BROWN / James HERNANDEZ | | GBR | 93.57 | 15 | 9 |
| 12 | Olexandra BORYSOVA / Cezary ZAWADZKI | | POL | 91.55 | 11 | 13 |
| 13 | Natalie TASCHLEROVA / Filip TASCHLER | | CZE | 89.49 | 14 | 11 |
| 14 | Marie DUPAYAGE / Thomas NABAIS | | FRA | 86.73 | 13 | 15 |
| 15 | Villő MARTON / Danyil SEMKO | | HUN | 85.24 | 10 | 16 |
| 16 | Lara LUFT / Asaf KAZIMOV | | GER | 82.48 | 16 | 12 |

Back to Event Page     Back     Back to Home Page        Contact result service     Created by Swiss Timing, Ltd.

Last Update: 01.09.2017 21:46 (UTC +01:00)
© 2017 International Skating Union. All Rights Reserved.

Exhibit 1-83



**U.S. Figure Skating** ✓
@USFigureSkating

[ Follow ]

Gold medals are the best medals.

Congrats to our JGP Austria medalists!

**JUNIOR GRAND PRIX**
**AUSTRIA**

CAMDEN PULKINEN
MEN'S
GOLD

CHRISTINA CARREIRA
& ANTHONY
PONOMARENKO
ICE DANCE
GOLD

TEAM USA MEDALISTS

US FIGURE SKATING

1:09 PM · 5 Sep 2017

**34** Retweets **161** Likes

♡ 2    ⟲ 34    ♡ 161

Exhibit 1-84



hmongdownloadyoutube.com



Christina CARREIRA /
Anthony PONOMARENK .
ISU Junior Grand Prix
5 months ago



Christina CARREIRA /
Anthony PONOMARENK .
ISU Junior Grand Prix
5 months ago



Christina CARREIRA and
Anthony PONOMARENK .
ISU Junior Grand Prix
a month ago



ISU 2014 Jr Grand Prix
Tallinn Short Dance
ISU Junior Grand Prix
3 years ago



Christina CARREIRA /
Anthony PONOMARENK
ISU Junior Grand Prix
a month ago



Christina CARREIRA /
Anthony PONOMARENK .
ISU Junior Grand Prix
4 months ago



Jun Hwan Cha KOR
Interview - Marseille JGP...
ISU Junior Grand Prix
one year ago



CARREIRA / PONOMARENKO USA Winner
Interview - Salzburg - Free Dance - ISU
JGP 2017

f SHARE TO FACEBOOK    FOLLOW US

by ISU Junior Grand Prix   5 months ago   938     DOWNLOAD TO MP3

Visit www.isu.org for more information. The ISU Junior Grand Prix of Figure Skating consists of
seven events that will take place in: Brisbane, Australia - August 23 to 27, Salzburg, Austria - August
31 to September 2, Riga, Latvia - September 6 to 9, Minsk, Belarus - September 20 to 24, Zagreb,
Croatia - September 27 to 30, Gdansk, Poland - October 4 to 7, Egna/Bolzano Italy - October 11 to 14.
FINAL - Nagoya, Japan - December 7 to 10 Subscribe now to the ISU YouTube channel
http://bit.ly/1mqLURT Follow the ISU http://twitter.com/ISU_FIGURE

Christina CARREIRA

Exhibit 1-85

# 2017 Lake Placid Ice Dance International

## RESULTS

### JUNIOR FINAL RESULT

| Pl. | Name | Nation | Total Score | SD | FD |
|-----|------|--------|-------------|----|----|
| 1 | Christina Carreira / Anthony Ponomarenko | USA | 149.76 | 1 | 1 |
| 2 | Caroline Green / Gordon Green | USA | 132.86 | 2 | 2 |
| 3 | Emma Gunter / Caleb Wein | USA | 111.92 | 3 | 3 |
| 4 | Isabella Amoia / Luca Becker | USA | 107.15 | 4 | 4 |
| 5 | Leticia Marsh / Elliot Verburg | GBR | 97.86 | 6 | 6 |
| 6 | Sasha Fear / George Waddell | GBR | 94.95 | 8 | 5 |
| 7 | Jocelyn Haines / James Koszuta | USA | 93.23 | 5 | 7 |
| 8 | Katarina DelCamp / Maxwell Gart | USA | 89.62 | 7 | 8 |
| 9 | Allie Rose / J.T. Michel | USA | 81.46 | 9 | 9 |

Withdrawn
  Wing Yi Valerie So / Marcus Yau                    HKG

**Halina GORDON-POLTORAK  POL**
Referee

Printed: 7/29/2017  1:13:01PM

**Janis ENGEL  USA**
Technical Controller

Exhibit 1-86





## ISU Grand Prix of Figure Skating Final
## ISU Junior Grand Prix of Figure Skating Final
## 2016/2017

## Junior Ice Dance

### Result

| FPI. | Name | Nation | | Points | SD | FD |
|---|---|---|---|---|---|---|
| 1 | Rachel PARSONS / Michael PARSONS | | USA | 162.50 | 2 | 1 |
| 2 | Alla LOBODA / Pavel DROZD | | RUS | 161.87 | 1 | 2 |
| 3 | Lorraine MCNAMARA / Quinn CARPENTER | | USA | 153.47 | 3 | 3 |
| 4 | Christina CARREIRA / Anthony PONOMARENKO | | USA | 149.98 | 4 | 4 |
| 5 | Angelique ABACHKINA / Louis THAURON | | FRA | 146.12 | 5 | 5 |
| 6 | Anastasia SHPILEVAYA / Grigory SMIRNOV | | RUS | 140.64 | 6 | 6 |

Back to Event Page     Back     Back to Home Page          Contact result service     Created by Swiss Timing, Ltd.

Last Update: 09.12.2016 18:25 (UTC +01:00)
© 2016 International Skating Union. All Rights Reserved.

Exhibit 1-87

# Junior Dance

| Short Dance | Free Dance |
|---|---|
| Final | Final |

Start time: Jan 20, 10:35 AM Central Standard Time          Venue: Sprint Center          Judge detail scores

| ☆ Place | Start | Name | Short Dance Place | Short Dance Score | Free Dance Place | Free Dance Score | Total Score | |
|---|---|---|---|---|---|---|---|---|
| 1 | 11 | Rachel Parsons, Washington FSC<br>Michael Parsons, Washington FSC | 1 | 72.42 | 1 | 103.91 | 176.33 | ✠ |
| 2 | 9 | Christina Carreira, SC of New York<br>Anthony Ponomarenko, SC of San Francisco | 3 | 66.77 | 2 | 98.29 | 165.06 | ✠ |
| 3 | 12 | Lorraine McNamara, Peninsula SC<br>Quinn Carpenter, Washington FSC | 2 | 70.44 | 3 | 93.19 | 163.63 | ✠ |
| 4 | 10 | Chloe Lewis, All Year FSC<br>Logan Bye, SC of New York | 4 | 60.60 | 4 | 87.83 | 148.43 | ✠ |
| 5 | 8 | Caroline Green, Washington FSC<br>Gordon Green, Washington FSC | 6 | 50.54 | 5 | 79.28 | 129.82 | ✠ |
| 6 | 5 | Eliana Gropman, Pavilion SC of Cleveland Heights<br>Ian Somerville, Washington FSC | 5 | 52.95 | 6 | 74.95 | 127.90 | ✠ |
| 7 | 6 | Alina Efimova, Peninsula SC<br>Alexander Petrov, Hershey FSC | 7 | 50.27 | 7 | 68.63 | 118.90 | ✠ |
| 8 | 7 | Diana Avaz, Detroit SC<br>Val Katsman, Broadmoor SC | 8 | 50.18 | 8 | 67.38 | 117.56 | ✠ |
| 9 | 2 | Emma Gunter, Washington FSC<br>Caleb Wein, Washington FSC | 9 | 49.37 | 9 | 66.53 | 115.90 | ✠ |
| 10 | 4 | Elizabeth Addas, All Year FSC<br>Michael Valdez, All Year FSC | 11 | 45.62 | 10 | 62.40 | 108.02 | ✠ |
| 11 | 1 | Lydia Erdman, Arctic FSC<br>Alexey Shchepetov, Philadelphia SC & HS | 10 | 46.51 | 11 | 59.80 | 106.31 | ✠ |
| 12 | 3 | Cassidy Klopstock, Centennial 7k SC<br>Jacob Schedl, University of Delaware FSC | 12 | 38.97 | 12 | 57.23 | 96.20 | ✠ |
| WD | | Heidi Washburn, Detroit SC<br>Ilya Yukhimuk, Detroit SC | | | | | | |

**WD**  Withdrawn

## Officials

| Function | Name |
|---|---|
| Judge 1 | Danielle Rey, Colleyville, TX |
| Judge 2 | Michael Ricigliano, Fremont, CA |
| Judge 3 | Robert Horen, Ft Lauderdale, FL |
| Judge 4 | Sharon Rogers, Los Angeles, CA |
| Judge 5 | David Hold, Los Angeles, CA |
| Judge 6 | Katherine Conrad, Kansas City, MO |
| Judge 7 | Carol Wooley, Alvord, TX |
| Judge 8 | Elyse Matsumoto, Boston, MA |
| Judge 9 | Jenny Mast, Virginia Bch, VA |
| Referee | Janis Engel, Valencia, CA |
| Technical Controller | John Millier, Atlanta, GA |
| Technical Specialist | Andrew Skillington, Saint Louis, MO |

Exhibit 1-88

| | |
|---|---|
| Assistant Technical Specialist | Shawn Rettstatt, New York, NY |
| Assistant Referee | Holly Cole, Baltimore, MD |

Created by ijsLive 1.5.2

Friday, Jan 20, 2017, 12:37 PM Central Standard Time

Exhibit 1-89



# ISU Junior Grand Prix of Figure Skating Cup of Mordovia 2016



## Junior Ice Dance

### Result

| FPI. | Name | Nation | | Points | SD | FD |
|---|---|---|---|---|---|---|
| 1 | Alla LOBODA / Pavel DROZD | | RUS | 161.87 | 1 | 1 |
| 2 | Christina CARREIRA / Anthony PONOMARENKO | | USA | 157.19 | 2 | 2 |
| 3 | Sofia SHEVCHENKO / Igor EREMENKO | | RUS | 141.67 | 3 | 3 |
| 4 | Alicia FABBRI / Claudio PIETRANTONIO | | CAN | 127.89 | 7 | 4 |
| 5 | Julia WAGRET / Mathieu COUYRAS | | FRA | 123.24 | 5 | 5 |
| 6 | Eva KUTS / Dmitrii MIKHAILOV | | RUS | 121.69 | 4 | 6 |
| 7 | Salome ABDEDOU / Dylan ANTUNES | | FRA | 119.29 | 6 | 7 |
| 8 | Viktoria SEMENJUK / Artur GRUZDEV | | EST | 111.21 | 8 | 8 |
| 9 | Yuzhu GUO / Pengkun ZHAO | | CHN | 105.37 | 11 | 9 |
| 10 | Hanna JAKUCS / Daniel ILLES | | HUN | 104.08 | 10 | 10 |
| 11 | Olga GIGLAVA / Aleksandr SIROSHTAN | | UKR | 100.26 | 9 | 12 |
| 12 | Adelina ZVEZDOVA / Uladzimir ZAITSAU | | BLR | 98.05 | 14 | 11 |
| 13 | Eliza SAEZ / Yann THAYALAN | | POL | 96.51 | 12 | 13 |
| 14 | Yana BOZHILOVA / Kaloyan GEORGIEV | | BUL | 95.60 | 13 | 14 |
| 15 | Nina HOLLOWEY / Fillipp KHARISOV | | AZE | 83.92 | 15 | 15 |
| 16 | Julia KIM / Shokhrukh SULTANOV | | UZB | 52.21 | 16 | 16 |

Back to Event Page     Back     Back to Home Page

Contact result service     Created by Swiss Timing, Ltd.

Last Update: 17.09.2016 13:24 (UTC +03:00)
© 2016 International Skating Union. All Rights Reserved.

Exhibit 1-90