

Exhibit 1-91



# ISU Junior Grand Prix of Figure Skating St. Gervais 2016



## Junior Ice Dance

### Result

| FPl. | Name | Nation | | Points | SD | FD |
|------|------|--------|--|--------|----|----|
| 1 | Angelique ABACHKINA / Louis THAURON | | FRA | 152.17 | 1 | 1 |
| 2 | Christina CARREIRA / Anthony PONOMARENKO | | USA | 148.38 | 2 | 2 |
| 3 | Sofia POLISHCHUK / Alexander VAKHNOV | | RUS | 137.77 | 5 | 3 |
| 4 | Nicole KUZMICH / Alexandr SINICYN | | CZE | 134.42 | 4 | 4 |
| 5 | Sofia SHEVCHENKO / Igor EREMENKO | | RUS | 133.52 | 3 | 5 |
| 6 | Natacha LAGOUGE / Corentin RAHIER | | FRA | 124.29 | 6 | 7 |
| 7 | Ashlynne STAIRS / Lee ROYER | | CAN | 119.59 | 8 | 6 |
| 8 | Loica DEMOUGEOT / Theo LE MERCIER | | FRA | 118.17 | 7 | 8 |
| 9 | Eliana GROPMAN / Ian SOMERVILLE | | USA | 113.66 | 10 | 9 |
| 10 | Emilia KALEHANAVA / Uladzislau PALKHOUSKI | | BLR | 107.14 | 9 | 10 |
| 11 | Alexandra BORISOVA / Cezary ZAWADZKI | | POL | 101.38 | 11 | 11 |
| 12 | Sasha FEAR / Jack OSMAN | | GBR | 95.73 | 13 | 12 |
| 13 | Villo MARTON / Danyil SEMKO | | HUN | 94.56 | 12 | 13 |
| 14 | Sabrina BITTNER / Andrej LEBED | | GER | 89.18 | 15 | 14 |
| 15 | Chanel DEN OLDEN / Rodolphe SABATINI | | NED | 88.14 | 14 | 16 |
| 16 | Karolina Elizabeth CALHOUN / Logan Tyler LEONESIO | | BRA | 82.95 | 16 | 15 |

Back to Event Page    Back    Back to Home Page        Contact result service    Created by Swiss Timing, Ltd.

Last Update: 27.08.2016 19:16 (UTC +02:00)
© 2016 International Skating Union. All Rights Reserved.

Exhibit 1-92



Exhibit 1-93

# 2016 Lake Placid Ice Dance Championships
### 07/27/2016 - 07/30/2016

## 11 Junior

## Free Dance

### Final Result Details

| Place | Name | TSS = | TES + | PCS + | SS | TR | PE | CC | IT | Ded - | Start # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Lorraine McNamara, Peninsula SC<br>Quinn Carpenter, Washington FSC | 93.26 | 46.58 | 47.68 | 7.82 | 7.96 | 7.96 | 8.04 | 7.96 | 1.00 | #3 |
| 2 | Christina Carreira, SC of New York<br>Anthony Ponomarenko, SC of San Francisco | 87.41 | 44.90 | 42.51 | 7.00 | 6.82 | 7.11 | 7.25 | 7.25 | 0.00 | #4 |
| 3 | Caroline Green, Washington FSC<br>Gordon Green, Washington FSC | 78.07 | 39.50 | 38.57 | 6.36 | 6.39 | 6.46 | 6.50 | 6.43 | 0.00 | #2 |
| 4 | Marjorie Lajoie, CPA Boucherville<br>Zachary Lagha, CPA St-Lambert | 72.60 | 37.01 | 36.59 | 5.96 | 5.93 | 6.14 | 6.32 | 6.14 | 1.00 | #1 |
| 5 | Alina Efimova, Peninsula SC<br>Alexander Petrov, Hershey FSC | 66.87 | 35.02 | 31.85 | 5.36 | 5.04 | 5.43 | 5.46 | 5.25 | 0.00 | #6 |
| 6 | Kaitlyn Chubb, Skate Oakville<br>Alex Gunther, Nepean SC | 51.91 | 23.57 | 28.34 | 4.75 | 4.68 | 4.61 | 4.93 | 4.64 | 0.00 | #5 |

## Officials

| Function | Name |
|---|---|
| Judge 1 | Eric Hampton, Marquette, MI |
| Judge 2 | Victoria Hildebrand, Williston, VT |
| Judge 3 | Robert Horen, Ft Lauderdale, FL |
| Judge 4 | Susan Keogh, Hilton Head, SC |
| Judge 5 | Elyse Matsumoto, Boston, MA |
| Judge 6 | John Millier, Atlanta, GA |
| Judge 7 | Julia Rey, Colleyville, TX |
| Judge 8 | Mary-Elizabeth Wightman, Lake Placid, NY |
| Judge 9 | Carol Wooley, Alvord, TX |
| | |

Exhibit 1-94

| Referee | Margaret Faulkner, Ann Arbor, MI |
|---|---|
| Technical Controller | Sharon Rogers, Los Angeles, CA |
| Technical Specialist | Judy Blumberg, Sun Valley, ID |
| Assistant Technical Specialist | Andrew Skillington, Saint Louis, MO |

**Legend**

TSS  Total Segment Score
TES  Total Element Score
PCS  Program Component Score
SS  Skating Skills
TR  Transitions
PE  Performance
CC  Composition
IT  Timing

Created by IJScompanion 3.8.1

Wednesday, Aug 03, 2016, 10:43 AM Eastern Daylight Time

Exhibit 1-95

# Junior Dance

| Short Dance | Free Dance |
|-------------|------------|
| Final | Final |

Start time: Jan 22, 9:00 AM Central Standard Time    Venue: Xcel Energy Center    Judge detail scores

| Place | Start | Name | Short Dance Place | Short Dance Score | Free Dance Place | Free Dance Score | Total Score | |
|-------|-------|------|-------|-------|-------|-------|-------|---|
| 1 | 12 | Lorraine McNamara, Peninsula SC<br>Quinn Carpenter, Washington FSC | 1 | 73.42 | 1 | 96.62 | 170.04 | ⊹ |
| 2 | 11 | Rachel Parsons, Washington FSC<br>Michael Parsons, Washington FSC | 2 | 70.29 | 2 | 95.17 | 165.46 | ⊹ |
| 3 | 9 | Elliana Pogrebinsky, Peninsula SC<br>Alex Benoit, Skokie Valley SC | 3 | 65.98 | 3 | 89.96 | 155.94 | ⊹ |
| 4 | 10 | Christina Carreira, SC of New York<br>Anthony Ponomarenko, SC of San Francisco | 4 | 64.81 | 5 | 87.98 | 152.79 | ⊹ |
| 5 | 13 | Julia Biechler, SC of Wilmington<br>Damian Dodge, Peninsula SC | 5 | 57.82 | 4 | 88.56 | 146.38 | ⊹ |
| 6 | 6 | Chloe Lewis, All Year FSC<br>Logan Bye, SC of New York | 7 | 56.02 | 6 | 80.43 | 136.45 | ⊹ |
| 7 | 7 | Eliana Gropman, Pavilion SC of Cleveland Heights<br>Ian Somerville, Washington FSC | 6 | 57.69 | 7 | 77.75 | 135.44 | ⊹ |
| 8 | 8 | Gigi Becker, Washington FSC<br>Luca Becker, Washington FSC | 8 | 52.78 | 8 | 73.56 | 126.34 | ⊹ |
| 9 | 4 | Alina Efimova, Peninsula SC<br>Kyle MacMillan, Washington FSC | 10 | 49.76 | 9 | 64.23 | 113.99 | ⊹ |
| 10 | 5 | Katherine Grosul, SC of Novi<br>Cameron Colucci, Philadelphia SC & HS | 9 | 52.53 | 10 | 59.44 | 111.97 | ⊹ |
| 11 | 3 | Aya Takai, Detroit SC<br>Alexander Martin, Detroit SC | 11 | 49.03 | 12 | 54.34 | 103.37 | ⊹ |
| 12 | 2 | Elizabeth Addas, All Year FSC<br>Jonathan Schultz, FSC of Southern California | 12 | 37.88 | 11 | 57.40 | 95.28 | ⊹ |
| 13 | 1 | Rebecca Lucas, University of Delaware FSC<br>Jacob Schedl, Pavilion SC of Cleveland Heights | 13 | 37.73 | 13 | 53.35 | 91.08 | ⊹ |

## Officials

| Function | Name |
|----------|------|
| Judge 1 | Anthony Bardin, Carson, NM |
| Judge 2 | Susan Keogh, Hilton Head, SC |
| Judge 3 | Richard Dalley, S Rockwood, MI |
| Judge 4 | Kanae Tagawa, Los Altos, CA |
| Judge 5 | Gerald Miele, Greenville, RI |
| Judge 6 | Hal Marron, Phoenix, AZ |
| Judge 7 | Jenny Mast, Virginia Bch, VA |
| Judge 8 | Laurie Lind, Livermore, CA |
| Judge 9 | Eric Hampton, Marquette, MI |
| Referee | Sharon Rogers, Los Angeles, CA |
| Technical Controller | Robert Horen, Ft Lauderdale, FL |
| Technical Specialist | Stephanie Zastrow, Augusta, GA |

Exhibit 1-96



# ISU Junior Grand Prix of Figure Skating Copernicus Stars 2015



## Junior Ice Dance

### Result

| FPl. | Name | Nation | | Points | SD | FD |
|---|---|---|---|---|---|---|
| 1 | Lorraine MCNAMARA / Quinn CARPENTER | | USA | 162.63 | 1 | 1 |
| 2 | Christina CARREIRA / Anthony PONOMARENKO | | USA | 146.15 | 2 | 2 |
| 3 | Anastasia SKOPTCOVA / Kirill ALESHIN | | RUS | 141.61 | 3 | 3 |
| 4 | Melinda MENG / Andrew MENG | | CAN | 140.80 | 5 | 4 |
| 5 | Sofia POLISHCHUK / Alexander VAKHNOV | | RUS | 139.23 | 4 | 5 |
| 6 | Payten HOWLAND / Simon-Pierre MALETTE-PAQUE | | CAN | 131.77 | 6 | 6 |
| 7 | Sara GHISLANDI / Giona Terzo ORTENZI | | ITA | 127.94 | 7 | 7 |
| 8 | Sarah Marine ROUFFANCHE / Geoffrey BRISSAUD | | FRA | 125.82 | 8 | 8 |
| 9 | Anzhelika YURCHENKO / Volodymyr BYELIKOV | | UKR | 116.80 | 9 | 9 |
| 10 | Gweneth SLETTEN / Elliot VERBURG | | GBR | 109.15 | 10 | 10 |
| 11 | Sandrine HOFSTETTER / Benjamin STEFFAN | | GER | 99.07 | 12 | 11 |
| 12 | Alexandra BORISOVA / Cezary ZAWADZKI | | POL | 97.10 | 11 | 13 |
| 13 | Viktoria SEMENJUK / Artur GRUZDEV | | EST | 94.23 | 14 | 12 |
| 14 | Jenna HERTENSTEIN / Damian BINKOWSKI | | POL | 90.17 | 15 | 14 |
| 15 | Kristsina KAUNATSKAIA / Yan LUKOUSKI | | BLR | 88.31 | 17 | 15 |
| 16 | Ksenia DUBIVKA / Vadym KRAVTSOV | | UKR | 87.58 | 16 | 16 |
| 17 | Anastasia POLIBINA / Radoslaw BARSZCZAK | | POL | 83.88 | 13 | 18 |
| 18 | Jogaile ZILIONYTE / Luca MORINI | | LTU | 83.32 | 18 | 17 |

Last Update: 26.09.2015 18:45 (UTC +01:00)
© 2015 International Skating Union. All Rights Reserved.

Exhibit 1-97



# ISU Junior Grand Prix of Figure Skating
# Riga Cup 2015



## Junior Ice Dance

### Result

| FPl. | Name | Nation | | Points | SD | FD |
|---|---|---|---|---|---|---|
| 1 | Betina POPOVA / Yuri VLASENKO | | RUS | 146.35 | 1 | 1 |
| 2 | Angelique ABACHKINA / Louis THAURON | | FRA | 139.05 | 3 | 2 |
| 3 | Sofia EVDOKIMOVA / Egor BAZIN | | RUS | 132.57 | 4 | 4 |
| 4 | Christina CARREIRA / Anthony PONOMARENKO | | USA | 131.25 | 2 | 5 |
| 5 | Melinda MENG / Andrew MENG | | CAN | 130.51 | 5 | 3 |
| 6 | Emily DAY / Kevin LEAHY | | USA | 115.77 | 7 | 6 |
| 7 | Hannah WHITLEY / Elliott GRAHAM | | CAN | 115.54 | 6 | 7 |
| 8 | Anzhelika YURCHENKO / Volodymyr BYELIKOV | | UKR | 107.41 | 8 | 8 |
| 9 | Xibei LI / Guangyao XIANG | | CHN | 101.13 | 9 | 9 |
| 10 | Maria OLEYNIK / Yuri HULITSKI | | BLR | 99.91 | 10 | 10 |
| 11 | Marina ELIAS / Denis KORELINE | | EST | 94.90 | 11 | 11 |
| 12 | Ksenia DUBIVKA / Vadym KRAVTSOV | | UKR | 86.67 | 14 | 12 |
| 13 | Jogaile ZILIONYTE / Luca MORINI | | LTU | 84.92 | 12 | 13 |
| 14 | Nataliya ALEKSANDROVA / Ricards EVELINS | | LAT | 78.36 | 15 | 14 |
| 15 | Villo MARTON / Danyil SEMKO | | HUN | 77.83 | 13 | 15 |

Back to Event Page     Back     Back to Home Page          Contact result service     Created by Swiss Timing, Ltd.

Last Update: 29.08.2015 18:02 (UTC +02:00)
© 2015 International Skating Union. All Rights Reserved.

Exhibit 1-98



# ISU Junior Grand Prix of Figure Skating
# Tallinn Cup 2014



## Junior Ice Dance

### Result

| FPl. | Name | Nation | | Points | SD | FD |
|---|---|---|---|---|---|---|
| 1 | Anna YANOVSKAYA / Sergey MOZGOV | | RUS | 152.00 | 2 | 1 |
| 2 | Mackenzie BENT / Garrett MACKEEN | | CAN | 144.51 | 1 | 2 |
| 3 | Alexandra NAZAROVA / Maxim NIKITIN | | UKR | 128.59 | 6 | 3 |
| 4 | Christina CARREIRA / Anthony PONOMARENKO | | USA | 127.60 | 4 | 6 |
| 5 | Carolina MOSCHENI / Adam LUKACS | | HUN | 127.43 | 3 | 7 |
| 6 | Holly MOORE / Daniel KLABER | | USA | 126.95 | 5 | 5 |
| 7 | Audrey CROTEAU-VILLENEUVE / Jeff HOUGH | | CAN | 122.54 | 7 | 4 |
| 8 | Sarah Marine ROUFFANCHE / Geoffrey BRISSAUD | | FRA | 113.06 | 9 | 8 |
| 9 | Anastasia SHPILEVAYA / Grigory SMIRNOV | | RUS | 111.66 | 8 | 9 |
| 10 | Katerina KONICKOVA / Matej LANG | | CZE | 104.13 | 10 | 10 |
| 11 | Marina ELIAS / Denis KORELINE | | EST | 89.97 | 11 | 11 |
| 12 | Linshu SONG / Yu LIU | | CHN | 87.05 | 12 | 14 |
| 13 | Viktoria SEMENJUK / Artur GRUZDEV | | EST | 86.93 | 13 | 13 |
| 14 | Kristsina KAUNATSKAIA / Yan LUKOUSKI | | BLR | 86.40 | 14 | 12 |
| 15 | Lilah FEAR / Jacob PAYNE | | GBR | 79.21 | 15 | 15 |
| 16 | Katerina BUNINA / Andrei SOKOLOV | | EST | 72.47 | 16 | 16 |

Back to Event Page    Back    Back to Home Page    Contact result service    Created by Swiss Timing, Ltd.

Last Update: 27.09.2014 13:17 (GMT +02:00)
© 2014 International Skating Union. All Rights Reserved.

Exhibit 1-99



# ISU Junior Grand Prix of Figure Skating Czech Skate 2014



## Junior Ice Dance

### Result

| FPl. | Name | Nation | | Points | SD | FD |
|------|------|--------|---|--------|----|----|
| 1 | Mackenzie BENT / Garrett MACKEEN | | CAN | 138.17 | 1 | 1 |
| 2 | Betina POPOVA / Yuri VLASENKO | | RUS | 131.42 | 2 | 4 |
| 3 | Lorraine MCNAMARA / Quinn CARPENTER | | USA | 130.79 | 3 | 2 |
| 4 | Sofia EVDOKIMOVA / Egor BAZIN | | RUS | 128.74 | 5 | 3 |
| 5 | Christina CARREIRA / Anthony PONOMARENKO | | USA | 126.98 | 4 | 5 |
| 6 | Danielle WU / Spencer SOO | | CAN | 117.77 | 6 | 7 |
| 7 | Tina GARABEDIAN / Alexandre LALIBERTE | | ARM | 115.94 | 7 | 6 |
| 8 | Rebecca DAWN LUCAS / Temirlan YERZHANOV | | KAZ | 106.77 | 8 | 8 |
| 9 | Sammi WREN / Alexey SHCHEPTOV | | GBR | 105.67 | 9 | 9 |
| 10 | Christine SMITH / Simon EISENBAUER | | AUT | 101.74 | 10 | 10 |
| 11 | Katerina KONICKOVA / Matej LANG | | CZE | 97.76 | 11 | 11 |
| 12 | Inna GORBACHOVA / Ilia BOGOMOL | | UKR | 92.28 | 12 | 12 |
| 13 | Mathilde HAROLD / Mael DEMOUGEOT | | FRA | 90.67 | 13 | 13 |
| 14 | Ria SCHWENDINGER / Valentin WUNDERLICH | | GER | 87.92 | 14 | 14 |
| 15 | Merily KESKKÜLA / German FROLOV | | EST | 81.81 | 15 | 16 |
| 16 | Kristsina KAUNATSKAIA / Yan LUKOUSKI | | BLR | 79.35 | 16 | 15 |
| 17 | Hanna JAKUCS / Daniel ILLES | | HUN | 74.61 | 17 | 17 |

Back to Event Page    Back    Back to Home Page    Contact result service    Created by Swiss Timing, Ltd.

Last Update: 05.09.2014 20:37 (GMT +01:00)
© 2014 International Skating Union. All Rights Reserved.

Exhibit 1-100

2016 Pacific Coast Sectional FS Championships

1/22/18, 2:35 PM

# Junior Dance

| Short Dance | Free Dance |
|---|---|
| Final | Final |

Start time: Nov 20, 6:10 PM Pacific Standard Time    Venue: Pickwick Ice Center    Judge detail scores

| ☆ Place | Start | Name | Short Dance | | Free Dance | | Total Score | |
|---|---|---|---|---|---|---|---|---|
| | | | Place | Score | Place | Score | | |
| 1 | 6 | Christina Carreira, SC of New York<br>Anthony Ponomarenko, SC of San Francisco | 1 | 59.05 | 1 | 82.67 | 141.72 | ⊹ |
| 2 | 5 | Chloe Lewis, All Year FSC<br>Logan Bye, SC of New York | 2 | 54.48 | 2 | 82.33 | 136.81 | ⊹ |
| 3 | 4 | Alina Efimova, Peninsula SC<br>Kyle MacMillan, Washington FSC | 3 | 47.36 | 4 | 55.23 | 102.59 | ⊹ |
| 4 | 3 | Elizabeth Addas, All Year FSC<br>Jonathan Schultz, FSC of Southern California | 4 | 40.82 | 3 | 60.89 | 101.71 | ⊹ |
| 5 | 1 | Rachel Brozina, Pavilion SC of Cleveland Heights<br>Michael Valdez, All Year FSC | 5 | 36.91 | 5 | 47.33 | 84.24 | ⊹ |
| 6 | 2 | Cassidy Klopstock, Los Angeles FSC<br>Jonathan Thompson, Centennial 7k SC | 6 | 35.71 | 6 | 37.29 | 73.00 | ⊹ |

## Officials

| Function | Name |
|---|---|
| Judge 1 | Hal Marron, Phoenix, AZ |
| Judge 2 | Danielle Rey, Colleyville, TX |
| Judge 3 | Laurie Lind, Livermore, CA |
| Judge 4 | Elyse Matsumoto, Trophy Club, TX |
| Judge 5 | Michael Bauer, Olympia, WA |
| Referee | Ronald Pfenning, Palm Springs, CA |
| Technical Controller | Janis Engel, Castaic, CA |
| Technical Specialist | Stephanie Jenkins, San Francisco, CA |
| Assistant Technical Specialist | Jamie Whyte, Bolingbrook, IL |
| Assistant Referee | Kathleen Harmon, Liberty Lake, WA |

Created by ijsLive 1.4.4

Friday, Nov 20, 2015, 07:07 PM Pacific Standard Time

Exhibit 1-101

# TAB

# F

Exhibit 1-102



May 11, 2018

U.S. Figure Skating
Headquarters
20 First Street
Colorado Springs, CO 80906

U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
Nebraska Service Center
Premium Processing
850 "S" Street
Lincoln, NE 68508

**RE: Extraordinary Ability Petition of Christina Carreira**

Dear Officer:

This letter is provided to support the Extraordinary Ability Petition of Christina Carreira, a citizen of Canada, who represents the United States as an internationally renowned Ice Dancer at the junior level.

U.S. Figure Skating is the governing body of figure skating in the United States and representative member of the International Skating Union (ISU). I am very familiar with Ms. Carreira's extraordinary achievements in ice dance at the junior level, because Ms. Carreira and her ice dance partner, Anthony Ponomarenko, compete on behalf of the United States. Because her partner is a citizen of the United States, team Carreira/Ponoarkenko chose to skate for the United States rather than Canada. Furthermore, Skate Canada, the counterpart of U.S. Figure Skating, officially released Ms. Carreira from its ranks when these skaters formed a team in 2014.

Together, Ms. Carreira and Mr. Ponoarkenko have surpassed all expectations of U.S. Figure Skating, by virtue of their extraordinary international rankings. Earning gold medals in their two international Junior Grand Prix events in 2017, they also earned gold at the Lake Placid Ice Dance International Competition the same year. At Junior Grand Prix Final Championships in December 2017, the team earned silver. Their excellent showings continued in January 2018 when they won Junior National Championships in San Jose, California. Finally, in the season's culminating event, the team earned silver at the Junior World Championships in March 2018. Based on the team's success, Ms. Carreira and Mr. Ponoarkenko are considered the top U.S. dance team at this level, and are ranked internationally among the top two teams in the world.

In short, U.S. Figure Skating fully supports this petition seeking lawful permanent residence on Christina's behalf, so she may compete for the United States at all international events, and will hopefully be a competitor for the United States in winter Olympic events going forward. Thank you for your thoughtful review of this petition. If you require additional information please contact the undersigned.

Sincerely,

David Raith

David Raith
Executive Director
U.S. Figure Skating

Member: International Skating Union

Member

Exhibit 1-103



BECOME A MEMBER | MEMBERS ONLY | Search

ATHLETES | CLUBS | COACHES | MEDIA | PARENTS | ABOUT US | DONATE | EVENTS | PROGRAMS | TECHNICAL INFO | LEARN TO SKATE USA®

# ABOUT US

**Leadership**

President

Board of Directors

Reports of Action

Committees

Executive Director ▶

Governing Council

Forms

Membership

Fan Zone

U.S. Figure Skating
Auctions

Fantasy Skating

SKATING Magazine

Members Only

Judges & Officials

History

Employment

Member Services

Museum & Hall of
Fame

U.S. Figure Skating at
a Glance

Figure Skating A to Z

Headquarters Staff

Scholarships, Grants
and Awards

Shop

Logo

U.S. Ice Rink
Association

### EXECUTIVE DIRECTOR DAVID RAITH

David Raith is responsible for the day-to-day management of U.S. Figure Skating. He oversees an operating budget of approximately $12 million annually while managing the policies, programs and goals of the association as approved by the Board of Directors.



Since his hiring as executive director of U.S. Figure Skating in September 2005, Raith has taken numerous steps toward strengthening the organization now and for the future.

Raith spearheaded the signing of a long-term relationship with NBC to broadcast the U.S. Championships and Skate America beginning in the 2007-08 season. The deal has now been extended and ensures that figure skating will remain on network television and in primetime for selected events through the 2014 Olympic season. The partnership includes a minimum of 11 hours of event coverage (nine hours live) and various marketing and broadband rights, highlighted by additional live event coverage on U.S. Figure Skating's icenetwork.com and NBCSports.com.

In 2006 Raith played an integral role in establishing U.S. Figure Skating's partnership with Major League Baseball Advanced Media, LP, to develop and utilize the interactive media properties of U.S. Figure Skating through the creation of icenetwork.com. Icenetwork.com is a wholly owned subsidiary of U.S. Figure Skating and has the exclusive rights to U.S. Figure Skating's interactive media properties.

Raith also was one of the driving forces behind the multi-year, exclusive agreement U.S. Figure Skating signed with Van Wagner Sports and Entertainment, a New York-based sponsorship and media sales agency, in March 2008. This allows U.S. Figure Skating and Van Wagner to build 360-degree integrated packages that provide complete solutions to partners, while enabling U.S. Figure Skating to provide support to its athletes and to continue to grow the sport of figure skating.

Raith has made a number of hires and reorganized the office at U.S. Figure Skating Headquarters to strengthen the infrastructure of the organization. These additions include a senior director of athlete high performance, to increase the success of U.S. Figure Skating athletes and a senior director of membership, to support the organization's clubs and grow its membership.

Raith has extensive background in the television industry, marketing and Olympic arena that includes involvement with USA Track & Field, Turner Broadcasting's Goodwill Games and CNN Sports.

Prior to joining U.S. Figure Skating, Raith worked at USA Track & Field as director of events and broadcasting from 2003-05, overseeing all major events, including the 2004 Olympic Track & Field Trials, USA Indoor and Outdoor Track & Field Championships, and USA Track & Field's Visa Championship Series. These events generated more than 15 national broadcasts on NBC and other networks.

Before his time at USA Track & Field, Raith served as the vice president of sports for Turner Broadcasting System's Goodwill Games, the international, multi-sport competition organized from 1986-2001. He was responsible for event and television scheduling, athlete participation, and operational aspects of up to 24 different sports. With figure skating alone he worked extensively with athletes, coaches, judges and volunteer

Exhibit 1-104

Welcome to U.S. Figure Skating                                                                    5/16/18, 6:09 PM

| Sponsors |
| Mission Statement |
| Links |
| Contact Us |

leadership.

While at Turner, Raith also led the organization of the ISU-sanctioned competition "Centennial on Ice" in February 1996 in St. Petersburg, Russia, commemorating the 100th anniversary of the first World Figure Skating Championships staged in the city in 1896. He also oversaw the professional figure skating event organized as part of the Winter Goodwill Games in Lake Placid, N.Y., in 2000.

Raith's considerable television background also includes five years at the Cable News Network (CNN) beginning with its inception in 1980. From 1980-85 he helped establish CNN Sports as an anchor, coordinating producer, "Sports Tonight" producer and producer of "The Games of '84," daily coverage leading up to and during the 1984 Olympic Winter and Summer Games.

A St. Louis native, Raith is a graduate of the University of Missouri with a degree in journalism. He and his wife, Leslie, have two daughters, Sydney and Jaime.

## U.S. FIGURE SKATING SPONSORS

**PARTNERS**

      

**SUPPLIERS**

  

**LICENSEES**

 

## U.S. FIGURE SKATING COMMUNITY

 
 
 

Contact Us | Employment | Forms | Shop | Sitemap | Facebook |
©2017 U.S. Figure Skating Terms of Use and Privacy Policy are applicable to you. All rights reserved.

Exhibit 1-105



ATHLETES | CLUBS | COACHES | MEDIA | PARENTS | ABOUT US | DONATE | EVENTS | PROGRAMS | TECHNICAL INFO | LEARN TO SKATE USA®

## ABOUT US

Leadership

Forms

Membership

Fan Zone

U.S. Figure Skating Auctions

Fantasy Skating

SKATING Magazine

Members Only

Judges & Officials

History

Employment

Member Services

Museum & Hall of Fame

U.S. Figure Skating at a Glance

Figure Skating A to Z

**Headquarters Staff**

Scholarships, Grants and Awards

Shop

Logo

U.S. Ice Rink Association

Sponsors

Mission Statement

Links

Contact Us

### U.S. FIGURE SKATING HEADQUARTERS STAFF

U.S. Figure Skating staff work to carry out the policies set forth by the organization's volunteer constituency and administers the day-to-day duties of the organization.

**STAFF DIRECTORY**

All U.S. Figure Skating employee email addresses are "first initial" + "last name" + "@usfigureskating.org". (For example, John Smith's email address would be jsmith@usfigureskating.org.)

| | |
|---|---|
| James Anderson | Staff Counsel - SafeSport |
| Sarah Arnold | Manager, Athlete Development |
| Ramsey Baker | Chief Marketing Officer |
| Ingrid Benson | Manager, Athlete High Performance Logistics |
| Mollie Brauer | Specialist, Member Services |
| Donna Brown | Fullfillment Specialist |
| Concetta Brooks | Graphic Designer |
| Brian Burns | Coordinator, Marketing |
| Jeannine Combs | Specialist, Member Services |
| Mia Corsini | Director, Events |
| Karen Cover | Museum Archivist |
| Brent Diederich | Manager, Giving Programs |
| Justin Dillon | Director, High Performance Development |
| Kathy Drevs | Business Analyst |
| Bob Dunlop | Senior Director, Events |
| Jim Fox | Special Assistant to the Executive Director |
| Kyleigh Gaff | Coordinator, Synchronized Skating |
| Leslie Graham | Senior Director, Synchronized Skating and Skating Programs |
| Dalean Greenlee | Special Assistant to the Executive Director |
| Jim Gurnsey | IT Helpdesk |
| Kirsten Habgood | Executive Assistant |
| Jessica Herbst | Manager, Team USA |
| Kimberly Berry Hines | Director, Membership Development |
| Richard Hoggatt | Manager, Facilities/Mailroom |

Exhibit 1-106

Welcome to U.S. Figure Skating

5/16/18, 5:58 PM

| Sora Hwang | Coordinator, Communications |
| Robert Keene | Specialist, IJS Technology |
| Erika Lehman | Manager, Marketing |
| Kevin Leonardo | Director, Event Production |
| Debbie Lyons | Purchasing Manager |
| Mimi McKinnis | Manager, Communications |
| Andrea Morrison | Art Director |
| Mitch Moyer | Senior Director, Athlete High Performance |
| Lindsay Mulvey | Specialist, Accounts Receivable |
| Juliet Newcomer | Director, Technical Services |
| Christalina Pencheva-Beshear | Director, Finance |
| David Raith | Executive Director |
| Mario Rede | Chief Financial Officer and Senior Director, IT Operations |
| Barbara Reichert | Senior Director, External Relations |
| Megan Romeo | Coordinator, Competitions |
| Kim Saavedra | Manager, Marketing |
| Troy Schwindt | Director, Publications |
| Marta Shkilnaia | Assistant, General Accounting |
| Shirley Soares | Receptionist |
| Patricia Stanker | Specialist, Basic Skills |
| Toby Sturtevant | Specialist, Membership Development |
| Michael Terry | Manager, Communications |
| Susi Wehrli-McLaughlin | Senior Director, Membership |
| Mary Weissman | Accountant |
| Karissa Woienski | Manager, Figure Skating Programs |
| Angelita Wright | Manager, Travel |
| Peter Zapalo | Director, Sports Science and Medicine |

## U.S. FIGURE SKATING SPONSORS

## U.S. FIGURE SKATING COMMUNITY

**PARTNERS**

  

   

**SUPPLIERS**

 

 

**LICENSEES**





 like us on FACEBOOK

 follow us on TWITTER

 watch us on YOUTUBE

visit #GETUP 

follow us on Instagram 

follow our RSS FEED 

Contact Us | Employment | Forms | Shop | Sitemap | Facebook |
©2017 U.S. Figure Skating Terms of Use and Privacy Policy are applicable to you. All rights reserved.

Exhibit 1-107

# TAB

# G

Exhibit 1-108



April 17, 2018

U.S. Figure Skating
Headquarters
20 First Street
Colorado Springs, CO 80906

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Premium Processing
Nebraska Service Center
850 S. Street
Lincoln, NE 68508

RE: Christina Carreira

Dear Officer,

As an expert who is deeply involved in the world of competitive ice dance, I can confidently state that Christina Carreira, together with her partner Anthony Ponomarenko, have developed into a formidable, internationally recognized Junior Ice Dance team. Their talent is only matched by their skill and artistry, which belies their young age. Christina has been recognized as one of the top ranked Junior Ice Dance skaters, through the many competitions she has won with Anthony. She has already achieved the level of extraordinary ability, earning the US National Championships and ranking second at Junior World Championships and third at the Junior Grand Prix finals. It is likely that she will be a member of the United States Olympic Team in the coming years.

I am an International Skating Union ("ISU") Judge and Technical Controller, where I judge competitors in the discipline of Ice Dance. I have judged several World Championship events and also served as the Team Manager and Technical Advisor for Ice Dance for the U.S. 2014 Winter Olympic Team. In this capacity I worked closely with Meryl Davis and Charlie White who went on to win the first Olympic Gold Medal for the U.S. in Ice Dance. In addition to the above, I am the Chair of the U.S. Figure Skating Athlete Development in Ice Dance Committee. I am a verified expert in the discipline of Ice Dance, as recognized by the International Skating Union.

Finding the right match and cultivating a team for many years is the key to success at the Olympic Level. Christina is the first partner that Anthony has skated with who truly shines above all others. This team has proven themselves in the Junior ranks but to dominate at the Olympic level, they must be committed to each other for the duration of their careers. Having an athlete of Christina's caliber is not only the catalyst that will move she and Anthony to the top of the Olympic level, but it also boosts the U.S. Ice Dance Program as a result. When skaters are successful at the world level, interest in the sport grows and our participation numbers rise. Her success with Anthony can have a huge impact on U.S. athletes for years to come.

In my opinion, Christina is considered extraordinary within the sport of Ice Dance and she and Anthony are currently the one team I would identify as having the same potential as Davis and White. I have no hesitation in recommending her for permanent residence in the United States. If you require any additional information, please do not hesitate to contact me.

Very truly yours,

John Millier
ISU Judge and Technical Controller

Exhibit 1-109

◯◯◉◯

**OLYMPIC GAMES**   **SPORTS**   **ATHLETES**   **COUNTRIES**   **RESULTS**   **PHOTOS**   **VIDEOS**   **NEWS**   **ABOUT**   **MUSEUM**   **SHOP**

PyeongChang 2018   REPLAYS   SCHEDULE & RESULTS   MEDALISTS   ATHLETES   SPORTS ▾   COUNTRIES   OLYMPIC CHANNEL

## ⊹ FIGURE SKATING

**Athletes   Teams   Coaches**

### ATHLETE PROFILE - JOHN MILLIER



■ United States of America
**Birth Date:** 08 Oct 1984
**Age:** 53
**Gender:** Men

Powered by **AtoS**

**LIVE NOW**          Full schedule →

**WATCH LIVE OLYMPIC
COVERAGE ONLINE**

◯◯  SELECT A COU...  Change ∨

View All Broadcasters →

### JOHN MILLIER - SCHEDULE

**LATEST MEDALISTS**      View all →

### LEGEND

**LIVE** This event is Live   ◌ : Gold   ◌ : Silver   ◉ : Bronze   ◌ : Gold Medal Event   ◉ : Bronze Medal Event

Exhibit 1-110



# U.S. Figure Skating
# ICE DANCE JUDGES' SCHOOL
## Hosted by Atlanta FSC
## June 4, 2016
## Registration Deadline: May 14

Sanctioned by:



usfigureskating.org



**LOCATION:** Classes will be held at the Homewood Suites conference room  (adjacent to the rink) and The Cooler, 10800 Davis Dr., Alpharetta, GA 30004. The Hartsfield-Jackson Airport is approximately 45 minutes to 1-1/2 hours away, depending on traffic.

**HOTEL:** A block of rooms has been reserved under the club name/Ice Dance Weekend  at a rate of $99.00 at Homewood Suites, 10775 Davis Dr., Alpharetta, GA  30004, 770-998-1622.

**ELIGIBILITY:** This school is open to all judges and trial judges working toward a promotion in ice dance. You must be at least 16 years of age for trial judging or 18 years of age for a judging appointment at the time of application and a current member of U.S. Figure Skating in good standing.  Basic Skills membership does not fulfill the membership requirement. You do NOT need to hold any judging appointments. Current members of the PSA in good standing may also attend. Those who attend the full school will receive 25 CEUs.

**FACULTY:**

| JET | John Millier | Gold/ISU Competition Judge |
|---|---|---|
| Assistant JET | Carol Wooley | Gold/National Competition Judge |
| Chair | Tea Junnila | |

**STAFF:** 2012 U.S. Championships Senior Dance pewter medalists Logan Giuletti-Shmitt and Lynn Kriengkrairut

**COST:** A fee of  $75.00 to cover administrative costs includes snacks and class materials. There are several restaurants within walking distance of the hotel, including Miller's Ale House, On the Border, Pappadeaux Seafood Kitchen, and Killer Creek.

**QUESTIONS:** Contact John Millier at Millierjc@aol.com or Tea Junnila at Teija.junnila@comcast.net.

### TENTATIVE SCHEDULE

| | |
|---|---|
| 7:00 – 7:30 AM | Registration (Hotel conference room) |
| 7:30 – 9:30 AM | Classroom Instruction (Hotel conference room) |
| 9:30 – 10:00 AM | Break, Walk to rink |
| 10:00 – 12:00 PM | On-Ice Demonstrations (Blue Rink) |
| 12:00 – 1:00 PM | Lunch Break |
| 1:00 – 1:30 PM | Group exercise: Communication Through Written Comments (Hotel conference room) |
| 1:30 – 2:30 PM | Mock tests (Blue rink) |
| 2:30 – 3:30 PM | On-Ice Clinic |
| 3:30 – 3:45 PM | Break |
| 3:45 – 5:45 PM | Classroom Instruction (Hotel conference room) |
| 5:45 – 6:00 PM | Wrap, Certificate Distribution |

### TRIAL JUDGING OPPORTUNITY
The Atlanta FSC will hold a dance test session on Sunday, June 5 from 7:00AM to 9:00AM. Please indicate if you'd like to trial on the application.

### ICE DANCE WEEKEND, JUNE 3 - 5
Please refer to the next page of this announcement for details.

Exhibit 1-111

# TAB

# H

Exhibit 1-112

 The Skating Club of New York 

April 17, 2018

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Premium Processing
Nebraska Service Center
850 S. Street
Lincoln, NE 68508

RE: EB-1 Petition of Christina Carreira

Dear Sir or Madam,

Christina Carreira is a prominent member of the Skating Club of New York ("SCNY") and I write in support of her extraordinary ability petition. I am currently the Executive Director of The Skating Club of New York; previously I was the President for 15 years. I have been involved in figure skating for the past 25 years. I am the former chair of U.S. Figure Skating's Strategic Planning Committee and Program Development Committee and I am a member of several committees including Ethics, Membership and Nominating. I am a board member of The Sky Rink Youth Scholarship Fund and the recipient of their 2015 Good Skate Award, recognizing my work in raising funds on behalf of figure skaters and hockey players of all abilities.

SCNY is a nonprofit amateur athletic organization, dedicated to proving programs that encourage participation and achievement in the sport of figure skating. The club was founded in 1863 and was a founding member of the United States Figure Skating Association. We are the only American skating club with three Olympic Ladies Gold Medalists: Carol Heiss, Dorothy Hamill, and Sarah Hughes. This year's U.S. Olympic Bronze Medalists, Maia & Alex Shibutani and Adam Rippon are all SCNY members.

Christina has represented SCNY since 2014 and has distinguished herself through her extraordinary success in Junior Ice Dance. Our club is always looking for new talent to bolster our roster of Olympic level athletes, and we are fortunate to have Christina as a part of our club. She has demonstrated her excellence through her consistently high level of performance at renowned international competitions including first place victories at the Junior Grand Prix Belarus, Junior Grand Prix Austria, the 2018 U.S. Junior Championships, and the Lake Placid Ice Dance International. Furthermore, in March 2018 she and her partner, Anthony Ponomarenko, placed second at the Junior World Championships.

Needless to say, we are very proud of the extraordinary achievements of Christina, who represents both SCNY and the United States.

Very truly yours,

Terri Levine
SCNY Executive Director

Chelsea Piers • Pier 59 • Room 5925 • New York, NY 10011 • 646.638.0030 • www.thescny.org

Exhibit 1-113

Attorney Needed ASAP - Crucial need for local attorney in your area. View new cases today.  Ad  ···



Promoted                                    ···

 **Attorney Needed ASAP**
Crucial need for local attorney in
your area. View new cases today.    >

 **Health care challenges?**
We partner with you to help
government agencies tackle these
challenges.

 **Custom Printed Apparel**
Take Your Brand To The Next
Level With Top Quality Apparel
and Finishings!

## Terri Levine

**Executive Director at The Skating Club of New York**

Greater New York City Area

 **Message**    ···

 The Skating Club of New
York

 New York University

 See contact info

 500+ connections

People Also Viewed

 **Stephen Cudmore**
Lumon Canada Western Regional
Manager

 **Leslie Gianelli** · 3rd
Director, PR and Communications at
Community Health Center, Inc.

 **Joe Inman**
professor at inman piano studio

 **Ron Pfenning**
--

Dynamic Advertising and Marketing Professional combining Online Marketing expertise with classic packaged goods advertising and a reputation for developing innovative solutions for business problems. Over 15 years of experience managing high-profile client accounts, with an emphasis on strategic marketing, creative development for traditional and digital advertising and media, website development, social and search media and collateral production.

Extensive background in conceptualizing and implementing comprehensive marketing/advertising communications programs that provide competitive advantages, produce additional revenue streams and deliver measurable return on investment.

A motivated leader who uses creative entrepreneurial spirit to inspire cross-functional teams to collaborate on progressive marketing concepts.

Specialties: I am an expert in integrated marketing strategies utilizing interactive and traditional media to provide my clients with insights into how best to position, differentiate and highlight their product and receive a positive ROI .

Building relationships is one of my strengths. I have received additional assignments from most of my clients by developing innovative solutions to marketing challenges.

Show less ⌃

 **Charles Robel** · 3rd
VP Project Management at JPMorgan
Chase & Co.

 **Paul Crugnola**
Senior Director of QA at Digital
Guardian

 **Carla DeGirolamo** · 3rd
Head Varsity Synchronized Skating
Coach at Miami University

 **Rebekah Dixon** · 3rd
High Performance Mental Trainer

 **Taffy Holliday** · 3rd
Co-founder and COO at Value Spring
Technology, Inc.

 **Phil Kuhn**
President at Harlick Co., Inc.

## Experience

 **Executive Director**
The Skating Club of New York
2016 – Present · 2 yrs
New York, New York

 **President/Owner**
Terri Levine Advertising
2012 – Present · 6 yrs

Learn the skills Terri has

 **Marketing for Small
Business**
Viewers: 38,348

**Learning Internet**

Exhibit 1-114

Terri Levine | LinkedIn

New York, New York

Helping companies strengthen their bottom line and customer experience by leveraging all media channels.



**Marketing**
Viewers: 25,241



**Content Marketing: Photo**
Viewers: 17,541



**President**
The Skating Club of New York
Apr 2000 – Jan 2015 • 14 yrs 10 mos

President of US Figure Skating's largest member club, responsible for producing and promoting competitions and fund raising events to support aspiring skaters.

See more course

Promoted                                    ...



**Leads for New Attorneys**
Connect With 100,000 Clients. Targeted
By Practice Area In Real Time.



**Forsta - Secure Chat**
Secured Client Chat with Maximum
Compliance. Free 14-Day Trial.



**Illinois Lawyer Wanted**
Quickly view new legal cases in your area.
Join now!



**Chair, Strategic Planning Committee**
U.S. Figure Skating
May 2009 – May 2014 • 5 yrs 1 mo

Developing strategies for the continued growth of the sport, to leverage social media marketing and for revenue diversification.



**Marketing Director/Consultant**
FUNFUZION at New Roc City
2011 – 2012 • 1 yr

Positioned short- and long-term success of Westchester's largest indoor amusement park by crafting market plan for Q4 2011, 2012, and 2013. Strategically leveraged print, web, social media, and other channels to maximize exposure and sales potential.



**Director of Client Services**
Online Marketing Group
Dec 2009 – 2011 • 2 yrs

Advanced and defined core strategy for every account in agency's portfolio. Liaised between clients and agency on service terms and policies. Led account, interactive, and creative teams to create high-impact advertising.
• Increased a key client (Manhattan real estate rental portfolio)'s monthly website traffic 400%+ (9.2M hits – 53M+ hits) by launching aggressive advertising, PPC, and social media campaign.
• Raised awareness for clients by setting strategic, cost-effective web marketing plans.



**President**
Terri Levine Consulting
Mar 2009 – Dec 2009 • 10 mos

Develop integrated marketing and advertising programs that deliver a positive ROI. Create brand identity, multi-channel online and traditional programs that make brands more visible



**DIRECTOR OF ACCOUNT MANAGEMENT/ STRATEGIC DEVELOPMENT**
HZDG
May 2008 – Feb 2009 • 10 mos

• Leadership position for the launch and management of the New York City office of a Washington DC area-based $35M Interactive Advertising and Design Agency
• Supervised and trained the Account, Creative and Interactive teams in the creative development and production of large-scale websites, search strategies and social media programs and print collateral.
• Developed strategic marketing presentations for prospective and existing clients, responded to RFPs and participated in high-profile pitches.
• Winner 2009 Silver Addy for The Victory website and campaign (thevictory.com).



**ACCOUNT & PROJECT MANAGEMENT DIRECTOR**
Posner Advertising

Exhibit 1-115

 2006 – 2008 • 2 yrs

Directed Account and Interactive groups for New York City-based $30M Digital and Traditional Advertising Agency.
• Initiated the strategic direction, branding, creative development and implementation of portals for The Real Estate Board of New York (ResidentialNYC.com) and the most successful Internet-based apartment rental program in New York (RoseNYC.com) with major search program, which led to a significant reduction in client's cost-per-lease among 20,000 rental units.
• Increased revenue by receiving new client projects through the development and presentation of strategic positioning for existing clients as well as prospective clients.

### VP DIRECTOR OF ADVERTISING
 Print International
1990 – 2005 • 15 yrs

Full-service Agency creating traditional and online advertising and websites for performing arts and cultural institutions.
• Generated 8-10% increases in ROI annually for 16 consecutive years by developing communications strategies and producing targeted marketing/ advertising materials for Long Island University Tilles Center for the Performing Arts.
• Conceptualized, designed, and edited CenterStage, a quarterly magazine that created new revenue stream for Tilles and provided a significant ROI.

### VP CLIENT SERVICES DIRECTOR
 Great Scott Advertising
1987 – 1990 • 3 yrs

### VP MANAGEMENT SUPERVISOR / NEW BUSINESS TEAM
 Campbell Ewald
1985 – 1987 • 2 yrs

### VP ACCOUNT SUPERVISOR
 Lowe & Partners
1979 – 1985 • 6 yrs

Winner of the Gold EFFIE Award for effectiveness in advertising strategy for Grey Poupon Mustard "Rolls Royce" Campaign and the Silver EFFIE for A1 Steak Sauce Campaign

Show less ⌄

## Education

 New York University
BA, Psychology

## Skills & Endorsements

**Integrated Marketing · 47**

Endorsed by **Pete Van Bloem and 1 other** who is highly skilled at this

Endorsed by **4 of Terri's colleagues at U.S. Figure Skating**

**Social Media Marketing · 41**

Endorsed by **Theresa Luzano,** who is highly skilled at this

Endorsed by **3 of Terri's colleagues at U.S. Figure Skating**


Exhibit 1-116

# TAB

# I

Exhibit 1-117

May 5, 2018

FROM:     Igor Shpilband
          31132 Lagoon Drive
          Novi, MI 48377

TO:       United States Citizenship & Immigration Services

RE: Extraordinary Ability Petition for. Christina Carreira

Dear Sir or Madam:

I write this letter to confirm that Christina Carreira, a citizen of
Canada, is my student with her Ice Dance partner, Anthony
Ponomarenko. I am an Olympic and World Championship Ice
Dance Coach, and a former World Junior Ice Dance Champion.
Among my many student athletes over the years, I have
coached the following Olympic and World Champions:
Olympic Gold Medalists Meryl Davis and Charlie White,
Olympic Gold Medalists Tessa Virtue and Scott Moir, Olympic
Silver Medalists Tanneth Belbin and Ben Agusto, among many
others.

For the past three years I have been the coach and choreographer
for Christina and Anthony and have guided them through all
regional, national and international competitions. This team has
achieved extraordinary levels of success thus far, At the 2018
US Junior National Championships they scored a remarkable 12
points higher than their second place competitors. Furthermore,
the team earned gold medals at both 2017 Junior Grand Prix
events and, at the Junior Grand Prix Final Championships, they
earned silver. Finally, they took home silver medals at the 2018
World Junior Championships to close out their 2018 competitive
season. Overall, Christina and Anthony remain as the highest
point earners against their competitors at their level on a world-
wide level. In short, their acheivements to date have proven
extraordinary.

Christina and Anthony are unique among their peers because

Exhibit 1-118

they bring great speed and agility into the sport. As strong athletes yet with dancer agility, they are renowned internationally as the fastest team at their level. Christina in particular, exhibits character development in their programs, which elevates their composite scores to the top levels on a global scale. Christina and Anthony train in Novi, Michigan, where they maintain a weekly training schedule of 30 to 35 hours of on-ice and off-ice development, including ballet, stroking, ballroom dance, strength training and stretching. Each competitive season, which covers August through the following March, they are called upon to compete on average seven to eight times, or once each month. The schedule of an elite, world-ranked athlete is highly demanding mentally and physically, and Christina has the entire package of focus, drive, ability and passion, and she and Anthony are set on delivering more world medals and most likely competing at the next two Olympic cycles. United States Figure Skating, our governing body, fully supports this petition, which, if approved, allows Christina to continue to compete on behalf of the United States.

Please feel free to contact the undersigned if you require additional information.

Very truly yours,

Igor Shpilband
World and Olympic Coach.

Exhibit 1-119

Shpilband's influence felt across skating world | icenetwork.com: Your home for figure skating and speed skating.

5/9/18, 10:16 AM

# Shpilband's influence felt across skating world

Novi-based coach greatly responsible for elevating discipline of ice dance

Posted 4/23/14 by Klaus-Reinhold Kany, special to icenetwork

 



*Igor Shpilband's impact on the sport of ice dance cannot be overstated. -Getty Images*

**CONNECT**



**RELATED ITEMS**

Luchianov: No one touched hearts like Lipnitskaia

**MORE HEADLINES**

Orser 'totally stunned' to be tabbed by Medvedeva

Nagasu, Rippon finding their groove on 'DWTS'

Q&A: U.S. Figure Skating President Samuel Auxier

Olympic veterans offer advice for post-skating life

The Inside Edge: Aaron embarks on new career

Should the minimum age for seniors be raised?

Harding earns high praise ahead of 'DWTS' debut

Savchenko wills herself to reach mountaintop

New-look Virtue, Moir redefine ice dance greatness

Inimitable Hanyu driven to push limits of greatness

More »

*Icenetwork will announce its choice for 2013-14 Person of the Year on May 15. Here's one of the nominations for that honor by an icenetwork contributor.*

There is probably no person in the skating world who has influenced the sport worldwide, and in the United States, as much as Igor Shpilband. Look at the numbers: He coached (or co-coached) 10 teams at the 2014 European Championships, eight at the 2014 Olympic Winter Games and eight at 2014 World Championships, and had the two best teams in the world from 2005-12. Therefore, he is my choice for icenetwork Person of the Year.

Born in Moscow, he finished second at the world junior championships in 1981 with partner Tatiana Gladkova, and the next season the team won the world junior title. They were coached by the legendary Lyudmila Pakhomova, who had won the first-ever ice dance gold medal at the Olympic Games, with Alexander Gorshkov in 1976.

Gladkova and Shpilband seemed destined to follow in the footsteps of the great Soviet ice dancers. Their training became greatly hindered, however, by the deteriorating health of Pakhomova, who had been diagnosed with leukemia. Shpilband and Gladkova never made it to either the European or world championships.

After Pakhomova died in 1986, Shpilband finished his competitive career.

Exhibit 1-120

Shpilband's influence felt across skating world | icenetwork.com: Your home for figure skating and speed skating.

5/9/18, 10:16 AM

"She became a legend during her lifetime," he said. "And I learned a lot from her while I was a skater."

Especially how a good coach should work.

In 1990, Shpilband and a group of other Soviet skaters were touring the U.S. with Jayne Torvill and Christopher Dean. Shpilband and Veronika Pershina, a former Soviet pairs skater whom he later married, decided to defect and stay in the country. They left their hotel with nothing more than their video camera and their skates.

Soon afterward, Shpilband got a coaching and choreographer position at the Detroit Skating Club. There, he teamed with British ice dance coach Elizabeth Coates, whose greatest strength was teaching compulsory dances. Their first top couple were U.S. dancers Elizabeth Punsalan and Jerod Swallow, who had lived in Detroit before but had moved to train in Colorado.

"We had no idea who he was. We really only know that his name was Igor," Swallow told icenetwork in May 2011.

Although Shpilband's English was very limited, he choreographed two programs for the couple in early 1992.

They liked his work so much that they came back to Detroit to work with him permanently. In the summer of 1992, Shpilband created their free dance for the 1992-93 season.

The judges liked their attractive programs as well, and in January 1994 they went with him to the Olympics in Lillehammer, where they placed 15th. He continued working with them for four more years, during which time they twice placed sixth at worlds (1997, '98) and took seventh at the 1998 Nagano Olympics.

In those years, most of the teams who came to Shpilband were young and inexperienced. With teams like Meryl Davis and Charlie White, and Tessa Virtue and Scott Moir, they arrived at his rink as juniors, and he, along with eventual coaching partner Marina Zoueva, formed them into what they became.

He had several world junior champions, including Jessica Joseph and Charles Butler (1998), Jamie Silverstein and Justin Pekarek (1999) and Tanith Belbin and Ben Agosto (2002).

From 2001 until June of 2012, Shpilband coordinated with Zoueva to form the most successful ice dance school in the world. They left Detroit in 2003 to start a new school at the Arctic Edge Arena in nearby Canton.

Success on the senior level came next. Students Naomi Lang and Peter Tchernyshev topped the U.S. podium five years in a row (1999-2003). Their run was followed by that of Belbin and Agosto, who won five U.S. titles of their own (2004-08), four world medals and an Olympic silver medal in 2006. Another of his couples, Megan Wing and Aaron Lowe, medaled at the Canadian championships every year from 1997 to 2006.

Exhibit 1-121

Shpilband's influence felt across skating world | icenetwork.com: Your home for figure skating and speed skating.

5/9/18, 10:16 AM

Since 2010, Shpilband and Zoueva's longtime students, Davis and White, and Virtue and Moir, have been heads and shoulders above all other ice dance teams in the world, winning either gold or silver at every stop. (The only times one team has failed to win a competition is when it was outdone by the other.) Their rivalry has been one of the highlights in the sport for many years.

In 2011, the Canton dancers reached new heights: At the world championships in Moscow, Shpilband and Zoueva's teams won all three medals, with Davis and White winning gold, Virtue and Moir taking silver and Maia Shibutani and Alex Shibutani grabbing bronze. It was fitting that the biggest highlight of their career came in their former home country.

Shpilband struck out on his own in 2012, setting up camp in nearby Novi. Although many of his former teams decided to stay with Zoueva, others, including Madison Chock and Evan Bates, followed the coach to his new digs. He quickly re-established himself as a leading figure in the sport, attracting teams like Italian world champions Anna Cappellini and Luca Lanotte and French couple Nathalie Péchalat and Fabian Bourzat.

He is widely regarded as the best technical coach in the world. This is not by accident.

"Yes, I work hard. Whenever new ISU rules come out, I sit down on long evenings, sometime nights, and study them thoroughly," Shpilband said. "I talk to rule experts and discuss with them what the rules mean and what the judges want."

Péchalat shed some light on how Shpilband has managed to remain on top in an August 2013 icenetwork article.

"Igor has a very strict work ethic; he is a very disciplined worker and sees every tiny mistake right away," she said. "He knows very well where to put the elements in the program."

On the surface, that may seem like an easy thing to do, but it's not. It's no coincidence Shpilband's teams are among the best in the world year in and year out. The man's success, and that of his teams, can be directly attributed to his high level of expertise and unwavering commitment to his craft, and his sport.

As Cappellini told icenetwork in an article from July 2012, "He's just about the best you can find in the world."

# icenetwork

Copyright © 2006 - 2018 Ice Network, LLC

SCHEDULE + RESULTS
SKATERS
NEWS
PHOTOS
VIDEO
FANS
SUBSCRIBE
REGISTER

PRIVACY POLICY
ABOUT OUR ADS
TERMS OF USE
HELP CENTER
BLACKOUT RESTRICTIONS
CONTACT US

TWITTER
FACEBOOK
INSTAGRAM

Exhibit 1-122

# TAB

# J

Exhibit 1-123



**Steven Belanger**
9064 Charlee Street
Lake Worth, Fl 33467
(561) 818-8981

April 20, 2018

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Premium Processing
Nebraska Service Center
850 S. Street
Lincoln, NE 68508

RE: Extraordinary Ability Petition for Christina Carreira

Dear Officer:

I am a member of both the Professional Skaters Association and United States Figure Skating. As a competitor, I competed for Canada in both Ice Dance and Pairs Figure Skating at the Canadian Championships, winning the Men's interpretive category at Skate Canada International in 1990. In addition I am a Co Inventor of the Cha Cha Congelado an I.S.U. Pattern Dance performed in the Short Dance during the 2017-18 Season at the Junior Grand Prix Season and Junior World Championships.

Currently, I coach figure skaters, and have done so since 1991. I have coached skaters in all three disciplines, singles, pairs, and ice dance, up to and including the Senior Level at the Canadian Championships. I have worked with and choreographed programs for over 52 national medalists as well as World and International competitors and medalists including Canadian Senior Pairs champions Craig Buntin & Valerie Marcoux, Canadian Senior Bronze medalist Sean Wirtz & Elizabeth Putnam and Junior Grand Prix Final Silver medalist Nicholas Young.

I have known Christina for 7 years and can confirm that she is a skater who has consistently demonstrated her extraordinary ability in many international competitions. Christina, along with her partner Anthony Ponomarenko is currently ranked #1 in the World in the ISU Junior Grand Prix of Figure Skating 2017/2018 Junior Ice Dance rankings. Furthermore, the pair won the Junior Ice Dance competition at the U.S. Championships in 2018, were second at the Junior Grand Prix Final in 2017 and placed second at Junior World Championships in 2018. Each of these achievements is considered extraordinary, and underscores Christina and Anthony's membership among the most elite ice dance teams.

Please let me know if you need any additional information.

Kind regards,

Steven Belanger

Steven Belanger

Exhibit 1-124

Steven Belanger | LinkedIn

5/16/18, 5:49 P

Attorney Needed ASAP - Crucial need for local attorney in your area. View new cases today.   Ad  ···



Promoted                                              ···

 Attorney Needed ASAP
Crucial need for local attorney in
your area. View new cases
today.

 Custom Printed Apparel
Take Your Brand To The Next
Level With Top Quality Apparel
and Finishings!

 Forsta - Secure Chat
Secured Client Chat with
Maximum Compliance. Free 14-
Day Trial.

### Steven Belanger

Figure skating coach at Steven Belanger Enterprises

West Palm Beach, Florida

[Message]   [...]

 Steven Belanger Enterprises

 See contact info

71 connections

People Also Viewed

 **Jacques-J. Thibault**
Travailleur indépendant du secteur
Musique

 **Jacqueline Guillet**
--

 **Helene Pomares**
Bilingual, Administrative Professiona

 **Denis Turcotte**
Chef d'entreprise, Max Nautique

 **Nicholas Valiquette**
Politique et communications

 **Thibodeau Eric**
Gravure laser haute définition

 **Daniel Morin**
Avocat

 **Gabrielle Bellemare**
Student

 **Olivier Audet**
Candidat au doctorat en kinésiologie

 **Ted Barton**
Skate Canada BC Executive Director
Consultant for Skate Canada and ISU

## Experience

 **Figure skating coach**
Steven Belanger Enterprises

Learn the skills Steven has

 **Lighting with Flash: Spor
from Action to Portraits**
Viewers: 10,302

 **Shooting and Assembling
a Sports Action Composi**
Viewers: 4,669

https://www.linkedin.com/in/steven-belanger-a27a91114/

Page 1 of

Exhibit 1-125

Steven Belanger

A native of Montreal, Steven is a PSA and USFS member.
Steven competed in both Dance and Pairs at the Canadian Championships, and won
Skate Canada International
...
Since beginning his coaching career in 1991, Steven has worked with and
choreographed programs for over 52 National medalists as well as World and
International competitors and medalists including Canadian Senior Pairs champions
Craig Buntin & Valerie Marcoux, Canadian Senior Bronze medalist Sean Wirtz &
Elizabeth Putnam and Junior Grand Prix Final Silver medalist Nicholas Young.
...
Steven has coached skaters in all 3 disciplines up to and including the Senior Level at
the Canadian Championships. Steven is the co-Inventor of the Cha Cha Congelado, a
pattern dance competed at the Junior World level. He has enjoyed conducting Skate
Canada-Quebec section seminars for competitive skaters and coaches in topics ranging
from element technique and strategy to program creativity.

Steven also toured with Disney on Ice's Beauty and the Beast, The Spirit of Pocahontas
and Magic on Ice as a principal skater.

Steven enjoys teaching all levels and ages of skaters.

For lessons contact Steven at 561-818-8981 or by email: stevenbskatefla@gmail.com

Exhibit 1-126

# TAB

# K

Exhibit 1-127



April 25th, 2018

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Premium Processing
Nebraska Service Center
850 S. Street
Lincoln, NE 68508

Dear Sir or Madam,

I am a sports facility management specialist who previously had a twenty-two-year career as a professional skating coach in Canada. I have served at the regional, provincial and national levels of the official governing body Skate Canada. As a professional coach, I have had the privilege to support the sports development in Canada from 1989 to 2003, period during which I have served from time to time on the National Coaching Board with specific responsibilities on the Education and Standard Coaching Sub-committee as Chairperson, the Medical and Science Cttee and the Judges Cttee as coaching representative. As a professional coach, I specialized in the fields of High Performance Single skating and Ice dance.

In that capacity, I had on many occasions the opportunity to coach and interact with high performance athletes of all skating disciplines. Athletes that I worked with personally evolved to become Olympic level coaches in ice dance (Patrice Lauzon, World and Olympic Champions coach) and pairs skating (Ian Connoly - 2018 Worlds and Olympics) amongst others.

In 2013, I had been asked to counsel Christina Carreira's parents regarding Christina's potential to develop as a world level skater one day. I strongly believed at the time that she had all that was needed to reach the highest level. Since then, I have observed her incredible talent and natural predisposition to reach world level skating. Along with her dance partner Anthony Ponomarenko, she has achieved excellence and developed as an extraordinary Ice Dancer. On March 3, 2018 at the ISU Junior World Championship, they placed second in the world amongst a group of twenty-eight dance teams. It was their second year in a row as world medalists at the junior level representing the United States of America.

Strong from her achievements in the field of national and international ice dance at the Junior level, Christina can only aim for the same results at the Senior level in the years to come.

Place Bell
1950 Claude Gagné suite 101; Laval (Qc), Canada H7N OE4
☎ 1 (514) 978-8100; www.placebell.ca

Exhibit 1-128

She will continue to represent the United States at all ISU international events including, given the opportunity, the 2022 Olympics in Beijing, China.

I will be pleased to provide any additional information that would be deemed required.

Sincerely,

Claude Robert
Bacc. Sports Science, Montreal University
Former Chartered National Level Skating Coach
General Manager, Bell Sports Complex, Montreal Canadiens (NHL)official training facility
Director of operations, Place Bell, Laval Rocket (AHL) official facility

Place Bell
1950 Claude Gagné suite 101; Laval (Qc), Canada H7N OE4
☎ 1 (514) 978-8100; www.placebell.ca

Exhibit 1-129

**Attorney Needed ASAP - Crucial need for local attorney in your area. View new cases today.** ad ⋯



## Claude Robert • 3rd

Chief Operating Officer Bell Place

Canada

**Message**   **⋯**

 **Arena of Canada**

**University of Montreal**



📑 See contact info

👥 500+ connections

Chief Operating Officer Place Bell, Laval Amphitheater sport and show Arena des Canadiens-Groupe CH BSc in Sports Sciences at Université de Montréal

## Experience



**Chief Operating Officer Bell Place**
Arena of the Canadiens
2016 - Present • 2 yrs
Laval, Quebec; Canada

Responsible for the commissioning of the Place Bell Amphitheater, its operations and user services.



**General manager**
Canaxor Realty Inc.
2008 - 2016 • 8 yrs
Bell Sports Complex , Brossard, Quebec; Canada

Responsible for the management and operation of the Bell Sports Complex and the NHL's Montreal Canadiens Training Center



**General Manager Eastern Canada**
Canlan Icesports
2005 - 2008 • 3 yrs
Brossard, Quebec Canada



**Technical director**
KWSC
1999 - 2003 • 4 yrs
Waterloo, Ontario, Canada

## Education

 **Montreal university**

---

**Promoted**


**Attorney Needed ASAP**
Crucial need for local attorney in you area. View new cases today.


**Encrypted Client Chat**
Instant client chat with maximum compliance. Free Trial.


**Leads for Attorneys**
Connect With 100,000 Customers. Targeted By Practice Area In Real Time.

**People Also Viewed**


**Hugo Bernier**
Director, Partnerships - Montre Canadiens, evenko & Laval Roc


**Claudia Marin**
Studio Manager, Creative Servic


**Raphaël Doucet**
Analyst of the Rocket de Laval at 91.9 Sports


**Stephen Lalonde** ••3rd•
Creator of Philanthropic Opport - Senior Director, Development Communications - EMBA Candi


**Marc St-Pierre, Adm.A....**
Director, Economic Developmer Department - Municipality of S₂ Donat


**Marc Daigneault** ••3rd•
Welcome to the Mandated Marl Your external PERFORMANCE f marketing resource (+10,500)


**Claudie Bérubé MAP and .**
President, Consultant and Seni Strategist Strategies b.com mai


**Martin Gagnon MBA FCSI**
Assistant Vice President, Busin (MBA FCSI CIM Pl.Fin) at Laure


**Patrick Lauzon, ICD.D ....**
President Intl / Chief Audience WatchMojo


**Cedrick Groulx** ••3rd•
Kinesiologist \ Exercise Physiolo

**Learn the skills Claude has**


**Handling an Unruly Audience**
Viewers: 14,851

Exhibit 1-130



5/16/2018                                                     Claude Robert | LinkedIn

Activities and Societies: Certified Professional Trainer, ACE President, Canadian
Coaching Committee, Skate Canada (1999-2003) Member Medical & Scientific
Committee, Skate Canada (1996-1999) Professional Coach Member, Skate Canada
1981-2007 Certified Coach Level 3, ACE

**Montmorency College, Laval**
DEC Sciences Health
nineteen eighty one - 1984

## Skills & Endorsements

**Event Management · 7**
Josée Lahaie and 6 connections -have for endorsements Given this skill

**Customer Service · 6**
Yvan Roy依文罗and 5 connections -have for endorsements Given this skill

**Event Planning · 4**
Yvan Roy依文罗and 3 connections -have for endorsements Given this skill

Show more ⌄

## Interests

Mental Performance in Sports
9,386 members

CommonSource
102 followers

Peak Performance for Sports an...
1,027 members

Inside Performance NLP and Ps...
971 members

Beauchemin Communication Ma...
802 followers

Safety at work
17,590 members

See all

**Linked in**

About
Community Guidelines
Privacy & Terms ⌄
Send feedback
LinkedIn Corporation © 2018

⑦ Questions?
   Visit our Help Center.

⚙ Manage your account and privacy.
   Go to your Settings.

Select Language
English (English)  ▼

Viewers: 31,811

Using Office 2013
Themes and Templa
for Branding
Viewers: 15,456

See more c

Promoted

● Messaging

Exhibit 1-131

# TAB

# L

Exhibit 1-132

**US FIGURE SKATING**

May 8, 2018

U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
Nebraska Service Center
Premium Processing
850 "S" Street
Lincoln, NE 68508

U.S. Figure Skating
Headquarters
20 First Street
Colorado Springs, CO 80906

RE: Extraordinary Ability Petition of Christina Carreira

Dear Sir or Madam,

I am the Senior Director of Athlete High Performance at United States Figure Skating, ("USFS"). USFS, formed in 1921, is the national governing body for figure skating in the United States as recognized by the United States Olympic Committee. Our mission is to provide programs to encourage participation and achievement in the sport of figure skating.

In my position I oversee all areas of figure skating for international selection pool athletes and high performance development pool athletes which also includes members of Team USA. I am responsible for the High Performance Plan for USFS and all high performance programing for U.S. Figure Skating athletes and coaches. I am a former skater myself, and was a World and Olympic coach until taking my current position with U.S. Figure Skating. I achieved the Professional Skaters Association ("PSA") Master Rating in Free Skating, Figures, and Pair Skating and have been awarded the PSA 'Lifetime Achievement and Honorary Member Award' and the 'Pieter Kollen Sport Science Award' in 2004. In 2010, 2014, and 2018 I was the Olympic Team Leader for figure skating for the United States.

Through my work for USFS I am responsible for perpetually focusing on development of future champions for the United States in all disciplines of competitive figure skating. As the official representative to the International Skating Union, US Figure Skating has always prided itself as being one of the preeminent skating organizations in the world, and we rely upon the development of future Olympians and World Champions to maintain our standing in global competitive figure skating for all three disciplines, including ice dance, singles (ladies and men's) and pair skating.

I can confidently state that Christina Carreira and her partner, Anthony Ponomarenko, represent the future of U.S. Ice Dance at the World Championship and Olympic level. Christina and Anthony have distinguished themselves through their extraordinary success at the Junior level, winning the 2018 U.S. Championships and placing second at the two most prominent events for Junior skating, the ISU Junior Grand Prix Final and the ISU World Junior Figure Skating Championships. Further, this team's international ranking as *first* in the world is based on their international scores at world events over the past two years, underscoring their extraordinary ability in this sport.

Anthony and Christina have excelled in the junior division that is based on age and not ability. Anthony and Christina will enter the senior division as one of the youngest teams in the senior division this season and will position themselves to be contenders for a spot on the World Team and ultimately, the Olympic Team in the near future.

The United States has had sustained success at the Olympic level in Ice Dance, winning one Gold, two Silvers, and one Bronze in the past four Olympic games. Christina and Anthony are the team that has the potential to continue this rich history of success at future Winter Olympic Games. In my opinion, this team has achieved the level of extraordinary ability in this narrow field.

Please contact the undersigned if you require additional information,

Very truly yours,

Mitch Moyer
Senior Director, Athlete High Performance
United States Figure Skating



Member:
International Skating Union



Member

Exhibit 1-133



# Mitch Moyer



Mitch Moyer is the Senior Director of Athlete High Performance at U.S. Figure Skatir
skating pertaining to members of Team USA, the Team Envelope and the Internatic
includes the High Performance Plan, Performance Enhancement and Tracking Prog
Coaches Track, and more. He is PSA master rated in free skating, figures, and pair sl
ranking. He has been awarded the PSA Lifetime Achievement and Honorary memb
Pieter Kollen Sport Science award in 2004. Mitch was the 2010 and 2014 Olympic Te

2017 PSA Conference & Trade Show in Nashville, TN

Exhibit 1-134

Welcome to U.S. Figure Skating

5/16/18, 5:53 F



BECOME A MEMBER   MEMBERS ONLY   Search

🏠 ATHLETES   CLUBS   COACHES   MEDIA   PARENTS   ABOUT US   DONATE   EVENTS   PROGRAMS   TECHNICAL INFO   LEARN TO SKATE USA

## ABOUT US

| | |
|---|---|
| Leadership | |
| Forms | |
| Membership | |
| Fan Zone | |
| U.S. Figure Skating Auctions | |
| Fantasy Skating | |
| SKATING Magazine | |
| Members Only | |
| Judges & Officials | |
| History | |
| Employment | |
| Member Services | |
| Museum & Hall of Fame | |
| U.S. Figure Skating at a Glance | |
| Figure Skating A to Z | |
| Headquarters Staff | |
| Scholarships, Grants and Awards | |
| Shop | |
| Logo | |
| U.S. Ice Rink Association | |
| Sponsors | |
| Mission Statement | |
| Links | |
| Contact Us | |

### U.S. FIGURE SKATING HEADQUARTERS STAFF

U.S. Figure Skating staff work to carry out the policies set forth by the organization's volunteer constituency and administers the day-to-day duties of the organization.

STAFF DIRECTORY

All U.S. Figure Skating employee email addresses are "first initial" + "last name" + "@usfigureskating.org". (For example, John Smith's email address would be jsmith@usfigureskating.org.)

| | |
|---|---|
| James Anderson | Staff Counsel - SafeSport |
| Sarah Arnold | Manager, Athlete Development |
| Ramsey Baker | Chief Marketing Officer |
| Ingrid Benson | Manager, Athlete High Performance Logistics |
| Mollie Brauer | Specialist, Member Services |
| Donna Brown | Fulfillment Specialist |
| Concetta Brooks | Graphic Designer |
| Brian Burns | Coordinator, Marketing |
| Jeannine Combs | Specialist, Member Services |
| Mia Corsini | Director, Events |
| Karen Cover | Museum Archivist |
| Brent Diederich | Manager, Giving Programs |
| Justin Dillon | Director, High Performance Development |
| Kathy Drevs | Business Analyst |
| Bob Dunlop | Senior Director, Events |
| Jim Fox | Special Assistant to the Executive Director |
| Kyleigh Gaff | Coordinator, Synchronized Skating |
| Leslie Graham | Senior Director, Synchronized Skating and Skating Programs |
| Dalean Greenlee | Special Assistant to the Executive Director |
| Jim Gurnsey | IT Helpdesk |
| Kirsten Habgood | Executive Assistant |
| Jessica Herbst | Manager, Team USA |
| Kimberly Berry Hines | Director, Membership Development |
| Richard Hoggatt | Manager, Facilities/Mailroom |

Exhibit 1-135

| | |
|---|---|
| Sora Hwang | Coordinator, Communications |
| Robert Keene | Specialist, IJS Technology |
| Erika Lehman | Manager, Marketing |
| Kevin Leonardo | Director, Event Production |
| Debbie Lyons | Purchasing Manager |
| Mimi McKinnis | Manager, Communications |
| Andrea Morrison | Art Director |
| Mitch Moyer | Senior Director, Athlete High Performance |
| Lindsay Mulvey | Specialist, Accounts Receivable |
| Juliet Newcomer | Director, Technical Services |
| Christalina Pencheva-Beshear | Director, Finance |
| David Raith | Executive Director |
| Mario Rede | Chief Financial Officer and Senior Director, IT Operations |
| Barbara Reichert | Senior Director, External Relations |
| Megan Romeo | Coordinator, Competitions |
| Kim Saavedra | Manager, Marketing |
| Troy Schwindt | Director, Publications |
| Marta Shkilnaia | Assistant, General Accounting |
| Shirley Soares | Receptionist |
| Patricia Stanker | Specialist, Basic Skills |
| Toby Sturtevant | Specialist, Membership Development |
| Michael Terry | Manager, Communications |
| Susi Wehrli-McLaughlin | Senior Director, Membership |
| Mary Weissman | Accountant |
| Karissa Woienski | Manager, Figure Skating Programs |
| Angelita Wright | Manager, Travel |
| Peter Zapalo | Director, Sports Science and Medicine |

## U.S. FIGURE SKATING SPONSORS

## U.S. FIGURE SKATING COMMUNITY



Exhibit 1-136

# TAB

# M

Exhibit 1-137

 The Skating Club of New York 

April 19, 2018

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Premium Processing
Nebraska Service Center
850 S. Street
Lincoln, NE 68508

RE: EB-1 Petition of Christina Carreira

Dear Officer,

I am the President of the Skating Club of New York ("SCNY"), and I write today in support of the petition of Christina Carreira, an individual of extraordinary ability as an internationally ranked junior ice dancer. SCNY is a non-profit organization founded in 1863 and is the second oldest skating club in the United States. In addition, SCNY is a founding member of the governing body of figure skating in the United States, United States Figure Skating. Many of the world's top champions are past members of SCNY, including Carol Heiss, Dorothy Hamill, Kyoko Ina and John Zimmerman, and Sarah Hughes, among others.

Presently, the SCNY has over 1,000 members. The mission of the club is to promote, foster, and encourage full participation in the growth and development of figure skating; to encourage and assist amateur figure skating and participation in local, national, and international competition; to educate and inform the public of all aspects of the benefits to be derived from figure skating; to maintain a club that will provide membership for individuals who are interested in the promotion of educational activities concerning figure skating and to take all steps necessary to promote amateur figure skating, while supporting our Olympic and World champion level coaches.

We currently train athletes for national and international competition and our ice dance program has developed into a training program for world-class athletes. Current members of the skating club include Olympic bronze medalists Maia Shibutani and Alex Shibutani (as well as Adam Rippon) who represented the United States at the 2018 Winter Olympics in PyeongChang, South Korea. Other skaters from the SCNY who participated at the Olympics include Alexander Gamelin, Paige Conners, Nicole Rajicova, and Alexia Paganini.

I can confirm that Christina is a member of SCNY and represents our club in every competition she participates. She represents the future of our skating club and the United States and has already been incredibly successful as a competitor in Junior Ice Dance. She, with her partner Anthony Ponomarenko, placed first at the 2018 Junior U.S. Championships, Junior Grand Prix Belarus, Junior Grand Prix Austria, Lake Placid Ice Dance International while also placing second at the Junior Grand Prix Final and second at Junior World Championships in 2018. Therefore, Christina has arisen to the very top of her field and is an extraordinary competitor representing both the SCNY and the United States at all international competitions.

Please contact the undersigned if you require any additional information.

Best,

Susan Kittenplan
President of The Skating Club of New York

Chelsea Piers • Pier 62 • Room 207 • New York, NY 10011 • 646.638.0030 • www.thescny.org

Exhibit 1-138

Susan Kittenplan | LinkedIn                                                    5/16/18, 5:51 PI

Attorney Needed ASAP - Crucial need for local attorney in your area. View new cases today.  Ad  ···



Promoted                                            ··



**Attorney Needed ASAP**
Crucial need for local attorney in your
area. View new cases today.

**Encrypted Client Chat**
Instant client chat with maximum
compliance. Free Trial

**Custom Clothing Apparel**
Take Your Brand To The Next Level
With Top Quality Apparel and
Finishings!

## Susan Kittenplan · 3rd

VP/Media Executive, digital and print

Greater New York City Area

 **Message**    ···

 Yahoo

 Cornell University

 See contact info

500+ connections

Senior media executive with broad experience in idea generation, editorial vision, talent acquisition,
brand development, and communications strategy/implementation. Highly creative and diplomatic.
Skilled at connecting the right content with the right people for unique, high-impact partnerships
across multi-media platforms. Companies include Yahoo, Condé Nast (Vanity Fair, GQ, Glamour,
Allure), and Hearst (Harper's Bazaar).

Show less ⌃

### Susan's Activity

1,459 followers                                    [ + Follow ]

 Didn't need George Foreman's Friends
at Invent Help... Very excited to
Susan liked

 Breaking Down Seinfeld
Susan liked

 Excited to be appointed Entrepreneur
in Residence at the Venture Center at
Susan liked

 17 Fascinating Reasons USA TODAY Is
a Video Star
Susan liked

 It's about time that Lisa Licht was
lauded for her talent, her
Susan shared this

See all activity

### Experience



Yahoo   **VP, Lifestyle & Entertainment content**
Yahoo
Apr 2014 – Aug 2017 · 3 yrs 5 mos
New York, NY

* Lead Yahoo's renewed commitment to top-quality coverage of popular topics and hiring top
talent

**People Also Viewed**

 **Jonathan Waecker** · 3rd
Chief Marketing Officer

 **Deb Berman** · 3rd
Vice President of Strategic
Partnerships at Catchafire

 **Rob Beeler** · 3rd
Chairman at AdMonsters, Founder c
Beeler.Tech

 **Elizabeth Dewey**
Founder and Chief Creative Officer
Liz Dewey Consulting

 **Stephen Mew** · 3rd
Program Manager at Yahoo

 **Helena Massan** · 3rd
Writer, Editor & Information Special

 **Debra Berman** · 3rd
Chief Marketing Officer

 **Meagan Kennally**
-

 **Guy de Gramont**
Edafabrics

 **Christopher Maya** · 3rd
Christopher Maya Inc.

**Learn the skills Susan has**

 **Learning Ebook Publishi**
Viewers: 20,758

 **Top 5 Tips for Search-
Friendly Press Releases**
Viewers: 15,687

Exhibit 1-139

* Promoted to VP from Exec. Editor in less than a year after being hired to rebuild its lifestyle & entertainment divisions; ranked in top 10% of the company
* Launched 14 digital magazines (topic portals) that generated tens of millions of advertising and sponsorship revenue, produced an average of 500 million weekly press impressions, five of magazines ranked #1 in comScore (all ranked in top 10); involved in strategic reorganization effort, exiting some businesses and consolidating others; under new structure, Yahoo Style and Beauty Network has maintained #1 position (up 200% in 18-to-34 year olds) and Yahoo Movies, TV, and Celebrity in top 5 in their categories
* Recruited expert talent to cover health, food, parenting, beauty, celebrity, movies, TV, music, style, autos, travel, DIY, and real estate; currently manage org with more than 80 employees
* Responsibilities include strategy development and execution, content and audience development, content diversity, business development and sales collaboration, and social media leadership



Learning Facebook Messenger Privacy Settings
Viewers: 5,000

See more cours

### Co-Founder
Will/Plan Projects
Sep 2010 – Mar 2014  •  3 yrs 7 mos
New York, NY

* Created media and communication services consultancy focused on strategy, branding, content development, and management solutions. Staged multi-pronged, multi-media efforts. Excelled at connecting clients to the best people to ensure creative and successful start-ups: "Far from the Tree: Parents, Children, and the Search for Identity" (Scribner) by Andrew Solomon: Edited early manuscript. Book won National Book Critics Circle Award for non-fiction, and named a Top Ten Books of 2012 by Time and The New York Times.
"The Paul Holdengraber Show", a 12-part video on Google TV's educational channel hosted by Live at the NYPL's literary leader Paul Holdengraber. Guests included Werner Herzog, Elizabeth Gilbert, & others.
"The God Box" (Worthy Publishing) by Mary Lou Quinlan: Edited book proposal and book; produced one-woman show, website, and app. Multi-pronged approach helped propel book to The New York Times best-seller list.
"Extreme Ownership: How U.S. Navy SEALs Lead and Win" (St. Martin's Press) by Jocko Willink and Leif Babin: Helped with concept and co-wrote original book proposal. Book sold and became a New York Times and Amazon best-seller.
AthleteMinder: With noted Olympic-level sports psychologist, developed app for athletes to track mental performance and fitness. Made Apple's "App of the Week" when launched in 2014.
US Figure Skating: Provide media and image consultation to top Olympic, world, and national-level athletes

### Executive Editor
Allure Magazine
Aug 2001 – Nov 2009  •  8 yrs 4 mos
New York, NY

* Contributed key elements of editorial strategy and long-range plans that boosted magazine circulation by 21% over eight-year tenure. Focused on increasing quality, depth, and sophistication of writing.
* Cultivated established authors to write for magazine, including Arthur Miller, Michael Chabon, Alice McDermott, Elizabeth Gilbert (whose Allure essay "The Road to Beauty" led to her memoir, Eat, Pray, Love) and Cheryl Strayed (whose Allure essay, "Hearing Voices," was a precursor to her memoir, Wild.)

### Deputy Editor
Glamour
Jan 2001 – Jul 2001  •  7 mos
New York, NY

Top-edited and assigned stories about health, finance, and social issues. Managed and mentored editors, writers, and assistants. Oversaw planning of "Women of the Year," Glamour's flagship issue.

 ### Senior Editor

Exhibit 1-140

 **GQ**
Nov 1999 – Jan 2001 · 1 yr 3 mos
New York, NY

Assigned and edited features by writers such as David Samuels, Terrence Rafferty, Tom Perrotta, and Elizabeth Gilbert, including Gilbert's "The Ghost" and "Lucky Jim," both nominated for National Magazine Awards. Assigned and edited "Men of the Year" flagship issue.

 **Senior Features Editor**
Harper's Bazaar
Jun 1997 – Oct 1999 · 2 yrs 5 mos
New York, NY

Assigned, edited, and wrote features about the arts, politics, and the business of fashion.

 **Associate Editor**
Vanity Fair
May 1990 – May 1997 · 7 yrs 1 mo
New York, NY

* Created templates for special issues, including the Hollywood Issue, New Establishment, and Hall of Fame; wrote stories and photo portfolios about Olympic athletes, TV stars, NASA, and up-and-coming entertainment figures
* As associate research editor and researcher, reported and fact-checked some of VF's most controversial and newsworthy stories, including the investigations of Woody Allen and Michael Jackson.

Show less ⌃

## Education

 **Cornell University**
BA, English
1981 – 1985
Activities and Societies: Sports editor of The Cornell Daily Sun; features editor of The Times Monitor; member of Kappa Kappa Gamma; member of The Touchtones a cappella singing group

 **The Spence School**
1971 – 1981

 **New York University**
Master of Fine Arts (MFA), Dramatic Writing

## Volunteer Experience

 **Packaging and Media Specialist**
US Figure Skating
Jun 2013 – Present · 5 yrs
Arts and Culture

Work closely with the figure skaters and ice dancers of Team USA, coaches and choreographers, and USFS Athlete Development, as well as up-and-coming competitive skaters on their costumes, hair & makeup, and overall presence in their programs, both on ice and off ice. Also contribute to media training.

Exhibit 1-141



**President**
Skating Club of New York
Jan 2016 – Present · 2 yrs 5 mos
Arts and Culture

Leader of 154-year-old figure skating organization with over 1000 members; duties include fundraising, overseeing competitions (including Middle Atlantics, the oldest figure skating competition in the US), scholarships to Olympic, World, and National-level athletes, and programs supporting all levels of skaters, including adult skaters and synchronized skating teams; VP and Scholarship chair from 2013-2015; board member since 2011.



**Board Member/Advisory Board Member**
Figure Skating in Harlem, Inc.
Sep 2009 – Present · 8 yrs 9 mos
Education

Have raised more than $250,000 for this organization that helps underserved girls with their education, empowerment, financial literacy, team work, and skating skills; FSH advisory board member from 2009-2017; joined FSH board of directors in September 2017; recipient of the 2017 FSH Spotlight Award "for extraordinary support and commitment to the girls of Figure Skating in Harlem."

Show more ⌄

## Skills & Endorsements

**Magazines · 47**
 Endorsed by Maer Roshan and 6 others who are highly skilled at this

Endorsed by 2 of Susan's colleagues at Yahoo

**Content Strategy · 46**
 Endorsed by Fiona Gibb and 2 others who are highly skilled at this

Endorsed by 2 of Susan's colleagues at Yahoo

**Editing · 44**
Deanna Filippo and 43 connections have given endorsements for this skill

Show more ⌄

## Accomplishments

1 Honor & Award
FSH Spotlight Award ⌄

## Interests

Promoted ··


**Leads for New Attorneys**
Connect With 100,000 Clients. Targeted By Practice Area In Real Time.


**Illinois Lawyer Wanted**
Quickly view new legal cases in your area. Join now!


**Health care challenges?**
We partner with you to help government agencies tackle these challenges.

Exhibit 1-142

# TAB

# N

Exhibit 1-143



May 10, 2018

Julia Rey
ISU Official
U.S. Figure Skating
4100 Ambleside Court
Colleyville, TX 76034
302.745.2190

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Premium Processing
Nebraska Service Center
850 S. Street
Lincoln, NE 68508

RE: Extraordinary Ability Petition of Christina Carreira

Dear Officer:

Christina Carreira is an exceptional Ice Dancer and has arisen to the very top of the field of Junior Ice Dance, through her extraordinary ability. Together with her partner, Anthony Ponomarenko, Christina has become internationally recognized through the team's success and top ranking among the most prominent international junior ice dance competitions. She is the future of the United States' Ice Dance and can continue the country's continued high standing within the discipline.

I am an International Skating Union ("ISU") Technical Specialist as well as a U.S. Judge and Technical Specialist within Ice Dance. Currently, I am the Vice-Chair for Education for Technical Panel officials as well as a former Chair of the Ice Dance Committee. This coming season, I will be Chair of the Ice Dance Development Committee and as such will be working to ensure our country's success in this field continues to thrive.

Through my role as a judge, I routinely advise competitors regarding their competitive programs regarding their scoring potential, and the receptivity of other judges to the technical elements of the program. I've had the privilege to work with Christina and Anthony on numerous occasions over the past few seasons. Judging from the vast and quick comprehension of their skillset over the years, their trajectory in this discipline knows no boundaries. Among the field of Junior Ice Dance, Christina and Anthony have distinguished themselves through their completion of complex techniques and skills that are well beyond their years. Following are the highest rankings of this team in the international community; First Place in the ISU Junior Grand Prix of Figure Skating 2017/2018 Rankings, Second Place at the World Junior Figure Skating Championships, Second Place at the ISU Junior Grand Prix Final, First Place at the Junior Grand Prix Austria, First Place at the Junior Grand Prix Belarus, and First Place at the U.S. Figure Skating Championships.

I am able to confirm that Christina has achieved the level of extraordinary ability based on winning U.S. National Championships and through placing second at the 2018 Junior World Championships, on behalf of the United States. I look forward to her continued success as a world-renown competitor on behalf of the United States. Please let me know if any additional information can be provided.

Sincerely,

Julia Rey
ISU Technical Specialist



Member:
International Skating Union

Member

Exhibit 1-144

# INTERNATIONAL SKATING UNION

## Communication No. 2111 (updated January 11, 2018)

### List of Referees, Judges, Technical Controllers, Technical Specialists, Data & Replay Operators season 2017/18 for Single & Pair Skating, Ice Dance and Synchronized Skating

Following nominations made by the ISU Members, the below list of Officials has been approved by the ISU Technical Committees, the ISU Sports Directors and the ISU Council effective as of August 1, 2017.

ISU Members must check the lists of Officials as soon as available on the website. Any request for correction must be made within two months. After this period each of the lists is deemed to be correct. Objections to any such list must be lodged by the ISU Members within two months with the ISU Council, whose decision, after consideration of any such objection, shall be final.

## 1. Referees & Judges

### I. SINGLE & PAIR SKATING

**ANDORRA**

**International Judge**
Monica Lopez Camara, Ms.

**AUSTRALIA**

**ISU Referee**
Lynch Susan M., Ms.

**ISU Judge**
Alexandre Elizabeth, Ms.
Andrew Rebecca, Ms.
Clyde-Smith Angelique, Ms.
Jelinek Lisa Gabrielle, Ms.
Miller Joanna, Ms.
Noyes Deborah, Ms.
Rankin Peter K., Mr.
Ryan Elizabeth, Ms.
Taylor Catherine L., Ms.
Yacopetti Kylie Anne, Ms.

**International Referee**
Andrew Rebecca, Ms.
Miller Joanna, Ms.
Noyes Deborah, Ms.
Rankin Peter K., Mr.
Taylor Catherine L., Ms.

**International Judge**
Bates Leah, Ms.
Ford Alexandra, Ms.
Moritz Tricia, Ms.
du Preez Katherine Evelyn, Ms.
Ryan Alison Louise, Ms.
Storton Mark Christopher, Mr.
Taylor Natalie, Ms.
Thompson Karen Barbara, Ms.

**AUSTRIA**

**ISU Referee**
Mörth Christiane, Ms.

**ISU Judge**
Biegler Thomas, Mr.
Binder Elisabeth, Ms.
Ehrhardt Karin, Ms.
Rauch Katharina, Ms.
Schiller Edith, Ms.
Stahl Ursula, Ms.
Szilagyi-Schadenbauer Adrienn, Ms.

**International Referee**
Binder Elisabeth, Ms.
Ehrhardt Karin, Ms.

**International Judge**
Ganner Georg, Mr.
Gunsam Christa, Ms.
Jäger Marion, Ms.
Just Bernhard, Mr.
Kotnauer Dagmar, Ms.
Schauer Katja, Ms.
Streil Gabriele, Ms.
Traunmueller Karin, Ms.

**AZERBAIJAN**

**ISU Judge**
Medvedeva Irina, Ms.

**BELARUS**

**ISU Referee**
Fiodorova Nadezhda, Ms.
Serova Ekaterina, Ms.

~~**International Referee**~~
~~Gorojdanov Alexandre, Mr.~~ *

~~**ISU Judge**~~
~~Gorojdanov Alexandre, Mr.~~ *

\* see ISU Communication 2137

1

Exhibit 1-145

## SLOVAK REPUBLIC

**ISU Technical Specialist**
Grincova Slavka, Ms.
Kika Tomas, Mr.

**International Technical Specialist**
Kunya Tomas, Mr.
Vanova Jana, Ms.

## SWEDEN

**International Technical Specialist**
Stergiadu Aliki, Ms.

## UKRAINE

**ISU Technical Specialist**
Akimova Olga, Ms.
Baranov Sergei, Mr.
Tumanovskaya Mariya, Ms.

## USA

**ISU Technical Specialist**
Blumberg Judy, Ms.
Rey Julia, Ms.
Rey Philipp, Mr.

Exhibit 1-146

# TAB

# O

Exhibit 1-147

# Jennifer V. Mast

3252 Page Ave. #302
Virginia Beach, VA 23451
215.896.3740
Jvmast215@gmail.com

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Premium Processing
Nebraska Service Center
850 S. Street
Lincoln, NE 68508

RE: EB-1 Petition of Christina Carreira, a citizen of Canada

Dear USCIS Official:

I am a former national competitor in ice dance (1975, 1976) as well as a former national
junior, championship, and international dance coach (1976-1984). Currently I am both
the Olympic Team Manager for the United States, as well as a U.S. and International
Skating Union ("ISU") judge. I began my judging career in 1996 and have held the
following appointments: ISU dance judge, ISU dance referee, national dance technical
controller, and regional singles/pairs judge. In the past I have been a member of many
U.S. Figure Skating committees including: International Judges and Officials, Judges,
Dance and International Committees, and Judges Education and Training and have served
on several International Committee Management Subcommittees. Additionally, I have
been invited and have served as a faculty member for several United States Professional
Skaters Association and U.S. Figure Skating educational seminars.

I have followed the career of Christina Carreira and her partner, Anthony Ponomarenko,
and can confirm that she has arisen to the highest level of her field and is considered
extraordinary among elite Junior Ice Dance teams in the world. As background, the level
of international ice dance competition is usually, although not always, based on age of the
teams. The international levels are restricted to only Junior and Senior levels. Typically,
competitors over age 19 compete at the senior level, unless there are compelling
circumstances.

Representing the United States as the top Junior Ice Dance team, Christina and Anthony
won first place in January 2018 at the U.S. Figure Skating Championships. At the world
level, they placed second in both the Junior Grand Prix finals in December 2017 and
again at the 2018 Junior World Championships. The competition pool for both
international events was comprised of the top teams from representative countries around
the world. Having placed second in both of the most recent world events underscores the
extraordinary ability of Christina and Anthony. Before heading to the finals of the Grand
Prix, Christina and Anthony placed first at both the, Junior Grand Prix Belarus 2017 and

Exhibit 1-148

Junior Grand Prix Austria 2017. They also won top place at the 2017 Lake Placid Ice Dance International. Each of these international competitions are among the best in the world at the team's level. Their high placement underscores the extraordinary ability of both Christina and Anthony. Their future medal potential is unlimited.

Again, I confidently state that Christina's performance in Junior Ice Dance has been extraordinary, and I fully support her petition. If you require any additional information, please contact the undersigned.

Regards,

Jennifer V. Mast   5/18/18
Olympic Team Manager

Exhibit 1-149

committees including Technical Panel, Judges, Judges Education and Training, Competitions, International, Selections, International Judges and Officials, Nominating, Pairs, Strategic Planning, Synchronized Skating and Membership, as well as the Board of Directors for U.S. Figure Skating over the last 19 years. She is the immediate past chair of the Technical Panel Committee and currently serves as the Technical Group coordinator. Enzmann works as a kindergarten teacher at a private school in her hometown of Stow, Mass., where she lives with her husband, Alexander, and their three children, Robb, DJ and Johanna.

**Statement of Purpose:**
It is an honor to be nominated as chair of the International Committee, and I look forward to serving U.S. Figure Skating in this challenging and rewarding role.

My vision as International Committee chair is to ensure the continued process in monitoring and selecting our elite athletes to compete for the USA internationally. It's a puzzle that must be carefully thought through to balance opportunities for our rising athletes to earn qualifying points to compete at the ISU level and to support our current top athletes to perform at the highest level for the USA by offering monitoring and mentoring services. As we approach a new quadrennial, we need to encourage our athletes so we can build depth in our disciplines.

Additionally, I plan to work closely with the International Committee Management Subcommittee (ICMS), Mitch Moyer and the Athlete High Performance Department on a regular basis to explore opportunities to expand our athlete international selection pool and also work with Athlete Development on ideas on how we can target lower level skaters through a mentoring program at the local level.

### Jenny Mast – International Judges & Officials Chair:

**Bio:**
Jenny Mast is a former national competitor in championship dance (1975, 1976) and a former national junior, championship and international dance coach (1976-1984). She began her judging career in 1996 and currently holds the following appointments: ISU dance judge, ISU dance referee, national dance technical controller, and regional singles/pairs judge. She has also served as an international team leader since 1998. Her U.S. Figure Skating committee service includes: International Judges and Officials, Judges, Dance and International Committees, and Judges Education and Training and International Committee Management Subcommittees. Additionally, she has served on the faculty of Professional Skaters Association and U.S. Figure Skating seminars. Mast relocated from the Philadelphia area to Virginia Beach, Va., four years ago with her retired husband, Larry, to be close to her grandchildren.

**Statement of Purpose:**
To monitor and foster the activity and advancement of U.S. Figure Skating officials who currently hold or seek ISU and international appointments. To maintain and enhance the strategic development of our officials through training, shared information and feedback so they may successfully fulfill their objectives and duties for U.S. Figure Skating and the ISU.

### Kevin Rosenstein – Judges Chair:

**Bio:**
Kevin Rosenstein was born and raised in central California where he competed in the Central Pacific Region. He has been involved with skating for almost 40 years as competitor and official. As a competitor, Rosenstein skated pairs with his sister, competing at the novice and junior levels at sectional and U.S. championships. Kevin is a pairs gold medalist and tested through his 7th figure test and junior free skate test.

Exhibit 1-150

# TAB

# P

Exhibit 1-151

April 18, 2018

Richard J Dalley
17989 Parke Lane
Grosse Ile, MI 48138

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Premium Processing
Nebraska Service Center
850 S. Street
Lincoln, NE 68508

RE: Petition for Christina Carreira

Dear Sir or Madam,

My name is Richard Dalley. An American who has proudly served on U.S. Figure Skating's
International and Executive Committees along with the Ethics and other committees of the U.S.
Olympic Committee. Additionally, I am a U.S. Olympian (5th in 1984), U.S. Olympic Team Leader
(2010 Vancouver) and carry the highest official's accreditation of the International Skating
Union (ISU Championship Judge).

As a Michigan resident I have had the opportunity to closely interact with and observe Christina
Carreira and her partner Anthony Ponomarenko over the last several years. I can attest this
team is the real deal and they have unlimited potential. This view is supported by their
demonstrated track record of extraordinary results at the Junior level. In 2017 they won Junior
Grand Prix events in Belarus and Austria. This was followed up by winning the U.S.
Championships and placing 2nd at the Junior World Championships.

Outside of her undeniable extraordinary talent, she is an exceptional young lady beyond her
years. I have personally traveled with her around the world and seen first hand how she has
handled good times and bad. Christina, has always displayed class and poise. A youth of
incredible commitment and conviction. I strongly support this exceptional young lady as she
pursues her path to U.S. Citizenship.

Sincerely,

Richard J Dalley
US Olympian – US Olympic Team Leader

Exhibit 1-152

Attorney Needed ASAP - **Crucial need for local attorney in your area. View new cases today.** Ad ···



Promoted   ···

 **Attorney Needed ASAP**
Crucial need for local attorney in your area. View new cases today.

 **Forsta - Secure Chat**
Secured Client Chat with Maximum Compliance. Free 14-Day Trial

 **Custom Clothing Apparel**
Take Your Brand To The Next Level With Top Quality Apparel and Finishings!

## Richard Dalley

Owner at Wesburn Golf & Country Club

United States

**Connect**   **···**

 Wesburn Golf & Country Club

 See contact info

250 connections

People Also Viewed

 **Ron Pfenning**
--

 **Melissa Gregory, OLY** · 3rd
Partner at Gregory & Petukhov Skating, Executive Director at Proud Nation, Inc.

 **Joe Inman**
professor at inman piano studio

 **Laurent Tobel**
CEO at Laurent Tobel Entertainment SA

## Experience

 **Owner**
Wesburn Golf & Country Club

 **Official**
United States Figure Skating
1978 – Present · 40 yrs

 **Olympic Team Leader**
U.S. Figure Skating
2009 – 2010 · 1 yr

 **Olympic Team Leader**
U.S. Figure Skating
2009 – 2010 · 1 yr

 **Chérie Farrington** · 3rd
Founder SportScience Fun, LLC; Professional Skaters Association Master Rated Figure Skating Coach and Program Director

 **Gerald Miele**
Administrator at Higgins Cavanagh & Cooney, LLP

 **Alex Johnson**
Incoming Investment Banking Summer Analyst at Lazard

 **Denise Myers** · 3rd
Figure skating coach

 **Aidas Reklys** · 3rd
Owner/Inventor/Coach
SKATEUNIVERSAL.com

 **Jacqulyn Mitchell** · 3rd
First Class Hockey Power Skating / Professional Figure Skater

## Skills & Endorsements

**Sports** · 22

Endorsed by Jimmie(PSA) Santee and 2 others who are highly skilled at this

Endorsed by 5 of Richard's colleagues at U.S. Figure Skating

**Sports Management** · 18

Endorsed by Jimmie(PSA) Santee, who is highly skilled at this

Endorsed by 6 of Richard's colleagues at U.S. Figure Skating

Learn the skills Richard has

Apple Watch Tips and

Exhibit 1-153

# TAB

# Q

Exhibit 1-154



April 18, 2018

U.S. Figure Skating
Headquarters
20 First Street
Colorado Springs, CO 80906

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Premium Processing
Nebraska Service Center
850 S. Street
Lincoln, NE 68508

RE: Christina Carreira EB-1 Petition

Dear Sir or Madam,

I write in support of the Extraordinary Ability petition on behalf of Ms. Christina Carreira, who I have worked closely with, through my current role as the Director of High Performance Development with U.S. Figure Skating. Christina, along with her partner Anthony Ponomarenko, are the top United States Junior Ice Dance team representing the United States as well as one of the best teams in the world. They are likely to represent the United States at future Olympic Games and I fully support this petition.

In my role as the Director of High Performance Development for U.S. Figure Skating, I support the athletes through monitoring, programming, and guidance. I am responsible for providing the resources necessary for making our Team USA athletes at the novice and junior level successful internationally. Previously, I served as the Athlete Advisory Committee Chair, Athlete Services Group coordinator, and was a Coaching Member of the U.S. Figure Skating Board of Directors. I have coached junior world, world, and Olympic competitors, and competed myself as a figure skater for the United States.

Christina has been recognized for her achievements in Junior Ice Dance through her strong showings at many international competitions including first place at the Junior Grand Prix Belarus, Junior Grand Prix Austria, and the U.S. Championships. In addition, Christina was awarded with a scholarship by the International Skating Union for the 2017/2018 season due to her participation at the ISU World Junior Figure Skating Championships. This scholarship is awarded to athletes and teams who show promise on the international level.

Christina has continued to demonstrate her extraordinary ability in Ice Dance over the past few years, and she has a bright future in the sport as she continues to represent the United States. Please contact the undersigned if you require any additional information.

Very truly yours,

Justin Dillon

Justin Dillon
Director, Athlete High Performance Development


Member:
International Skating Union

Member

Exhibit 1-155



PSA Home    Conference Home    Venue    Registration    Travel    Events    Agenda    Nashvi

2017 PSA

*Nashville*

CONFERENCE & TRADE SHOW

Ma

**ORLANDO**

# Justin Dillon



Justin Dillon is the Director of High Performance Development for U.S. Figure Skating

Athlete Advisory Committee Chair, Athlete Services Group Coordinator, and was a Co

Figure Skating Board of Directors. Justin is a national technical specialist and data/vi

junior world, world, and Olympic competitors.

2017 PSA Conference & Trade Show in Nashville, TN

Page

Exhibit 1-156

Welcome to U.S. Figure Skating                                                      5/18/18, 10:09 AM



BECOME A MEMBER  MEMBERS ONLY  Search

🏠  ATHLETES  CLUBS  COACHES  MEDIA  PARENTS  ABOUT US  DONATE  EVENTS  PROGRAMS  TECHNICAL INFO  LEARN TO SKATE USA®

## ABOUT US

Leadership

Forms

Membership

Fan Zone

U.S. Figure Skating Auctions

Fantasy Skating

SKATING Magazine

Members Only

Judges & Officials

History

Employment

Member Services

Museum & Hall of Fame

U.S. Figure Skating at a Glance

Figure Skating A to Z

Headquarters Staff

Scholarships, Grants and Awards

Shop

Logo

U.S. Ice Rink Association

Sponsors

Mission Statement

Links

Contact Us

### U.S. FIGURE SKATING HEADQUARTERS STAFF

U.S. Figure Skating staff work to carry out the policies set forth by the organization's volunteer constituency and administers the day-to-day duties of the organization.

STAFF DIRECTORY

All U.S. Figure Skating employee email addresses are "first initial" + "last name" + "@usfigureskating.org". (For example, John Smith's email address would be jsmith@usfigureskating.org.)

| | |
|---|---|
| James Anderson | Staff Counsel - SafeSport |
| Sarah Arnold | Manager, Athlete Development |
| Ramsey Baker | Chief Marketing Officer |
| Ingrid Benson | Manager, Athlete High Performance Logistics |
| Mollie Brauer | Specialist, Member Services |
| Donna Brown | Fullfillment Specialist |
| Concetta Brooks | Graphic Designer |
| Brian Burns | Coordinator, Marketing |
| Jeannine Combs | Specialist, Member Services |
| Mia Corsini | Director, Events |
| Karen Cover | Museum Archivist |
| Brent Diederich | Manager, Giving Programs |
| Justin Dillon | Director, High Performance Development |
| Kathy Drevs | Business Analyst |
| Bob Dunlop | Senior Director, Events |
| Jim Fox | Special Assistant to the Executive Director |
| Kyleigh Gaff | Coordinator, Synchronized Skating |
| Leslie Graham | Senior Director, Synchronized Skating and Skating Programs |
| Dalean Greenlee | Special Assistant to the Executive Director |
| Jim Gurnsey | IT Helpdesk |
| Kirsten Habgood | Executive Assistant |
| Jessica Herbst | Manager, Team USA |
| Kimberly Berry Hines | Director, Membership Development |
| Richard Hoggatt | Manager, Facilities/Mailroom |

Exhibit 1-157

| Sora Hwang | Coordinator, Communications |
|---|---|
| Robert Keene | Specialist, IJS Technology |
| Erika Lehman | Manager, Marketing |
| Kevin Leonardo | Director, Event Production |
| Debbie Lyons | Purchasing Manager |
| Mimi McKinnis | Manager, Communications |
| Andrea Morrison | Art Director |
| Mitch Moyer | Senior Director, Athlete High Performance |
| Lindsay Mulvey | Specialist, Accounts Receivable |
| Juliet Newcomer | Director, Technical Services |
| Christalina Pencheva-Beshear | Director, Finance |
| David Raith | Executive Director |
| Mario Rede | Chief Financial Officer and Senior Director, IT Operations |
| Barbara Reichert | Senior Director, External Relations |
| Megan Romeo | Coordinator, Competitions |
| Kim Saavedra | Manager, Marketing |
| Troy Schwindt | Director, Publications |
| Marta Shkilnaia | Assistant, General Accounting |
| Shirley Soares | Receptionist |
| Patricia Stanker | Specialist, Basic Skills |
| Toby Sturtevant | Specialist, Membership Development |
| Michael Terry | Manager, Communications |
| Susi Wehrli-McLaughlin | Senior Director, Membership |
| Mary Weissman | Accountant |
| Karissa Woienski | Manager, Figure Skating Programs |
| Angelita Wright | Manager, Travel |
| Peter Zapalo | Director, Sports Science and Medicine |

## U.S. FIGURE SKATING SPONSORS

## U.S. FIGURE SKATING COMMUNITY

**PARTNERS**





**SUPPLIERS**








**LICENSEES**











Contact Us | Employment | Forms | Shop | Sitemap | Facebook |
©2017 U.S. Figure Skating Terms of Use and Privacy Policy are applicable to you. All rights reserved.

Exhibit 1-158

# TAB

# R

Exhibit 1-159


April 17, 2018

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Premium Processing
Nebraska Service Center
850 S. Street
Lincoln, NE 68508

Dear Sir or Madam,

I am an international judge of figure skating for both Canada and the International Skating Union ("ISU"). I have served as judge for the sport of ice dancing for nearly thirty years and have judged at ISU Championship events and International Grand Prix events.

In my position I have had the opportunity to observe many, many of the very top skating teams in the world over the years and I am able to confirm that Christina Carreira has continually demonstrated both excellence and extraordinary ability in Ice Dancing. I base this opinion on her successful and impressive competitive record. The sport of ice dancing is a very demanding and skilled sport. One does not achieve such success by chance and hazard. It is accomplished by special and remarkable talent.

Christina has been skating competitively since 2006, at the age of five. I am aware of her competitive career as an amateur, first competing in Canada at the lower levels and recently on behalf of the United States in international competition. As a younger skater, she placed among the top three in multiple competitions with her first partner, Simon-Pierre Malette-Paquette. She and Simon-Pierre placed first at the 2011-2012 Canadian National Intermediate Championships. Unfortunately for Canada, Christina decided to change partners and began representing the United States in 2014 with Anthony Ponomarenko, a citizen of the United States. Christina has continued to develop in the past four years on the international competitive circuit, while representing the United States. Most recently, the team won first place and were crowned U.S. Junior Champions, on January 4, 2018. In fact, the team was extraordinary, in that they lead the entire field by a significant amount, against fellow competitors.



1

Canada

Exhibit 1-160



**Financial Consumer
Agency of Canada**   Agence de la consommation
en matière financière du Canada

Last year they placed second at the ISU International Grand Prix Junior Ice
Dance in December 2017, and most recently, on March 3, 2018 they placed
second in the world at the ISU Junior World Championships which were held in
Sofia, Bulgaria.   Among a backdrop of 28 pairs, Christina and Anthony's
performance placing second renders them an extraordinary junior team.

Based on her achievements in the field of national and international ice dancing
at the junior level, Christina has demonstrated that she is considered
extraordinary and among the top two teams in the world.   She will continue to
represent the United States at all ISU international events including the 2022
Olympics in Beijing, China.

If you require any additional information, please do not hesitate to contact me.

Sincerely,

André-Marc Allain
Canadian and ISU Judge

and

Director of Marketing and Communications
Government of Canada
(Financial Consumer Agency of Canada)
427 Laurier Avenue West, 6th Floor
Ottawa, ON
K1R 1B9
(613) 941-4770 or (819) 744-1872



2

Canada

Exhibit 1-161

Attorney Needed ASAP - Crucial need for local attorney in your area. View new cases today.  Ad  ···



### André-Marc Allain

Director of Marketing and Communications at Government of Canada (Financial Consumer Agency of Canada)

Government of Canada • University of Ottawa

Ottawa, Canada Area • 500+ 🔗

 

I am passionate about people!!! My DNA is very much rooted and embedded in relationships. I have a need for affiliation and connecting with people, while at the same time, I am focused on strategies and driven by results.

As a marketing and communications professional with over 20 years of experience, I have worked for two publicly-traded telecommunications companies and a number of federal and provincial government departments and agencies.

Superiors, peers and employees describe me as strategic, innovative, creative, dynamic and most of all, an effective leader.

My strengths lie in key leadership skills of self-awareness, self-confidence, building business relationships, influencing, teamwork and collaboration, interpersonal communications, to name a few.

I also have an extensive background in sports having been involved in the sport of figure skating for close to 30 years, currently officiating at the international level. I am currently involved in numerous committees through the national governing body of Skate Canada. In addition, I was previously elected as a director on the boards of Patinage Québec, Sport New Brunswick and Skate New Brunswick.

Show less ⌃

---

## Experience

**Director of Marketing and Communications (Financial Consumer Agency of Canada)**

Canadă Government of Canada

Feb 2008 – Present • 10 yrs 1 mo

Ottawa, Canada Area

About FCAC:

The FCAC is an independent body working to protect and inform consumers of financial products and services. The Agency was established in 2001 by the Government of Canada to strengthen oversight of consumer issues and expand consumer education in the financial sector. In July 2010, FCAC was also tasked with the oversight of payment card network operators and their commercial practices. In April 2014, the federal government appointed the

Contact and Personal Info

André-Marc's Profile

Show more ⌄

Promoted ···


Attorney Needed ASAP
Crucial need for local attorney in your area. View new cases today. ⟩


Chocolate Corporate Gifts
Make business sweet with artisan bonbons for everyone on your holiday list. ⟩


Home Improvement Managers
Join The Largest Contractor Network In Home Improvement. Request A Quote. ⟩ 

People Also Viewed


**Steve Trites** • 3rd
Manager, Research and Policy at the Financial Consumer Agency of Canada


**Brigitte Richard**
Communications Advisor at Government of Canada


**Robyn Lamarre**
IT Business Analyst at Bell


**Stéphanie Bouchard**
Enseignante de 5e année chez École Apostolique de Chicoutimi


**Gabriel Mercier-Poudrier**
Programmeur Analyste chez ProWeb Solutions d'Affaires Électroniques Inc


**Pascal Leblanc**
Policier chez Defense nationale


**Helene Quintal**
policière chez Ville de Saint-Eustache


**Dave Ferland**
Commis au marchandisage


**Heather d'Entremont-M...**
Senior Communications Officer at ACOA - APECA


**Sylvie St-Amour**
Secrétaire-adjointe des conseillers municipaux chez Ville de Saint-Eustache

Learn the skills André-Marc has

Exhibit 1-162

André-Marc Allain | LinkedIn

2/2/18, 11:29 AM

first Financial Literacy Leader within FCAC to extend collaboration with stakeholders and coordinate activities that contribute to strengthening Canadians' financial literacy.

My responsabilities:
Contributes directly to the establishment of the Agency's strategic priorities and the formulation of operational and business activities.

Directs all communications activities of the Agency: internal and external communications, media relations, social media, electronic and web communications with the objective of raising awareness of Agency's role, mandate and resources to consumers, industry, not-for-profit organizations and government agencies; coordinates briefing materials as required for Commissioner, reports for central government agencies and Agency's Annual Report.

Directs all marketing activities of the Agency: advertising and promotional activities; publication production and design; outreach, business development, event management and logistics support.

Advises the Commissioner and Deputy Commissioner on the communications aspects of sensitive issues and transactions as they emerge, and makes recommendations for responding to such issues.

Implements and oversees Division's HR and financial management principles that impact organizational effectiveness.


**Special Advisor (Service New Brunswick)**
Government of New Brunswick
Mar 2007 – Feb 2008 • 1 yr
Fredericton, NB


**Managing Director (Communications New Brunswick)**
Government of New Brunswick
Apr 2006 – Mar 2007 • 1 yr
Fredericton, NB


**Director of Marketing and Communications (Business New Brunswick)**
Government of New Brunswick
Oct 2001 – Apr 2006 • 4 yrs 7 mos
Fredericton, NB


**Public Relations Specialist**
iMagicTV
Jul 1999 – Apr 2001 • 1 yr 10 mos
Saint John, NB


**Advertising Coordinator**
Bell-Aliant (NBTel)
Mar 1997 – Jul 1999 • 2 yrs 5 mos
Saint John, NB

Show less ∧

## Education


**University of Ottawa**
Centre for Continuing Education
2012 – 2014

Leadership: Coaching, Strategic Thinking, Strategic Planning, Influencing, Self-Awareness


**Building Self-Confidence**
Viewers: 91,327


**Business Innovation Foundations**
Viewers: 39,787

**Vivek Wadhwa on Technology and Doing What Is Right**
Viewers: 4,003

See more course

Exhibit 1-163



**Canada School of Public Service**
2010 – 2012

Leadership: Emotional Intelligence (Reflections and Actions), Self-Awareness (360 degree feedback)

**University of New Brunswick**
Public Service Management Program Certificate
2003

Show more ∨

## Featured Skills & Endorsements

**Public Relations · 29**    Endorsed by 3 of André-Marc's colleagues at Government of New Brunswick / Gouvernement du Nouveau-Brunswick

**Strategic Planning · 19**    Endorsed by **Brian Donaghy**, who is highly skilled at this

**Strategic Commu... · 18**    Endorsed by **Nina Chiarelli and 1 other who is highly skilled at this**

Endorsed by **2 of André-Marc's colleagues at Government of Canada**

Show more ∨

## Accomplishments

**7 Organizations**    ∨
Skate Canada • Canadian Public Relations Society (CPRS) • International Association of Business Communicators (IABC) • Skate Canada • Patinage Québec • Sport New Brunswick • Skate New Brunswick

**6 Honors & Awards**    ∨
1998 Officials Award of Excellence • 2007 Official of the Year • 2007 Officials Award of Excellence • 2007 Officials Award of Excellence • 2012 Officials Award of Excellence • 2014 Officials Award of Excellence

**4 Languages**    ∨
English • French • German • Spanish

## Interests

Promoted    ...

 Public Speaking - DePaul
Overcome your fear of public speaking & become a confident communicator.

 Illinois Attorney Needed
New clients! Join now and review cases today.

 Need a POS Solution? 
See how Lavu's all in one POS system can make running your business easier

Exhibit 1-164



Exhibit 1-165

# The Week In Team USA Results: March 6-12

BY **UNITED STATES OLYMPIC COMMITTEE | MARCH 13, 2018,** 12:15 P.M. (ET)



*Dan Cnossen poses at the victory ceremony of the men's cross-country 15-kilometer sitting event at the Paralympic Winter Games PyeongChang 2018 on March 11, 2018 in PyeongChang, South Korea.*

*Sign up to receive Team USA Sports Scene (http://action.teamusa.org/page/s/sports-scene-weekly), a weekly digital newsletter that highlights standout performances of U.S. athletes and teams from the previous week. Stay up-to-date with news from around the U.S. Olympic and Paralympic family, and track Team USA athletes as they compete around the globe with a preview of upcoming events.*

## Team USA Leads Paralympic Medal Count:
Led by Nordic skier Dan Cnossen, Team USA opened the Paralympic Winter Games PyeongChang 2018 with 17 medals – including six golds, six silvers and five bronzes – leading all nations by two medals after the first four days of competition.

## Alpine Skiing:
Mikaela Shiffrin clinched her fifth slalom globe and second overall world cup title by winning slalom and placing third in giant slalom at the world cup in Ofterschwang, Germany.

## Beach Volleyball:
Phil Dalhausser and Nick Lucena placed fourth at the four-star world tour stop in Doha, Qatar.

Exhibit 1-166

## Cross-Country Skiing:

Jessie Diggins became the first American woman to earn a top-three finish in a distance event, taking second in the 30-kilometer freestyle mass start at the world cup in Oslo, Norway.

Diggins also placed third in sprint classic at the world cup in Drammen, Norway.

## Judo:

Led by wins from Amelia Fulgentes (57 kg.) and L.A. Smith III (100 kg.), 11 Americans earned top-10 finishes at the Pan American Open in Santiago, Chile.

## Shooting:

Vincent Hancock and Kim Rhode claimed the men's and women's skeet titles, and Ashley Carroll earned the women's trap title as 13 Americans finished in the top 10 at the world cup in Guadalajara, Mexico.

## Snowboarding:

Chloe Kim won the halfpipe title and Jamie Anderson took the crown in slopestyle as 10 Americans finished in the top 10 at the U.S. Open in Vail, Colorado.

Alex Deibold placed sixth in snowboardcross at the world cup in Moscow.

## Soccer:

The U.S. women's national team won the SheBelieves Cup with a 1-0 win over England in Orlando, Florida.

## Also This Week:

Venus Williams topped sister Serena Williams to advance to the round of 16 along with three other American singles tennis players, while two U.S. teams advanced to the quarterfinals at the BNP Paribas Open in Indian Wells, California...Team Sinclair and Team Persinger won the women's and men's curling titles at the U.S. national championships in Fargo, North Dakota... Long track speedskater Ethan Cepuran captured the silver medal in mass start, as Team USA secured seven top-10 finishes at the ISU junior world championships in Kearns, Utah...Team USA's mixed relay placed ninth, while Clare Egan and Lowell Bailey earned top-15 finishes at the biathlon world cup in Kontiolahti, Finland...The ice dance duo Christina Carreira and Anthony Ponomarenko took home the silver medal as Team USA earned eight top-10 finishes at the ISU World Junior Figure Skating Championships in Sofia, Bulgaria...Team USA topped Ireland, 8-4, on the first day of the Northeastern Boxing Tour in Boston...The U.S. men's rugby sevens team placed fourth at the world cup in Vancouver...Katrina Young and Tarrin Gilliland placed sixth in the women's synchronized 10-meter competition at a FINA World Series meet in Beijing...Greg West and Katie Uhlaender were crowned champions at the skeleton national championships in Lake Placid, New York...Barry Schroeder finished seventh in Para bobsled at the Para world championships in Lillehammer, Norway.

## Team USA Broadcast Schedule:

| DATE | TIME (ET) | SPORT | EVENT | PL⅃ |
|------|-----------|-------|-------|-----|
| 3/13 | 2 p.m. | Sled Hockey, Curling | Paralympic Winter Games PyeongChang 2018 | NB |
| 3/14 | 12 a.m. | Alpine Skiing, Cross-Country Skiing, Wheelchair Curling | Paralympic Winter Games PyeongChang 2018 | NB |

Exhibit 1-167



BECOME A MEMBER | MEMBERS ONLY | Search

ATHLETES | CLUBS | COACHES | MEDIA | PARENTS | ABOUT US | DONATE | EVENTS | PROGRAMS | TECHNICAL INFO | LEARN TO SKATE USA®

## MEDIA

**Press Releases**

**Online Photo Bank**

**Media Guide**

**Logo**

**Credential Applications**

CARREIRA/PONOMARENKO WIN SILVER AT 2018 WORLD JUNIOR CHAMPIONSHIPS

(3/9/18) — The United States' **Christina Carreira** and **Anthony Ponomarenko** captured the silver medal at the 2018 ISU World Junior Figure Skating Championships on Friday.

The duo tallied a free dance score of 86.83 and 147.68 total to finish their competition in Sofia, Bulgaria, with their second consecutive World Junior medal. They were bronze medalists at last year's event. Carreira and Ponomarenko, who train in Novi, Michigan, fought back from a disappointing sixth place in the short dance to land on the podium.

All three Team USA ice dance entries finished in the top 10 with siblings **Caroline Green and Gordon Green** placing sixth with 141.83 total and **Chloe Lewis and Logan Bye** coming in seventh with 139.17.

Saturday, March 10 marks the final day of competition with the men's free skate and ladies free skate. Season pass subscribers can watch live or on demand on icenetwork.

## U.S. FIGURE SKATING SPONSORS

**PARTNERS**








**SUPPLIERS**





**LICENSEES**




## U.S. FIGURE SKATING COMMUNITY







Contact Us | Employment | Forms | Shop | Sitemap | Facebook |

Exhibit 1-168



HOME    FORUM    DIRECTORIES    RESULTS    EVENTS    NEWS    CONTACT US

# GOLDEN SKATE™

DON'T MISS    Canada's Osmond cinches gold at Worlds

Home / **Figure Skating News** / Skoptcova and Aleshin win Junior World ice dance title

# Skoptcova and Aleshin win Junior World ice dance title

By Paula Slater    Photo © Robin Ritoss    👍 Like 116    🐦 Tweet    G+    Pin It    Published: March 9, 2018

2018 World Junior Figure Skating Championships: Ice Dance Podium (L to R) Christina Carreira and Anthony Ponomarenko (USA), Anastasia Skoptcova and Kirill Aleshin (RUS), and Arina Ushakova & Maxim Nekrasov (RUS)

## 2018 World Junior Figure Skating Championships: Ice Dance

Anastasia Skoptcova and Kirill Aleshin of Russia took the gold in Ice Dance at the 2018 World Junior Figure Skating Championships on Friday in Sofia, Bulgaria. USA's Christina Carreira and Anthony Ponomarenko rose from sixth place to capture the silver, while Russia's Arina Ushakova and Maxim Nekrasov maintained third overall to win the bronze.

Skoptcova and Aleshin were pleased with their Short Dance in which they earned a new personal best (66.44), and felt it was one of the best, if not "the" best, one of the season. Going into the Free Dance, they had no expectations other than to show what they had been training.

The 2018 Russian junior champions danced a solid tango which featured strong level 4 twizzles and lifts. The team earned many positive grades of execution (GOE) to score 88.71 for a first place finish in the Free Dance and overall (155.15).

**GS NEWSLETTER**

Email address:

[Sign up]

**DID YOU KNOW?**

Jackson Haines (1840–1875) of the US was the inventor of the sit spin and is also regarded as the father of modern figure skating.

**FOLLOW US!**

**@goldsk8**
Your international online resource for figure skating

[Load More...]

Exhibit 1-169

"Our performance today I rate nine on a scale of ten," said Aleshin. "I could have done better in some places, but I am sure that Nastia did everything she could have done. Obviously, we're very happy about the victory. This victory means motivation for us to continue to work at the senior level."

Last year, the team, who is coached by Svetlana Alexeeva, Elena Kustarova, and Olga Riabinina, were fifth despite skating two solid programs.

"Maybe there were some little errors, but that was last year," Aleshin offered. "This year we've improved and fixed everything that we didn't do last year."

Skoptcova, 17, and Aleshin, 20, plan to move up to the senior level for both national and international competitions next season.

Skating to music from the *W.E.* soundtrack, Carreira and Ponomarenko showed good level 3 circular steps, as well as level 4 lifts and twizzles. The 2017-18 Junior Grand Prix Final silver medalists earned 86.83 for a second-place finish in the Free Dance, and with a total score of 147.68, edged out Ushakova and Nekrasov for second overall.

The 17-year-olds were disappointed with their sixth-place short dance in which Ponomarenko stepped out of a twizzle.

"After the short dance, after the mistake, she (his mother, 1992 Olympic Ice Dance Champion Marina Klimova) was like, 'Anthony, it's okay, I still love you,'" said Ponomarenko. "Actually, she really motivated me. She told me, 'you've been a fighter since the beginning, so just give all in the free dance.'"

"We wanted to come here and deliver two strong performances and that's not what happened, but we came back strong I think," said Carreira. "Today, we still had a few technical mistakes, but overall, it was much better."

The team was happy with their bronze medal from last year as it wasn't expected. "This season we've been working really hard, so it's an extra reward to get a medal and we're very proud of it," said Carreira.

Their future plans are to work towards the Olympics, but the goal for next season is to continue to put out clean performances.

"We haven't really decided if we're doing senior yet," said Ponomarenko. "That is something we need to talk with our coaches about."

Ushakova, 15, and Nekrasov, 17, placed third in the Free Dance after their performance to "Be Italian" with 85.59 points. The Russian junior bronze medalists delivered strong lifts, and earned the most GOEs with their level 4 twizzles of the entire group. They scored 146.88 overall to maintain third place in their debut at this event.

"We are very happy to have won this medal," said Ushakova. "At the beginning of the season, I said in an interview that we have big plans for this year and we realized them."

The team from Odintsovo will be competing at the junior level next season in order to improve.

"We're very excited about the medal and now we know what to strive for," said Ushakova.

Lajoie and Lagha, slipped from second to fourth overall (146.22) after placing fifth (83.83) with their routine to "Dream" and "Nemesis." The two-time Canadian junior champions displayed strong level 4 lifts and twizzles, but their circulars steps received a level 2.

Sofia Shevchenko and Igor Eremenko of Russia finished fifth overall (145.85), followed by USA's



IN THE NEWS



**Another Junior season for quad queen Trusova**
Figure Skating News Russia's Alexandra Trusova...



**Papadakis and Cizeron win third world title**
2018 World Figure Skating Championships: Free...



**Chen takes World title with 47 points to spare**
2018 World Figure Skating Championships: Men's...



**Canada's Osmond cinches gold at Worlds**
2018 World Figure Skating Championships: Ladies...



**Papadakis and Cizeron break short dance record**
2018 World Figure Skating Championships: Short...



**Savchenko and Massot take first World title**
2018 World Figure Skating Championships: Pairs...



**Chen skates to lead at Worlds**
2018 World Figure Skating Championships: Men's...



**Savchenko and Massot take lead in Milan**
2018 World Figure Skating Championships: Pairs...

Exhibit 1-170

Skoptcova and Aleshin win Junior World ice dance title | Golden Skate

4/19/18, 10:43 AM

Caroline Green and Gordon Green (141.83).

## Summary



**Article Name**

Skoptcova and Aleshin win Junior World
ice dance title

**Description**

Anastasia Skoptcova and Kirill Aleshin
of Russia took the gold in Ice Dance at
the 2018 World Junior Figure Skating
Championships on Friday in Sofia,
Bulgaria.

**Golden Skate**

Golden Skate

2018 Junior Worlds    Anastasia Skoptcova and Kirill Aleshin

Arina Ushakova and Maxim Nekrasov    Christina Carreira and Anthony Ponomarenko

Featured    Marjorie Lajoie and Zachary Lagha    Sofia Shevchenko and Igor Eremenko

Home | Forum | Directories | Results | Events | News | Contact Us

Copyright © Golden Skate.

Exhibit 1-171



**wayfair**

UP TO

**70% OFF**

Everything Home

Shop Now

# Figure Skating, Junior World Championships 2018: Anastasia Skoptcova and Kirill Aleshin on the roof of the world. Excellent thirteenth position for Calderone-Papetti

March 9, 2018 · 22:19 · Fabrizio Testa



START NOW

**3 Easy Steps**
1 Click "Start Now"
2 Run and Install
3 Open new Tab

MyQuick ➡Converter

Exhibit 1-172

5/16/2018          Figure Skating, Junior World Championships 2018: Anastasia Skoptcova and Kirill Aleshin on the roof of the world. Excellent thirteenth position for C...

The races continue at the Armeec Arena in Sofia, the scene of **the Junior World Championships** in figure skating; after the women's short program , the athletes of the ice dance ended the penultimate day of competitions.

The Russian couple formed by **Anastasia Skoptcova** and **Kirill Aleshin** has confirmed the first position already obtained after the short dance skating a very compact free dance, embellished by some elements called level 4 as the sequence of twizzles and stright line lift, getting an excellent feedback on the components of the program (48.22). The athletes trained by Svetlana Alexeeva thus **won the gold medal with the new personal best of 155.15** , maintaining the leadership in the youth after winning the final Grand Prix of Nagoya last December; **the silver medal** , just like in Japan, was won with 147.68 points by the Americans **Christina Carreira**and**Anthony Ponamarenko** , authors of a beautiful comeback from the sixth place after a short dance spoiled by an error on the twizzles sequence. On the lowest step of the podium were the Russian **Arina Ushakova-Maxim Nekrasov** , who managed to defend the result already achieved in the first segment by closing the race with 146.88.

Great overall debut for the blue couple formed by **Chiara Calderone and Pietro Papetti** , even today authors of a beautiful test, closed in thirteenth position with 120.85 points.

| FPL. | Name | Nation | | Points | SD | FD |
|---|---|---|---|---|---|---|
| 1 | Anastasia SKOPTCOVA / Kirill ALESHIN | | RUS | 155.15 | 1 | 1 |
| 2 | Christina CARREIRA / Anthony PONOMARENKO | | USA | 147.68 | 6 | 2 |
| 3 | Arina USHAKOVA / Maxim NEKRASOV | | RUS | 146.88 | 3 | 3 |
| 4 | Marjorie LAJOIE / Zachary LAGHA | | CAN | 146.22 | 2 | 5 |
| 5 | Sofia SHEVCHENKO / Igor EREMENKO | | RUS | 145.85 | 4 | 4 |
| 6 | Caroline GREEN / Gordon GREEN | | USA | 141.83 | 5 | 7 |
| 7 | Chloe LEWIS / Logan BYE | | USA | 139.17 | 8 | 6 |
| 8 | Natacha LAGOUGE / Corentin RAHIER | | BETWEEN | 136.75 | 7 | 9 |
| 9 | Maria KAZAKOVA / Georgy REVIYA | | GEO | 133.07 | 11 | 8 |
| 10 | Ria SCHWENDINGER / Valentin WUNDERLICH | | GER | 130.27 | 10 | 10 |
| 11 | Darya POPOVA / Volodymyr BYELIKOV | | UKR | 125.26 | 9 | 11 |

Exhibit 1-173

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Olivia MCISAAC / Elliott GRAHAM | | CAN | 121.17 | 12 | 14 |
| 13 | Chiara CALDERONE / Pietro PAPETTI | | ITA | 120.85 | 13 | 13 |
| 14 | Villö MARTON / Danijil SZEMKO | | HUN | 119.92 | 15 | 12 |
| 15 | Loicia DEMOUGEOT / Theo LE MERCIER | | BETWEEN | 117.60 | 14 | 15 |
| 16 | Yana BUGA / Georgy POKHILYUK | | AZE | 112.55 | 18 | 16 |
| 17 | Shira ICHILOV / Vadim DAVIDOVICH | | ISR | 112.22 | 17 | 17 |
| 18 | Natalie TASCHLEROVA / Filip TASCHLER | | CZE | 110.30 | 16 | 18 |
| 19 | Charise MATTHAEI / Maximilian PFISTERER | | GER | 105.45 | 20 | 19 |
| 20 | Viktoria SEMENJUK / Artur GRUZDEV | | EAST | 105.18 | 19 | 20 |
| | Sasha FEAR / George WADDELL | | GBR | FNR | 21 | |
| | Wanqi NING / Chao WANG | | CHN | FNR | 22 | |
| | Haruno YAJIMA / Daiki SHIMAZAKI | | JPN | FNR | 23 | |
| | Karina SIDARENKA / Maksim YALENICH | | BLR | FNR | 24 | |
| | Yana BOZHILOVA / Kaloyan GEORGIEV | | BUL | FNR | 25 | |
| | Olexandra BORYSOVA / Cezary ZAWADZKI | | POL | FNR | 26 | |
| | Gaukhar NAURYZOVA / Boyisangur DATIEV | | KAZ | FNR | 27 | |

Exhibit 1-174

# Here's What Happened to American Figure Skaters at the 2018 Winter Olympics—And Why They Could Dominate in Beijing in 2022

By **ALICE PARK/GANGNEUNG** February 25, 2018

No one country dominated the figure skating events at the 2018 Winter Olympics, with Canada, Germany, Japan and Russia all taking turns atop the podium in PyeongChang. Notably absent from the gold medal list was the United States, which once threatened to contend every four years but had to settle for two bronze medals on the ice at these Olympics.

What happened to American figure skating? Was the disappointing Olympics finishes of Nathan Chen, Mirai Nagasu and the rest of Team USA an aberration, or were stars like Alina Zagitova, Evgenia Medvedeva, Yuzuru Hanyu and the Canadian pair of Tessa Virtue and Scott Moir simply too good?

The answer is, well, yes. And the future is far brighter for America's Olympic figure skaters than the final tally from these Winter Games would suggest. Here are the reasons why, along with some key lessons learned from the way skating was judged at the 2018 Olympics.

Exhibit 1-175

jumps, including the most challenging triple lutz-triple toe loop combination — all in the second half of her program, which earns bonus points. "She talks about the Olympics pretty often, and wants to compete at the Olympics," says Liu's father Arthur, an attorney. He says Russia's other Olympic skating star, the silver medalist Evgenia Medvedeva, is a favorite role model.

The silver medalist at the U.S. junior nationals was Pooja Kalyan, a 14-year-old from Arkansas, who also pulled off effortless-looking triple jumps in her free skate routine.

They both know the Olympic figure skating judging system is all about points — points for every skill skaters perform, from jumps to spins to footwork and even less objective factors such as skating skills, choreography and interpretation of music. If there is a legal way to earn more points, it pays to try it. That's what the Russian skaters Zagitova and Medvedeva did to their gold- and silver-medal winning advantage. There is a 10% bonus for every jump completed in the second half of the program, when skaters are more tired and it takes far more energy to pull off. Doing that in PyeongChang earned Zagitova valuable extra points that allowed her to pull ahead of the competition and clinch gold.

## The U.S. ice dancing bench is deep—and the field may be open

The U.S. had three ice dancing pairs competing in PyeongChang, each with the talent to medal. Maia and Alex Shibutani, the pair known as the ShibSibs, pulled it off, winning bronze in their second Winter Olympics. Madison Hubbell and Zachary Donohue finished

Exhibit 1-176

fourth, while Madison Chock and Evan Bates stumbled to ninth after
a shocking fall in the free skate. It's possible that all three teams
decide to try for another Olympics in Beijing.



 **Madison Chock** ✓
@chockolate02

I can't describe how grateful I am for all the love and kind
messages. It's been overwhelmingly beautiful. It was our goal to
share a message of hope and peace with this program and I feel

Exhibit 1-177

humbled by the amount of support and positivity we have received. Thank you so much. 🖤

10:44 PM - Feb 20, 2018

♡ 3,173  ♡ 321 people are talking about this

The competition to make the U.S. skating squad, however, will be fierce, thanks in part to competing elite ice dance schools in America and Canada. At this year's U.S. junior nationals, Christina Carreira and Anthony Ponomarenko, who share the same coach as Chock and Bates, earned their first junior title. They also won a bronze at last year's world junior championships. Ponomarenko has quite an enviable pedigree; his parents, Marina Klimova and Sergei Ponomarenko, earned three Olympic medals in ice dance for Russia.

The international competition may be thinned by the potential retirement of Canada's gold medal winning team of Tessa Virtue and Scott Moir. The pair briefly retired before and may be inclined to do so for good after leading Canada to a gold medal in the team competition and then winning another gold with a steamy routine that edged out their rivals, Gabriella Papadakis and Guillaume Cizeron, of France.



Exhibit 1-178

Teen is gold as ice - Morgan Hill Times: Community                                                    4/19/18, 10:41 AM



News ▾   South Valley Magazine   Sports ▾   Photos ▾   Opinion ▾   Obituaries   Classifieds ▾   Special Publications   Reader Services   Advertise

Home ▸ News ▸ Community

# Teen is gold as ice

Morgan Hill native Anthony Ponomarenko wins U.S. junior ice dance championship

Story   Comments   Image (3)                                                 Share  Print  Font Size: 

Tweet   Like 109

Previous  Next



**Courtesy of U.S. Figure Skating**

Anthony Ponomarenko, along with partner Christina Carreira,
captivate the judges and audience members during their gold
medal performance at the 2018 Prudential U.S. Figure Skating
Championships.



**U.S. Junior Ice Dancing Champion
Anthony Ponomarenko**

 **We set this goal at
the beginning of the**

Posted: Wednesday, January 10, 2018 4:08 pm

Scott Forstner • Staff writer |   **0 comments**

Posted on Jan 10, 2018
by Scott Forstner

Any pressure of being the son of two decorated
Olympic champions has not fazed Morgan Hill's
Anthony Ponomarenko—who together with ice
dancing partner Christina Carreira won the junior
national title at last weekend's 2018 U.S. Figure
Skating Championships in San Jose.

"We set this goal at the beginning of the season and we strived to be national
champions, and we're happy that it worked out well," said Anthony, whose parents,
Sergei Ponomarenko and Marina Kimova, are considered one of the best ice
dancing teams in Olympic history. "It was a great event, great audience, great
people (in San Jose)."

Thursday's victory, which came one day before Anthony's 17th birthday, placed
Ponomarenko and Carreira into the 2018 World Junior Championships, which will
be held this March in Sofia, Bulgaria.

"We're really happy we were able to make it happen. We've been working really
hard," Carreira said in the team's post-skate interview Jan. 4. "There's still a little
shakiness that we need to work on. We want to improve our footwork, make our
twizzles more together. We still have a lot of things to work on before Junior
Worlds."

The Ponomarenko family knows how to take it to the next level. Anthony's parents
who now live in Morgan Hill procured gold, silver and bronze Olympic medals
skating for the former Soviet Union and Unified Team. In 1984, the pair won a
bronze medal for the Soviet Union at the Sarajevo Winter Olympics; a silver at the
1988 games in Calgary, also for the Soviet Union; and a gold in 1992 at the
Albertville games, for the Unified Team.

"I felt like (Thursday's performance) was very clean but not very emotional. We
need to step up our game emotionally if we want to be in that top rank at Junior
Worlds," said Anthony, a 2017 U.S. silver medalist. "That's something we'll work on
back at home and hopefully go to Junior Worlds ready."

Anthony is from Morgan Hill, grew up locally, and his parents and brother still live
in the area. Sergei and Marina, who were inducted into the World Figure Skating
Hall of Fame in 2000, coach young figure skaters at Sharks Ice in San Jose.
However, Anthony relocated to train in Novi, Mich., with world-renowned ice dance
coach Igor Shpilband in 2014, according to U.S. Figure Skating.

"The overall performance needs to be in its 'A' game for Junior Worlds," Anthony
said. "I feel like if we do that, skate our best, we have a good chance at getting first
place."

http://www.morganhilltimes.com/news/community/teen-is-gold-as-ice/article_9cb35e18-f663-11e7-b944-bbf1a73d3481.html                    Page 1 of 3

Exhibit 1-179

**season and we
strived to be national
champions, and we're
happy that it worked
out well.**

Scott Forstner is a general assignment reporter who covers education and other community issues for the Morgan Hill Times. Reach him at (408)
963-0122 or via email at sforstner@morganhilltimes.com

 



Share  Print

Posted in **Community** on *Wednesday, January 10, 2018 4:08 pm.*

Sponsored Content

Recommended by **Outbrain** ▷ 

Sponsored Content

Trending Now

Police blotter: Petty theft, stolen vehicles

BookSmart writes final chapter

Prepare for cycling tour road closures May 16

City buys more downtown property

Trustees take advantage of tech

Morgan Hill suspect has history of illegal
explosives

Recommended by **Outbrain** ▷

### Rules of Conduct

## Welcome to the discussion.

Log In                                         Sign Up

Exhibit 1-180