**BREAKING NEWS** | $27 million lotto payoff at Fremont gas station

Sports > Other Sports

# Ice dance team finally breaks through at U.S. Figure Skating Championships

Madison Hubbell and Zachary Donohue win title after three straight third-place finishes at Nationals

By **HAROLD GUTMANN** | Correspondent
PUBLISHED: January 7, 2018 at 5:24 pm | UPDATED: January 8, 2018 at 3:21 am

SAN JOSE – After three straight third-place finishes at nationals, ice dancers Madison Hubbell and Zachary Donohue vowed not to leave the 2018 U.S. Figure Skating Championships with another bronze medal.

They didn't just escape third place Sunday at the SAP Center. They also knocked off the two-time defending champions, siblings Maia and Alex Shibutani, to win their first U.S. title.

Performing a bluesy, sultry program to a combination of Across the Sky by Rag'n'Bone Man and Caught Out in the Rain by Beth Hart, Hubbell and Donohue posted a total score of 197.12, edging out the Shibutanis (196.93) and 2015 U.S. champions Madison Chock and Evan Bates (196.60).

ADVERTISING

Exhibit 1-181

Hubbell and Donohue train in Montreal with the world's two best ice dancing duos, Gabriella Papadakis and Guillaume Cizeron of France and Tessa Virtue and Scott Moir of Canada.

In San Jose, it was the Shibutanis who stumbled.

Holding a 3.23-point lead after the short dance, Maia Shibutani hit her heel on the ice and lost her balance during a diagonal on Sunday. She did well to recover and avoid a bigger deduction, but the disappointment in her face was obvious as she skated off the ice after the performance.

Nineteen-year-old Elliana Pogrebinsky of Campbell and her partner Alex Benoit, 22, finished seventh with a score 167.98. The pair finished fourth at the U.S. championships last year in their first senior season.

"We're just going to keep growing on as the seasons go on," Pogrebinsky said. "And in four years see if we can reach the next goal of the Olympics."

• Morgan Hill's Anthony Ponomarenko and partner Christina Carreira, who won the junior ice dance competition Thursday, were selected for the 2018 World Junior Championships in March in Sofia, Bulgaria.

SPONSORED CONTENT

## Can You Guess the New Shows on Prime This April?

By  prime video

Find out all the shows coming to Prime this April. Is your favorite on the list?

Exhibit 1-182

Carreira, Ponomarenko step up to junior dance gold | icenetwork.com: Your home for figure skating and speed skating.

5/16/18, 2:27 PM

# icenetwork.  SCHEDULE + RESULTS   SKATERS   NEWS   PHOTOS   VIDEO   FANS   Subscribe   REGISTER LOGIN

## Carreira, Ponomarenko step up to junior dance gold
### Greens grab silver; Mid-season coaching change pays off for Lewis, Bye

Posted 1/4/18 by Lynn Rutherford, special to icenetwork



*Christina Carreira and Anthony Ponomarenko captured a medal for the third year in a row in this event -- and time this, the color of it was gold. The world junior bronze medalists took the title with 159.18 points, 90.48 of which came for their free dance to music from the 'W.E.' soundtrack. -Jay Adeff*

Marina Klimova won a full set of Olympic ice dance medals -- gold, silver and bronze -- skating with her husband, Sergei Ponomarenko. But nothing makes her stomach do nip-ups like watching their son, Anthony, and his partner, Christina Carreira, compete.

"The worst position was when I was coaching him, standing by the boards," said Klimova, who coaches in the San Jose area. "I remember my heart rate was (beating) faster and faster every minute."

"To be a mom, sitting in the stands, is still hard," she continued. "It's a very special nationals, because it is Anthony's hometown. We have a lot of friends and family and support."

Klimova can breathe a sigh of relief. Carreira and Ponomarenko, the reigning world junior bronze medalists, were the class of the field Thursday, easily winning the free dance and the U.S. junior title with 143.21 points.

"It feels amazing," Ponomarenko said. "We made a goal seasons before this to get this gold medal, and we're really happy it finally paid off."

The Montreal-born Carreira, a former Canadian competitor, teamed up with Ponomarenko in 2014. The skaters live in Novi, Michigan, where they train in Igor Shpilband's group.

**CONNECT**

**RELATED ITEMS**

**Gallery:** Junior free dance at U.S. Champs
**Watch:** U.S. Champs - Jr. FD

**MORE HEADLINES**

Rippon, Nagasu light up ballroom on 'DWTS'

Orser 'totally stunned' to be tabbed by Medvedeva

Nagasu, Rippon finding their groove on 'DWTS'

Q&A: U.S. Figure Skating President Samuel Auxier

Olympic veterans offer advice for post-skating life

The Inside Edge: Aaron embarks on new career

Should the minimum age for seniors be raised?

Harding earns high praise ahead of 'DWTS' debut

Savchenko wills herself to reach mountaintop

New-look Virtue, Moir redefine ice dance greatness

*More »*

Exhibit 1-183

"The ice dance field is really deep in America, but I'm so happy to skate for this country," Carreira said.

Last season's silver medalists stepped up to gold with a powerful yet sensitive performance to romantic selections from the *W.E.* soundtrack that showed off their deep edges, superior flow and refined style. They earned four Level 4 elements from the technical panel and 90.48 points.

"I feel like we focused on having clean elements today, skating clean on the edges," Ponomarenko said. "The emotion was a bit off. There were some shaky things we need to patch up for junior worlds."

Siblings Caroline Green and Gordon Green, the two-time U.S. novice champions who placed fifth in this event last season, grabbed the silver medal with a polished, technically demanding free dance to Borodin's *Polovtsian Dances*. Each move was finished and secure, with the lifts, twizzles and spin gaining Level 4. They placed second in the free and finished with 146.72 points.

"I thought our twizzles were very strong today," Gordon said. "Our footwork went a lot more solid than it usually does, but unfortunately it was Level 2, not 3, so it's a little lower score."

The Greens, who began skating together in 2009, train at the Wheaton Ice Skating Academy (WISA) in Rockville, Maryland, where they are coached by Alexei Kiliakov, Elena Novak and Dmitri Ilin. WISA brought two senior teams, five junior teams and several novice, intermediate and juvenile teams to San Jose.

"We try to encourage the younger skaters," Caroline said. "They remind us of what we were like back then, looking up to the older skaters. We try to encourage them."

"It's interesting to look back to where we were a year ago, coming up in the junior ranks and just trying to show the judges what we could do," Gordon said. "Now, this year, we find ourselves one of the up-and-coming teams for the coming years."

Chloe Rose Lewis and Logan Bye, the 2013 novice champions who placed fourth in juniors last season, captured the bronze medal with lyrical program to music from Coeur de Pirate that capitalized on their strong on-ice connection. Highlights included a superb opening straight line lift, and they finished with 143.21 points.

"We were focused on our connection to each other and to the music, and we did a good job on that," Lewis said. "We got all of the levels we were hoping for, so we feel good about that, too."

Lewis and Bye, who teamed up in August 2010, made a coaching change in mid-season and now train in Canton, Michigan, under Marina Zoueva and Massimo Scali.

"We were trying to get a fresh start," Bye said. "Both Chloe and I felt we needed a jumpstart."

Exhibit 1-184

"We were a little bit stuck in our placement, and our passion was renewed when we made a change," Lewis said.

Eliana Gropman and Ian Somerville performed an energetic flamenco free dance marred slightly when both ice dancers fell on a transition move. They recovered with a fine rotational lift, and placed fourth with 138.90 points.

# icenetwork.

Copyright © 2006 - 2018 Ice Network, LLC

SCHEDULE + RESULTS
SKATERS
NEWS
PHOTOS
VIDEO
FANS
SUBSCRIBE
REGISTER
LOGIN

PRIVACY POLICY
ABOUT OUR ADS
TERMS OF USE
HELP CENTER
BLACKOUT RESTRICTIONS
CONTACT US

TWITTER
FACEBOOK
INSTAGRAM

Exhibit 1-185

**BREAKING NEWS** | $27 million lotto payoff at Fremont gas station

Sports > Other Sports

# Son of famous Olympians ascends in ice dancing

## Morgan Hill's Anthony Ponomarenko and partner win junior title in San Jose



Gianna Buckley and partner Jeffrey Chen of Fremont finished second in novice ice dance two days before Morgan Hill's Anthony Ponomarenko won the junior division Thursday. (Josie Lepe/Bay Area News Group)

By **ELLIOTT ALMOND** | ealmond@bayareanewsgroup.com |

Bay Area News Group
January 4, 2018 at 1:04 pm

Exhibit 1-186

SAN JOSE — Morgan Hill's Anthony Ponomarenko and partner Christina Carreira easily won the junior ice dance crown as expected after winning the free dance Thursday at Solar4America Ice.

The couple that trains in Novi, Michigan, scored 159.1 points about 12 points better than silver medalists Caroline and Gordon Green.

The winners got extra points on all seven of their executed elements. It's not a surprise to see Ponomarenko ascend in ice dancing. He comes from the sport's royalty. Father Sergei Ponomarenko and mother Marina Klimova are three-time Olympic medalists for the former Soviet Union. The couple, longtime San Jose coaches, is considered one of the greatest ice dancing teams in Olympic history.

A lot is expected in that household.

"I felt that it was very clean but not very emotional," Ponomarenko said of the program. "We need to step up our game emotionally if we want to be in that top rank at junior worlds."

Carreira added that they need to overcome "a little shakiness."

The team plans to polish all aspects of its program for the Junior World Championships in March in Sofia, Bulgaria.

"The overall performance needs to be at its A game and if we do that we have a good chance of getting first place," Ponomarenko told reporters.

Bay Area skaters either won or finished second in all four junior disciplines this week: Alysa Liu of Richmond won the women's title whereas Dinh Tran of San Francisco was second in the men's division as was Fremont's Sarah Feng, with partner TJ Nyman, in the pairs.

Exhibit 1-187



NBA     NFL     World Football     MLB     NHL     More



# US Figure Skating Championships 2018: Wednesday Results and Updated Schedule

**ADAM WELLS**
JANUARY 3, 2018

![photo]

*Koki Nagahama/Getty Images*

The 2018 United States Figure Skating Championships resumed on Wednesday with five events, including three to determine medal winners for the novice men and ladies

Exhibit 1-188

and junior men.

Also on the schedule for Day 6 is the short dance for the juniors and short program for the ladies championship.

Here are the updated results from Wednesday's events as they go final and the schedule on deck for Thursday.

*All schedule information and scoring details via USFigureSkating.org.*

### Thursday Schedule (Start Times ET)

Junior Free Dance (12:50 p.m.)

Championship Pairs Short Program (4 p.m.)

Championship Men Short Program (8:40 p.m.)

## Sponsored Content



**Early Signs of Ulcerative Colitis. See about Symptoms & Treatments**
Yahoo! Search



**Glasses-Wearers Are Going Crazy Over This Website**
GlassesUSA



**Chiropractors Baffled: Simple Stretch Relieves Years of Back Pain**
healthhacktips.com



**See The World's Largest Athletes Who Terrify Opponents**
Gloriousa

Recommended by Outbrain | ▷

### Wednesday Results

#### Novice Ladies (Free Skate)

Exhibit 1-189

thanks to a triple axel-triple toe loop combination that earned him a panel score of 15.23 on his way to a 151.41 total.

On any other day, Tran might have found himself wearing a gold medal. The San Francisco native earned a 132.67 score from the judges in the free skate, more than 13 points better than third-place Ryan Dunk.

Dunk came within seven points of stealing the bronze medal from Maxim Naumov after starting the day in 10th place.

**Junior Dance (Short Dance)**

First: Christina Carreira and Anthony Ponomarenko (68.70)

Second: Caroline Green and Gordon Green (63.14)

Third: Chloe Lewis and Logan Bye (62.14)

The pairing of Christina Carreira and Anthony Ponomarenko took the top spot after the first leg of the juniors dance competition with a score of 68.70.

Carreira and Ponomarenko have a solid lead over Caroline and Gordon Green in first place. Carreira and Ponomarenko's key move was a not touching midline step sequence that concluded their set and earned a 9.61 panel score.

The Greens are just one point ahead of Chloe Lewis and Logan Bye heading into the free dance on Thursday. Eliana Gropman and Ian Somerville (61.13) are the only other team in the field with a score above 60.

**Novice Men (Free Skate)**

Gold: Goku Endo (156.14)

Silver: Max Lake (155.77)

Exhibit 1-190

Carreira, Ponomarenko shine in junior short dance | icenetwork.com: Your home for figure skating and speed skating.          5/16/18, 2:30 PM

**icenetwork.**  SCHEDULE + RESULTS   SKATERS   NEWS   PHOTOS   VIDEO   FANS   Subscribe   REGISTER LOGIN

# Carreira, Ponomarenko shine in junior short dance
### Green siblings overcome sickness to take second; Lewis, Bye sit third

Posted 1/3/18 by Elvin Walker, special to icenetwork





*Christina Carreira and Anthony Ponomarenko took control of the junior dance event, registering 68.70 points in the short to take a sizable lead over the field. -Melanie Heaney*

Reigning junior silver medalists Christina Carreira and Anthony Ponomarenko emerged as the undisputed leaders after the short dance at the 2018 U.S. Figure Skating Championships.

The skaters were on fire in their Cha Cha Congelado/samba fusion program Wednesday afternoon, showing how they've grown into engaging performers.

"Our short dance is character based, and is meant to show off our crazy personalities," Ponomarenko said. "We really work hard to show the emotion of the performance, and today felt like we were successful at doing that."

Carreira and Ponomarenko displayed technical and artistic mastery in their Pussycat Dolls/Gloria Estefan medley program.

"I think that we were really careful about making sure that we took care of the technical elements," Carreira said. "But, today, we also allowed ourselves to get lost in the performance."

Originally from nearby Morgan Hill, California, Ponomarenko is feeling right at home this week. With his parents (and Olympic gold medalists) Marina Klimova and Sergei Ponomarenko as well as his brother in the audience, it was an extra special experience for

**CONNECT**

**RELATED ITEMS**

**Gallery:** Junior short dance at U.S. Champs
**Watch:** U.S. Champs - Jr. SD

**MORE HEADLINES**

Rippon, Nagasu light up ballroom on 'DWTS'

Orser 'totally stunned' to be tabbed by Medvedeva

Nagasu, Rippon finding their groove on 'DWTS'

Q&A: U.S. Figure Skating President Samuel Auxier

Olympic veterans offer advice for post-skating life

The Inside Edge: Aaron embarks on new career

Should the minimum age for seniors be raised?

Harding earns high praise ahead of 'DWTS' debut

Savchenko wills herself to reach mountaintop

New-look Virtue, Moir redefine ice dance greatness

More »

Exhibit 1-191

Carreira, Ponomarenko shine in junior short dance | icenetwork.com: Your home for figure skating and speed skating.

5/16/18, 2:30 PM

him and his partner.

"There were a bunch of people from the rink here to watch," Ponomarenko noted. "The guy who drives the Zamboni ran up and gave me a hug when he saw me. It's really nice to compete here, but it does come with some pressure to perform well."

The leaders earned Level 4's on all but the circular step sequence, and inspired component scores ranging from 8.04 to 8.43. Their total for the short dance was 68.70 points, and they take a comfortable five-point cushion into Thursday's free dance.

Finishing second were Caroline Green and Gordon Green, who had a difficult morning that put their participation in the competition in question.

"When I woke up, I was really nauseous and I was throwing up," Caroline revealed. "I spoke with some doctors and ended up going to the hospital, where I got an IV and took some medications to help me feel better. I came straight from the hospital to the rink, and I am feeling better now."

Gordon added, "It was nerve-wracking. We were not sure if we would be able to compete, but when we decided to go for it, I knew that it was up to me to be more supportive than usual so that she felt comfortable."

The Greens were solid if not a bit tentative in their Latin medley short dance, completing each element cleanly but receiving lower-than-normal levels for their performance.

"I think maybe I bobbled the first set of twizzles," Gordon speculated. "Maybe that's why we got a Level 3. But, overall, our performance was as good as it could be."

The siblings finished with 63.14 points.

After making a sudden coaching change in mid-October, Chloe Lewis and Logan Bye looked more polished and confident under the tutelage of Marina Zoueva and company. The duo finished the short dance in third place with 62.14 points.

"Ever since the move, we have been working on different aspects of our skating," Lewis acknowledged. "Our team has helped us grow confidence in ourselves and in our skating."

Zoueva echoed Lewis' words.

"Chloe and Logan have great skating skills and ability. They generally just needed to feel who they are as skaters and performers," the noted coach said. Of course, we made some small changes to their programs and worked on the intricate details, but it was important to help them feel who they really are -- great skaters."

Skating to music by Jennifer Lopez, Lewis and Bye performed with grit and newfound determination. They earned Level 4's on their twizzles, curve lift and one of their Cha Cha Congelado patterns.

"We're happy with our score; it's our personal best," Bye said. "I think that we can attribute

Exhibit 1-192

Carreira, Ponomarenko shine in junior short dance | icenetwork.com: Your home for figure skating and speed skating.          5/16/18, 2:30 PM

that to what we do every day in training. Our coaches see something, and we are able to make the change. It feels like we've done these programs a million times, so they are easy to do."

Eliana Gropman and Ian Somerville are in fourth place with 61.13 points, while training mates Emma Gunter and Caleb Wein are in fifth with 56.31.

# ice**network**.

Copyright © 2006 - 2018 Ice Network, LLC

SCHEDULE + RESULTS
SKATERS
NEWS
PHOTOS
VIDEO
FANS
SUBSCRIBE
REGISTER
LOGIN

PRIVACY POLICY
ABOUT OUR ADS
TERMS OF USE
HELP CENTER
BLACKOUT RESTRICTIONS
CONTACT US

TWITTER
FACEBOOK
INSTAGRAM

Exhibit 1-193

**BREAKING NEWS** | $27 million lotto payoff at Fremont gas station

Sports > Other Sports

# Fremont's Jeffrey Chen and partner earn silver medal at U.S. Skating Championships



Gianna Buckley and partner Jeffrey Chen skate in the novice free dance for the U.S. Figure Skating Championships in San Jose. The team earned a silver medal. (Josie Lepe/Bay Area News Group)

By **MICHAEL C. LEWIS** | Correspondent

PUBLISHED: January 2, 2018 at 9:29 pm | UPDATED: January 3, 2018 at 3:41 am

Exhibit 1-194

Still, the move "means Jeffrey has to sacrifice," Tseng said. "He wants to be good, like Karen."

He's getting closer, after nearly winning a national championship.

Chen isn't the only Bay Area ice dancer who's training in Michigan and looking at a bright future, either.

Anthony Ponomarenko of Morgan Hill is one of the top American juniors, who begins competition with his partner Christina Carreira in the short dance on Wednesday. Ponomarenko is the son of Sergei Ponomarenko and Marina Klimova — one of the best ice dancing teams in Olympic history, with a gold, a silver and a bronze medal over three Olympics for the former Soviet Union and Unified Team.



SPONSORED CONTENT

## Homeowners Born Before 1985 Are Getting a Huge Reward

By MorningFinance

If you own a home, you should read this. Thousands of homeowners did this yesterday, and banks are furious! Do this now before it's…

Exhibit 1-195



f  🐦  📷  **SEARCH**  🔍



**HOME**    **ARCHIVES** ⌄    **IMAGE PORTFOLIO** ⌄    **SUBSCRIBE**    **ADVERTISE**

**CONTACT**



IFS JUNE
2018

# LIVE FROM SAN JOSE

By Team IFS | Jan 2, 2018

RECENT
TWEETS

Exhibit 1-196

Live From San Jose – International Figure Skating

5/16/18, 2:28 PM

INSTAGRAM

SPONSORS



Christina Carreira and Anthony Ponomarenko claimed the 2018 U.S. junior ice dance title on Thursday in San Jose, California. Caroline Green and Gordon Green placed second, Chloe Lewis and Logan Bye were third and Eliana Gropman and Ian Somerville, fourth.

Here is what the top three teams had to say at the press conference after the competition:

Carreira: "We're really happy that we were able to make it happen. We've been working really hard, and it's paying off. There is still a little shakiness that we need to work on. We want to improve our footwork and make our twizzles more together. We have a lot of things to work on before Junior

Exhibit 1-197

Worlds.

Ponomarenko: "We set this goal at the beginning of this season, and we strived to be national champions and it worked out. It was a great event with a great audience. I feel like it was very clean, but not very emotional. We need to step up our game emotionally if we want to be in that top rank at Junior Worlds. It's something that we will work on back at home, and hopefully go to Junior Worlds ready.

The duo will head to the World Junior Championships in March. When asked how they will prepare for this competition, Ponomarenko said, "We need to work on the emotion of our programs. We also need to work on cleanliness of the elements. Our overall performance needs to be at its A game, and if we do that and skate our best, we have a good chance of getting first place."

Caroline Green was recovering from a stomach virus, but said that she had "lots of rest and a lot of fluids and all that jazz. I definitely felt a lot better coming into today's performance."

On winning the silver medals at such a young age:

Caroline, 14: I think that it just shows our strength as a team so far, and though we do have a lot of things to work on, it just goes to show that we are growing in the right direction. Juniors isn't the end goal — hopefully in a few years we will be in this rink in seniors.

Gordon, 16: I thought it was one of the best skates we've done in competition so far this season. I thought our footwork was probably the most solid we've done all season, though it's still not as clean as we would like it. I thought our twizzles were probably the best that we've done in competition. The skate was very good, but I think that we still have a lot that we can improve.

Exhibit 1-198

Russia's Skoptcova and Aleshin land gold in Nagoya | Golden Skate

4/19/18, 10:43 AM



HOME    FORUM    DIRECTORIES    RESULTS    EVENTS    NEWS    CONTACT US

GOLDEN
SKATE ™

DON'T MISS   Papadakis and Cizeron win third world title

Home / Figure Skating News / Russia's Skoptcova and Aleshin land gold in Nagoya

# Russia's Skoptcova and Aleshin land gold in Nagoya

By Paula Slater    Photo © Robin Ritoss    Like 22    Tweet    G+    Pin It    Published: December 9, 2017

From Left to Right: Christina Carreira and Anthony Ponomarenko (USA), Anastasia Skoptcova and Kirill Aleshin (RUS), and Sofia Polishchuk and Alexander Vakhnov (RUS)

## Figure Skating News

Anastasia Skoptcova and Kirill Aleshin of Russia took the gold in the Ice Dance event at the 2017-18 Junior Grand Prix Final of Figure Skating on Saturday. USA's Christina Carreira and Anthony Ponomarenko came in a close second, followed by Russia's Sofia Polishchuk and Alexander Vakhnov.

All six teams were solid, most of whom performed difficult level four lifts, twizzles, and combination spins.

Overnight leaders Skoptcova (17) and Aleshin (20) earned 87.84 points for their routine to "O Mare e tu" which featured a difficult rotational lift that garnered no less than +2 grades of execution (GOE) across the board. Their level four twizzles were solid and the Russian junior bronze medalists finished first overall with 153.61 points.

"We already got high levels in other events," noted Skoptcova. "We had twice all level fours in the short dance this season. In the free dance, we also had level fours and level three for the

### GS NEWSLETTER

Email address:

Sign up

### DID YOU KNOW?

Elvis Stojko (CAN) landed the first quad-triple combination (quad toe-triple toe) in a major competition at the 1997 Champions Series Final.

### FOLLOW US!

@goldsk8
Your international online resource for figure skating

Load More...

Exhibit 1-199

fcotwork."

"For us each competition is important," said Skoptcova, regarding winning. "We make no difference between important or not important events. We try to win each time."

"We haven't realized it yet," said Aleshin, who added this will be their final season as juniors.

Only less than a tenth of a point separated Carreira (17) and Ponomarenko (16) from the Russians in the free dance (87.66) as they were equally strong in their performance to music from W./E. The 2017 World Junior bronze medalists showed strong twizzles as well, and came in second overall with 151.76 points.

"We feel really good about how we skate," said Carreira. "We are super happy, but we still have a lot of things to work on. Our ultimate goal is to win the Olympics, but for this season, we would like to win Junior Worlds."

"I feel like we executed our elements very well," said Ponomarenko. "We skated the best we can skate it. We still need to work on our GOE and presentation mark."

Also solid, were Polishchuk (16) and Vakhnov (18), who finished third (85.87) with their free dance to music from the *Black Swan*. Their routine featured strong level four twizzles, lifts, and dance spin. They maintained third overall (149.04) to win the bronze.

"We are pleased with our performance here," said Vakhnov. "In general, we did everything we planned. There were some little mistakes, but it means that you always have room to grow."

"We have changed only the end of the program because nobody liked it," he added, regarding the free dance. "Now we have another lift which we have changed almost the day before the departure. This is the first competition where we did it."

"Our choreographer made us to feel the atmosphere of theatre," explained Polishchuk of their routine to the *Black Swan*. "She made us realize that it is the ballet, not just a program. In the beginning of the program I am a white swan, very innocent and tender girl who doesn't have any sins. Then I meet Sasha, who is on the dark side. He enchants me like a demon, I have a struggle inside myself, and by the end of the program, I become a black swan. We try to take different characters to be able to skate and show everything, to be professional."

Sofia Shevchenko (15) and Igor Eremenko (20) of Russia finished fourth in the free dance and overall (84.28 / 144.38).

"This competition was a big step for us and was a great experience," said Shevchenko. "The crowd was amazing! It moved me, and we felt connected to the audience—not just showing to the crowd our performance. We want everyone to enjoy our program."

"As Japan is far from where we train, we are hoping to take about two days off and will start training again for Nationals," said Eremenko regarding their plans. "Our goals for nationals is to not just think about the results, but to do our best and for our coach, and us to be satisfied with our skating."

Teammates Arina Ushakova (15) and Maxim Nekrasov (17) earned a personal best (83.35) for their free dance and finished fifth overall (141.88).

"Overall, I am happy with the performance," said Ushakova. "The step sequences are the area we need to work for the improvement (serpentine level two). This was our first time at the Grand Prix Final and I thought we did what we could do for both Free and Short Dance. Because we experienced several big competitions before this, we didn't get that nervous. The Final is another great opportunity to watch the senior skaters. We need to fix what we missed today and continue



**IN THE NEWS**



**Another junior season for quad queen Trusova**
Figure Skating News Russia's Alexandra Trusova...



**Papadakis and Cizeron win third world title**
2018 World Figure Skating Championships: Free...



**Chen takes World title with 47 points to spare**
2018 World Figure Skating Championships: Men's...



**Canada's Osmond cinches gold at Worlds**
2018 World Figure Skating Championships: Ladies...



**Papadakis and Cizeron break short dance record**
2018 World Figure Skating Championships: Short...



**Savchenko and Massot take first World title**
2018 World Figure Skating Championships: Pairs...



**Chen skates to lead at Worlds**
2018 World Figure Skating Championships: Men's...

**Savchenko and Massot take lead in Milan**
2018 World Figure Skating Championships: Pairs...

Exhibit 1-200

practicing for Russian Nationals."

Canada's Marjorie Lajoie (17) and Zachary Lagha (18) rounded out the ice dancers with 141.28 points.

"We felt pretty good with how well we trained considering I was injured," said Lajoie. "We trained two weeks before coming here and we felt pretty good with the limited time we had. The crowd was amazing and it's really good to be here in Japan for the Grand Prix Final. We will review our videos and watch our skate and see what we have to improve."

"The whole experience was nice," said Lagha. "It was good to skate in a big rink. I think we have to figure out what our mistake was in our preparation coming into this competition."

## Summary



**Article Name**

Russia's Skoptcova and Aleshin land gold in Nagoya

**Description**

Anastasia Skoptcova and Kirill Aleshin of Russia took the gold in the Ice Dance event at the 2017-18 Junior Grand Prix Final of Figure Skating on Saturday.

**Golden Skate**

Golden Skate

Anastasia Skoptcova and Kirill Aleshin     Arina Ushakova and Maxim Nekrasov

Christina Carreira and Anthony Ponomarenko     Featured

Marjorie Lajoie and Zachary Lagha     Sofia Polishchuk and Alexander Vakhnov

Sofia Shevchenko and Igor Eremenko

Home | Forum | Directories | Results | Events | News | Contact Us

Copyright © Golden Skate

Exhibit 1-201

Trusova earns narrow ladies victory at JGP Final | icenetwork.com: Your home for figure skating and speed skating.

5/16/18, 2:24 PM

 **icenetwork.** SCHEDULE + RESULTS   SKATERS   NEWS   PHOTOS   VIDEO   FANS   Subscribe   REGISTER LOGIN

# Trusova earns narrow ladies victory at JGP Final

Skoptcova, Aleshin hoist dance gold; Carreira, Ponomarenko earn silver

Posted 12/9/17 by International Skating Union





*Despite slipping to second in the free skate, albeit by a slim margin, Russia's Alexandra Trusova was able to secure her third victory on this season's JGP circuit with yet another strong performance. Her segment mark of 132.36 points, which she earned while skating to Antonio Vivaldi's "Summer" from 'The Four Seasons,' proved to be a new personal best, while her two-day score of 205.61 was enough to hold off teammate Alena Kostornaia by a narrow 1.03 points. -Getty Images*

Russia's Alexandra Trusova secured a narrow victory Saturday on the final day of competition at the 2017 Junior Grand Prix Final in Nagoya, Japan, holding off teammate Alena Kostornaia for the title. In ice dance, the Russian team of Anastasia Skoptcova and Kirill Aleshin earned the gold medal over Team USA's Christina Carreira and Anthony Ponomarenko.

**Ladies free**

Trusova under-rotated and fell on her opening quad salchow attempt, but she rallied back to produce a triple flip-double toe-double toe, triple lutz-triple toe and two solo triples. The Muscovite earned a personal-best 132.36 points for her free skate to "Summer" from *The Four Seasons* and racked up 205.61 points overall to win the title.

"Not everything worked out today -- I am upset about missing the quad salchow, and I also made a little error on my combination -- but I am happy that I was able to win the Junior Grand Prix Final," Trusova said. "I'll work on my jumps. I want to do the triple axel and quad toe, and I want to perfect the quad salchow."

Kostornaia's program to "Stella's Theme" by William Joseph featured seven triple jumps,

CONNECT

  

RELATED ITEMS

**Gallery:** Ladies free at JGP Final
**Gallery:** Free dance at JGP Final
**Watch:** JGP Final - Ladies FS
**Watch:** JGP Final - Free Dance

MORE HEADLINES

Rippon, Nagasu light up ballroom on 'DWTS'

Orser 'totally stunned' to be tabbed by Medvedeva

Nagasu, Rippon finding their groove on 'DWTS'

Q&A: U.S. Figure Skating President Samuel Auxier

Olympic veterans offer advice for post-skating life

The Inside Edge: Aaron embarks on new career

Should the minimum age for seniors be raised?

Harding earns high praise ahead of 'DWTS' debut

Savchenko wills herself to reach mountaintop

New-look Virtue, Moir redefine ice dance greatness

More »

Exhibit 1-202

including two triple-triple combinations, as well as Level 4 spins and footwork. The 13-year-old set a new personal best of 132.93 points en route to winning the free skate but remained in second overall with 204.58 points.

"I am pleased with my performance today, but actually, to be honest, it could be better," Kostornaia said. "I must work harder, and that is what I am going to do after coming home."

Skating to "Sarabande Suite (Aeternae)," Tarakanova also landed seven clean triples and set a new personal best (131.74 points). She remained in third place after collecting 199.64 points overall.

"I am glad that I could calm down and skate both of my programs clean here. I was really nervous that I didn't even feel my feet on the ice," Tarakanova said. "The short program was clean, so I really wanted to show a clean free program, too."

Rika Kihira of Japan became the first lady to land a triple axel-triple toe at an ISU competition, but she popped her second planned triple axel and came in fourth (192.45 points).

Russians Daria Panenkova and Sofia Samodurova finished fifth (191.16) and sixth (187.74), respectively.

**Free dance**

Skoptcova and Aleshin put out a strong performance of their tango free dance, collecting a Level 4 grading for their lifts and twizzles, while their serpentine step sequence was rated Level 3. The Muscovites achieved a season's best with 87.74 points, and their total mark of 153.61 proved to be enough for the gold medal.

"For us, each competition is important; we make no distinction between important or not important events," Skoptcova said. "We try to win each time."

Finishing second to the Russians in the final standings, Carreira and Ponomarenko put out a fluid free dance to music from the *W.E.* soundtrack that was highlighted by difficult lifts and smooth footwork. The 2017 world junior bronze medalists earned the same levels as their Russian counterparts to set a new season's best of 87.66 points. Overall, the Americans accumulated 151.76 points.

"We feel really good about how we skated. We are super happy, but we still have a lot of things to work on," Carreira said. "Our ultimate goal is to win the Olympics, but for this season, we would like to win junior worlds."

Performing to 'Black Swan,' the Russian team of Sofia Polishchuk and Alexander Vakhnov produced a flawless dance, which included four Level 4 elements. They registered a season's best mark of 85.87 points in the segment, which added up to a bronze-medal clinching 149.04 points.

"We are pleased with our performance here; in general, we did everything we planned,"

Exhibit 1-203

Trusova earns narrow ladies victory at JGP Final | icenetwork.com: Your home for figure skating and speed skating.

5/16/18, 2:24 PM

Vakhnov said. "There were some little mistakes, but that means that you always have room to grow."

Russia's Sofia Shevchenko and Igor Eremenko finished fourth with 144.38 points. Their teammates, Arina Ushakova and Maxim Nekrasov, landed in fifth (141.88), while Canada's Majorie Lajoie and Zachary Lagha (141.28) took sixth.

## icenetwork.

Copyright © 2006 - 2018 Ice Network, LLC

SCHEDULE + RESULTS
SKATERS
NEWS
PHOTOS
VIDEO
FANS
SUBSCRIBE
REGISTER
LOGIN

PRIVACY POLICY
ABOUT OUR ADS
TERMS OF USE
HELP CENTER
BLACKOUT RESTRICTIONS
CONTACT US

TWITTER
FACEBOOK
INSTAGRAM

Exhibit 1-204

Skoptcova/Aleshin (RUS) upset Carreira/Ponomarenko (USA) in Junior Short Dance - ISU

5/16/18, 2:18 PM

**INTERNATIONAL SKATING UNION (/)**

Inside ISU (/inside-isu)    EXTRANET (/EXTRANET-LOGIN)

(http$¢h!$p$¢h!$p$¢h!$p$

Figure Skating (/figure-skating)    Synchronized Skating (/synchronized-skating)    Speed Skating (/speed-skating)    Short Track (/short-track)

# Skoptcova/Aleshin (RUS) upset Carreira/Ponomarenko (USA) in Junior Short Dance

Home (/)    News (/news)    Junior Grand Prix News (/news/126-junior-grand-prix-news)    Skoptcova/Aleshin (RUS) upset Carreira/Ponomarenko (USA) in Junior Short Dance

08 December 2017    (/#facebook)    (/#twitter)    (/#google_plus)

#JGPFigure                #FigureSkating



Russia's Anastasia Skoptcova/Kirill Aleshin (http://www.isuresults.com/bios/isufs00015003.htm) upset 2017 World Junior bronze medalists Christina Carreira/Anthony Ponomarenko (http://www.isuresults.com/bios/isufs00014977.htm) (USA) in the Junior Short Dance to take the lead in the ISU Junior Grand Prix of Figure Skating Final in Nagoya on Friday. Sofia Polishchuk/Alexander Vakhnov (http://www.isuresults.com/bios/isufs00034704.htm), also from Russia, are currently in third place.

Dancing to Cha Cha, Rhumba and Samba, Skoptcova/Aleshin put out a technically demanding performance and earned a level four for the Cha Cha Pattern Dance, the twizzles and the curve lift, only the side by side footwork was rated a level three. The couple from Moscow set a new personal best with 65.87 points. "We were calm. It felt like at home in practice. Just to skate clean is not enough, you need to improve every time. We came here to show what we have learned. We come to each competition to win, first of all to win over ourselves," Skoptcova commented. "You should not try more than you can do, because that usually leads to mistakes," added Aleshin.

## RELATED NEWS

Road to the ISU Junior Grand Prix Final #JGPFigure (/news/126-junior-grand-prix-news/11797-road-to-the-isu-junior-grand-prix-final-jgpfigure?templateParam=15)

Alexandra Trusova leads Russian sweep in Junior Ladies Short Program (/news/126-junior-grand-prix-news/11801-alexandra-trusova-leads-russian-sweep-in-junior-ladies-short-program?templateParam=15)

Alexandrovskaya/Windsor make history for Australia (/news/126-junior-grand-prix-news/11806-alexandrovskaya-windsor-make-history-for-australia?templateParam=15)

'Gladiator' Alexei Krasnozhon (USA) fights his way to Junior Men's gold (/news/126-junior-grand-prix-news/11809-gladiator-alexei-krasnozhon-usa-fights-his-way-to-junior-men-s-gold-2?templateParam=15)

## RELATED EVENTS

ISU Junior & Senior Grand Prix of Figure Skating Final (/figure-skating/figure-skating-events/figure-skating-calendar/eventdetail/11421/-/isu-junior-senior-grand-prix-of-figure-skating-final?templateParam=11)

Exhibit 1-205

Carrreira/Ponomarenko's dance to Rhumba, Cha Cha and Samba featured a level-four lift and a level-four Cha Cha Pattern sequence. However the twizzles garnered a level two. Nevertheless, the 2017 World Junior bronze medalists managed a personal best with 64.10 points.

"We are really happy with how our performance went. We didn't get some of the levels, so we need to work on that. Besides that, it was great and we are excited for tomorrow. Our main focus is to just skate our best, perform our best, having two clean programs and having that take us where we want to be," Ponomarenko noted. He is the son on of Olympic and World Champions Marina Klimova and Sergei Ponomarenko. "It helps a lot to have world medalist parents, they have told me many stories, they are really proud of me and support me really well. I thank them for that," he said.

## RELATED CONTENT

📄 Press Release (/docman-documents-links/isu-files/documents-communications/press-releases/2017/15638-pressrelease-gpf17-day2)



Polishuk/Vakhnov, who compete in their first Junior Final, turned in a strong dance to Cha Cha and Samba as well, collecting a level four for three elements. They, too, improved their personal best with 63.17 points. WWell, we did everything we planned. Of course, there are always things we must work on, but for this moment we showed everything we could. All the mistakes we did before and which we worked on we managed to correct here. To be honest, I was nervous and Sonia helped me to calm down," Vakhnov shared.

Majorie Lajoie/Zachary Lagha (http://www.isuresults.com/bios/isufs00035196.htm) (CAN) finished fourth (60.52 points), edging Sofia Shevchenko/Igor Eremenko (http://www.isuresults.com/bios/isufs00054625.htm) (RUS), who have 60.10 points. Arina Ushakova/Maxim Nekrasov (http://www.isuresults.com/bios/isufs00101140.htm) (RUS) placed sixth on 58.53 points.

**ISU** (HTTPS://WWW.YOUTUBE.COM/USER/ISUOFFICIAL) **ISU** (HTTP://WEIBO.COM/ISUOFFICIAL)

**ISU** (HTTPS://WWW.FACEBOOK.CO...

**FIGURE SKATING** (HTTPS://WWW.FACEBOOK.CO...

**FIGURE SKATING** (HTTPS://WWW.FACEBOOK.CO...

**FIGURE SKATING** (HTTPS://WWW.INSTAGRAM.C...

**ISU SPEED SKATING** (HTTPS://WWW.FACEBOOK.CO...

**SHORT TRACK** (HTTPS://WWW.FACEBOOK.CO...

**SPEED & SHORT TRACK** (HTTPS://TWITTER.COM/ISU_...

**SPEED & SHORT TRACK** (HTTPS://WWW.INSTAGRAM.C...

(http://isu.org)

### About Us

About ISU (/about-international-skating-union)
History (/isu-history)
Member Federations (/member-federations)
Meet The Team (/meet-the-team)
ISU Statutes, Constitution, Regulations & Technical Rules (/isu-statutes-constitution-regulations-technical)
ISU Communications (/communications)
Decisions of the ISU Council (/decisions-of-the-isu-council)
ISU Congresses (/isu-congresses)
Disciplinary & Legal (/disciplinary-legal)
Eligibility & Statements (/eligibility-statements)

### News and Events

News (/news)
Calendar of Events (/events)
Olympic Winter Games (/figure-skating/figure-skating-events/olympic-winter-games-figure-skating)

### Figure Skating

News (/figure-skating/figure-skating-news/figure-skating-news-blog)
Calendar of Events (/figure-skating/figure-skating-events/figure-skating-calendar)
ISU Communications (/inside-single-pair-skating-ice-dance/figure-skating-rules/inside-communications-fs)

### Speed Skating

News (/inside-speed-skating/other-ss/news-ss)
Calendar of Events (/speed-skating/speed-skating-events/speed-skating-calendar)
ISU Communications (/inside-speed-skating/speed-skating-rules/communications)
Special Regulations and Technical Rules (/inside-speed-skating/speed-skating-rules/regulations-rules-ss)
Forms (/inside-speed-skating/other-ss/forms-reports-seminars)

### Short Track

News (/short-track/short-track-skating-news/short-track-skating-

Avenue Juste-Olivier 17
1006 Lausanne
Switzerland

Tel +41 21 612 66 66
Fax +41 21 612 66 77
(https...)

### Quick Links

Contact Us (/contact-us)

Exhibit 1-206



**Have A Small Breed Dog?**

Smaller size dogs have their own special nutritional needs. Learn these 5 easy tips.

Sponsored By Freshpet        freshpet

Figure Skating    Winter Sports

# Figure Skating, Final Grand Prix 2017: Russian double success in junior dance and women competitions. Alexandra Trusova tries fourfold

December 9th 2017 · 08:59 · Giulio Chinappi

START NOW

**3 Easy Steps**
1 Click "Start Now"
2 Run and Install
3 Open new Tab

MyQuick ➡Converter

https://www.oasport.it/2017/12/pattinaggio-di-figura-finale-grand-prix-2017-doppio-successo-russo-nelle-gare-junior-di-danza-e-donne-alexandra-trusova-prova-il-quadruplo/

Exhibit 1-207

Third day of ice competitions in the Japanese city of Nagoya, where the **2017-2018 Figure Skating Grand Prix finals** are being held . The event is held in the Land of the Rising Sun for the fifth time, after the three editions of Tokyo (2000, 2005, 2009) and that of Fukuoka (2013).

This Saturday's competition was open to free dance junior, which saw the three best couples in the first race segment confirm their respective podium steps. In the lead after the short dance, the Russians **Anastasia Skoptcova / Kirill Aleshin** reiterated their superiority, obtaining the best score of the day with 87.74 points (40.37 of technical elements and 47.37 of components), for a total of 153.61 points, and preceding the Americans **Christina Carreira / Anthony Ponomarenko** (151.76) and the other Russian couple **Sofia Polishchuk / Alexander Vakhnov** (149.04).

| PL | Name | Nation | SD | FD | Points |
|----|------|--------|----|----|--------|
| 1 | Anastasia SKOPTCOVA<br>Kirill ALESHIN | RUS | 1 | 1 | 153.61 |
| 2 | Christina CARREIRA<br>Anthony PONOMARENKO | USA | 2 | 2 | 151.76 |
| 3 | Sofia POLISHCHUK<br>Alexander VAKHNOV | RUS | 3 | 3 | 149.04 |
| 4 | Sofia SHEVCHENKO<br>Igor EREMENKO | RUS | 5 | 4 | 144.38 |
| 5 | Arina USHAKOVA<br>Maxim NEKRASOV | RUS | 6 | 5 | 141.88 |
| 6 | Marjorie LAJOIE<br>Zachary LAGHA | CAN | 4 | 6 | 141.28 |

L'ultima gara junior di queste Finali è stata quella del programma libero femminile, che per poco non ci ha regalato un momento storico. Al comando dopo il corto, la tredicenne russa **Alexandra Trusova** ha infatti tentato – senza successo – un quadruplo salchow, che avrebbe fatto di lei la seconda donna a realizzare un quadruplo in una competizione internazionale dopo la giapponese Miki Ando nel 2002. Trusova ha comunque vinto con 205.61 punti, precedendo le connazionali **Alena Kostornaia** (204.58) ed **Anastasia Tarakanova** (199.64). Kostornaia ha ottenuto il miglior score di giornata con 132.93 punti.

| PL | Name | Nation | SP | FS | Points |
|----|------|--------|----|----|--------|
| 1. | Alexandra TRUSOVA | RUS | 1 | 2 | 205.61 |
| 2. | Alena KOSTORNAIA | RUS | 2 | 1 | 204.58 |
| 3. | Anastasia TARAKANOVA | RUS | 3 | 3 | 199.64 |
| 4. | Rika KIHIRA | JPN | 4 | 4 | 192.45 |
| 5. | Daria PANENKOVA | RUS | 5 | 5 | 191.16 |
| 6. | Sofia SAMODUROVA | RUS | 6 | 6 | 187.74 |

Exhibit 1-208



**Junior Ice Dance Preview - *JGP Final***
Short Dance: 12/8, 14:40 (local time, UTC+9)
Free Dance: 12/9, 13:45 (local time, UTC+9)

> Entries
> Schedule
> Results

Junior ice dance is back this week with the top six teams from the JGP series competing at the Junior Grand Prix Final in Nagoya, Japan! This is by far the most open final since I started watching back in 2014, with all six teams winning at least one of their assignments. With almost two months since the last JGP events, and more since the early events, expect lots of improvements from all teams.

This will also be the first time this season all six of these teams will compete against each other in front of the same judging panel, and if this JGP series taught us anything it's be prepared for the unexpected (especially in the free dance!). This is the first JGPF appearance for all but two teams.

**JGP Finalists (in qualifying order):**

**Christina Carreira & Anthony Ponomarenko**
United States
Ages: 17/16
JGP Season's Bests: *SD-63.77, FD-87.57, Total-150.05*

Exhibit 1-209

Carreira/Ponomarenko started the season as the only medalists from Junior Worlds last season and they are heading to the final as the only team to win both of their assignments, taking gold at JGP Salzburg and JGP Minsk. They qualified for their first JGP Final last year, finishing in fourth place. Early favorites for the Junior World title, Carreira/Ponomarenko could follow the trend of previous seasons and take an undefeated path there. They are still young - Anthony is only 16 - but if they win here and at Junior Worlds, I would expect them to make the move up to seniors sooner rather than later.

### Anastasia Skoptcova & Kirill Aleshin
Russia
Ages: 17/20
JGP Season's Bests: *SD-64.63, FD-86.15, Total-150.78*

Skoptcova/Aleshin are heading into the final with the highest short dance and total scores of the JGP series. They finished second behind Carreira/Ponomarenko at JGP Minsk and first at JGP Gdańsk. This is their second trip to the final, previously qualifying in 2015 where they finished in sixth place. Aging out of juniors after this year, Skoptcova/Aleshin will be making their senior debut at the start of the new quad for the next Olympics. They will be looking to establish themselves as the top junior Russian team here, and to cap off their last junior season with top finishes here, at Junior Nationals, and at Junior Worlds.

### Sofia Polishchuk & Alexander Vakhnov
Russia
Ages: 16/18
JGP Season's Bests: *SD-61.44, FD-85.34, Total-146.78*

Polishchuk/Vakhnov started the JGP series with a win at the first event in Brisbane and then finished second behind Ushakova/Nekrasov at the last event in Egna-Neumarkt. Getting an early start to their season certainly helped Polishchuk/Vakhnov kick off the JGP with a strong showing even in August, but they will need to continue building tech and presentation in order to take a medal here, and later to have a chance at making the Russian team for Junior Worlds.

### Marjorie Lajoie & Zachary Lagha
Canada
Ages: 17/18
JGP Season's Bests: *SD-62.89, FD-87.41, Total-150.30*

Lajoie/Lagha settled for silver behind Polishchuk/Vakhnov at the first event in Brisbane but then were able to take the lead and the win at JGP Zagreb. As marked by a sizable total score increase from their first to second events, Lajoie/Lagha seem to be growing into their programs as the season progresses. This event will be an opportunity for them to solidify their spot as a top junior team, and as a team with great prospects in what will likely be a fairly open senior ice dance field in Canada.

### Sofia Shevchenko & Igor Eremenko
Russia
Ages: 15/20
JGP Season's Bests: *SD-59.97, FD-85.08, Total-145.05*

Exhibit 1-210

Shevchenko/Eremenko gave strong free dance performances at both of their events to win them a gold medal at JGP Riga and a silver at JGP Zagreb behind Lajoie/Lagha. Achieving the lowest technical scores of the six finalists in both programs, Shevchenko/Eremenko will really need to work on improving their levels in order to move up from their qualifying position.

**Arina Ushakova & Maxim Nekrasov**
Russia
Ages: 15/17
JGP Season's Bests: *SD-61.07, FD-87.94, Total-149.01*

Ushakova/Nekrasov are heading to the final with the highest free dance score after a first place finish at the last event in Egna-Neumarkt secured them a spot, despite a third place finish behind Carreira/Ponomarenko and Skoptcova/Aleshin at JGP Minsk. A strong technical team, Ushakova/Nekrasov will need to continue playing to their strengths and hit all of their levels as well as work on their presentation in both programs, but they could make a big move up from their qualifying position and toward the podium here.

- # fskateedit
- # ice dance
- # figure skating
- # christina carreira
- # anthony ponomarenko
- # anastasia skoptcova
- # kirill aleshin
- # sofia polishchuk
- # alexander vakhnov
- # marjorie lajoie
- # zachary lagha
- # sofia shevchenko
- # igor eremenko
- # arina ushakova
- # maxim nekrasov
- # jgp2017
- # jgpf2017
- # junior ice dance: the only discipline that matters
- # my gifs
- ∞ Permalink
- Posted 5 months ago
- Tweet this
- 48 notes

1. meatcans liked this
2. quiettrashh reblogged this from dmitrialiev
3. justmoretrash17 liked this
4. madisonchock reblogged this from soyouwanttowatchfs
5. kseniagalkina04 liked this
6. dead-vorona liked this

Exhibit 1-211



BECOME A MEMBER  MEMBERS ONLY  Search

**ATHLETES  CLUBS  COACHES  MEDIA  PARENTS  ABOUT US  DONATE  EVENTS  PROGRAMS  TECHNICAL INFO  LEARN TO SKATE USA®**

## MEDIA

- Press Releases
- Online Photo Bank
- Media Guide
- Logo
- Credential Applications

## FOURTEEN AMERICANS TRAVEL TO JAPAN FOR GRAND PRIX FINAL, JUNIOR GRAND PRIX FINAL

**(12/5/17) -** Fourteen Americans will represent the United States at the Grand Prix Final and the Junior Grand Prix Final from Dec. 7-10 in Nagoya, Japan. Ten Americans will also compete at Golden Spin in Zagreb, Croatia, this weekend.

In Nagoya, competition will take place at Nippongaishi Hall. The Grand Prix Final and Junior Grand Prix Final are competitions that include the top point-earners for their respective Grand Prix Series.

NBC will broadcast Grand Prix Final competition highlights from 4-6 p.m. (ET) Sunday, Dec. 10. Icenetwork Season Pass subscribers can watch the junior event live beginning at 12:10 a.m. ET on Dec. 7. The senior event will being on Dec. 7 at 4:15 a.m. ET. The Olympic Channel: Home of Team USA will also air the senior competition live. The complete broadcast schedule is available here.

In the senior event, the United States will send three men to the event for the first time since 2009. **Jason Brown**, who was added to the event when China's Boyang Jin withdrew, won the silver medal at Skate Canada International and finished fourth at NHK Trophy earlier this month. **Nathan Chen**, who is the top seed in the event, won the gold medal at Rostelecom Cup in October and Bridgestone Skate America just over a week ago. **Adam Rippon**, who won the silver medal at NHK Trophy and Skate America, will appear in his second consecutive Grand Prix Final.

Chen won the silver medal at least year's event. The United States last won a gold medal in the men's competition in 2009 (Evan Lysacek).

The United States will send the same three ice dance teams to the event for the third consecutive year. **Maia and Alex Shibutani**, who won both Rostelecom Cup and Skate America this season, are appearing in their fifth Final. They won the bronze medal in 2016. **Madison Chock and Evan Bates** won silver medals at Internationaux de France and Cup of China this season and are appearing in their fourth consecutive Final, having won the silver medal in 2014 and 2015. **Madison Hubbell and Zachary Donohue** are appearing in their third straight Final after taking the bronze at Skate Canada International and silver at NHK Trophy.

In the Junior Grand Prix Final, three Americans will compete in the men's competition. **Alex Krasnozhon** finished fifth at last year's Final. Krasnozhon won both of his Junior Grand Prix events this season. **Camden Pulkinen** qualified for his first Junior Grand Prix Final after taking gold at JGP Austria and silver at JGP Poland earlier this season. **Andrew Torgashev** qualified for his first Junior Grand Prix Final by way of a silver medal at JGP Belarus and a fourth place finish at JGP Italy.

In the ice dance event, **Christina Carreira and Anthony Ponomarenko** return to their second consecutive Junior Grand Prix Final after winning gold at JGP Belarus and JGP Austria earlier this year. The duo finished fourth at the 2016 Junior Grand Prix Final.

At Golden Spin in Zagreb, Croatia, **Starr Andrews, Emmy Ma** and **Hannah Miller** will represent the United States in the ladies competition, while **Alex Johnson** will compete in the men's field. **Tarah Kayne and Danny O'Shea** will return to competition in the pairs event and the ice dance duos of **Kaitlin Hawayek and Jean-Luc Baker** and **Rachel and Michael Parsons** will take the ice after competing at Skate America.

### U.S. Entries at 2017 Grand Prix Final

| Discipline | Name | Hometown | Training Town |
|---|---|---|---|

Exhibit 1-212

| | | | |
|---|---|---|---|
| Men | Jason Brown | Highland Park, Illinois | Monument, Colorado |
| | Nathan Chen | Salt Lake City | Lakewood, California |
| | Adam Rippon | Los Angeles | Lakewood, California |
| Ice Dance | Madison Chock<br>Evan Bates | Novi, Michigan<br>Northville, Michigan | Novi, Michigan |
| | Madison Hubbell<br>Zachary Donohue | Sylvania, Ohio<br>Madison, Connecticut | Montreal, Quebec |
| | Maia Shibutani<br>Alex Shibutani | Ann Arbor, Michigan<br>Ann Arbor, Michigan | Canton, Michigan |

**U.S. Entries at 2017 Junior Grand Prix Final**

| Discipline | Name | Hometown | Training Town |
|---|---|---|---|
| Men | Alex Krasnozhon | Dallas | Euless, Texas |
| | Camden Pulkinen | Gilbert, Arizona | Colorado Springs, Colorado |
| | Andrew Torgashev | Coral Springs, Florida | Coral Springs, Florida |
| Ice Dance | Christina Carreira<br>Anthony Ponomarenko | Boisbriand, Quebec<br>Novi, Michigan | Novi, Michigan |

**JUNIOR AND SENIOR GRAND PRIX FINAL ICENETWORK STREAMING SCHEDULE**
**(All times Eastern; subject to change)**

| Date | Event | Time |
|---|---|---|
| Dec. 7 | Pairs short (junior) | 12:10 a.m. |
| | Men's short (junior) | 1:30 a.m. |
| | Ladies short (junior) | 2:40 a.m. |
| | Pairs short (senior) | 4:15 a.m. |
| | Men's short (senior) | 5:30 a.m. |
| | Short dance (senior) | 6:40 a.m. |
| Dec. 8 | Short dance (junior) | 12:40 a.m. |
| | Pairs free (junior) | 2:00 a.m. |
| | Men's free (junior) | 3:30 a.m. |
| | Ladies short (senior) | 4:55 a.m. |
| | Men's free (senior) | 6:15 a.m. |
| | Free dance (junior) | 11:45 p.m. |
| Dec. 9 | Ladies free (junior) | 1:05 a.m. |

Exhibit 1-213

| Pairs free (senior) | 2:25 a.m. |
| Free dance (senior) | 3:55 a.m. |
| Ladies free (senior) | 5:20 a.m. |

## U.S. FIGURE SKATING SPONSORS

**PARTNERS**

  

  

 

**SUPPLIERS**

 

 

**LICENSEES**

  

## U.S. FIGURE SKATING COMMUNITY

  

Contact Us | Employment | Forms | Shop | Sitemap | Facebook |
©2017 U.S. Figure Skating Terms of Use and Privacy Policy are applicable to you. All rights reserved.

Exhibit 1-214

# Ice Skating International: Online

## Home   Archive   Photos   Slideshows   Database   Calendar   Links

# Four U.S. Entries Reach Junior Grand Prix Final

*by Klaus-Reinhold Kany*

(26 October 2017)  The seven Junior Grand Prix of this season were a great success again, with 377 skaters competing. The ISU spends a lot of money to promote young skaters and to give them a chance to learn to travel and compete internationally and to get to know skaters of their age from all over the world. All programs of each competition were shown on the ISU live stream and could be seen on YouTube only minutes after the competition. Ted Barton of Canada was on site at each competition, commented all programs for the ISU channel and made some interviews with English speaking skaters. Like usual, six of the seven competitions were held in Europe, this time in Salzburg/Austria, Riga/Latvia, Minsk/Belorussia, Zagreb/Croatia, Gdansk/Poland and Egna/Italy. The seventh Junior Grand Prix was held in Brisbane/Australia this year. No JGP was held in North America because Canada and the USA prefer to leave the work for a Junior Grand Prix to other countries. The Junior Final will take place together with the senior Grand Prix Final in Nagoya/Japan in early December.

The most successful country was Russia with 15 of the 24 skaters or couples qualified for the Final. The USA won four spots: three in men and one in ice dance, followed by two spots for Japan and one for Canada, Australia and China. No other country got any spot. Next year the seven Junior Grand Prix are planned in Bratislava/Slovakia, Linz/Austria, Kaunas/Lithuania, Harbin/China, Ostrava/Czech Republic, Ljubljana/Slovenia and Jerevan/Armenia, again no competition in North America. The Final, however, will

Exhibit 1-215

The best ice dance couple at this year's Junior Grand Prix were U.S. dancers Christina Carreira and Anthony Ponomarenko from the school of Igor Shpilband in Novi, Michigan. They are only 17 and 16 years old, but have a very dynamic style and are on a good way to become a top couple in the next Olympic cycle when the top U.S. teams will finish their career. They are also the gold favorites for the coming Junior World Championships in Sofia, Bulgaria in March 2018.

Four Russian teams from the different schools in Moscow are in the Final as well and did not get much less points in their competitions. The most promising ones seem to be Arina Ushakova and Maxim Nekrasov from the school of Alexei Gorshkov who performed a hot, sultry and extrovert dance to the Broadway musical „Be Italian". Majorie Lajoie and Zachary Lagha from the successful Montreal ice dance school are the only Canadians in all categories to reach the Final, because Canada was not very successful otherwise this year. Third alternates is another U.S. team: Caroline Green and Gordon Green from the school of Alexei Kiliakov are also very promising for the future, and with 14 and 15 years still very young.

Exhibit 1-216

Finalists for ISU Junior Grand Prix of Figure Skating Final are determined - ISU                    1/22/18, 12:55 PM

**INTERNATIONAL
SKATING
UNION**
(/)

Inside ISU
(/inside-isu)

EXTRANET (/EXTRANET-LOGIN)

(https:fhttpx/h/hfacebkatg

Single & Pair Skating
/ Ice Dance (/inside-

Synchronized Skating
(/inside-synchronized-

Speed Skating (/inside-
speed-skating)

Short Track
Speed Skating

# Finalists for ISU Junior Grand Prix of
Figure Skating Final are determined

Home (/)    News (/news-inside-isu)    Junior Grand Prix News (/news-inside-isu/126-junior-grand-prix-news)    Finalists for ISU Junior Grand
Prix of Figure Skating Final are determined

16 October 2017        Laufs/#facebook)d    (/#twitter)    (/#google_plus)



Skaters from Australia, Canada, Japan, Russia and the USA have qualified for the ISU Junior
Grand Prix of Figure Skating Final in Nagoya (JPN) in December. The last spots were determined
when the series of seven qualifying events concluded in Egna (ITA) last weekend.



Alexei Erokhov (RUS) and Alexei Krasnozhon (USA) lead the Men's standings and claimed two
gold medals on the circuit. Camden Pulkinen (USA), Mitsuki Sumoto (JPN), Makar Ignatov (RUS)
and Andrew Torgashev (USA) booked their tickets to Nagoya as well. All except Krasnozhon
qualified for the first time for the Final.

## RELATED EVENTS

ISU Junior Grand Prix of Figure Skating
Series (/figure-skating/figure-skating-
events/junior-grand-prix-of-figure-skating)

## RELATED CONTENT

ISU Junior Grand Prix Review 2017
(/docman-documents-links/isu-
files/documents-communications/press-
releases/2017/15194-jgp2017-review)

ISU Junior Grand Prix YouTube Channel
(https://www.youtube.com/ISUJuniorGrandPri

Exhibit 1-217

World Junior bronze medalists Christina Carreira / Anthony Ponomarenko (USA) top the list of qualifiers in Ice Dance after winning their two events. They competed in the Final last year and are joined by Anastasia Skoptcova / Kirill Aleshin (RUS), who competed in the Final in 2015. Sofia Polishchuk / Alexander Vakhnov (RUS), Marjorie Lajoie / Zachary Lagha (CAN), Sofia Shevchenko/ Igor Eremenko (RUS) and Arina Ushakova / Maxim Nekrasov (RUS) will compete in their first Junior Final.

A total of 377 Skaters / Couples competed in what was the 21st edition of the ISU Junior Grand Prix of Figure Skating Series: 110 Men, 171 Ladies, 31 Pair Skaters and 65 Ice Dance couples. The series started end of August in Brisbane (AUS), followed by Salzburg (AUT), Riga (LAT), Minsk (BLR), Zagreb (CRO), Gdansk (POL) and Egna (ITA). The events in Riga, Minsk, Zagreb and Poland included Pair Skating.

The ISU Junior Grand Prix of Figure Skating Series was introduced in 1997 and provides young skaters aged 13 to 19 (21 for the male ice dance and pair skating partners) with the opportunity to compete at a high international level. Skaters earn points according to their placements and the top six in each discipline advance to the ISU Junior Grand Prix Final. Each ISU member is entitled to enter competitors for the series while the number of their entries depends on the result of the ISU World Junior Figure Skating Championships 2017. The Global Prize money per individual event of the ISU Junior Grand Prix of Figure Skating is US$22.500,00.

The entire ISU Junior Grand Prix of Figure Skating Series was live streamed and all videos are available on the ISU Junior Grand Prix YouTube Channel (https://www.youtube.com/ISUJuniorGrandPrix). The ISU Junior Grand Prix of Figure Skating Final will take place in Nagoya (JPN) and will also be live streamed. Further information, complete results and standings are available here (/figure-skating/figure-skating-events/junior-grand-prix-of-figure-skating).

| ISU | ISU | FIGURE SKATING | FIGURE SKATING | FIGURE SKATING |
|---|---|---|---|---|
| HTTPS://WWW.YOUTUBE.COM | FACEBOOK.COM | FACEBOOK.COM | TWITTER.COM/ISU_FIGURE | HTTPS://WWW.INSTAGRAM.C |
| ISU | SPEED SKATING | SHORT TRACK | SPEED & SHORT TRACK | SPEED & SHORT TRACK |
| HTTP://WEIBO.COM/ISUOFFICIAL | HTTPS://WWW.FACEBOOK.COM | FACEBOOK.COM | TWITTER.COM/ISU_SPEED | HTTPS://WWW.INSTAGRAM.C |

(http://isu.org)

### About Us

About ISU (/about-international-skating-union)
History (/isu-history)
Member Federations (/member-federations)
Meet The Team (/meet-the-team)
ISU Statutes, Constitution, Regulations & Technical Rules (/isu-statutes-constitution-regulations-technical)
ISU Communications (/communications)
Decisions of the ISU Council (/decisions-of-the-isu-council)
ISU Congresses (/isu-congresses)
Disciplinary & Legal (/disciplinary-legal)
Financial and Other Reports (/financial-and-other-reports)
Athletes Commission (/athletes-commission)

Avenue Juste-Olivier 17
1006 Lausanne
Switzerland

Tel +41 21 612 66 66
Fax +41 21 612 66 77

(https://www.isu.org)(ISU)

### Quick Links

Contact Us (/contact-us)
ISU Online Shop (http://shop.isu.org/)
Legal Information (/legal-information)
ISU World Subscription (/isu-world-newsletter)
IOC Website (http://www.olympics.org/)
ISU Forum (http://forums.isu.org/)

### News and Events

News (/news)
Calendar of Events (/events)
Olympic Winter Games (/figure-skating/figure-skating-events/olympic-winter-games-figure-skating)

### Figure Skating

News (/figure-skating/figure-skating-news/figure-skating-news-blog)
Calendar of Events (/figure-skating/figure-skating-events/figure-skating-calendar)
ISU Communications (/inside-single-pair-skating-ice-dance/figure-skating-rules/inside-communications-fs)
Special Regulations and Technical Rules (/inside-single-pair-skating-ice-dance/figure-skating-rules/regulations-rules-fs)
Forms, Reports & Seminars (/inside-single-pair-skating-ice-dance/figure-skating-other/forms-reports-seminars)

### Media Centre

Media Accreditation (/media-accreditation)
Press Releases (/press-releases)

### Speed Skating

News (/inside-speed-skating/other-ss/news-ss)
Calendar of Events (/speed-skating/speed-skating-events/speed-skating-calendar)
ISU Communications (/inside-speed-skating/speed-skating-rules/communications)
Special Regulations and Technical Rules (/inside-speed-skating/speed-skating-rules/regulations-rules-ss)
Forms (/inside-speed-skating/other-ss/forms-reports-seminars)

### Short Track

News (/short-track/short-track-skating-news/short-track-skating-news-blog)
Calendar of Events (/short-track/short-track-events/short-track-calendar)
Statistics and Biographies (/inside-short-track-speed-skating/entries-results-speed-st/biographies-statistics)
ISU Communications (/inside-short-

Exhibit 1-218



HOME / SPORTS / *CHRISTINA CARREIRA WINS GOLD IN BELARUS*



**Jusqu'à 16 000 $ en prix**

Participez en cotisant à un REER ou
à un CELI avant le 1ᵉʳ mars 2018.

Caisse Desjardins de l'Envolée
Caisse Desjardins Thérèse-De Blainville

 **Desjardins**



Christina Carreira Wins Gold In Belarus

👍 J'aime

Exhibit 1-219

2017-10-09 | **SPORTS**

# Christina Carreira wins gold in Belarus

Dance on ice



Christian Asselin
casselin@groupejcl.ca



Skater Christina Carreira de Boisbriand and her partner, Anthony Ponomarenko of the United States, are returning from Minsk to Belarus, where, on the sidelines of their participation in the Junior Grand Prix, they won the gold medal in ice dance as a couple. They also won gold earlier this season on their first assignment in Salzburg, Austria. These first two places make them currently the leaders in Junior dance pairs in the world and are qualified for the final of the Junior and Senior Grand Prix that will take place in December in Japan. This competition brings together the six best skaters or couples in all categories in the world.

**0 commentaires**     Trier par   **Plus ancien** ▾

 Ajouter un commentaire...

📘 plugin Commentaires Facebook

 

KEYWORDS | BOISBRIAND   CHRISTINA CARREIRA   ICE DANCE

Exhibit 1-220

Carreira, Ponomarenko extend winning run in Minsk | icenetwork.com: Your home for figure skating and speed skating.          5/16/18, 2:25 PM



**icenetwork**   SCHEDULE + RESULTS   SKATERS   NEWS   PHOTOS   VIDEO   FANS   Subscribe   REGISTER LOGIN

# Carreira, Ponomarenko extend winning run in Minsk
## U.S. ice dancers, Russia's Trusova punch tickets to Junior Grand Prix Final

Posted 9/22/17 by Mimi McKinnis, special to icenetwork          



*Christina Carreira and Anthony Ponomarenko earned their second gold medal of the season with an impressive performance in Belarus. -Getty Images*

Russia's Alexandra Trusova and U.S. ice dancers Christina Carreira and Anthony Ponomarenko took the gold medal in their respective disciplines Friday at the Junior Grand Prix in Minsk, Belarus. As a result, they became the first athletes to earn a place at the 2017 Junior Grand Prix Final.

**Ladies**

Trusova took top honors for the second time in this season's JGP Series, winning by a margin of 13.32 points this week. Skating to Vivaldi's *The Four Seasons*, the 13-year-old Russian opened her program with a triple lutz-triple loop combination and went on to complete six more triple jumps the rest of the way. She amassed 126.60 points on the day, giving her a total score of 196.32.

Japan's Nana Araki overcame a free skate that was rated just the third best of the day to claim the silver medal, earning 183.00 points for the week.

Russian Stanislava Konstantinova improved from third in the short to second in the free, but her score of 181.98 left her just behind Araki and with the bronze medal. The 17-year-old Russian received bonus points for performing five of her jumping passes in the second half of her *Anna Karenina* program.

**CONNECT**

**RELATED ITEMS**

**Gallery:** Backstage at JGP Belarus

**MORE HEADLINES**

Rippon, Nagasu light up ballroom on 'DWTS'

Orser 'totally stunned' to be tabbed by Medvedeva

Nagasu, Rippon finding their groove on 'DWTS'

Q&A: U.S. Figure Skating President Samuel Auxier

Olympic veterans offer advice for post-skating life

The Inside Edge: Aaron embarks on new career

Should the minimum age for seniors be raised?

Harding earns high praise ahead of 'DWTS' debut

Savchenko wills herself to reach mountaintop

New-look Virtue, Moir redefine ice dance greatness

More »

Exhibit 1-221

American Tessa Hong pushed through a rough free skate, falling to seventh in the final segment and sixth overall. She earned 89.53 points on the day and 149.14 overall.

**Ice Dance**

With a winning competition total of 150.05, Carreira and Ponomarenko captured their second career JGP title and secured their second JGP Final berth. In Friday's event, the duo earned positive Grades of Execution across the board for their *W.E.* free dance en route to a segment mark of 86.28.

Russians Anastasia Skoptcova and Kirill Aleshin flip-flopped with teammates Arina Ushakova and Maxim Nekrasov in the free dance, but ultimately the short dance standings held. Third in the free dance, Skoptcova and Aleshin took home silver with 143.64 points, less than a point ahead of Ushakova and Nekrasov, who earned 142.94. Skating a fierce tango routine to music by Gotan Project, Skoptcova and Aleshin earned a Level 4 on three of their seven elements on their way to posting a segment score of 81.93. Their teammates earned a Level 4 on four elements and finished the final segment with 83.32 points.

Avonley Nguyen and Vadym Kolesnik finished their JGP debut in fifth place with 114.89 points, after their *West Side Story* free dance earned the Americans 64.52 points.

**Pairs**

A pair of Russian teams lead the way after the pairs short program. Less than half a point separates first-place couple Anastasia Polyianova and Dmitry Sopot and their teammates, Daria Pavliuchenko and Denis Khodykin. In addition to completing a throw triple loop and side-by-side triple lutzes, both teams closed out their programs with a Level 4 pairs spin. The teams earned 56.37 and 56.29 points for the segment, respectively.

Feiyao Tang and Yongchao Yang of China round out the top three with a score of 54.00, followed by Team USA's Audrey Lu and Misha Mitrofanov (52.92).

Lu and Mitrofanov's teammates, Elli Kopmar and Jonah Barrett, sit in seventh place with 43.84 points.

# icenetwork.

Copyright © 2006 - 2018 Ice Network, LLC

SCHEDULE + RESULTS
SKATERS
NEWS
PHOTOS
VIDEO
FANS
SUBSCRIBE
REGISTER
LOGIN

PRIVACY POLICY
ABOUT OUR ADS
TERMS OF USE
HELP CENTER
BLACKOUT RESTRICTIONS
CONTACT US

TWITTER
FACEBOOK
INSTAGRAM

Exhibit 1-222

Advertisements

# europeonice.com

## Worldwide Figure Skating With Europe On Ice



Seán Gillis/Europe on Ice

# Hills Alive With Sound Of Skating In Salzburg

Exhibit 1-223

The second stage of the ISU Junior Grand Prix of Figure Skating rolled into Salzburg, Austria this weekend with some more superb performances from the rising stars of the sport.



For the second week in a row, one of Eteri Tutberidze's charges took the ladies title. Anastasia Tarakanova from Russia skated two flawless programmes to claim her debut Junior Grand Prix title. Eunsoo Lim from Korea and Mako Yamashita from Japan claimed the silver and bronze medals respectively. Last season's Junior Grand Prix Final silver medallist Anastasiia Gubanova could only finish a disappointing fourth.



Exhibit 1-224

Despite a fall in the short programme, two time violations in both of his routines and neither of his triple Axels coming off in the free skating, Camden Pulkinen from the United States was a comfortable winner of the men's title. France's Luc Economides captured his first Junior Grand Prix medal in his second season on the circuit by holding on to silver. Egor Murashov from Russia leaped in the standing from 14th after the short to third overall.



It was a good weekend for Team USA with Christina Carreira and Anthony Ponomarenko coming up trumps in the ice dance event. Carreira fell on a twizzle in the short dance, but things were altogether smoother in the free dance. This was the Americans first Junior Grand Prix title. Ksenia Konkina and Grigory Yakushev from Russia and Natacha Lagouge and Corentin Rahier from France rounded out the podium in that order.

The ISU Junior Grand Prix moves on next week to Riga, Latvia.

ISU Junior Grand Prix of Figure Skating Cup of Austria Results (http://www.isuresults.com/results/season1718/jgpaut2017/index.htm)

Posted in ISU Junior Grand Prix and tagged Anastasia Tarakanova, Anthony Ponomarenko, Austria, Camden Pulkinen, Christina Carreira, Junior Grand Prix, Salzburg on September 2, 2017 by europeonice. Leave a comment

BLOG AT WORDPRESS.COM.

Exhibit 1-225

Subscribe    Login    Register

HOME    SCHEDULE + RESULTS    SKATERS    NEWS    PHOTOS    FANS

# Carreira, Ponomarenko collect gold in Salzburg

## Russia's Tarakanova grabs ladies lead; Team USA's Andrews sits fourth

Posted 9/1/17 by icenetwork





*By registering a free dance score of 87.57 points and an event mark of 145.39, Team USA's Christina Carreira and Anthony Ponomarenko earned the gold medal at JGP Austria. -Getty Images*

Russia's Anastasia Tarakanova won the ladies short program Friday at the Junior Grand Prix (JGP) in Salzburg, Austria, while Americans Christina Carreira and Anthony Ponomarenko took top honor in ice dance.

**Ladies**

Tarakanova showcased a sound triple flip-triple toe combination as well as a triple lutz in her Ludovico Einaudi short, and her segment score of 66.68 points was good for a near two-point

Exhibit 1-226

Case 1:18-cv-02406-APM   Document 1-7   Filed 10/21/18   Page 47 of 89

Carreira, Ponomarenko collect gold in Salzburg | icenetwork.com: Your home for figure skating and speed ska...   Page 2 of 3

lead over South Korea's Eunsoo Lim, who slotted second after registering a personal-best mark of 64.79.

Japan's Mako Yamashita, who performed her short program to Maksim Mrvica's rendition of "Bohemian Rhapsody," secured 64.49 points to round out the top three.

U.S. skater Starr Andrews (59.93 points) sits in fourth place, while teammate Angelina Huang (41.68) finished 18th.

**Ice Dance**

Carreira and Ponomarenko held a slim lead over the French team of Natacha Lagouge and Corentin Rahier following the short dance, and after accruing 87.57 points for their Abel Korzeniowski free dance, the Americans were able to celebrate their visit to Salzburg with a gold medal.

Russia's Ksenia Konkina and Grigory Yakushev earned the silver medal by moving up from third after the short dance, while Lagouge and Rahier -- who stumbled to a fourth-place finish in the segment -- settled for the bronze medal with an overall score of 129.90 points.

The second Russian team in the field, comprised of Evgeniia Lopareva and Alexey Karpushov, narrowly missed the podium with 129.17 points.

Team USA's Isabella Amoia and Luca Becker ended the competition in eighth place.

🐦     f     📷

Privacy Policy
About Our Ads
Terms

Exhibit 1-227


Members save up to 10% only on hyatt.com   SEE DETAILS   HYATT   WORLD OF HYATT



Home / **Figure Skating News** / Carreira and Ponomarenko eye 2018 Junior World podium

# Carreira and Ponomarenko eye 2018 Junior World podium

By Paula Slater    Photo © Carreira and Ponomarenko    [ f ]    G+    Pin It      Published: September 1, 2017



2017 World Junior bronze medalists Christina Carreira and Anthony Ponomarenko


65 is the ne 55 45 8   aetna

In their third year together as a team, USA's Christina Carreira and Anthony Ponomarenko placed second in the junior division at the 2017 U.S. Figure Skating Championships. Two months later, they took the bronze in their Junior World debut in Taipei City, Taipei.

"We definitely were not expecting to make the podium at Junior Worlds!" said Carreira. "We didn't really have any expectations going in because it was our first time. Our goal was to skate two strong programs and hopefully make the top five."

Before teaming up, Carreira and Ponomarenko competed against each other in the intermediate and novice division with other partners. Carreira skated with Simon-Pierre Malette-Paquette until he was injured during the summer of 2013. She trained alone for a few months until Igor Shpilband, whom she trained with part-time, suggested she do some tryouts and look for another partner.

It was Ponomarenko's mother, Marina Klimova, who thought the team would eventually be a good match after seeing Carreira in Lake Placid, NY. After Ponomarenko ended his partnership with Sara Feng in January 2014, he later moved to Novi, Mich., to train with Igor Shpilband permanently.

"I had a couple tryouts with other girls, but I knew right away I wanted to skate with Christina," said Ponomarenko. "We had our try out and it went very well and we decided to skate together in April of 2014."

## DID YOU KNOW?

USA's **Michael Weiss** invented the "**tornado**"—a backflip with a full twist—which he performs in exhibitions and shows.

## FOLLOW US!

**@goldsk8**
**Your international online resource for figure skating**








Exhibit 1-228

technical elements and choreography."

"Rohene Ward also works on our choreography and adds polish," Carreira added. "Fabian Bourzat helps us create new lifts and works on our skating skills, Adrienne Lenda on our technical elements, Greg Zuerlein on the compulsory dances, footwork, and skating skills. We also have Gyrotonic classes and ballet with Veronique Breen, and Aaron Stickler is our trainer."

"We also do acrobatics with Oleg Ouchakov and ballroom with Oksana Zolotarevskaya," offered Ponomarenko.

"They are a very special team," said Shpilband. "Every single time I come to the lessons, you can be assured they are bringing a 100 percent. Emotionally, they are together and there to work. They are very positive which is very, very important. It's really a pleasure to work with skaters like this. I'm really enjoying it every day, seeing the skaters bring so much dedication."

"There has been quite a bit progression since 2014," he added. "I'm very happy with it. They've been showing tremendous improvement from one year to the next. The first year they got together, they showed they could be competitive on the junior level. The next year they medaled at Junior Worlds. It's incredible!"

At the 2017 World Junior Figure Skating Championships, the team earned a new personal best (94.15) with their free dance to "Exogenesis: Symphony Part 3 (Redemption)" by Muse, which was choreographed by Shpilband along with contributions from Ward.

"The story was about two people falling in love for the first time and experiencing new feelings," explained Carreira. "Igor wanted to give us a story that we could relate to and that was more innocent because we are younger team." It also happened to be one of Ponomarenko's favorites of their career thus far. "It projected our maturity in our skating that is much needed at the top junior level," he said.

This season, the U.S. Junior silver medalists are skating to Latin American rhythms (Rhumba, Cha Cha, and Samba) for their short dance, and for their music, have chosen "Perhaps, perhaps, perhaps" by the Pussycat Dolls, "Give it Up" by the Good Men, and "Conga" by Gloria Estefan for their music.

"Igor picked the first piece (Cha Cha) and Anthony and I picked the last two," Carreira offered. "It's a very different program from last year, mostly because of the rhythm, and it's also more demanding than the short dance we had last year."

"As much as I loved last year's short dance, I believe this year's is more energetic and better suits our styles," Ponomarenko added.

Their new free dance is to "Dance for me Wallis" and "Abdication" from the *W./E.* soundtrack and was choreographed by Shpilband with help from Ward and Zuerlein.

"Anthony and I both found this piece of music separately and fell in love with it, so we showed it to Igor and he loved it too," Carreira said, regarding the first piece of music. "He (Shpilband) then found our second piece, which we all loved. I like the fact that the music is faster than last year. It's also a very moving and powerful piece of music."

"The movie that our music comes from has a very difficult and sad story, and we wanted to find our own idea for this piece," explained Ponomarenko, adding that his partner's costume resembles a butterfly. "In the beginning, the wind and a butterfly meet and its wonderful. Then a storm comes and the wind has to save the butterfly. The ending shows that something even as powerful as the wind cannot save the beautiful butterfly. I find it a very cool idea and something I can comfortably express. We've added wind and storm sound effects to the music, as well."

"It's very emotion music, very sophisticated," added Shpilband. "It's not straight forward as there is a lot of different emotions and feelings. They are a very young team, and when we first started working together, it was hard for them to focus and project certain images. So we decided to come up with a story so they can understand what they present and how they need to move to



Exhibit 1-229

little butterfly and start playing with it and then try to save it."

In late July, the team took both new programs for a test drive at the 2017 Lake Placid Ice Dance International where they finished first in both segments for a total of 149.76.

"We're very happy with how Lake Placid went," said Carreira. "Our programs are still very new and we still have a lot of things to work on. The monitoring session went very well; we had good feedback from judges and technical specialists, and we are looking forward to further developing our programs."

Both skaters agree that they learned a lot last season, as well as the beginning of this one. They feel they have gained a lot of experience from the 2016-17 Junior Grand Prix (JGP) Final where they finished a respectable fourth place before they moved on to nationals and Junior Worlds.

"Seeing how the best skaters in the world at the junior and senior levels train, warm up and compete, gave us an incredible learning experience," said Ponomarenko. "This helped us show more maturity on the ice and gave us an insight on how to express emotion towards each other. Absorbing all this information will give us a new mindset as we enter our fourth season together."

This season, their goals are to improve their skating skills, speed and connection with each other, and skate clean and strong programs at every competition. Long-term, they want to gain maturity in their skating as they prepare to move into the senior ranks in the future.

"We have worked on a wide range of things over the summer," said Shpilband. "Especially on the clarity of technique, as well as the execution of the turns to ensure they are getting good levels from the technical panel. Obviously, they have different footwork from last season. This is something I try to do with all the teams."

"Most of the growth I hope to see this season is the growth of their maturity in the expression of the music," the coach added. "I think the sophistication of the programs of this year is a step up from previous years. It's a lot more mature in terms of connections and interactions between them."

The ice dancers just competed at Cup of Austria—their first JGP of the season—where they finished first. They are currently slated to compete again in two weeks at the 2017 Minsk Arena Cup in Belarus.

Although it's still early in the season, both skaters have made it clear that they have their eyes on the 2018 Junior World podium. This time, they are shooting for the top.

Related Info:

- ISU Bio
- Wikipedia Bios – Christina Carreira and Anthony Ponomarenko
- GS Fan Fest

**2017 Junior Worlds**    **Christina Carreira and Anthony Ponomarenko**    **Featured**

## IN THE NEWS



**Zagitova pockets gold at Grand Prix Final debut**
Alina Zagitova of Russia captured the...



**Papadakis and Cizeron win Grand Prix Final gold**
Gabriella Papadakis and Guillaume Cizeron of...



**Savchenko and Massot raise bar at Grand Prix Final**
Germany's Aljona Savchenko and Bruno Massot...



**Alexandra Trusova leads Russian sweep at Junior Grand Prix Final**
It was a Russian sweep in...



**Russia's Skoptcova and Aleshin land gold in Nagoya**
Anastasia Skoptcova and Kirill Aleshin of...



**USA's Chen edges out Uno for gold in Japan**
USA's Nathan Chen edged out Shoma...



**USA's Krasnozhon dominates junior men in Nagoya**
USA's Alexei Krasnozhon took the gold...



**Alexandrovskaya and Windsor win gold; make history at JGP Final**
Ekaterina Alexandrovskaya and Harley Windsor made...

Exhibit 1-230

Carreira, Ponomarenko take leg up in Salzburg | icenetwork.com: Your home for figure skating and speed skating.        1/22/18, 2:26 PM

**icenetwork**   SCHEDULE + RESULTS   SKATERS   NEWS   PHOTOS   VIDEO   FANS    Subscribe   REGISTER LOGIN

# Carreira, Ponomarenko take leg up in Salzburg
Pulkinen delivers winning short program; French stand second in dance

Posted 8/31/17 by icenetwork



*Christina Carreira and Anthony Ponomarenko opened their visit to Salzburg with a solid short dance, one that provided them with a lead heading into the final day of competition. -Getty Images*

Team USA's Camden Pulkinen and the ice dance team of Christina Carreira and Anthony Ponomarenko grabbed the lead in their respective events Thursday at the Junior Grand Prix (JGP) in Salzburg, Austria.

### Men's

Pulkinen, the reigning U.S. junior silver medalist, earned a personal-best 66.34 points for his "Fix You" short, enabling him to take a slim lead over French skater Luc Economides, who scored 65.88 points for his "Send in the Clowns" program.

The 17-year-old American, who is competing in his second Junior Grand Prix event, opened his program with a beautiful triple axel but later fell on the second part of his triple flip-triple toe combination and received a one-point deduction for a time violation.

Turkey's Basar Oktar secured 64.27 points to slot into third, while American Ryan Dunk, who is making his JGP debut, registered 60.85 points, good for fifth place.

### Ice Dance

Carreira and Ponomarenko opened their fourth Junior Grand Prix campaign by earning 57.82 points for their short dance, which was set to an arrangement of music by Sarita

CONNECT

  

## RELATED ITEMS

Carreira composes blog from birthplace of Mozart

**Gallery:** Carreira's JGP Austria blog gallery

## MORE HEADLINES

Russian Solyanka: How Zagitova beat Medvedeva

Kostner hopes to leave impression with her skating

Zagitova triumphs on strength of stunning free

Papadakis, Cizeron continue reign over Europe

Fernández: In quad debate, more not always better

Russian Solyanka: Hotárek a model of consistency

The run continues: Fernández wins European gold

Papadakis, Cizeron showcase brilliance in Moscow

Russian Solyanka: Massot's ailing back acting up

Tarasova, Morozov claim second European title

More »

Exhibit 1-231

Monitel, the Pussycat Dolls and Gloria Estefan. The reigning world junior bronze medalists lost some points when she fell during the team's twizzle sequence.

The Americans are followed closely by the French duo of Lagouge and Rahier, the only one of the top three teams to skate clean. The French junior champions picked up 57.26 points, a new career best.

Russians Ksenia Konkina and Grigory Yakushev, and Evgeniia Lopareva and Alexey Karpushov sit third and fourth, respectively. Americans Isabella Amoia and Luca Becker are in ninth.

# icenetwork.

Copyright © 2006 - 2018 Ice Network, LLC

| | | |
|---|---|---|
| SCHEDULE + RESULTS | PRIVACY POLICY | TWITTER |
| SKATERS | ABOUT OUR ADS | FACEBOOK |
| NEWS | TERMS OF USE | INSTAGRAM |
| PHOTOS | HELP CENTER | |
| VIDEO | BLACKOUT RESTRICTIONS | |
| FANS | CONTACT US | |
| SUBSCRIBE | | |
| REGISTER | | |
| LOGIN | | |

Exhibit 1-232

Google Chrome - Download Chrome Today

Chrome is a fast, secure and free browser for all your devices. google.com



# Lake Placid Ice Dance Championships Recap: All Aboard the Rhumba Train



Photo via ice-dance.com.

Skating fans are used to busy weekends, especially in the era of live streams and YouTube. I'm not sure I've ever seen a weekend in July so crammed with skating, though. Between July 27 and 30, fans had to choose among the Glacier Falls Classic, a high-profile American club competition; a South Korean test event that determined assignments to the Junior Grand Prix and Olympics qualifiers; and Minto Summer Skate, a Canadian pre-season event with an impressive roster, especially in men's singles. I'm working my way through videos of those events, and if I get through them before the Challenger Series begins, you can count me as one very determined and sleep-deprived skating fan.

What kept me away from that wealth of attractive choices was my favorite summer skating event, the Lake Placid Ice Dance Championships. Why do I love it so much? For one thing, as the name implies, it's nothing but ice dance. That makes it a more manageable and focused event than most, and it gives me a chance, early in the summer, to hone my eye for pattern dance checkpoints and clever attempts to respond to ice dance's ever-changing rules. For the past few years, it's featured the most competitive ice dance fields of the pre-season, making the Challenger Series look like the bush league in comparison. This year was stronger than ever before, not only because the international portion of the event is drawing more and more prestigious competitors from abroad, but because there are so many incredible American teams. It's a USFSA test event in an Olympic year, in the United States' most stacked discipline, and everyone was trying to rhumba their way into the national federation's good graces. Before last weekend, the reigning top three American teams looked like they had their tickets to Pyeongchang booked, but several young teams brought skills and scores that could make American ice dance far more interesting than expected. Meanwhile, the top juniors proved that the four-year cycle to come will be both crowded and unpredictable. And that's just the Americans; there were plenty of strong statements from the international competitors as well, including a Russian surprise.

I'm just covering the most notable routines in this post, but I live tweeted the heck out of this thing. If you missed it and now want my mostly accurate play by play (with brief digressions about laundry and *Cabaret*), I Storified the whole thing.

Exhibit 1-233



Rachel PARSONS/Michael PARSONS SD LPIDI 2017

As a sibling team, Rachel and Michael Parsons have a tougher row to hoe than most of their competitors this season. It's hard to stay on the right side of the line between sassy and creepy, but Rachel in particular is an expert at conveying sex appeal without looking like she's directing it at her brother. She's like a girl at a family wedding who dances with her brother to get the groomsmen's attention. I'm also a fan of their unusual middle section, which features a blues-rock song that happens to have a Rhumba beat; I wish they'd matched it with a similar song for their beginning and end, since there's a bit of a disconnect between their music selections. Michael's unfortunate stumble and tumble during their non-touching step sequence took away from the overall effect of the program, but their twizzles at the end were perfect. The transition to their final spinning motion – one of the weekend's most authentic Latin ballroom moves – is the kind of ending that judges remember, and it will be rewarded even more handsomely when they skate this clean.



LPIDI 2017 junior SD group 1

*This video contains the entire first warm-up group; Carreira and Ponomarenko are first to skate.*

For my money, the most successful Latin ballroom number of the weekend was in juniors. Christina Carreira and Anthony Ponomarenko were the first to skate in a large junior field, and nobody else came close to their score – or their energy level. During their step sequences, Ponomarenko did most of the heavy shimmying, but Carreira's in-character choreography during their lift was a delight. Latin dance styles look better if you're willing to stick out your butt and arch your back, and Carreira and Ponomarenko committed to those curvy body shapes. Their height probably helps them here; their lines stay long and elegant when they stick their chests out. They also whipped through one of the best twizzle passes all day, maintaining strong edge control and synchronization through difficult positions. They're practically guaranteed the junior title at Nationals this winter, and if they keep skating like this, it's hard to imagine anyone keeping up with them internationally, either.

The junior events were strong overall, and also interminable. Lake Placid features both an international competition and a club competition; both American and foreign competitors are permitted in both, and the difference lies mostly in how the scores figure into international records and federation monitoring. In other words, it's a meaningful distinction for skaters and coaches, but not so much for spectators. Only three senior teams participated in the club competition, but the field was far deeper for juniors, since they don't have an Olympic Games on the line. I'm skipping a number of strong junior performances, particularly those by Caroline & Gordon Green and by Avonley Nguyen & Vadym Kolesnik, because the United States is simply awash in up-and-coming teams.

Exhibit 1-234

Ice dancers glide through Lake Placid - LakePlacidNews.com | News ...Lake Placid and Essex County region of New York - Lake Placid News          4/19/18, 10:44 AM

mobile. mobile.lakeplacidnews.com          Sign In | Create an Account | Subscribe | Submit News | News | Local News | Contact Us | Home



# LAKE PLACID NEWS

| Your Community | Local News | Sports | Calendar | Real Estate | Lifestyles | Ads and Extras | CU photos | Contact Us |

**Local Sports**                    / Sports / Local Sports /

- **Local Sports**              « Title day at Summit Classic...              Lussi opens season with bron...»
  Winter Olympics
  New York Sports
  National Sports
  SUBMIT Sports

## Ice dancers glide through Lake Placid

August 2, 2017
By CHRISTIE SAUSA - Correspondent , Lake Placid News

Save | Post a comment |

News, Blogs & Events

I am looking for:

**SEARCH**

in:
• News, Blogs & Events    Web

LAKE PLACID - After several days of tangos, waltzes, foxtrots and
more, the Lake Placid Ice Dance Championships glided out of Lake
Placid after crowning several champions and providing a valuable
experience for all competitors.

The Championships have been held annually for 85 years. The Lake
Placid Ice Dance International portion began in 2015 to further
welcome international competitors to the Olympic Center and provide
valuable international competitive experience in front of an elite
judging panel.

While the Championships incorporate various levels of ice dance and
several events, including "Open" and "Solo Dance" - the International
is an elite level competition scored using the international judging
system and requiring ISU minimum technical scores to enter. Teams
from the United States, Canada, Hong Kong, the United Kingdom,
Armenia, Australia, Azerbaijan, Czech Republic, Finland, Germany,
Latvia and Poland competed in the International this year.

**Article Photos**



Exhibit 1-235



The top three teams in both the Senior and Junior International events all represented the United States.

Lorraine McNamara and Quinn Carpenter, the 2016 World Junior champions, won the Senior International title with a score of 165.26. 2017 World Junior champions and 2017 U.S. National Junior champions Rachel and Michael Parsons placed second (156.82) and 2016 Lake Placid Ice Dance International champions Elliana Pogrebinsky and Alex Benoit earned third place with a score of 152.13.

Christina Carreira and Anthony Ponomarenko, the 2017 World Junior bronze medalists and 2017 U.S. National Junior silver medalists, easily won their title with a score of 149.76, followed by 2015-16 U.S. Novice champions Caroline and Gordon Green in second (132.86) and 2016 U.S. novice silver medalists Emma Gunter and Caleb Wein (111.92) in third place.

The Skating Club of Lake Placid was represented by Carly Jones, who competed in the Senior Solo Combined Championships event. After the competition, Jones passed her Blues, Starlight Waltz, Paso Doble and Quickstep ice dance tests.

"I easily sank right into my blades and was so comfortable with my performance (in the Championships)," Jones said. "I felt like I really put everything I had out on the ice."

Lake Placid skating action continues Aug. 5 with the third Saturday Night Ice Show featuring four-time U.S. national bronze medalist ice dancers Madison Hubbell and Zachary Donohue.

For more information on other Lake Placid Skating programs, visit their website at www.lakeplacidskating.com

Save | Post a comment |

Recommend  Sign Up to see what your friends recommend.
G+

**Subscribe to Lake Placid News**

**Lake Placid News**

6179 Sentinel Road , Lake Placid, NY 12946 |

© 2018. All rights reserved.| Terms of Service and Privacy Policy

Exhibit 1-236

f  🐦  📷  SEARCH  🔍



HOME    ARCHIVES ⌄    IMAGE PORTFOLIO ⌄    SUBSCRIBE    ADVERTISE    CONTACT

# PONOMARENKO CONTINUES A FAMILY TRADITION

By Elvin Walker ©IFS | Jun 15, 2017



IFS NOV/DEC 2017

Last February marked the 25th anniversary of a golden night in ice dance at the 1992 Olympic Winter Games in Albertville, France for Marina Klimova and Sergei Ponomarenko. Married since 1984, Klimova, 50, and Ponomarenko, 56, now coach and choreograph a new generation of skaters in Morgan Hill, California.

Exhibit 1-237

The duo's involvement in the sport is not limited to their work, however. Their son, Anthony, 16, is the 2017 U.S. junior ice dance silver medalist with partner Christina Carreira.

While Klimova and Ponomarenko are proud of the progress their son and Carreira have made the past year, it was never their intention to become full-time skating parents.

Switch to Google Chrome for a better browsing experience.  chrome    Get Chrome Now

Initially hesitant, Klimova relented and allowed her then 7-year-old son to take lessons after a friend noted that he had potential. "He was a singles skater for the first four years or so, but we realized that he really liked to dance, so we thought maybe he should try to do ice dance," she recalled.

"We wanted Anthony to be able to skate, but we didn't want it to be everything," Ponomarenko added. "We just wanted it to be fun for him — to make a lot of friends and not have the pressure of competition."

It was inevitable that comparisons would be made once Anthony ventured into the family business. He is flattered when the similarities of his style and that of his parents are pointed out to him. "My mom had a lot of energy when she performed, and judges have complimented my energy in my performances," he said. "I've also been told that my father had the best knee bend in the world, and that they can see him in my knees."

Despite the comparisons, Klimova and Ponomarenko have made it clear that there is no expectation for Anthony to replicate their achievements. "It is a different sport now — you cannot compare," Ponomarenko said. "When I talk with him about skating, there is no pressure," Klimova added. "I tell him never to compare his skating to ours or anybody else's. I always encourage him to find his own way, and to represent himself in the best way he can."

That approach has benefited Anthony and Carreira. "My parents encourage me to be successful, but I don't feel pressure to replicate what they did," he said. "I am only a junior skater and not at their level. I want to have a good skating career that is based on my own achievements, and that's what my parents encourage me to do. I just focus on my own skating. I need to climb the ladder at my own pace, and my journey will be different from theirs."

Initially coached by his parents, Anthony moved to Novi, Michigan, — where Carreira was based — to work with Igor Shpilband. "My parents were a big part of my skating, but I felt like I needed a change," Anthony explained. "Kids don't really listen to their parents. I needed to make the move and the decision was mutual."

Exhibit 1-238

Though the move was easy for him, it was challenging for his parents, who remained in California. "Anthony brings so much enthusiasm to the home. He is always smiling and full of laughs. I never get bored with him around. Now it's so quiet," Klimova said. "The first year was hard and I could not adjust. He's still at a very difficult age so I made the decision to spend some time in Michigan with him. I drove him to school, cooked for him, and made sure that he was on the right track. It was good for us to spend that time together."

Switch to Google Chrome for a better browsing experience.    chrome     Get Chrome Now

Anthony goes home three or four times a year and said that he likes to spend a lot of time with his older brother, Timothy, during those visits. "We get along really well. When I am not at home, we text a lot, but when I am home we like to hang out. He comes to Michigan to visit me as well."

Carreira, 17, who was born in Montréal and speaks French as her first language teamed up with the younger Ponomarenko in 2014. "I was having trials with other guys and I saw him across the rink and knew I just wanted to skate with him," she recalled.

The duo claimed two silver medals on the Grand Prix circuit in 2016, which automatically assured them a place at the Junior Grand Prix Final in Marseille, where they placed a respectable fourth in their debut. "It was the coolest experience ever," Carreira said. "It was our first big competition. It was such an amazing feeling to compete with the best in the world. I'm a very competitive person, and I wanted us to skate the best programs we possibly could to get the best result. More importantly, it was an opportunity to learn from the senior level competitors at that event. We look up to all of them and they inspire us in so many different ways."

Ponomarenko said they went into the competition with a nothing-to-lose approach and that achieving a particular placement was not their goal. "We wanted to show our skating ability. We did two clean programs and that's all we asked for."

At the U.S. Championships in January, the duo was on a mission to earn one of the three spots up for grabs at the World Junior Championships. Third after the short dance, neither was expecting to leapfrog over the then reigning World junior champions (Lorraine McNamara and Quinn Carpenter) and land in second place. "It was a very nice surprise. We were really happy about it," Carreira said.

More surprises lay in store at World Juniors in March. The duo made a splash in their debut in Taiwan, skating into third place and taking home the bronze medal.

Exhibit 1-239

Carreira and Ponomarenko will remain in the junior ranks next season at both the national and international levels. Though the lure of competing on the senior stage in an Olympic year is tempting, they are focused on developing at their own pace. "We are planning to stay junior at least one more season, maybe two. We want to make sure that when we do move up, that we have improved everything so that we do not look like a junior team," Ponomarenko explained.

"It's important to us that we look like a senior team and to do that we have to continue to work on our maturity and strength. We need to work on bigger elements — overall speed and maturity and will keep working to keep going in an upward direction."

The 2018 U.S. Championships are scheduled to take place in Ponomarenko's hometown of San Jose, California. "I think that competing there will motivate us," Carreira said. "To prepare for the pressure, we will just train extra hard to ensure that we are fully prepared to stand up to that pressure."



Anthony Ponomarenko and his brother Timothy

Exhibit 1-240

Ponomarenko Continues a Family Tradition – International Figure Skating

Page 3 of 7



Anthony and Timothy with their mother, Marina Klimova



Sergei Ponomarenko with his sons Anthony and Timothy

## Don't miss a moment of the action as we head into the Olympic season!

Order your subscription to *International Figure Skating*

**SHARE THIS:**

Exhibit 1-241

Subscribe    Login    Register

HOME    SCHEDULE + RESULTS    SKATERS    NEWS    PHOTOS    FANS

# Parsons leapfrog Russians to take world junior title

## Carreira, Ponomarenko mine bronze; Russia's Zagitova wins ladies crown

Posted 3/18/17 by International Skating Union





*The U.S. ice dance medalists in Chinese Taipei -- Rachel Parsons and Michael Parsons (left), and Christina Carreira and Anthony Ponomarenko -- hoist the Stars and Stripes behind them during the medal ceremony. -Getty Images*

Team USA's Rachel Parsons and Michael Parsons came from behind to capture the ice dance title and Alina Zagitova of Russia won the ladies crown going away at the 2017 World Junior Figure Skating Championships.

**Free dance**

Exhibit 1-242

Case 1:18-cv-02406-APM   Document 1-7   Filed 10/21/18   Page 63 of 89

Parsons leapfrog Russians to take world junior title | icenetwork.com: Your home for figure skating and speed ...    Page 2 of 4

The Parsons danced off with the gold medal, edging Alla Loboda and Pavel Drozd of Russia by 0.55 points. Team USA's Christina Carreira and Anthony Ponomarenko rose from sixth after the short to claim the bronze medal in their debut at the world junior championships.

Skating to a new arrangement of "Singin' in the Rain," the Parsons earned five Level 4's as well as a Level 3 for their diagonal step sequence. The only glitch in the otherwise smooth performance was a somewhat wobbly rotational lift. Nevertheless, the U.S. champions posted a personal-best score of 97.54 for the free dance and totaled 164.82 points to overtake the Russians.

"It feels incredible for us," Rachel Parsons said. "Michael and I had a really good season so far, and this is just the perfect way to cap off our junior career. We couldn't be more happy."

Dancing to "Malagueña," Loboda and Drozd earned a Level 4 for their twizzles, lifts, spin and circular step sequence. The 2016 world junior bronze medalists scored 96.78 points in the segment, which added up to 164.37 overall.

"I want to say thank you to all couples, because today we all shared our passion with the crowd and I think people liked it," Drozd said. "We lived the music, and this is the most important thing. We felt each other from the first second of the program until the end."

Carreira and Ponomarenko's performance to "Exogenesis: Symphony Part III" by Muse featured four Level 4 elements and Level 3 footwork. The U.S. silver medalists set a new personal best of 94.15 in the free dance and accumulated 154.88 points overall to claim the bronze.

"We came in, just wanted to skate two clean programs, and we're very happy it ended this way," Ponomarenko said.

Russia's Anastasia Shpilevaya and Grigory Smirnov remained in fourth place with 152.66 points. Their country mates, Anastasia Skoptcova and Kirill Aleshin, slipped from third to fifth, and Majorie Lajoie and Zachary Lagha of Canada placed sixth.

Americans Lorraine McNamara and Quinn Carpenter, last season's world junior champions, finished seventh.

**Ladies free**

Exhibit 1-243

Zagitova earned the gold ahead of a couple of Japanese skaters, Marin Honda (silver) and Kaori Sakamoto (bronze). All three ladies set personal bests in the free skate.

Performing to *Don Quixote*, Zagitova reeled off seven triples -- all of which came in the second half of the program -- and earned Level 4's for her spins and footwork. The Junior Grand Prix Final champion garnered 138.02 points for her free skate and 208.60 overall to take the title in her debut at the world junior championships.

"Of course, it was very hard to skate right after Marin. I realized I could not make any mistake. If I make one mistake, I won't be first anymore; therefore, I was nervous," the 14-year-old said. "But when I got into my opening pose, all doubts disappeared."

Honda's performance to *Romeo and Juliet* featured a triple flip-triple toe as well as five more triples and Level 4 spins and footwork. The 2016 world junior champion was awarded 133.26 points for the performance and accumulated 201.61 overall.

"I believe I performed this year better compared to last year. However, I am still disappointed with the result and with the performance," the 15-year-old said.

Sakamoto completed seven triples and executed excellent spins and footwork in her routine to *The Color Purple*. Her segment score of 127.76 gave her 195.54 points overall.

"Two years ago, I could have won with this kind of performance. This year, the whole level of the competition is higher. So, I couldn't make any mistakes," Sakamoto said. "I am quite happy with my performance and that I didn't make any mistakes."

Eunsoo Lim of South Korea finished fourth with 180.81 points, followed by Japan's Yuna Shiraiwa (174.38 points) and Russian Stanislava Konstantinova (162.84).

Bradie Tennell of the United States took seventh, marking a four-spot improvement from her finish at the world junior championships last season.

Tennell's teammate, Starr Andrews, placed 12th.

Exhibit 1-244

Subscribe    Login    Register

HOME    SCHEDULE + RESULTS    SKATERS    NEWS    PHOTOS    FANS

# Parsons cap U.S. junior career with coveted gold

Carreira, Ponomarenko finish second; McNamara, Carpenter fall to third

Posted 1/20/17 by Lynn Rutherford, special to icenetwork



*The fact that Rachel Parsons and Michael Parsons won the junior dance title wasn't shocking -- but their margin of victory was. The brother-and-sister team that trains at the Wheaton Ice Skating Academy (WISA) in Maryland beat their closest competitors by more than 11 points on their way earning the gold medal. -Jay Adeff*

After three consecutive podium finishes, including silver medals the last two seasons, Rachel Parsons and Michael Parsons capped their U.S. junior career with a gold medal at the 2017 U.S. Figure Skating Championships on Friday.

Skating to Sophia Sin's "Singing in the Rain," the siblings moved eloquently from one element to another, their lines and positions as clear cut and fluid as their simple blue (Rachel) and gray

Exhibit 1-245

(Michael) costumes. The Junior Grand Prix Final champions executed six Level 4 elements with power and seeming ease, earning 103.91 points. Their total (176.33) outstripped the field by more than 11 points.

"I think our footwork (sequences) were better this skate than they've been all year so far," Michael said. "We're going to keep building on that and keep making them more consistent."

"Throughout the season, we've really come into our own, performance wise," Rachel said. "There is always room to improve there, but I think we're getting everything consistent so that we can compete at the level we know we can."

The team's coaches liked what they saw in Kansas City but think their skaters can be even stronger at the 2017 World Junior Figure Skating Championships in Chinese Taipei in March. They won world junior silver last season.

"We will continue to work on more connections, on bigger movements, on power, on projection," Alexei Kiliakov, the team's primary coach, said.

"They had a pretty strong skate," Elena Novak, their choreographer, said. "We worked a lot I think since the (JGP) Final, and we had certain goals to achieve here, and they did a pretty good job. I think we are moving in the right direction."

The Parsons, who teamed up in 2010 after skating with different partners, began training at the Wheaton Ice Skating Academy as young children. They practice side by side with longtime rivals Lorraine McNamara and Quinn Carpenter, the reigning world junior champions and two-time (2015-16) U.S. junior titlists, and generally placed behind their training mates until this season's JGP Final, where McNamara and Carpenter won bronze.

That scenario was repeated in Kansas City. McNamara and Carpenter skated a dynamic program to a dramatic rock medley, full of diverse emotions, holds and interesting lines, including a broken leg position from McNamara in the spin. But Carpenter fell during the team's diagonal step sequence, dropping the element to a Level 1 and costing the duo a one-point deduction. Second after the short dance, they finished third overall with 163.63 points.

"If you're always careful, you won't know how far you can push it and how much is too far," McNamara said. "Our goal is to really push it as far as possible, see what happens, see how expressive we can make it."

Exhibit 1-246

Case 1:18-cv-02406-APM   Document 1-7   Filed 10/21/18   Page 67 of 89

Parsons cap U.S. junior career with coveted gold | icenetwork.com: Your home for figure skating and speed sk...   Page 3 of 4

"[The fall] has never happened before, but I think they did their best skate of the year," their coach, Kiliakov, said. "Maybe with the emotions and excitement, that [caused the fall] a little bit. They feel good, they feel they achieved what we were working on, so hopefully they will do much better at junior worlds."

Christina Carreira and Anthony Ponomarenko, who train in Igor Shpilband's group in Novi, Michigan, took full advantage of the mistake, grabbing the silver medal with an elegant program to "Exogenesis: Symphony Part 3" by Muse that built in character and intensity. The couple, fourth at the JGP Final, gained Level 4's for all of their elements, earning 98.29 points for the free dance and finishing with 165.06 points.

"Our coach (Shpilband) really told us we needed to hit the musical accents, that it would help us look more mature, since senior teams always hit their accents," Ponomarenko said.

"Igor always tells us we really need to feel the music and skate to the music," Carreira said.

Ponomarenko, the son of 1992 Olympic ice dance champions Marina Klimova and Sergei Ponomarenko, doesn't let his parents' legacy intimidate him.

"I feel like this is my career, and I can try my best to get to their level someday," he said.

Another Shpilband team, Chloe Rose Lewis and Logan Bye, who were seventh in this event last year, performed a highly entertaining and musical program to a Gershwin medley. They placed fourth with 148.43 points.



Privacy Policy

About Our Ads

Terms

Blackout Restrictions

Login    Register

Exhibit 1-247

Google Chrome - Download Chrome Today

Chrome is a fast, secure and free browser for all your devices. google.com



# 2017 US Nationals Field Guide: Junior Ice Dance

The 9th-best American dance team is better than most countries' 2nd-best team. Enjoy your ice dance golden age, America.



It's part 3 of my comprehensive Nationals field guide series, and I'm still at the point where I think I'm going to get all of these done before the competition starts. (Shut up; I'm cute when I'm ambitious.) If you're just joining me now, take a minute to check out my overly enthusiastic Junior Men's Field Guide and, especially, my Junior Ladies' Field Guide, which explains the four-point rating system I'm using to loosely predict how each skater will rank. My purpose here is to highlight every athlete in the event, from the big names to those who just barely qualified, so that when you watch next week, you know who everyone is. Sometimes we forget, watching the skaters at the low end of the standings, how hard it is to put in the hours and pass the skills tests necessary to compete as a junior or senior at a National Figure Skating Championships in a talent-rich country like the United States.

In ice dance – this year and most years – if you have a partner, a set of programs, and the ability to complete a set of twizzles without dying, you'll get to Nationals. But implicitly, the bar is a bit higher than that, since America's top contenders in junior dance are among the best in the world. The less accomplished teams might not be anywhere close to the same level of difficulty and performance quality as the medalists – in fact, their combined scores probably won't reach the scores that McNamara & Carpenter or Parsons & Parsons earn in the free dance alone – but the 9th-best American dance team is better than most countries' 2nd-best team. Enjoy your ice dance golden age, America.

Exhibit 1-248

**Outlook for Nationals:** It's hard to make predictions about a team so new that they've only competed together twice, but things look great for Avaz and Katsman so far. They look like a natural fit as a team, already skating close together and matching their extensions well. Avaz and Katsman also have their pattern dances down cold, which is why they've been posting such strong scores in the short dance. They need more time to develop their consistency and their chemistry before they become real contenders, but they're **On the Rise** already.

### Christina Carreira & Anthony Ponomarenko



2016 ISU Junior Grand Prix · Saransk · Free Dance · Christina CA...

**The Basics:** Carreira and Ponomarenko are both 16 years old. They've been skating together since 2014. Before that, Carreira represented Canada with Simon-Pierre Mallette-Paquette, while Ponomarenko skated with Sarah Feng. She's originally from Montreal, and he from San Jose, but they now train in Novi, Michigan, with Igor Shpilband. Carreira belongs to the Skating Club of New York, and Ponomarenko to the Skating Club of San Francisco.

**Season So Far:** Carreira and Ponomarenko have been ascending the international ranks for some time, but this season confirmed them as rising stars. They demolished the field at the Chesapeake Open, winning by over 16 points. At the Lake Placid Championships, they struggled uncharacteristically in the short dance but rebounded with a terrific free dance score, placing second behind McNamara and Carpenter. From there, it was on to the Junior Grand Prix, where they placed second in both of their events, St. Gervais and Saransk. They were especially stunning at the latter, earning high grades of execution for their beautiful lifts and interpreting their haunting free dance with impressive maturity. At the Junior Grand Prix Final, they looked a little nervous, but their efforts were good enough for 4th place, only about 3 points shy of the podium.

**Outlook for Nationals:** It's a bummer for Carreira and Ponomarenko that McNamara/Carpenter and Parsons/Parsons decided to spend one more year in juniors, because if those teams had moved up, these two would have had it in the bag. As it stands, they're a little less experienced and a little less polished than those teams, and it shows in their lower components scores as well as their struggle to earn top levels for their step sequences. In a year or two, they'll be exceptional, but right now, they're still growing. That said, they're miles better than any other team their age – not only in America but in the world – and will have no trouble blazing ahead of the majority of the field, both technically and artistically. They're the strongest **Dark Horses** of this event.

### Alina Efimova & Alexander Petrov

Exhibit 1-249



**icenetwork**   SCHEDULE + RESULTS   SKATERS   NEWS   PHOTOS   VIDEO   FANS   Subscribe   REGISTER LOGIN

# Russia dominates Junior Grand Prix on home soil

Samarin, Tsurskaya win singles golds; Team USA earns two silvers

Posted 9/17/16 by Mimi McKinnis, special to icenetwork



*Alexander Samarin of Russia ran away with the men's title in Saransk, winning the gold by more than 23 points. -Getty Images*

Russia earned the top spot in all four disciplines at the fourth event in the 2016 Junior Grand Prix Series in Saransk, Russia.

### Ladies

Polina Tsurskaya led a podium sweep in the ladies event, earning an overall score of 183.73. She opened her *Game of Thrones* short program with a triple lutz-triple toe combination and followed that with a triple loop and double axel in the second half of the program. Her segment score of 69.02 gave her a 4.64-point lead heading into the final segment -- enough to take home gold despite a second-place finish in the free skate.

Despite two falls in her free skate to "Vai Vedrai" from *Cirque du Soleil*, Stanislava Konstantinova earned silver with 175.20 points.

In fourth place after the short, Elizaveta Nugumanova won the free skate to take the bronze in her JGP Series debut. Nugumanova landed seven triple jumps -- including a triple loop-triple loop combination -- in her program to music from *Swan Lake*.

Team USA's Brynne McIsaac finished eighth with 132.39 points.

### Men's



**CONNECT**

**RELATED ITEMS**

In it to Brynne it: McIsaac blogs from JGP Russia

**MORE HEADLINES**

Russian Solyanka: How Zagitova beat Medvedeva

Kostner hopes to leave impression with her skating

Zagitova triumphs on strength of stunning free

Papadakis, Cizeron continue reign over Europe

Fernández: In quad debate, more not always better

Russian Solyanka: Hotárek a model of consistency

The run continues: Fernández wins European gold

Papadakis, Cizeron showcase brilliance in Moscow

Russian Solyanka: Massot's ailing back acting up

Tarasova, Morozov claim second European title

More »

Exhibit 1-250

Alexander Samarin opened his JGP season by winning the men's title in Saransk. In the free skate, Samarin took the ice to "Maybe I Maybe You" by Scorpions, landing a quadruple toe, back-to-back triple axels -- one in combination with a double toe -- and five additional triple jumps en route to a segment score of 154.99. He finished the week with 228.33 points, 23 more than his closest competitor.

In third place after the short program, Team USA's Andrew Torgashev turned in a solid free skate to "Bohemian Rhapsody" to claim his first career JGP medal, a silver. Despite a fall on a triple axel, Torgashev earned a personal-best 139.44 points for his program.

Representing Czech Republic, Matyas Belohradsky survived a fourth-place showing in the free to win the bronze. Belohradsky, who finished ninth at the JGP in his home country earlier this month, posted personal-best marks across the board in Russia, earning a total score of 192.60.

Torgashev's teammate, Eric Sjoberg, finished seventh with 177.21 points.

**Pairs**

Russia's second podium sweep came in pairs, where Anastasia Mishina and Vladislav Mirzoev easily won the title. Their final competition score of 175.82 was 23.25 points more than that of their nearest challengers, Aleksandra Boikova and Dmitrii Kozlocskii.

Skating to "Saragina Rumba" by Hippies, Mishina and Mirzoev earned a personal-best 63.93 points for their short program, which included a throw triple flip, side-by-side double axels and four Level 4 elements.

Boikova and Kozlocskii made their JGP debut at the event, earning silver despite falls on both of their triple loop elements -- throw and side-by-side jumps -- in their "Justification of Life" free skate. The duo set personal bests across the board this week.

Ekaterina Borisova and Dmitry Sopot completed the podium sweep, winning bronze with 150.76 points. Despite a fall on their axel combo in their free skate to "Still Loving You" by Scorpions, the pair earned a score of 96.02 for the performance, the second highest of the day.

Americans Nica Digerness and Danny Neudecker, and Sarah Rose and Joseph Goodpaster finished sixth and seventh, respectively.

**Ice dance**

Alla Loboda and Pavel Drozd won for the home country in ice dance, setting personal-best scores across the board. The reigning JGP Final silver medalists earned 161.87 total points after performing a free dance to "Malagueña" worth 96.91 points.

Team USA's Christina Carreira and Anthony Ponomarenko earned their second JGP silver of the season, having also stood on the second step of the podium at JGP France last month. The Americans also recorded personal-best scores in each segment of the competition, including a final mark of 157.19.

Exhibit 1-251

Russia dominates Junior Grand Prix on home soil | icenetwork.com: Your home for figure skating and speed skating.

1/22/18, 2:27 PM

Loboda and Drozd's teammates, Sofia Shevchenko and Igor Eremenko, finished third with 141.67 points to take home their third career JGP bronze medal.

# icenetwork

Copyright © 2006 - 2018 Ice Network, LLC

SCHEDULE + RESULTS
SKATERS
NEWS
PHOTOS
VIDEO
FANS
SUBSCRIBE
REGISTER
LOGIN

PRIVACY POLICY
ABOUT OUR ADS
TERMS OF USE
HELP CENTER
BLACKOUT RESTRICTIONS
CONTACT US

TWITTER
FACEBOOK
INSTAGRAM

Exhibit 1-252

French top Americans for dance title at JGP France | icenetwork.com: Your home for figure skating and speed ...   Page 1 of 3

Subscribe    Login    Register

HOME    SCHEDULE + RESULTS    SKATERS    NEWS    PHOTOS    FANS

# French top Americans for dance title at JGP France

Savosin rallies to take gold as Russia places 1-2 in men's competition

Posted 8/27/16 by icenetwork



*France's Angélique Abachkina and Louis Thauron won the dance title at JGP France with a total score of 152.17 points. -Getty Images*

France's Angélique Abachkina and Louis Thauron edged out Team USA's Christina Carreira and Anthony Ponomarenko for ice dance gold, while Russia's Roman Savosin earned a comfortable victory in the men's event to wrap up competition at the Junior Grand Prix (JGP) in Saint Gervais, France, on Saturday.

**Ice dance**

Exhibit 1-253



**Jusqu'à 16 000 $ en prix**

Participez en cotisant à un REER ou
à un CELI avant le 1ᵉʳ mars 2018.

Caisse Desjardins de l'Envolée
Caisse Desjardins Thérèse-De Blainville



Christina Carreira, accompanied by her dance partner, Anthony Ponomarenko of the United States.

Exhibit 1-254



2016-02-18 | SPORTS

# Christina Carreira dreams at the Olympics



Christian Asselin
casselin@groupejcl.ca

**A 16-year-old female ice dancer, Christina Carreira de Boisbriand has dreamed, from an early age, not of participating in the Olympic Games, but of winning the gold medal. Since that time, every day that passes, she gets closer to her goal ...**

With her partner Anthony Ponomarenko, the girl has been training for three years now in Novi, a small town in the suburbs of Detroit, Michigan, with their trainer, Igor Shpilband. Representing the United States on the international scene, the pair of skaters won the silver medal, among juniors, last year, during a Grand Prix presented in Torun, Poland.

The two skaters are now preparing to fly to Gervais, France, where, from August 22 to 28, they will participate in the first Grand Prix of the season in hopes of climbing the podium. From December 12 to 18, they will travel to Saransk, Russia, for their second Grand Prix.

" *The goal* ," said Christina's mother, Lynda Beaulne, " *is to get a medal on both Grand Prix to be in the grand junior final and the Grand Prix senior in Marseille in December* ."



NOUS EMBAUCHONS!

On the American stage, the two skaters will also want to improve their 4th position in the 2015-2016 season, despite being in first place in the short program they presented to Baltimore at the Chesapeake Open, in June.

Exhibit 1-255




## Training hours

Christina and her partner have been training together since April 2014. Last year, after their participation in the two Junior Grand Prix, they were ranked 7th in the world. To achieve this level of performance, they spend many hours on and off the ice to fine-tune their technique and keep fit.

" *Training weeks are like weeks of work,* " says Beaulne, adding that her daughter spends an average of four hours a day on the ice, in addition to her ballet, mime, acrobatics and overtime she goes to gym.

## It all started in the region

It was at the age of 3 that Christina started skating. First in Saint-Jérôme, then in Boisbriand, Rosemère and Laval.



" *She was a little flea on the ice!* His mother recalls.

Baby, Christina had pneumonia, jaundice and had both hips dislocated.

" *The orthopedic surgeon at the Montreal Children Hospital told us that she would walk, but that she would never run. A chance he does not see her go!* "

Through perseverance, she quietly achieved her goals until she was noticed by Anthony's mother, her current partner, at competitions at Lake Placid in 2011 and 2012. Already "in a relationship" The proceedings had however aborted, but it was only part of delivery ...

Christina is close to realizing her dream and that's why the coming years will be decisive. But looking at everything she has accomplished so far, everything is possible in her case!



Exhibit 1-256

# Summer Skating: Lake Placid Ice Dance Championships Recap!



**BY SRASHER**
AUG. 01, 2016

Exhibit 1-257



I t's the middle of summer, but this past weekend was one of the busiest on the skating calendar. With four club competitions in North America attracting high-profile competitors, plus a Japanese ice show at which several skaters debuted new competitive programs, I have a lot of blogging to do this week. I'll start with the event that I watched live and then try to spend the rest of the week not getting too behind on the news.

The Lake Placid Ice Dance Championships are unique in the figure skating world. As the name implies, there are no singles or pairs events, and skaters can compete in categories seldom seen elsewhere, like solo ice dance. Even at the highest levels, there are multiple categories: junior and senior teams can choose to compete in the international category, with more stringent judging, or in a more relaxed championship event. Top teams appear in both, based on a calculus of preparedness and reward that only their coaches are certain of. Lake Placid's location - in the state of New York, but closer to Ottawa and Montreal than to New York City - makes the competition attractive to skaters from both sides of the border, as well as to athletes from all over the world. And this year, for less money than I would have spent on an evening at the movies, there was a live stream. I watched all the junior and senior events, tweeting diligently, with remarks on every performance by every team. Here, I'll limit myself to the skaters and programs that stood out to me most.

Among the lower-ranked juniors, several Canadian teams caught my eye. Ashlynne Stairs and Lee Royer have some catching up to do technically, but their programs were terrific fun, especially their free skate to an all-George-Harrison Beatles medley. Alicia Fabbri and Claudio Pietrantonio showed off impressively fast twizzles and overall precision, and Danielle Wu and Nik Mirzakhani balanced theatrical grace with more difficulty than I would have expected from a team I'd never heard of before. I also need to give credit to Anton Spiridinov, who skates for Great Britain with Leticia Marsh, and who is the kind of incorrigible ham that makes figure skating worthwhile.

None of these teams could hold a candle to the Americans, though. They swept the podium in both junior events, with the top teams earning higher scores than most of the senior-level skaters and setting the stage for an even more thorough American domination of junior ice dance this season than last year. Pint-sized up-and-comers Eliana Gropman and Ian Somerville couldn't sell the judges on their Backstreet Boys short dance, which contained some lyrics that seemed a bit off-color for skaters their age, but they roared back with a charming free dance to the *Le Petit Prince* soundtrack.

Exhibit 1-258

Case 1:18-cv-02406-APM   Document 1-7   Filed 10/21/18   Page 79 of 89

SportsBlog :: Sarah Explains the Finer Sports :: Summer Skating: Lake Placid Ice Dance Championships Recap! Page 5 of 10

In theory, the non-international competition should have been more laid back, and it was in seniors. In fact, there's not much to report in the senior-level championship division. Danielle Thomas and Daniel Eaton won, but with scores low enough that they seem destined to sink deeper into the crowded US ranks. The junior-level championship division, on the other hand, was as competitive at the top as the international event. Caroline and Gordon Green, moving up to juniors after winning US National gold at the novice level this past winter, are definitely ready for a bigger stage. Their free dance, to music from the *Pulp Fiction* soundtrack, had a refreshing sense of humor as well as lots of speed, poise, and edge control. They placed a solid third, some distance behind the top two teams, but with potential to move way up as they mature.

▶ YOUTUBE ANEMON101



Christina Carreira and Anthony Ponomarenko made an argument for themselves as one of the top junior teams in America - and maybe the world - with a surprise Junior Grand Prix medal last season. They're so fast, and capable of such complex elements, that I predicted they might spoil for bronze at Nationals. They just missed out on that, and it looks like they're on a mission to close the gap. Their new programs seem strategically designed to showcase their maturity and connection, but unfortunately, they fell flat for me. In their short program, a big step out in their twizzles broke the spell, and Ponomarenko looked bored whenever Carreira turned up her slinky hip swivel. Their free dance fell prey to a poor music choice: Muse's "Exogenesis" has gotten tired from overuse, and their interpretation felt bland and generic. Their raw talent and power still blow me away, but I feel like their choreography in both programs is forcing them to pretend to be something they're not. Their performances were good enough for 2nd place but not distinctive enough to make a big statement at the Junior Grand Prix, I fear.

▶ YOUTUBE DIODIO0013PLUS





**FRUITERIE**

**ARRIVAGE FRAIS TOUS LES JOURS**
Qualité impeccable • Prix imbattables

POTAGER
Saint-Eustache

Cliquez ici
pour consulter nos
nombreux spéciaux
DU JEUDI AU MERCREDI



Christina Carreira and Anthony Ponomarenko won a silver medal in Torun, Poland .

👍 J'aime

Exhibit 1-260

Christina and Anthony stand out in Poland

2015-10-06 | SPORTS

# Christina and Anthony stand out in Poland



Martin Leclerc
mleclerc@groupejcl.ca



**Christina Carreira of Boisbriand and Anthony Ponomarenko of California earned the silver medal in dance at the Grand Prix of Figure Skating in Torun, Poland.**

The couple was second after the short program with a score of 61.13. With a score of 85.02 for the free program, the couple was able to secure second place at this Grand Prix.

Christina and Anthony are a couple in dance and are in their second season together. They are 14 and 15 years old respectively and are among the youngest Junior World Level Ice Dancers. La Boisbriannaise is associated with the Skating Club of New York while the Californian comes from the Skating Club of San Francisco. They train together in Detroit under Igor Shpilband.

After finishing fourth in their first Grand Prix Junior in Riga, Latvia, at the end of August, Christina and Anthony achieved the second highest score in Poland and now rank third in the world.



PERDEZ DE 2 À 5 LIVRES PAR SEMAINE!

Cabinet de
Naturopathie Familiale

· PERTE DE POIDS
· ALIMENTATION PERSONNALISÉE
· MÉDECINE ALTERNATIVE
· BILAN DE NATUROPATHIE

1re CONSULTATION GRATUITE!

They will compete at the US West Sectional Championships in Los Angeles, California next November, and at the US National Championships in St. Paul, Minnesota, in January 2016.



Exhibit 1-261

HOME / SPORTS / *TWO CRUCIAL MONTHS FOR CHRISTINA CARREIRA*

- PUBLICITY -



Christina Carreira and Anthony Ponomarenko continue their climb that could lead them to the World Junior Figure Sk

Exhibit 1-262

**2014-11-21 | SPORTS**



Recherche


**Marco Brunelle**
mbrunelle@groupejcl.ca



La Boisbriannaise Christina Carreira starts a crucial portion of the schedule that could lead her to the World Junior Figure Skating Championships, along with her partner Anthony Ponomarenko.

Based in Detroit for a few years to train under the rule of Igor Shpilband, Carreira now wears the colors of the United States, since she teamed up with Ponomarenko, the son of the former triple Olympic champions, Sergei Ponomarenko and Marina Klimova.

The ice dancing couple left Detroit on Tuesday to travel to Spokane, where they will compete in a competition featuring the best skaters on the West Coast.

The goal is to qualify for the US Championships to be held in January in Greensboro, Carolina. A formality for the couple, but a necessary step.

This fall, they took part in two international Grand Prix junior competitions, even though they are only 15 years old, for Christina, and 14 years old, pure Anthony. Other skaters are up to 20 years old.

In the Czech Republic, they ranked fifth out of 17, while in Estonia they ranked fourth.

Exhibit 1-263

J'aime merican hierarchy, Carreira and Ponomarenko are fourth. The first three pairs of ice dancers at the US Championships will get their passes for the Junior World Championships, which will be held in Tallinn, Estonia, from March 2nd to 8th.

This is where the young couple got their best result of the season with a collection of 127.60 points. They finished two rows ahead of another American couple, Holly Moore and Daniel Klaber (19 and 20), who had 126.95 points.

It is this couple who ranks third for the moment in the American hierarchy.

Carreira and Ponomarenko have been skating together since April, and they are the youngest ice dancing couple aspiring to compete at the World Junior Championships.

This season is not an end in itself, but a learning step. Although they would like to continue this learning until the World Junior Championships, they have already exceeded their season goal by leaving their mark in the two international competitions in which they took part.

**0 commentaires**                                                                 Trier par    **Plus ancien**

Ajouter un commentaire...

plugin Commentaires Facebook

Exhibit 1-264

HOME / SPORTS / *CHRISTINA CARREIRA AND HER NEW PARTNER FINISH FIFTH*

- PUBLICITY -



Christina Carreira and her new partner

Exhibit 1-265

2014-09-22 | SPORTS

# Christina Carreira and her new partner finish fifth

Ostrava Junior Grand Prix



**Marco Brunelle**
mbrunelle@groupejcl.ca

Recherche



La Boisbriannaise Christina Carreira and her new partner, Anthony Ponomarenko, have been skating together for only five months, which did not prevent them from finishing fifth in their first international competition.

Only 14-year-old Christina and 13-year-old Anthony took part in the Ostrava Grand Prix in the Czech Republic, as did 16 other pairs of ice dancers, aged 18 and over. 19 years old.

They finished fourth in the short program and fifth in the long program.

As Anthony is an American and Christina trains in the country of Uncle Sam, the couple skates under the colors of the United States. Christina's new partner has something to retain since he is the son of triple Olympic champions Marina Klimova and Sergei Ponomarenko.

From September 24 to 27, they will compete in their second Grand Prix of the season in Tallinn, Estonia.

у for Mallette-Paquette

Exhibit 1-266

12/14/2017                                Christina Carreira and her new partner finish fifth

**The Boisbriannaise was teaming with Lorrain Simon-Pierre Mallette-Paquette, but the latter suffered a back injury. Christina Carreira trained alone for nine months before making the decision to change partners.**

**0 commentaires**                                               Trier par   **Plus ancien**

Ajouter un commentaire...

plugin Commentaires Facebook

J'aime



**« PREVIOUS ARTICLE**

 September 22, 2014
Sports

The Nordiques miss their return

**NEXT ARTICLE »**

September 23, 2014
Sports

Nordics brought back to earth

**ON VIDEO**

Exhibit 1-267



SUSAN FORTINO
312-341-9009
LAW OFFICES OF SUSAN FORTINO-B
53 W. JACKSON BOULEVARD, STE 1
CHICAGO IL 60604

**3 LBS**

**PAK**

**1 OF 1**

SHIP TO:
US CITIZENSHIP & IMMIGRATION SRVC
NEBRASKA SERVICE CENTER
PREMIUM PROCESSING
850 S. STREET
LINCOLN NE 68508-1225

**NE 685 0-01**

UPS NEXT DAY AIR SAVER **1P**

TRACKING #: 1Z 8RW 004 13 9260 4431

BILLING: P/P

Reference#1: Carreira EB-1

UIS 20.0.42    MACM'50 99.0A.04/2018

Exhibit 1-268

Exhibit 1-269