# COMPLAINT EXHIBIT TWO

Exhibit 2-1

May 31, 2018

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521

 **U.S. Citizenship and Immigration Services**

CHRISTINA CARREIRA
c/o SUSAN RENEE FORTINO BROWN
LAW OFC OF SUSAN FORTINO BROWN
53 W JACKSON STE 1160
CHICAGO, IL 60604


LIN1816150520


A215-532-695

RE: CHRISTINA CARREIRA
I-140, Immigrant Petition for Alien Worker



## REQUEST FOR EVIDENCE

### **PREMIUM PROCESSING**

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER. THE ORIGINAL NOTICE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your form. Please provide the evidence listed on the attached page(s). Include duplicate copies if you are requesting consular notification.

**Your response must be received in this office by August 26, 2018.**

Please note that you have been allotted the maximum period allowed for responding to an RFE. The time period for responding cannot be extended. 8 CFR 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided above. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. 8 CFR 103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a full and __complete__ English translation. The translator must certify that the translation is accurate and he or she is competent to translate from that language to English. **If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.**

Processing of your I-140 will resume upon receipt of your response. If you have not heard from USCIS within **20 days of responding**, you may contact the USCIS National Customer Service Center (NCSC) at **1-866-315-5718**. If you are hearing impaired, please call the NCSC TDD at

**1-800-767-1833.**

Reference is made to this Form I-140, Immigrant Petition for Alien Worker, seeking E11 immigrant classification as an individual of extraordinary ability for CHRISTINA CARREIRA (petitioner and beneficiary), filed on his/her own behalf on May 21, 2018.

The beneficiary intends to work as a/an Junior Level International Ice Dance Competitor.

The E11 immigrant classification applies to individuals with extraordinary ability in the sciences, arts, education, business, or athletics. The individual must demonstrate that he has sustained national or international acclaim and that his achievements have been recognized in the field of expertise, indicating that he is one of that small percentage who have risen to the very top of their field of endeavor. The individual must plan to continue to work in his area of extraordinary ability and must substantially benefit prospectively the United States.

To process the petition and determine if the beneficiary is eligible, additional information is required. This request provides suggested evidence that you could submit to satisfy each requested item. You may submit one, some, or all of these items. Or, you may choose to submit none of them, and instead submit other evidence to satisfy the request. You may also explain why or how the evidence in the record already establishes eligibility. Please note, however, that you are responsible for providing evidence that best shows the beneficiary meets all requirements. The evidence must show that the beneficiary was eligible for the requested benefit when you filed the Form I-140.



A two-part analysis is used to determine whether the beneficiary is an individual of extraordinary ability:

- First, we determine whether the petitioner has submitted evidence to show that the beneficiary:
  o Has received a one-time achievement (a major internationally recognized award); or,
  o Qualifies under at least three of the ten criteria required for this classification.
- Second, if the petitioner establishes that the beneficiary has received a one time achievement (a major internationally recognized award), or meets at least three of the other criteria, we then determine whether the petitioner has submitted evidence demonstrating that the beneficiary:
    - Has sustained national or international acclaim.
        - In determining whether the beneficiary has enjoyed "sustained" national or international acclaim, such acclaim must be maintained. A beneficiary may have achieved extraordinary ability in the past but then failed to maintain a comparable level of acclaim thereafter; and,
    - Has achievements that have been recognized in the field of expertise, indicating that the beneficiary is one of that small percentage who has risen to the very top of the field of endeavor.

The petitioner has provided documentation under the following regulatory areas:

- Documentation of the alien's receipt of lesser nationally or internationally recognized prizes or awards for excellence in the field of endeavor;

- Documentation of the alien's membership in associations in the field for which classification is sought, which require outstanding achievements of their members, as judged by recognized national or international experts in their disciplines or fields;

- Published material about the alien in professional or major trade publications or other major media, relating to the alien's work in the field for which classification is sought. Such evidence shall include the title, date, and author of the material, and any necessary translation;

- Evidence of the display of the alien's work in the field at artistic exhibitions or showcases;

- Evidence that the alien has performed in a leading or critical role for organizations or establishments that have a distinguished reputation;

A discussion follows addressing the areas of insufficiency and what could be submitted to overcome them.

**Evidence of a one-time achievement (a major internationally recognized award);**

No evidence submitted

***Documentation of the beneficiary's receipt of lesser nationally or internationally recognized prizes or awards for excellence in the field of endeavor.***

Criterion not met



The record shows that you were the recipient of Silver and Gold awards at national and international ice skating competitions, but we do not consider such an honor to be a nationally or internationally recognized prize or award for excellence in the field of endeavor, because it is limited to members of that association and participants of those competitions; thus, such evidence has no probative value for meeting this criterion.

To establish that they are nationally or internationally recognized prizes or awards, you may submit documentary evidence demonstrating:

- the criteria used to give the prizes or awards
- national or international media coverage of prizes or awards
- the reputation of the organization granting the prizes or awards
- who are considered for the prizes or awards, including the geographic scope from which candidates may apply
- how many prizes or awards are awarded each year
- previous winners who enjoy national or international acclaim
- how prizes or awards are given for excellence in your field

You may submit any other information about the prizes or awards that would help establish that the prizes or awards should be considered as nationally or internationally recognized prizes or awards for excellence in the field of endeavor.

Note: For each prize or award please also submit any of the following:

- a copy of each prize or award certificate
- a clear photograph of each prize or award
- a public announcement regarding the awarding of the prizes or awards issued by the granting organization

***Documentation of the beneficiary's membership in associations in the field for which classification is sought. The association must require outstanding achievements of their members, as judged by recognized national or international experts in their disciplines or fields.***

Criterion not met

The plain language of this criterion requires evidence (1) of membership in associations, (2) that the associations be in the alien's academic field, and (3) that the associations require outstanding achievements of their members as judged by recognized national or international experts in their disciplines or fields.

You submitted evidence in the form of letters from experts that you are a member of the U.S Figure Skating and the Skating Club of New York, but no evidence that the associations require outstanding achievements of their members as judged by recognized national or international experts in their disciplines or fields. Requirements that only include employment or activity in a given field; minimum education, experience, or achievement; recommendations by colleagues or current members; or payment of dues do not satisfy this criterion since these requirements do not constitute outstanding achievements.

To assist in determining that your memberships satisfy this criterion, you may submit:

- information to establish that the individuals who review prospective members' applications are recognized as national or international experts in their disciplines or fields
- the section of the association's constitution or bylaws which discuss the qualifications required of the reviewers on the review panel of the association

***Published material about the beneficiary in professional or major trade publications or other major media. The materials must relate to the beneficiary's work in the field for which classification is sought.***

Criterion not met

In order for published material to meet this criterion, it must primarily be about you relating to your work in the field and, as stated in the regulations, be printed in professional or major trade publications or other major media. To qualify as major media, the publication should have significant national or international distribution. You would not earn acclaim at the national level from a local publication. Some newspapers, such as *The New York Times*, nominally serve a particular locality but, unlike local papers, would qualify as major media because of significant national distribution.

You submitted articles from Time Magazine, trade publications, and local newspapers, but published material must not simply be about your work, but about you—though it may not be unrelated to your work. While the reviews praise your performances, they cannot be considered to be primarily about you, relating to your work. Rather, they are primarily about the event at which you and many others performed.

To assist in determining that the publications qualify as professional or major trade publications or other major media, you may submit evidence indicating:

- the title, date, and author of the published material
- the circulation (online and/or in print)
- comparative circulation data of major publications in the field



- the intended audience of the publication

Note: The evidence submitted should be specific to the media format in which it was published. If the material was published online, the evidence should relate to the website. If it was published in print, the evidence should relate to the printed publication.

***Evidence of the beneficiary's participation, either individually or on a panel, as a judge of the work of others in the same or an allied field of specialization for which classification is sought.***

No evidence submitted

***Evidence of the beneficiary's original scientific, scholarly, artistic, athletic, or business-related contributions of major significance in the field.***

No evidence submitted

***Evidence of the beneficiary's authorship of scholarly articles in the field, in professional or major trade publications or other major media.***

No evidence submitted

***Evidence of the display of the beneficiary's work in the field at artistic exhibitions or showcases.***

Criterion not met

The plain language of the regulation at 8 C.F.R. § 204.5(h)(3)(vii) requires that work be displayed "at artistic exhibitions or showcases." In general, since "artistic" is cited in the regulation, this criterion applies to artists. Here, the Petitioner is an ice skater who participates at "athletic" competitions. The Petitioner displays their work in arenas and other venues as a competitive ice skater rather than as an artist.

The interpretation that 8 C.F.R. § 204.5(h)(3)(vii) is limited to the visual arts is longstanding and has been upheld by a federal district court. *Negro-Plumpe v. Okin,* 2:07-CV-820-ECR-RJJ at *1,*7 (D. Nev. Sept. 8, 2008) (upholding an interpretation that performances by a performing artists do not fall under 8 C.F.R. § 204.5(h)(3)(vii)). As you are not a visual artist and have not created tangible pieces of art that were on display at exhibitions or showcases, you have not submitted qualifying evidence that meets the plain language requirements of the regulation at 8 C.F.R. § 204.5(h)(3)(vii). Accordingly, you have not established that you have met this regulatory criterion.

***Evidence that the beneficiary has performed in a leading or critical role for organizations or establishments that have a distinguished reputation.***

Criterion not met

You submitted letters of support from experts in your field in support of this criterion, however you may not use your skating competitions to meet this criterion, because an ice skater cannot claim to have performed a leading or critical role where myriad others have also performed, unless, of course, your work is the mainstay of the competition, et al., but the evidence does not support such a claim.



*<u>Evidence that the beneficiary has commanded a high salary or other significantly high remuneration for services, in relation to others in the field.</u>*

No evidence submitted

*<u>Evidence of commercial successes in the performing arts, as shown by box office receipts or record, cassette, compact disk, or video sales.</u>*

No evidence submitted

As discussed above, the beneficiary has not garnered a one-time achievement award or met at least three of the ten criteria. As such, USCIS is affording the petitioner the opportunity to submit additional evidence to establish that the beneficiary meets the regulatory criteria. The response to this request should address the insufficiencies articulated by USCIS in this request.

**Additionally, meeting the minimum regulatory criteria outlined above, alone will not establish eligibility for the E11 immigrant classification. Any evidence submitted in response to this request, should also articulate how the evidence establishes that the beneficiary possesses the required high level of expertise for the E11 immigrant classification.**

This is the petitioner's opportunity to articulate further details or provide additional evidence in regards to how the evidence submitted in the initial filing or in response to this Request for Evidence establishes that the beneficiary meets the requirements regarding the required high level of expertise for the immigrant classification.

Establishing eligibility for the high level of expertise required for the E11 immigrant classification is based on the beneficiary possessing:

- Sustained national or international acclaim.
  - In determining whether the beneficiary has enjoyed "sustained" national or international acclaim, such acclaim must be maintained. A beneficiary may have achieved extraordinary ability in the past but then failed to maintain a comparable level of acclaim thereafter; and,
- Achievements that have been recognized in the field of expertise, indicating that the beneficiary is one of that small percentage who has risen to the very top of the field of endeavor.

In conclusion, when ultimately making a final decision regarding eligibility, USCIS will first evaluate the evidence submitted by the petitioner to determine which regulatory criteria the beneficiary meets in part one of the analysis. If the petitioner establishes that the beneficiary has received a one-time achievement (a major internationally recognized award) or meets at least three of the antecedent evidentiary prongs, then USCIS will evaluate all of the evidence in the record to make a final merits determination of whether or not the petitioner, by a preponderance of the evidence, has demonstrated that the beneficiary has sustained national or international acclaim and that the beneficiary's achievements have been recognized in the field of expertise, indicating that the beneficiary is one of that small percentage who has risen to the very top of the field of endeavor.



This is the petitioner's opportunity to meet his legal burden of proof to establish eligibility in all respects. Whenever any person makes an application for an immigration benefit, he shall bear the burden of proof to establish eligibility for the benefit sought. Therefore, the petitioner must prove, by a preponderance of the evidence, in other words, that it is more likely than not, that the beneficiary is fully qualified for the benefit sought. Accordingly, the decision will be based on the initial evidence submitted upon filing and all additional evidence submitted in response to this request.

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL. PLEASE USE THE ENCLOSED ENVELOPE TO MAIL ADDITIONAL EVIDENCE REQUEST BACK TO THIS OFFICE.**

**When you mail your response to this Office, please mark the envelope with a blue stripe on the end and write PREMIUM RFE on the envelope and mail to:**

NEBRASKA SERVICE CENTER
P.O. BOX 87103
LINCOLN, NE 68501-7103

**If you choose to mail your response by courier to the Center's physical address, please write Premium Processing, P.O. Box 87103 on both sides of the envelope.**

Sincerely,

Loren K. Miller
Director
Officer: 0024

