# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CHRISTINA CARRIERA,**

Plaintiff

    against

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**

Defendant.

Case No.:

MOTION FOR SUMMARY JUDGMENT

## MOTION FOR SUMMARY JUDGMENT

The plaintiff moves the Court for summary judgment under Rule 56(a) of the Federal Rules of Civil Procedure on her complaint because there is no genuine dispute as to any material fact and the plaintiff is entitled to judgment as a matter of law.

Plaintiff relies upon the statement of points and authorities submitted with this motion as well as the exhibits submitted with her Complaint.

Respectfully submitted, this  day of October,  2018

/s/ *Michael E. Piston*
Michael E. Piston
MI 002
Attorney at Law
225 Broadway,
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

### CERTIFICATE OF SERVICE

I certify that the foregoing with served upon the defendant in this action by commercial courier at the following addresses:

United States Citizenship and Immigration Services
c/o Civil Process Clerk
United States Attorney's Office
 555 4th St NW, Washington, DC 20530

United States Citizenship and Immigration Services

c/o  Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

United States Citizenship and Immigration Services
20 Massachusetts Ave NW
Washington DC 20529

*s/ Michael E. Piston*
Michael E. Piston (MI 002)
Attorney for the Plaintiffs
225 Broadway Suite 307
New York, NY 10007
646-845-9895

Dated: August 28, 2018