UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINA CARRIERA, | |
| Plaintiff | |
| against | Case No.: |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES | PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE |
| Defendant. | |

PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE

The plaintiff, pursuant to LCvR 7(h)(1), provides the Court with the following statement of material facts as to which there is no genuine issue in support her motion for summary judgment:

1. Except for the numbering on the bottom of the page, Exhibits 1-4 filed with the Complaint are accurate copies of papers filed by the plaintiff or the USCIS in USCIS File No. LIN186150520.

2. All papers filed by the plaintiff or the USCIS in USCIS File No. LIN186150520 are part of the administrative record in this action.

Respectfully submitted, this      day of  October, 2018

/s/ Michael E. Piston
Michael E. Piston
MI 002
Attorney at Law
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

CERTIFICATE OF SERVICE

I certify that the foregoing with served upon the defendant in this action by commercial courier at the following addresses:

United States Citizenship and Immigration Services
c/o Civil Process Clerk
United States Attorney's Office
 555 4th St NW, Washington, DC 20530

United States Citizenship and Immigration Services
c/o  Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

United States Citizenship and Immigration Services

2

20 Massachusetts Ave NW
Washington DC 20529

s/ Michael E. Piston
Michael E. Piston (MI 002)
Attorney for the Plaintiffs
225 Broadway Suite 307
New York, NY 10007
646-845-9895

Dated: October    , 2018