# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTINA CARRIERA,** <br><br> Plaintiff <br><br> against <br><br> **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES** <br><br><br> Defendant. | Case No.: <br><br> PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

USCIS's decision to deny Christina Carriera's Petition for Immigration Worker was arbitrary and capricious. Therefore the Court grants plaintiff's motion for summary judgment and so finds the USCIS's decision in its File No. LIN186150520 to be unlawful and sets it aside.

Further, the USCIS shall issue a new decision in this matter within fifteen (15) days of the date of this Order, failing which, the referenced petition shall be deemed approved.

SO ORDERED.

Dated:

Washington, District of Columbia

_____

United States District Judge

CERTIFICATE OF SERVICE

I certify that the foregoing with served upon the defendant in this action by commercial courier at the following addresses:

United States Citizenship and Immigration Services
c/o Civil Process Clerk
United States Attorney's Office
 555 4th St NW, Washington, DC 20530

United States Citizenship and Immigration Services
c/o  Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

United States Citizenship and Immigration Services
20 Massachusetts Ave NW
Washington DC 20529

*s/ Michael E. Piston*
Michael E. Piston (MI 002)
Attorney for the Plaintiffs
225 Broadway Suite 307
New York, NY 10007
646-845-9895

Dated: October    , 2018